UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BRENDAN DASSEY,

    Plaintiff,

v.    Case No. 14-C-1310

BRIAN FOSTER,

    Defendant.

## ORDER

Pursuant to 28 U.S.C. §§ 455(a) and (b), I recuse myself from this case.

**IT IS ORDERED** that the case is returned to the clerk of court for reassignment.

Dated this 21st day of October, 2014.

    s/ William C. Griesbach
    William C. Griesbach, Chief Judge
    United States District Court - WIED