# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

BRENDAN DASSEY,

        Petitioner,

v.                               Case No. 14-CV-1310

BRIAN FOSTER,

        Respondent.

## ORDER ON THE PETITION FOR A WRIT OF HABEAS CORPUS

    Petitioner Brendan Dassey, incarcerated pursuant to a judgment of a Wisconsin Circuit Court, filed a petition for a writ of habeas corpus. (ECF No. 1.) Accompanying the petition is a memorandum in support. (ECF No. 1-2.) Dassey has paid the filing fee and consented to the full jurisdiction of a magistrate judge, (ECF No. 5). Therefore the court must now screen the petition in accordance with Rule 4 of the Rules Governing Section 2254 Cases.

    Rule 4 of the Rules Governing Section 2254 Cases states:

> If it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition and direct the clerk to notify the petitioner. If the petition is not dismissed, the judge must order the respondent to file an answer, motion, or other response within a fixed time, or to take other action the judge may order.

Having reviewed the petition, the court is unable to say that it is plainly apparent that Dassey is not entitled to relief. Therefore, the respondent shall answer the petition.

The Clerk of Court shall promptly serve the respondent by service of a copy of the petition and this order upon the State of Wisconsin Attorney General.

Within **60 days** of the date of this order, the respondent shall either answer the petition in accordance with Rule 5 of the Rules Governing Section 2254 Cases or file a motion to dismiss. An optional supplemental brief in opposition to the petition may be filed along with the answer to the petition.

Within **28 days** of the respondent's answer or motion to dismiss, the petitioner shall submit a brief in response.

In the event the respondent files a motion to dismiss, the respondent shall have **14 days** from the petitioner's response in which to file a reply.

Unless the court determines that additional proceedings are necessary, this shall conclude the briefing in this matter. The court shall then resolve the petition on the written record.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 12th day of November, 2014.

*[signature: William E. Duffin]*
WILLIAM E. DUFFIN
U.S. Magistrate Judge