IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

## ACCEPTANCE OF SERVICE

Re: **Brendan Dassey v. Brian Foster**
Case No. 14-C-1310

SERVICE DATE: 11/19/14

Pursuant to an informal service agreement between the Attorney General and the court, the Department of Justice accepts service on behalf of the Warden for the Green Bay Correctional Institution.

A copy of the petition and order have been mailed to the Warden at the address below.

>Jodene Perttu, Litigation Coordinator
>Green Bay Correctional Institution
>Post Office Box 19033
>Green Bay, WI  54307-9033

A copy of this acceptance has been mailed by United States Postal Service to the petitioner.

>s/Gregory M. Weber
>GREGORY M. WEBER
>Assistant Attorney General
>State Bar #1018533
>
>Wisconsin Department of Justice
>P. O. Box 7857
>Madison, WI  53707-7857
>(608) 266-3935
>FAX (608) 266-9594
>federalordersca@doj.state.wi.us

Laura H. Nirider
Attorney for Petitioner