IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

DEREK MURRAY,

    Petitioner,

  v.                                          Case No. 14-CV-205

BRIAN FOSTER,

    Respondent.

## CERTIFICATE OF SERVICE

      I hereby certify that on November 26, 2014, a Consent to Proceed Before a U.S. Magistrate Judge was electronically filed with the Clerk of the Court, on behalf of the respondent, using the ECF system. I certify that all participants in the case are registered ECF users and that service will be accomplished by the ECF system.

                                          Respectfully submitted,

                                          **s/ Warren D. Weinstein**

                                          WARREN D. WEINSTEIN
                                          Assistant Attorney General
                                          State Bar #1013263
                                          Attorney for Respondent

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 264-9444
(608) 266-9594 (Fax)
weinsteinwd@doj.state.wi.us