# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BRENDAN DASSEY, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> BRIAN FOSTER, Warden, ) <br> Green Bay Correctional Center, ) <br> ) <br> Respondent. ) | No. 14-cv-1310 |

## RESPONSE TO RESPONDENT'S MOTION FOR
## EXTENSION OF TIME TO FILE ANSWER AND TO FILE BRIEF

Petitioner Brendan Dassey, by counsel, respectfully submits the following Response to the Respondent's Motion for Extension of Time to File Answer and to File Brief:

1. On October 20, 2014, Petitioner Brendan Dassey filed a petition for a writ of habeas corpus raising two grounds for relief: the ineffective assistance of his pre-trial attorney, who acted to harm Mr. Dassey's defense, and the involuntariness of Mr. Dassey's confession during police interrogation.

2. On November 12, 2014, this Court issued a Rule 4 scheduling order setting January 12, 2015 as the date by which Respondent's answer or motion to dismiss was due and granting Mr. Dassey 28 days from the date of Respondent's filing to submit a brief in response.

1

3. On January 7, 2015, undersigned counsel received notice via the ECF system that counsel for Respondent had filed a motion requesting an extension of time to file his response and additional time to file a brief in support.

4. Petitioner does not oppose Respondent's request for these extensions of time.

5. Petitioner simply asks that this Court reissue its scheduling order so as to clarify that Mr. Dassey's brief in response is due within 28 days of the new date on which the Respondent will file the later of his two filings, i.e., his brief in support of his response.

Respectfully submitted this 7th day of January, 2015.

**s/Laura H. Nirider**
*Counsel for Petitioner Brendan Dassey*

LAURA H. NIRIDER, Esq.
Bluhm Legal Clinic (IL Bar No. 15245)
Northwestern University School of Law
375 East Chicago Avenue, 8th Floor
Chicago, IL 60611
Telephone: 312-503-2204
Facsimile: 312-503-8977
E-mail: l-nirider@law.northwestern.edu

ROBERT J. DVORAK, Esq.
WI Bar No. 1017212
Halling & Cayo, S.C.
320 E. Buffalo St., Suite 700
Milwaukee, WI 53202
Telephone: 414-273-3400
Facsimile: 414-271-3841
E-mail: rjd@hallingcayo.com