# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**BRENDAN DASSEY,**

        **Petitioner,**

        v.                        Case No. 14-CV-1310

**BRIAN FOSTER,**

        **Respondent.**

# ORDER

For good cause, the respondent's motion for an extension of time (ECF No. 11) is **granted**. The respondent shall submit his response to the petition in accordance with Rule 5 of the Rules Governing Section 2254 Cases as well any brief in opposition to the petition not later than **March 13, 2015**.

The petitioner may reply no later than **April 10, 2015.**

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 7th day of January, 2015.

*[signature]*
WILLIAM E. DUFFIN
U.S. Magistrate Judge