IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

BRENDAN DASSEY,

        Petitioner,

v.                          Case No. 14-CV-1310

BRIAN FOSTER, Warden,
Green Bay Correctional Institution,

        Respondent.

## CERTIFICATE OF SERVICE

      I hereby certify that on March 6, 2015, a Motion For Second Extension Of Time To File Answer And Brief was electronically filed with the Clerk of the Court, on behalf of the respondent, using the ECF system. I certify that all participants in the case are registered ECF users and that service will be accomplished by the ECF system.

                                            Respectfully submitted,

                                            **s/ Jacob J. Wittwer**

                                            JACOB J. WITTWER
                                            Assistant Attorney General
                                            Wisconsin State Bar #1041288

                                            Attorney for Respondent

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1606
(608) 266-9594 (Fax)
wittwerjj@doj.state.wi.us