UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BRENDAN DASSEY,

          Petitioner,

v.                                       Case No. 14-CV-1310

BRIAN FOSTER,

          Respondent.

## ORDER

For good cause, the respondent's second motion for an extension of time (ECF No. 15) is **granted**. The respondent shall submit his response to the petition in accordance with Rule 5 of the Rules Governing Section 2254 Cases as well any brief in opposition to the petition not later than **April 13, 2015**.

The petitioner may reply no later than **May 15, 2015.**

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 9th day of March, 2015.

*/s/ William E. Duffin*
WILLIAM E. DUFFIN
U.S. Magistrate Judge