IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**CERTIFICATE OF SERVICE**

Re: Brendan Dassey v. Brian Foster
Case No. 14-CV-1310

I hereby certify that on April 8, 2015, the **Motion for Extension of Time to File Answer or Motion** was electronically filed with the Clerk of the Court using the ECF system.

I hereby certify that the motion was mailed by United States Postal Service to the following non-ECF participants:

>Brendan Dassey # 516985
>P.O. Box 19033
>Green Bay Correctional inst.
>Green Bay, WI 54307

>/s/ Jacob J. Wittwer
>JACOB J. WITTWER
>Assistant Attorney General
>State Bar #1041288
>Attorneys for Respondent

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1606
(608) 266-9594 (Fax)
wittwerjj@doj.state.wi.us