UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

BRENDAN DASSEY,

    **Petitioner,**

v.                                                     Case No. 14-CV-1310

BRIAN FOSTER,

    **Respondent.**

---

## ORDER

---

For good cause, the respondent's third motion for an extension of time (ECF No. 17) is **granted**. The respondent shall submit his response to the petition in accordance with Rule 5 of the Rules Governing Section 2254 Cases as well any brief in opposition to the petition not later than **May 4, 2015**.

The petitioner may reply no later than **June 5, 2015.**

There shall be no further extension of the respondent's deadline absent extraordinary circumstances.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 9th day of April, 2015.

                                                           WILLIAM E. DUFFIN
                                                           U.S. Magistrate Judge