| | STATE OF WISCONSIN | CIRCUIT COURT BRANCH 3 | MANITOWOC COUNTY | For Official Use Only |

State of Wisconsin vs. Brendan R. DASSEY

Date of Birth: 10-19-1989

**Judgment of Conviction**
Sentence to Wisconsin State Prisons and Extended Supervision
Case No.: 2006CF000088



MANITOWOC COUNTY
STATE OF WISCONSIN
**F I L E D**

AUG 2 2007

CLERK OF CIRCUIT COURT

The defendant was found guilty of the following crime(s):

| Ct. | Description | Violation | Plea | Severity | Date(s) Committed | Trial To | Date(s) Convicted |
|---|---|---|---|---|---|---|---|
| 2 | PTC Mutilating a Corpse [939.05 Party to a Crime] | 940.11(1) | Not Guilty | Felony F | 10-31-2005 | Jury | 04-25-2007 |
| 3 | PTC 2nd Degree Sexual Assault/Use of Force [939.05 Party to a Crime] | 940.225(2)(a) | Not Guilty | Felony C | 10-31-2005 | Jury | 04-25-2007 |

**IT IS ADJUDGED** that the defendant is guilty as convicted and sentenced as follows:

08-02-2007 : On count 2 defendant is confined to prison for 4 years followed by a period of 2 years extended supervision for a total length of sentence of 6 years.

Concurrent with/Consecutive to/Comments: Concurrent with count 1. Court finds that the defendant is not eligible for the Challenge Incarceration Program or the Earned Release Program.

08-02-2007 : On count 3 defendant is confined to prison for 10 years followed by a period of 4 years extended supervision for a total length of sentence of 14 years.

Concurrent with/Consecutive to/Comments: Concurrent with the sentences imposed on counts 1 and 2. The Court finds that the defendant is not eligible for the Challenge Incarceration Program or the Earned Release Program.

| Ct. | Sent. Date | Sentence | Length | Concurrent with/Consecutive to/Comments | Agency |
|---|---|---|---|---|---|

**IT IS ADJUDGED** that 0 days sentence credit are due pursuant to § 973.155, Wisconsin Statutes

**IT IS ORDERED** that the Sheriff execute this sentence.

Jerome L. Fox, Judge
Kenneth R Kratz, Special Prosecutor
Mark R Fremgen, Defense Attorney

BY THE COURT:

Court Official

Date 8/2/07

R-212(CCAP) 1/00 Judgment of Conviction
This form may not be modified. It may be supplemented with additional material.
§§ 972.50, 939.51, 973.13, Chapter 973, Wisconsin Statutes

Case 1:14-cv-01310-WED   Filed 05/04/15   Page 1 of 2   Document 19-1

| STATE OF WISCONSIN | CIRCUIT COURT BRANCH 3 | MANITOWOC COUNTY | For Official Use Only |

| State of Wisconsin vs. Brendan R. DASSEY 516985 | **Judgment of Conviction** Sentence to Wisconsin State Prisons | MANITOWOC COUNTY STATE OF WISCONSIN |
| Date of Birth: 10-19-1989 | Case No.: 2006CF000088 | **F I L E D** AUG 2 2007 CLERK OF CIRCUIT COURT |

COPY

The defendant was found guilty of the following crime(s):

| Ct. | Description | Violation | Plea | Severity | Date(s) Committed | Trial To | Date(s) Convicted |
|---|---|---|---|---|---|---|---|
| 1 | PTC 1st-Degree Intentional Homicide [939.05 Party to a Crime] | 940.01(1)(a) | Not Guilty | Felony A | 10-31-2005 | Jury | 04-25-2007 |

**IT IS ADJUDGED** that the defendant is guilty as convicted and sentenced as follows:

| Ct. | Sent. Date | Sentence | Length | Concurrent with/Consecutive to/Comments | Agency |
|---|---|---|---|---|---|
| 1 | 08-02-2007 | State prison | 1 LF | The Court orders that the defendant is eligible for extended supervision on 11-01-2048. | Department of Corrections |

**IT IS ADJUDGED** that 534 days sentence credit are due pursuant to § 973.155, Wisconsin Statutes

**IT IS ORDERED** that the Sheriff execute this sentence.

Jerome L. Fox, Judge
Kenneth R Kratz, Special Prosecutor
Mark R Fremgen, Defense Attorney

BY THE COURT:
Court Official
Date 8/2/07