LYNN ZIGMUNT
CLERK OF CIRCUIT COURT

MANITOWOC COUNTY
1010 SOUTH 8TH STREET, P. O. BOX 2000
MANITOWOC, WISCONSIN 54221-2000
(920) 683 - 4030

---

January 6, 2011

Thomas J. Fallon
Assistant Attorney General
P.O. Box 7857
Madison, WI 53707-7857

    and

Attorney Robert J. Dvorak
320 E. Buffalo Street  #700
Milwaukee, WI 54202-5837

Dear Counsel:

    RE:  State of Wisconsin vs. Brendan R. Dassey
          Case No: 06 CF 88
          Notice of Compilation of Record

Notice is hereby given that the appeal record in the above-entitled case has been assembled and is available for inspection. A list of the papers constituting the record is attached. The record will be forwarded to the Clerk of the Court of Appeals on January 25, 2011.

Very truly yours,

*Roberta Brice*
Roberta Brice
Deputy Clerk of Court

Enclosures

cc: Gregory M. Weber
    Assistant Attorney General

    Attorney Laura H. Nirider

STATE OF WISCONSIN vs BRENDAN R. DASSEY

APPEAL CASE NO. 2010AP003105 CR

CIRCUIT COURT CASE NO. 06 CF 88

COMPILATION OF RECORD

DOCUMENT/PAGE

| PART 1 | | BOX 1 |
|---|---|---|
| 1 | | Appointment of Special Prosecutor under Chapter 978 (Kenneth R. Kratz) |
| 2 | (1-7) | Criminal Complaint |
| 3 | | Order Appointing Counsel (Ralph Sczygelski) |
| 4 | | Appointment of Special Prosecutor under Chapter 978 (Jeffrey Froehlich) |
| 5 | | Waiver of Right to Preliminary Hearing |
| 6 | | Information |
| 7 | | Commitment for Failure to Furnish Bail |
| 8 | (1-2) | Affidavit of Ralph J. Sczygelski |
| 9 | | Petition and Order to Withdraw as Counsel of Record |
| 10 | (1-4) | Demand for Discovery and Inspection |
| 11 | | Order Appointing Counsel (Leonard Kachinsky) |
| 12 | (1-15) | Transcript of Bail Hearing & Initial Appearance held on 3-3-06. |
| 13 | (1-2) | Affidavit in Support of Motion for Change of Venue |
| 14 | (1-2) | Motion for Change of Venue |

| | | |
|---|---|---|
| 15 | | Appointment of Special Prosecutor under Chapter 978 (Thomas J. Fallon) |
| 16 | (1-2) | Notice of Motion and Motion to Permit Posting of Property as Surety |
| 17 | (1-10) | Notice of Motion and Motion to Suppress Statements |
| 18 | | Appointment of Special Prosecutor under Chapter 978 (Norman Gahn) |
| 19 | (1-11) | State's Memorandum in Response to Defendant's Motion to Suppress Statements |
| 20 | (1-5) | Reply to State's Memorandum |
| 21 | | Exhibit No. 1 from 5-4-06 Motion Hearing |
| 22 | | Exhibit No. 2 from 5-4-06 Motion Hearing |
| 23 | | Exhibit No. 3 from 5-4-06 Motion Hearing |
| 24 | (1-6) | Exhibit No. 4 from 5-4-06 Motion Hearing |
| 24-A | | Exhibit No. 5 from 5-4-06 Motion Hearing (Ordered sealed without access to the general public—court to review in-camera.) [Located in plastic file container A2] |
| 25 | (1-17) | Exhibit No. 1 from 5-12-06 Motion Hearing |
| 26 | | Order Denying Defendant's Motion to Suppress Statements |
| 27 | | Envelope containing State's Motion to Increase Cash Bail (Ordered sealed by the Court 5-17-06; ordered unsealed by the court 6-2-06.) |
| 28 | | Motion Regarding Withdrawal of Counsel |
| 29 | (1-6) | Memorandum Regarding Withdrawal of Counsel |
| 30 | (1-3) | Affidavit Regarding Defendant's Request for New Counsel |
| 31 | (1-22) | Transcript of Motion Hearing held on 5-4-06 |
| 32 | | Order Denying Motion to Increase Cash Bail |

