OFFICE OF THE CLERK

# Supreme Court of Wisconsin

110 EAST MAIN STREET, SUITE 215
P.O. BOX 1688
MADISON, WI 53701-1688

TELEPHONE (608) 266-1880
FACSIMILE (608) 267-0640
Web Site: www.wicourts.gov



August 1, 2013

**To:**

Hon. Jerome L. Fox
Manitowoc County Circuit Court Judge
1010 S. 8th Street
Manitowoc, WI 54220

Robert J. Dvorak
Halling & Cayo SC
320 E. Buffalo Street, #700
Milwaukee, WI 53202-5837

Lynn Zigmunt
Manitowoc County Clerk of Circuit Court
1010 S. 8th Street
Manitowoc, WI 54220-5380

Thomas J. Fallon
Assistant Attorney General
P.O. Box 7857
Madison, WI 53707-7857

Jerilyn Dietz
District Attorney
206 Court Street
Chilton, WI 53014

Norman A. Gahn
Assistant District Attorney
821 W. State Street
Milwaukee, WI 53233

Laura H. Nirider
Steven A. Drizin
Northwestern University Law School
Bluhm Legal Clinic
357 E. Chicago Ave.
Chicago, IL 60611

Warren D. Weinstein
Assistant Attorney General
P.O. Box 7857
Madison, WI 53707-7857

You are hereby notified that the Court has entered the following order:

---

No. 2010AP3105-CR      State v. Dassey  L.C.#2006CF88

A petition for review pursuant to Wis. Stat. § 808.10 having been filed on behalf of defendant-appellant-petitioner, Brendan R. Dassey, and considered by this court;

IT IS ORDERED that the petition for review is denied, without costs.

---

Diane M. Fremgen
Clerk of Supreme Court