| | | |
|---|---|---|
| 33 | | Order Denying Defendant's Motion to Permit Posting of Property as Surety |
| 34 | | Order Denying Defendant's Motion for Withdrawal of Counsel |
| 35 | (1-39) | Notice of Intent to Offer Learned Treatise Into Evidence with copy of Chapter 15: Distinguishing between True and False Confessions |
| 36 | | Envelope containing letter to the court purportedly from Brendan Dassey (Ordered sealed by the court 7-3-06; ordered unsealed by the court 8-3-06.) |
| 37 | | Order |
| 38 | (1-2) | Notice of Alibi |
| 39 | | Demand for Speedy Trial |
| 40 | (1-2) | Petition and Order Permitting Defendant to Appear at Hearings in Civilian Clothes |
| 41 | (1-23) | Affidavit Regarding Motion for Withdrawal of Counsel |
| 42 | (1-2) | Motion for Withdrawal of Counsel |
| 43 | (1-2) | Supplemental Affidavit of Michael O'Kelley |
| 44 | (1-2) | Order Directing Counsel to Withdraw |
| 45 | (1-114) | Transcript of Motion Hearing held on 5-4-06 |
| 46 | (1-21) | Transcript of Decision hearing held on 5-12-06 |
| 47 | | Order Appointing Counsel (Mark Fremgen) |
| 48 | (1-2) | Motion for Withdraw Request for Speedy Trial; Affidavit of Defendant |
| 49 | (1-27) | Transcript of Motion Hearing held on 8-25-06. |
| 50 | | Order Accepting Defendant's Withdrawal of Speedy Trial Request |

| 51 | (1-2) | Motion to Reopen Preliminary Hearing; Ineffective Assistance of Counsel |
| ✓52 | (1-2) | Motion to Suppress Statement; Ineffective Assistance of Counsel |
| ↳53 | (1-2) | Motion to Suppress Statements; Motion to Reopen Hearing to Suppress Statement; Motion to Continue |
| 54 | | Interim Scheduling Order |
| 54A | | Exhibit No. 1 from 12-15-06 Motion Hearing [Located in plastic file container A-3] |
| 54B | | Exhibit No. 2 from 12-15-06 Motion Hearing [Located in plastic file container A-2] |
| 54C | | Exhibit No. 3 from 12-15-06 Motion Hearing [Located in plastic file container A-3] |
| 54D | | Exhibit No. 4 from 12-15-06 Motion Hearing [Located in plastic file container A-3] |
| 55 | | Supplemental Scheduling Order |
| 56 | (1-2) | Motion to Quash Subpoena |
| 57 | | Motion for New Hearing Date |
| 58 | (1-17) | Motion in Limine: Defendant's Request to Introduce Expert Testimony as to Suggestibility |
| 59 | (1-2) | State's Motion in Limine: Admissibility of DNA Evidence |
| 60 | (1-2) | Second Supplemental Scheduling Order |
| 61 | | Envelope containing Exhibit Nos. 1 & 2 from Motion Hearing held on 3-26-07. (DVDs containing the testimony of Dr. Robert Gordon taken on 3-12-07.) |
| 62 | (1-3) | Defense "Witness List and Proposed Stipulations" |
| 63 | (1-4) | State's Motion in Limine Series I |

| | | |
|---|---|---|
| 64 | (1-5) | Motion to Allow; Testimony; Admission of Party-Opponent |
| 65 | (1-14) | Brief in Opposition to Proposed Defense Expert Testimony |
| 66 | (1-7) | Brief in Support of Admissibility of Expert |
| 67 | (1-5) | Notice of Intent and Motion to Admit Statements Motion in Limine Series II |

**PART 2**  **BOX 1**

| | | |
|---|---|---|
| 68 | (1-55) | Transcript of Motion Hearing held on 3-26-07 |
| 69 | (1-4) | Trial Stipulations |
| 70 | | Witness List |
| 71 | (1-62) | Transcript of Motion Hearing held on 4-5-07 |
| 72 | (1-6) | Order Regarding Trial Administration |
| 73 | (1-18) | State's Proposed Jury Instructions |
| 74 | | Courtroom Jury List |
| 75 | | Jury Seating Chart (Branch 3) |
| 76 | (1-2) | Order |
| 77 | | Order |
| 78 | (1-74) | White Binder containing the following exhibits: [Located in plastic file container A2] |

Jury Trial – Day 1 (4-16-07):

Page 1 – Pocket file containing Exhibit Nos. 1 & 2
Page 2 – Pocket file containing Exhibit Nos. 3 & 4
Page 3 – Pocket file containing Exhibit Nos. 5 & 6
Page 4 – Pocket file containing Exhibit Nos. 7 & 11
Page 5 – Pocket file containing Exhibit Nos. 12 & 15
Page 6 – Pocket file containing Exhibit Nos. 16 & 17
Page 7 – Pocket file containing Exhibit Nos. 18 & 19
Page 8 – Pocket file containing Exhibit Nos. 20 & 21
Page 9 – Pocket file containing Exhibit Nos. 22 & 23

Page 10 – Pocket file containing Exhibit Nos. 24 & 25
Page 11 – Pocket file containing Exhibit Nos. 27 & 28
Page 12 – Pocket file containing Exhibit Nos. 29 & 30
Page 13 – Pocket file containing Exhibit Nos. 31 & 32
Page 14 – Pocket file containing Exhibit Nos. 33 & 34
Page 15 – Pocket file containing Exhibit Nos. 35 & 36
Page 16 – Pocket file containing Exhibit Nos. 37 & 38
Page 17 – Pocket file containing Exhibit Nos. 39 & 40
Page 18 – Pocket file containing Exhibit Nos. 41 & 42
Page 19 – Pocket file containing Exhibit Nos. 43 & 44
Page 20 – Pocket file containing Exhibit Nos. 45 & 46
Page 21 – Pocket file containing Exhibit Nos. 47 & 48
Page 22 – Pocket file containing Exhibit Nos. 49 & 50
Page 23 – Pocket file containing Exhibit Nos. 51 & 52
Page 24 – Pocket file containing Exhibit Nos. 53 & 54
Page 25 – Pocket file containing Exhibit Nos. 55 & 63
Page 26 – Pocket file containing Exhibit Nos. 64 & 65
Page 27 – Pocket file containing Exhibit Nos. 66 & 67
Page 28 – Pocket file containing Exhibit Nos. 68 & 69
Page 29 – Pocket file containing Exhibit Nos. 70 & 71
Page 30 – Pocket file containing Exhibit Nos. 72 & 73
Page 31 – Pocket file containing Exhibit Nos. 74 & 75
Page 32 – Pocket file containing Exhibit Nos. 76 & 77

Jury Trial – Day 2 (4-17-07):

Page 33 – Pocket file containing Exhibit Nos. 79 & 80
Page 34 – Pocket file containing Exhibit Nos. 81 & 82
Page 35 – Pocket file containing Exhibit Nos. 83 & 84
Page 36 – Pocket file containing Exhibit Nos. 85 & 86
Page 37 – Pocket file containing Exhibit Nos. 87 & 88
Page 38 – Pocket file containing Exhibit Nos. 89 & 90
Page 39 – Pocket file containing Exhibit Nos. 95 & 96
Page 40 – Pocket file containing Exhibit Nos. 97 & 98
Page 41 – Pocket file containing Exhibit Nos. 99 & 100
Page 42 – Pocket file containing Exhibit Nos. 101 & 102
Page 43 – Pocket file containing Exhibit Nos. 103 & 104
Page 44 – Pocket file containing Exhibit Nos. 105 & 106
Page 45 – Pocket file containing Exhibit Nos. 107 & 108
Page 46 – Pocket file containing Exhibit Nos. 109 & 110
Page 47 – Pocket file containing Exhibit Nos. 111 & 116
Page 48 – Pocket file containing Exhibit Nos. 117 & 118
Page 49 – Pocket file containing Exhibit Nos. 119 & 120
Page 50 – Pocket file containing Exhibit Nos. 121 & 122
Page 51 – Pocket file containing Exhibit Nos. 123 & 124
Page 52 – Pocket file containing Exhibit Nos. 125 & 126

Page 53 – Pocket file containing Exhibit Nos. 127 & 132
Page 54 – Pocket file containing Exhibit Nos. 137 & 138
Page 55 – Pocket file containing Exhibit Nos. 139 & 140

Jury Trial – Day 3 (4-18-07):

Page 56 – Pocket file containing Exhibit Nos. 141 & 142
Page 57 – Pocket file containing Exhibit Nos. 143 & 144
Page 58 – Pocket file containing Exhibit Nos. 145 & 146
Page 59 – Pocket file containing Exhibit Nos. 147 & 148
Page 60 – Pocket file containing Exhibit Nos. 149 & 150
Page 61 – Pocket file containing Exhibit Nos. 166 & 167
Page 62 – Pocket file containing Exhibit Nos. 168 & 169
Page 63 – Pocket file containing Exhibit Nos. 173 & 175
Page 64 – Pocket file containing Exhibit Nos. 176 & 177
Page 65 – Pocket file containing Exhibit Nos. 178 & 179
Page 66 – Pocket file containing Exhibit Nos. 180 & 181

Jury trial – Day 4 (4-19-07):

Page 67 – Pocket file containing Exhibit Nos. 183 & 184
Page 68 – Pocket file containing Exhibit Nos. 185 & 186
Page 69 – Pocket file containing Exhibit Nos. 187 & 188
Page 70 – Pocket file containing Exhibit Nos. 189 & 190
Page 71 – Pocket file containing Exhibit Nos. 191 & 192
Page 72 – Pocket file containing Exhibit Nos. 193 & 194
Page 73 – Pocket file containing Exhibit Nos. 195 & 204

Jury trial – Day 5 (4-20-07):

Page 74 – Pocket file containing Exhibit Nos. 211 & 212

79    (1-49)    Green Binder containing the following exhibits:
[Located in plastic file container A3]

Jury Trial – Day 1 (4-16-07):

Page 1 – Pocket file containing Exhibit No. 8
Page 2 – Pocket file containing Exhibit No. 9
Page 3 – Pocket file containing Exhibit No. 10
Page 4 – Pocket file containing Exhibit No. 56
Page 5 – Pocket file containing Exhibit No. 57
Page 6 – Pocket file containing Exhibit No. 78

Jury Trial – Day 2 (4-17-07):

Page 7 – Pocket file containing Exhibit No. 115
Page 8 – Pocket file containing Exhibit No. 133
Page 9 – Pocket file containing Exhibit No. 134
Page 10 – Pocket file containing Exhibit No. 135
Page 11 – Pocket file containing Exhibit No. 136

Jury Trial – Day 3 (4-18-07):

Page 12 – Pocket file containing Exhibit No. 163
Page 13 – Pocket file containing Exhibit No. 164
Page 14 – Pocket file containing Exhibit No. 165
Page 15 – Pocket file containing Exhibit No. 182

Jury Trial – Day 4 (4-19-07):

Page 16 – Pocket file containing Exhibit No. 196
Page 17 – Pocket file containing Exhibit No. 197
Page 18 – Pocket file containing Exhibit No. 198
Page 19 – Pocket file containing Exhibit No. 199
Page 20 – Pocket file containing Exhibit No. 200
Page 21 – Pocket file containing Exhibit No. 201
Page 22 – Pocket file containing Exhibit No. 202
Page 23 – Pocket file containing Exhibit No. 203
Page 24 – Pocket file containing Exhibit No. 204  Missing
Page 25 – Pocket file containing Exhibit No. 205
Page 26 – Pocket file containing Exhibit No. 206

Jury Trial – Day 5 (4-20-07):

Page 27 – Pocket file containing Exhibit No. 207
Page 28 – Pocket file containing Exhibit No. 208
Page 29 – Pocket file containing Exhibit No. 209
Page 30 – Pocket file containing Exhibit No. 210
Page 31 – Pocket file containing Exhibit No. 213
Page 32 – Pocket file containing Exhibit No. 214
Page 33 – Exhibit No. 215  (p. 1-44)
Page 34 – Exhibit No. 216  (p. 1-140)

Jury Trial – Day 6 (4-21-07):

Page 35 – Pocket file containing Exhibit No. 218
Page 36 – Pocket file containing Exhibit No. 219
Page 37 – Pocket file containing Exhibit No. 220
Page 38 – Pocket file containing Exhibit No. 221

          Page 39 – Pocket file containing Exhibit No. 222
          Page 40 – Pocket file containing Exhibit No. 223
          Page 41 – Pocket file containing Exhibit No. 224

          Jury Trial – Day 7 (4-23-07):

          Page 42 – Pocket file containing Exhibit No. 225
          Page 43 – Pocket file containing Exhibit No. 226
          Page 44 – Pocket file containing Exhibit No. 227
          Page 45 – Pocket file containing Exhibit No. 228
          Page 46 – Pocket file containing Exhibit No. 229
          Page 47 – Pocket file containing Exhibit No. 230
          Page 48 – Pocket file containing Exhibit No. 231

          Jury Trial – Day 8 (4-24-07):

          Page 49 – Pocket file containing Exhibit No. 232

| | | |
|---|---|---|
| 80 | | Black Binder containing Exhibit No. 217.<br>[Located in plastic file container A3] |
| 81 | (1-2) | Motion to Redact Videotaped Statements |
| 82 | | Envelope containing a telephone message received over voicemail (ordered sealed by the court) |
| 83 | | Envelope containing information from the jury bailiff Regarding Juror Rasmussen (ordered sealed by the court) |
| 84 | | Amended Information |
| 85 | (1-29) | Trial Instructions as given |
| 86 | (1-2) | Question to judge from jury with copy attached |
| 87 | | Verdict – Guilty of First Degree Intentional Homicide as a Party to a Crime |
| 88 | | Verdict – Guilty of Mutilating a Corpse as a Party to a Crime |
| 89 | | Verdict – Guilty of Second Degree Sexual Assault as a Party to a Crime |
| 90 | (1-7) | Exhibit List |

| | | |
|---|---|---|
| 91 | (1-2) | Order Revoking Bail with copy of same attached |
| 92 | (1-215) | Transcript from hearing held 4-24-07<br>(Jury Trial – Day 8) |

**PART 3**      **BOX 1**

| | | |
|---|---|---|
| 93 | (1-167) | Partial Transcript from hearing held 4-24-07<br>(Jury Trial – Day 8 – Dr. Robert Gordon) |
| 94 | (1-79) | Partial Transcript from hearing held 4-23-07<br>(Jury Trial – Day 7 – Brendan Dassey) |
| 95 | | Envelope containing the Presentence Investigation |
| 96 | | Ineligible Voting Notice & Acknowledgment |
| 97 | | Written Explanation of Determinate Sentence |
| 98 | | Notice of Right to Seek Postconviction Relief |
| 99 | | Judgment of Conviction Sentence to Wisconsin State Prisons and Extended Supervision (Counts 2 & 3) |
| 100 | | Judgment of Conviction Sentence to Wisconsin State Prisons (Count 1) |
| 101 | | Victim Notice of Rights |
| 102 | (1-2) | Notice of Intent to Pursue Post Conviction Relief |
| 103 | (1-40) | Transcript of Sentencing Hearing held on 8-2-07 |
| 104 | (1-3) | Motion to Extend the Time for Appointing Postconviction Counsel and Ordering Transcripts |
| 105 | | Order from Court of Appeals extending time for appointing counsel and requesting transcripts to 10-19-07 |
| 106 | (1-2) | Request for Court Record and for Preparation of Transcripts |
| 107 | (1-5) | Transcript of Status Conference & Continued Arraignment Hearing held on 3-17-06 |

| | | |
|---|---|---|
| 108 | (1-8) | Transcript of Motion Hearing held on 5-26-06 |
| 109 | (1-33) | Transcript of Decision & Motion Hearing held on 6-2-06 |
| 110 | (1-47) | Transcript of Motion Hearing held on 12-15-06 |

**PART 4**       **BOX 1**

| | | |
|---|---|---|
| 111 | (1-310) | Transcript of Hearing held on 4-12-07 (Jury Trial Voir Dire – Day 1) |
| 112 | (1-82) | Transcript of Hearing held on 4-13-07 (Jury Trial Voir Dire – Day 2) |

**PART 5**       **BOX 1**

| | | |
|---|---|---|
| 113 | (1-226) | Transcript of Hearing held on 4-16-07 (Jury Trial – Day 1) |
| 114 | (1-250) | Transcript of Hearing held on 4-17-07 (Jury Trial – Day 2) |

**PART 6**       **BOX 1**

| | | |
|---|---|---|
| 115 | (1-235) | Transcript of Hearing held on 4-18-07 (Jury Trial – Day 3) |
| 116 | (1-200) | Transcript of Hearing held on 4-19-07 (Jury Trial – Day 4) |
| 117 | (1-105) | Transcript of Hearing held on 4-20-07 (Jury Trial – Day 5) |

**PART 7**       **BOX 1**

| | | |
|---|---|---|
| 118 | (1-136) | Transcript of Hearing held on 4-21-07 (Jury Trial – Day 6) |
| 119 | (1-129) | Transcript of Hearing held on 4-23-07 (Jury Trial – Day 7) |
| 120 | (1-229) | Transcript of Hearing held on 4-24-07 (Jury Trial – Day 8) |

**PART 8**     **BOX 1**

| | | |
|---|---|---|
| 121 | (1-169) | Transcript of Hearing held on 4-25-07 (Jury Trial – Day 9) |
| 122 | (1-5) | Motion to Extend Time to File Postconviction Motions Or Notice of Appeal |
| 123 | (1-5) | Motion to Admit Attorney Steven A. Drizin *Pro Hac Vice* |
| 124 | (1-2) | Order from Court of Appeals granting Attorney Steven A. Drizin to appear *pro hac vice* and granting an extension of time for filing a notice of appeal or postconviction motion to 6-23-08 |
| 125 | (1-6) | Motion to Extend Time to File Post-conviction Motions or Notice of Appeal |
| 126 | | Order from Court of Appeals extending time for filing a notice of appeal or postconviction motion to 9-23-08 |
| 127 | (1-6) | Motion to Extend Time to File Post-Conviction Motions or Notice of Appeal |
| 128 | (1-2) | Order from Court of Appeals extending time for filing a notice of appeal or postconviction motion to 12-23-08 |
| 129 | (1-6) | Motion to Extend Time to File Post-Conviction Motions or Notice of Appeal |
| 130 | | Order from Court of Appeals extending time for filing a notice of appeal or postconviction motion to 3-23-09 |
| 131 | (1-4) | Motion to Admit Attorney Laura H Nirider *Pro Hac Vice* |
| 132 | | Order from Court of Appeals indicating a "Noncompliant Motion for Admission *Pro Hac Vice*" |
| 133 | (1-2) | Order from Court of Appeals ordering that Attorney Laura H. Nirider may appear pro hac vice as co-counsel |
| 134 | | Envelope containing an "Ex Parte Motion filed on March 12, 2009" filed under seal |
| 135 | (1-4) | Motion to Extend Time to File Post-Conviction Motions or Notice of Appeal |

| | | |
|---|---|---|
| 136 | | Order from Court of Appeals extending time for filing a notice of appeal or postconviction motion to 5-26-09 |
| 137 | (1-2) | Order from Court of Appeals ordering that Attorney Joshua A. Tepfer may appear pro hac vice as co-counsel |
| 138 | (1-8) | Motion to Admit Attorney Joshua A. Tepfer *Pro Hac Vice* |
| 139 | (1-4) | Motion to Extend Time to File Post-Conviction Motions or Notice of Appeal |
| 140 | (1-2) | Order from Court of Appeals extending time for filing a notice of appeal or postconviction motion to 6-26-09 |
| 141 | | Envelope containing "Ex Parte Motion filed on May 29, 2009" filed under seal |
| 142 | | Envelope containing "Ex Parte Motion filed on June 23, 2009" filed under seal |
| 143 | (1-3) | Motion to Extend Time to File Postconviction Motions or Notice of Appeal |
| 144 | (1-3) | Motion to File Affidavit Under Seal |
| 145 | | Envelope containing "Ex Parte Order signed on July 14, 2009" filed under seal |
| 146 | (1-2) | Order from Court of Appeals extending the time for filing a notice of appeal or postconviction motion to 8-25-09 |
| 147 | (1-83) | Transcript of Ex Parte Motion hearing held on 6-30-09 |
| 148 | | Envelope containing a portion of the Transcript of Motion Hearing held on June 30, 2009, page 79 line 16 through page 80 line 2, filed under seal per court order. The remaining portion of the transcript was ordered unsealed. |
| **PART 9** | | **BOX 2** |
| 149 | (1-19) | Section 809.30 Post-Conviction Motion |
| 150 | (1-184) | Memorandum of Facts and Law Accompanying Section 809.30 Post-Conviction Motion |

| | | |
|---|---|---|
| 151 | | Exhibits to Section 809.30 Post-Conviction Motion<br>Volume One: Exhibits 1-35 |
| 152 | | Exhibits to Section 809.30 Post-Conviction Motion<br>Volume Two: Exhibits 36-55 |
| 153 | | Exhibits to Section 809.30 Post-Conviction Motion<br>Volume Three: Exhibits 56-80 |
| 154 | | Exhibits to Section 809.30 Post-Conviction Motion<br>Volume Four: Exhibits 81-96 |
| 155 | | Envelope containing the "Digital Version of Post Conviction Motion filed on August 25, 2009; Memorandum of Facts and Law and Exhibits 1-96" |
| **PART 10** | | **BOX 2** |
| 156 | (1-5) | Motion to Extend time to Decide Post-Conviction Motions |
| 157 | | Order from Court of Appeals extending time for deciding the defendant's postconviction motion to 7-26-10 |
| 158 | (1-8) | Motion to Admit Thomas F. Geraghty *Pro Hac Vice* |
| 159 | | Order from Court of Appeals ordering that Thomas F. Geraghty may appear pro hac vice as co-counsel |
| 160 | (1-4) | Motion to Compel Production of Witness Information and Requested Documents |
| 161 | (1-2) | Motion for Writ to Produce Defendant for Hearing |
| 162 | | Writ Requiring Production and Transportation of Defendant |
| 163 | (1-57) | Emergency Motion for Leave to Amend Post-Conviction Motion; for an Order Directing Witnesses to Submit to Discovery; for Postponement of Post-Conviction Hearing; and for an Order Granting a New Trial and Suppression Hearing |
| 164 | (1-2) | Motion to File Under Seal |
| 165 | (1-14) | Motion in Limine to Bar and Limit Certain Testimony |

| | | |
|---|---|---|
| 166 | (1-10) | Response to State's Motion in Limine to Bar and Limit Certain Testimony |
| 167 | | Envelope containing "Privilege Log" ordered sealed by the court |
| 168 | | Court Order |
| 169 | | Exhibit No. 1 from 1-15-10 Motion Hearing<br>Black Binder #1 containing:<br>Post-Conviction Hearing Exhibits<br>Volume One: Exhibits 1-54 (pre-marked)<br>[Located in plastic file container Box 2] |
| 170 | | Exhibit No. 2 from 1-15-10 Motion Hearing<br>Black Binder #2 containing:<br>Post-Conviction Hearing Exhibits<br>Volume Two: Exhibits 55-99 (pre-marked)<br>[Located in plastic file container Box 2] |
| 171 | | Exhibit No. 3 from 1-15-10 Motion Hearing<br>Black Binder #3 containing:<br>Post-Conviction Hearing Exhibits<br>Volume Three: Exhibits 100-173 (pre-marked)<br>[Located in plastic file container Box 2] |

**BOX 3**

| | | |
|---|---|---|
| 172 | | Exhibit No. 4 from 1-15-10 Motion Hearing<br>Black Binder #4 containing:<br>Post-Conviction Hearing Exhibits<br>Volume Four: Exhibits 174-239 (pre-marked)<br>[Located in plastic file container Box 3] |
| 173 | | Exhibit No. 5 from 1-15-10 Motion Hearing<br>Black Binder #5 containing:<br>Post-Conviction Hearing Exhibits<br>Volume Five: Exhibits 240-362 (pre-marked)<br>[Located in plastic file container Box 3] |

**PART 11**     **BOX 3**

| | | |
|---|---|---|
| 174 | | Envelope containing "Privileged Communication Returned from the State" (Ordered sealed per court) |
| 175 | (1-3) | Exhibit No. 363 from 1-19-10 Motion Hearing |

| | | |
|---|---|---|
| 176 | | Exhibit No. 364 from 1-19-10 Motion Hearing |
| 177 | (1-95) | Exhibit No. 365 from 1-19-10 Motion Hearing |
| 178 | (1-36) | Exhibit No. 366 from 1-20-10 Motion Hearing |
| 179 | | Exhibit No. 367 from 1-20-10 Motion Hearing |
| 180 | (1-8) | Exhibit No. 368 from 1-21-10 Motion Hearing |
| 181 | | Exhibit No. 369 from 1-21-10 Motion Hearing |
| 182 | | Exhibit No. 370 from 1-21-10 Motion Hearing |
| 183 | (1-2) | Exhibit No. 371 from 1-22-10 Motion Hearing |
| 184 | | Exhibit No. 372 from 1-22-10 Motion Hearing |
| 185 | (1-20) | Exhibits for Post-Conviction Motion Hearing |
| 186 | (1-6) | Exhibit No. 373 – transcript of audio tapes used at the 1-22-10 Motion Hearing |
| 187 | | Exhibit No. 374 – envelope containing a video of a 3-7-06 NBC-26 news story |
| 188 | (1-2) | Order |
| 189 | (1-273) | Transcript of 1-15-10 Motion Hearing – Day 1 |
| **PART 12** | | **BOX 3** |
| 190 | (1-291) | Transcript of 1-19-10 Motion Hearing – Day 2 |
| 191 | (1-271) | Transcript of 1-20-10 Motion Hearing – Day 3 |
| **PART 13** | | **BOX 3** |
| 192 | (1-280) | Transcript of 1-21-10 Motion Hearing – Day 4 |
| 193 | (1-245) | Transcript of 1-22-10 Motion Hearing – Day 5 |
| **PART 14** | | **BOX 3** |
| 194 | (1-22) | Transcript of May 12, 2006 Meeting Between Michael O'Kelly and Brendan Dassey |

| | | |
|---|---|---|
| 195 | (1-2) | Copy of Amended Transcript Cover Sheet from 4-24-07 Jury Trial – Day 8 indicating "Amended – Full Transcript" rather than "Partial Transcript" filed on 5-5-10 nunc pro tunc 5-3-07 |
| 196 | (1-3) | Agreed Motion to Correct Evidentiary Hearing Record |
| 197 | | Order Correcting Transcript Language |
| 198 | (1-43) | Defendant's Brief in Support of Post-Conviction Motion with Affidavit of Mailing and Service |
| 199 | (1-15) | Defendant's Motion for Leave to Submit Supplemental Authority |
| 200 | (1-40) | State's Brief in Opposition to Postconviction Motion |
| 201 | (1-4) | Motion to Extend Time to Decide Postconviction Motions |
| 202 | (1-21) | Reply Brief in Support of Postconviction Motion |
| 203 | | Order from the Court of Appeals dated 07-27-10 ordering That the time for deciding the defendant's postconviction Motion is extended to 10-29-10. |
| 204 | (1-5) | Motion to Extend Time to Decide Postconviction Motions |
| 205 | | Order from the court of appeals dated 10-07-10 ordering That the time for deciding the defendant's postconviction Motion is extended to 12-31-10. |
| 206 | (1-32) | Memorandum Decision and Order. |
| 207 | (1-2) | Notice of Appeal. |
| 208 | (1-2) | Statement on Transcript. |
| 209 | | Transmittal of Notice of Appeal |