```
 1    STATE OF WISCONSIN : CIRCUIT COURT : MANITOWOC COUNTY
                              BRANCH 3
 2
 3    _____

 4    STATE OF WISCONSIN,

 5                     PLAINTIFF,        JURY TRIAL
                                        TRIAL DAY 1
      vs.                               Case No. 06 CF 88
 6
      BRENDAN R. DASSEY,
 7
                       DEFENDANT.
 8
 9    _____

10    DATE:    APRIL 16, 2007

11    BEFORE:  HON. JEROME L. FOX
                Circuit Court Judge
12
      APPEARANCES:
13
               KENNETH R. KRATZ
14             Special Prosecutor
               On behalf of the State of Wisconsin.
15
               THOMAS J. FALLON
16             Special Prosecutor
               On behalf of the State of Wisconsin.
17
               NORMAN A. GAHN
18             Special Prosecutor
               On behalf of the State of Wisconsin.
19
               MARK R. FREMGEN
20             Attorney at Law
               On behalf of the defendant.
21
               RAYMOND L. EDELSTEIN
22             Attorney at Law
               On behalf of the defendant.
23
               BRENDAN R. DASSEY
24             Defendant
               Appeared in person.
25
```

$\bigcirc$ 113

1

**COPY**

```
*  *  *  *  *  *  *  *
```

**TRANSCRIPT OF PROCEEDINGS**

Reported by Jennifer K. Hau, RPR

Official Court Reporter

# I N D E X

|  | PAGE |
|---|---|
| PRELIMINARY JURY INSTRUCTIONS | 5-20 |
| OPENING STATEMENTS | |
|     BY ATTORNEY KRATZ | 21-82 |
|     BY ATTORNEY FREMGEN | 82-97 |
| WITNESSES | |

**KAREN HALBACH**

| | |
|---|---|
| Direct Examination by ATTORNEY KRATZ | 102-122 |
| Cross-Examination by ATTORNEY FREMGEN | 122 |

**KATIE HALBACH**

| | |
|---|---|
| Direct Examination by ATTORNEY KRATZ | 123-132 |

**THOMAS FASSBENDER**

| | |
|---|---|
| Direct Examination by ATTORNEY KRATZ | 133-196 |
| Cross-Examination by ATTORNEY EDELSTEIN | 196-223 |
| Redirect Examination by ATTORNEY KRATZ | 223-224 |

| EXHIBITS | MARKED | MOVED | ADMITTED |
|---|---|---|---|
| 1-10 | | 120 | 122 |
| 11 | | 132 | 132 |
| 12 | | 132 | 132 |
| 13 | | 132 | 161 & 162 |
| 14 | | 132 | 132 |
| 15-77 | | 196 | 196 |
| 78 | 192 | 196 | 196 |

3

```
 1                    (Reconvened at 9:07 a.m.)

 2             THE COURT:  Court will call the case of

 3     State of Wisconsin vs. Brendan R. Dassey, 06 CF 88.

 4     Appearances, please.

 5             ATTORNEY KRATZ:  The State appears by

 6     Calumet County District Attorney Ken Kratz, also

 7     appearing is Tom Fallon from the Department of

 8     Justice, Norm Gahn from the Milwaukee County

 9     D.A.'s Office, all appearing as special

10     prosecutors.

11             ATTORNEY FREMGEN:  Attorney Mark Fremgen

12     and Attorney Raymond Edelstein appear with

13     Brendan Dassey.

14             THE COURT:  At this point I'd ask the clerk

15     to swear the jury in, please.

16             THE CLERK:  Would the jurors please rise?

17     Please raise your right hands.

18                    (Jurors sworn.)

19             THE COURT:  Counsel, I'm going to give some

20     preliminary instructions for the record.  We have

21     previously discussed these and, uh, both sides agree

22     to the instructions to be given today; is that

23     correct, Mr. Kratz?

24             ATTORNEY KRATZ:  Yes.

25             THE COURT:  Mr. Fremgen?
```

4

```
 1              ATTORNEY FREMGEN:  Yes, Judge.

 2              THE COURT:  All right.  Before the trial

 3      begins, there are certain instructions you should

 4      better have to understand your functions as a juror

 5      and how you should conduct yourself during the

 6      trial.  Your duty is to decide the case based only

 7      on the evidence presented and the law given to you

 8      by the Court.  Do not let any personal feelings of

 9      bias or prejudice against any such things as race,

10      religion, national origin, sex or age affect your

11      deliberations.

12              Do not begin your deliberations and

13      discussion of the case until all the evidence is

14      presented and I have instructed you on the law.

15      Do not discuss this case among yourselves or with

16      anyone else until your final deliberations in the

17      jury room.

18              We will stop or recess from time to time

19      during the trial.  You may be excused from the

20      courtroom when it is necessary for me to hear

21      legal arguments from the lawyers.  If you come in

22      contact with the parties, lawyers, or witnesses,

23      do not speak with them.  For their part, the

24      parties, lawyers, and witnesses will not contact

25      or speak with the jurors.
```

1    Should you be exposed to any reports or

2  communications from any source concerning the

3  case during the trial, you should report that

4  information to the jury bailiff. The Court is

5  aware that many of you've been exposed to

6  publicity concerning this case before you were

7  selected to serve as a juror. Each of you has

8  committed to base your verdict only on the

9  evidence introduced during the trial. It is of

10  vital importance to the parties and the sanctity

11  of the court process that you remain true to this

12  commitment.

13    Anything you may see or hear outside the

14  courtroom is not evidence. You are to decide the

15  case solely on the evidence offered and received

16  at trial.

17    Evidence is, first, the sworn testimony

18  of witnesses, both on direct and

19  cross-examination, regardless of who called the

20  witness.

21    Second, the exhibits the Court has

22  received.

23    And, third, any facts to which the

24  lawyers have agreed, or stipulated, or which the

25  Court has directed you to find.

6

1    Attorneys for each site -- side have the
2    right and the duty to object to what they
3    consider are improper questions asked of
4    witnesses and to the admission of other evidence
5    which they believe is not properly admissible.
6        You should not draw any conclusions from
7    the fact that an objection was made.  By allowing
8    testimony or other evidence to be received over
9    the objection of counsel, the Court is not
10   indicating any opinion about the evidence.  You
11   jurors are the judges of the credibility of the
12   witnesses and the weight of the evidence.
13       You are not required to, but you may
14   take notes during the trial except during the
15   opening statements and closing arguments.  The
16   Court will provide you with materials.  In taking
17   notes, you must be careful that it does not
18   distract you from carefully listening to and
19   observing the witnesses.
20       You may rely on your notes to refresh
21   your memory during deliberations.  Otherwise,
22   keep them confidential.  Your notes will be
23   collected by the jury bailiff after each day's
24   session and kept in a secure place until the next
25   day of trial.  After the trial, the notes will be

7

collected and destroyed.

You will not have a copy of the written
transcript of the trial testimony available for
use during your deliberations. You may ask to
have specific portions of the testimony read to
you. You should pay careful attention to all the
testimony, because you must rely primarily on
your memory of the evidence and testimony
introduced during the trial.

To assist you in evaluating the
evidence, I will now read to you portions of the
specific jury instructions for the offenses with
which the defendant is charged. I will read them
to you in their entirety at the close of the
evidence.

Count 1. Count 1 of the Information
charges the defendant with first degree
intentional homicide, as party to a crime -- to
the crime. Section 939.05 of the Wisconsin
Criminal Code provide that whoever's concerned in
the commission of a crime is a party to that
crime and may be convicted of that crime although
that person did not directly commit it.

The State contends that the defendant
was concerned in the commission of the crime of

8

first degree intentional homicide by either
directly committing it or by intentionally aiding
and abetting the person who directly committed
it.

If a person intentionally aids and abets
the commission of a crime, then that person is
guilty of the crime as well as the person who
directly committed it.  A person intentionally
aids and abets the commission of a crime when
acting with knowledge or belief that another
person is committing or intends to commit a
crime, he knowingly either assists the person who
commits the crime, or is ready and willing to
assist, and the person who commits the crime
knows of the willingness to assist.

To intentionally aid and abet the crime
of first degree intentional homicide, the
defendant must know that another person is
committing or intends to commit the crime of
first degree intentional homicide and have the
person -- and have the purpose to assist the
commission of that crime.

Before you may find the defendant guilty
of first degree intentional homicide as a party
to the crime, the State must prove by evidence

9

1    which satisfies you beyond a reasonable doubt

2    that the defendant directly committed the crime

3    of first degree intentional homicide or

4    intentionally aided and abetted the commission of

5    that crime.

6         All 12 jurors do not have to agree on

7    whether the defendant directly committed the

8    crime of first degree intentional homicide or

9    aided and abetted the commission of the crime.

10   However, each juror must be convinced beyond a

11   reasonable doubt that the defendant was concerned

12   in the commission of the crime in one of those

13   ways.

14        First degree intentional homicide, as

15   defined in 940.01 of the Criminal Code of

16   Wisconsin, is committed by one who causes the

17   death of another human being with the -- the

18   intent to kill that person or another.

19        Before you may find the person -- the

20   defendant guilty of first degree intentional

21   homicide, the State must prove by evidence which

22   satisfies you beyond a reasonable doubt that the

23   following two elements were present:

24        Number one, Brendan Dassey caused the --

25   the death of Teresa Halbach, or aided and abetted

10

1   another in causing the direct -- the death of

2   Teresa Halbach.

3           "Cause" means that the defendant's acts

4   were a substantial factor in producing the death.

5           Number two, Brendan Dassey acted with

6   the intent to kill Teresa Halbach, whether he did

7   so directly or aided and abetted another.

8           "Intent to kill" means that the

9   defendant had the mental purpose to take the life

10  of another human being, or was aware that his

11  conduct was practic -- practically certain to

12  cause the death of another human being.

13          While the law requires that the

14  defendant acted with intent to kill, it does not

15  require that intent exists for any particular

16  length of time before the act is committed.  The

17  act need not be brooded over, considered, or

18  reflected upon for a week, a day, an hour, or

19  even a minute.  There need not be any appreciable

20  time between the formation of the intent and the

21  act.

22          The intent to kill may be formed at

23  anytime before the act, including the instant

24  before the act, and must continue to exist at the

25  time of the act.

11

You cannot look into a person's mind to find intent. Intent to kill must be found, if found at all, from the defendant's acts, words and statements, if any, and from all the facts and circumstances in this case bearing upon intent. Intent should not be confused with motive. While proof of intent is necessary to a conviction, proof of motive is not.

Motive refers to a person's reason for doing something. While motive may be shown as a circumstance to aid in establishing the guilt of a defendant, the State is not required to prove motive on the part of the defendant in order to convict.

Evidence of motive does not, by itself, establish guilt. You should give it the weight you believe it deserves under all of the circumstances.

You're satisfied beyond a reasonable doubt at the conclusion of the trial that the defendant directly committed both elements of first degree intentional homicide, or that the defendant intentionally aided and abetted the commission of that crime, you should find the defendant guilty. If you are not so satisfied,

12

1       you must find the defendant not guilty.

2               Count 2 charges the defendant with

3       mutilating a corpse, also as a party to a

4       crime -- to the crime. Section 939.05 of the

5       Criminal Code of Wisconsin, provide that whoever

6       is concerned in the commission of a crime is a

7       party to that crime and may be convicted of that

8       crime although that person did not directly

9       commit it.

10              The State contends that the defendant

11      was concerned in the commission of the crime of

12      mutilating a corpse by either directly committing

13      it or by intentionally aiding and abetting the

14      person who directly committed it.

15              If a person intentionally aids and abets

16      the commission of a crime, then that person is

17      guilty of the crime as well as the person who

18      directly committed it. Person intentionally aids

19      and abet the com -- abets the commission of a

20      crime when acting with knowledge or belief that

21      another person is committing or intends to commit

22      a crime, he either knowingly assists the person

23      who commits the crime, or is ready and willing to

24      assist, and the person who commits the crime

25      knows of the willingness to assist.

                        13

1    To intentionally aid and abet the crime

2    of mutilating a corpse, the defendant must know

3    that another person is committing or intends to

4    commit the crime of mutilating a corpse and have

5    the purpose to assist the commission of that

6    crime.

7    Before you may find the defendant guilty

8    of mutilating a corpse as a party to the crime,

9    the State must prove by evidence which satisfies

10   you beyond a reasonable doubt that the defendant

11   directly committed the crime of mutilating a

12   corpse or intentionally aided and abetted the

13   commission of that crime.

14   All 12 jurors do not have to agree

15   whether the defendant directly committed the

16   crime of first degree, uh -- or uh, mutilating a

17   corpse or aided and abetted the commission of the

18   crime.  However, each juror must be convinced

19   beyond a reasonable doubt that the defendant was

20   concerned in the commission of the crime in one

21   of those ways.

22   Mutilating a corpse, as defined in

23   Section 940.11 (1) of the Criminal Code of

24   Wisconsin, is violated by one who mutilates a

25   corpse with intent to conceal a crime, or avoid

14

apprehension, prosecution, or conviction for a crime.

Before you may find the defendant guilty of this offense, the State must prove by evidence which satisfies you beyond a reasonable doubt that the following two elements were present:

Number one, Brendan Dassey mutilated the corpse of Teresa Halbach, or aided and abetted another in mutilating the corpse of Teresa Halbach.

Number two, in mutilating the corpse of Teresa Halbach, or in aiding and abetting another in mutilating her corpse, Brendan Dassey acted with the intent to conceal the crime. This requires that the defendant acted with the purpose to conceal a crime.

You cannot look into a person's mind to find out about intent. Intent must be found, if found at all, from the defendant's acts, words and statements, if any, and from all the facts and circumstances in the case bearing upon intent.

If you are satisfied beyond a reasonable doubt at the conclusion of the trial that Brendan Dassey directly committed both elements of this

15

offense, or that Brendan Dassey directly aided
and another -- aided and abetted another in the
commission of the crime, you should find the
defendant guilty. If you are not so satisfied,
you must find the defendant not guilty.

Count 3 charges the defendant with first
degree sexual assault by use or threat of a
dangerous weapon, also as a party to a crime.
Section 939.05 of the Criminal Code of Wisconsin
provides that whoever is concerned in the
commission of a crime is a party to that crime
and may be convicted of that crime although the
person did not directly commit it.

The State contends that the defendant
was concerned in the commission of the crime of
first degree sexual assault by either directly
committing it or by intentionally aiding and
ab -- and abetting the person who directly
committed it. The person intentionally aids and
abets the commission of a crime, then that person
is guilty of a crime as well as the person who
directly committed it.

Person intentionally aids and abets the
commission of a crime when acting with knowledge
and belief that another person is committing or

16

1   intends to commit a crime, he knowingly either
2   assists the person who commits the crime or is
3   ready and willing to assist, and the person who
4   commits the crime knows of the willingness to
5   as -- to assist.
6           To intentionally aid and abet the crime
7   of first degree sexual assault, the defendant
8   must know that another person is committing or
9   intends to commit the crime of first degree
10  sexual assault and have the pers -- have the
11  purpose to assist the commission of that crime.
12          Before you may find the defendant guilty
13  of first degree sexual assault as a party to a
14  crime, the State must prove by evidence which
15  satisfies you beyond a reasonable doubt that the
16  defendant directly committed the crime of first
17  degree sexual assault or intentionally aided and
18  abetted the commission of that crime.
19          All 12 jurors do not have to agree
20  whether the defendant directly committed the
21  crime of first degree sexual assault or aided
22  and -- and abetted the commission of that crime.
23  However, each juror must con -- be convinced
24  beyond a reasonable doubt that the defendant was
25  concerned in the commission of the crime in one

17

1 of those ways.

2    First degree sexual assault, as defined

3 in Section 940.225 (1)(b) of the Criminal Code of

4 Wisconsin, is committed by one who has sexual

5 intercourse with another person without consent

6 and by use or threat of a dangerous weapon.

7    Before you find the defendant guilty of

8 this offense, the State must prove by evidence

9 which satisfies you beyond a reasonable doubt

10 that the following three elements were present:

11    Number one, the defendant had sexual

12 intercour -- course with Teresa Halbach.

13    Number two, Teresa Halbach did not

14 consent to the sexual intercourse.

15    Number three, the defendant had sexual

16 intercourse with Teresa Halbach by use or threat

17 of a dangerous weapon.  This requires that the

18 defendant actually used or threatened to use the

19 dangerous weapon to compel Teresa Halbach to

20 submit to sexual intercourse.

21    If you are satisfied beyond a reasonable

22 doubt that all three elements of first degree

23 sexual assault have been proven, you should find

24 the defendant guilty.  If you are not so

25 satisfied, you must find the defendant not

18

```
 1   guilty.

 2              In reaching your verdict, examine the

 3   evidence with care and caution.  Act with

 4   judgment, reason and prudence.

 5              Defendants are not required to prove

 6   their innocence.  The law presumes every person

 7   charged with the commission of an offense to be

 8   innocent.  This presumption requires a finding of

 9   not guilty unless in your deliberations you find

10   it is overcome by evidence which satisfies you

11   beyond a reasonable doubt that the defendant is

12   guilty.

13              The burden of establishing every fact

14   necessary to constitute guilt is upon the State.

15   Before you can return a verdict of guilty, the

16   evidence was -- must satisfy the -- you beyond a

17   reasonable doubt that the defendant is guilty.

18              If you can reconcile the evidence upon

19   any reasonable hypothesis consistent with the

20   defendant's innocence, you should do so and

21   return a verdict of not guilty.

22              The term "reasonable doubt" means a

23   doubt based upon reason and common sense.  It is

24   a doubt for which a person can be given -- uh,

25   for which a reason can be given arising from a
```

19

1   fair and rational consideration of the evidence

2   or lack of evidence.  It means such a doubt as

3   would cause a person of ordinary prudence to

4   pause or hesitate when called upon to act in the

5   most important affairs of life.

6           A reasonable doubt is not a doubt which

7   is based on mere guesswork or speculation.  A

8   doubt which arises merely from sympathy or from

9   fear to return a verdict of guilt is not a

10  reasonable doubt.  A reasonable doubt is not a

11  doubt such as may be used to escape the

12  responsibility of a decision.

13          While it is your duty to give the

14  defendant the benefit of every reasonable doubt,

15  you are not to search for doubt, you are to

16  search for the truth.

17          The lawyers will now make opening

18  statements.  The purpose of an opening statement

19  is to give the lawyers an opportunity to tell you

20  what they expect the evidence will show so that

21  you can better understand the evidence as it is

22  introduced during the trial.  I must caution you,

23  however, that the opening statements are not

24  evidence.  Mr. Kratz?  Juror Covington, were you

25  able to hear me when I gave these instructions?

20

JUROR COVINGTON:  Yes.

2             THE COURT:  All right.  Let's proceed.

3             ATTORNEY KRATZ:  Can everybody hear me

4     okay?  As our tech guy comes up here, I wanted to

5     say good morning.  Thank you for the service that

6     you have offered in this case.  Uh, you are from

7     Dane County.  You're not a Manitowoc County jury,

8     and so it's a great inconvenience, I know, for

9     all of you to sit and listen to this very

10     important case.  But let me assure you that this

11     process, the process that you've been going to in

12     the next couple of weeks, um, may include one of

13     the most important decisions, uh, that you're

14     ever going to have to make.

15             Uh, it is a, uh -- a daunting task for

16     citizens to go through, uh, but it is, uh,

17     obviously important not just to Mr. Dassey, but

18     to the, uh, Halbach family, to the friends of the

19     family, uh, of Teresa Halbach, to the citizens of

20     Manitowoc County, uh, where we currently, uh, are

21     holding this trial.

22             Uh, the trial, itself, or my opening

23     statement, itself, uh, is not intended to be

24     evidence.  The Judge already told you that.  Um,

25     but it will be a little bit lengthy, uh, in that

we have to take what, uh, may be six or seven
weeks of testimony into a trial, uh, and at least
in this case fit it into about three days, uh,
worth of testimony.  And much of the evidence in
this case is not contested, uh, will be
stipulated to, meaning agreed to, uh, and so you,
the jurors, since you don't have the same basis
of knowledge that the lawyers do, uh, you have to
be told the background and a lot of those facts,
and so I'll be doing that in my opening statement
as well as having some witnesses testify, uh,
about that, uh -- about that as well.

Uh, you will notice around the courtroom
are, um, screens, uh, which, um, do, in most
regards, um, have the, uh, text or photos or the
videotapes that you'll be watching.  Uh, they are
meant to assist you and give you different places
to, uh -- to see those things, and so I wanted to
encourage you to do that as well.

Let me also remind you that this is not,
um, a closed system in that you can't, uh,
participate.  Uh, the one way that you can
participate, uh, is if one of you needs a break
for some reason.  Uh, I need to let you know that
if you need a break, uh, either, if you're, um,

22

1   not concentrating well enough, or you just need
2   a -- a regular, uh, kind of other kind of break,
3   just raise your hand, all right?  Get my
4   attention or the Judge's attention, and we'll
5   take a break.
6           And, certainly, during this opening
7   statement, you'll get at least one, and perhaps
8   two, breaks, uh, so that you're able to remain
9   fresh, you're able to, um, listen to the very
10  important statements that myself and the defense
11  will be giving in this opening statement.  All
12  right?
13          First thing I want to talk about is an
14  introduction of the prosecution team.  That is,
15  the people that are sitting at or near this
16  table.  My name's Ken Kratz.  It's the first
17  chance I've had to address each of you.  Uh, I am
18  a district attorney.  I'm the D.A. of Calumet
19  County, which is the county just east, uh, of
20  Manitowoc, of, uh -- excuse me, just west of
21  Manitowoc, uh, where we are, uh, right now.
22          Uh, and I am the lead counsel.  Nothing
23  special about that term.  It just means that, uh,
24  I have, uh, coordinated the, uh, investigation
25  and prosecution of this case, uh, and will be

                        23

assisting in the presentation of the case as
well.

Um, Mr. Fallon, who you already heard
from, is an assistant, uh, district attorney.
Um, Mr. Fallon, uh, works for the Department of
Justice in Madison.  Uh, he's the gentleman in
the middle, and, uh, will be another prosecutor
in this case.

And, finally, Mr. Gahn is a Milwaukee
County Assistant District Attorney.  Uh, Mr. Gahn
will be presenting the parts of the case, you'll
notice, where Mr. Gahn has expertise.  Uh, that
is in DNA evidence, uh, and in the sciences and
some of the other places.  So I at least wanted
to let you know why we're involved.

We, by the way, are helping, we're doing
a favor, if you will, for Manitowoc County.  Uh,
the three prosecutors that have been assigned
responsibility for this, uh, important case and
the case involving Steven Avery, uh, which were
the same prosecutors, the same prosecution team,
uh, assisted Manitowoc in, um -- in the efforts
of the prosecution.

Two lead investigators were involved in
this case.  Uh, they are, um, Mr. Mark Wiegert,

24

who is the gentleman in the glasses. Mr. Wiegert
is an investigator with the Calumet County
Sheriff's Department. And Mr. Tom Fassbender,
who is seated next to him, works, again, for the
Department of Justice, Division of Criminal
Investigation.

You're going to learn in this case that
several hundred law enforcement officers were
involved. Um, that the personnel and the search
efforts in this case were, uh, overwhelming. In
fact, you're probably going to learn that this
was one of the largest, if not, the largest, at
least by resources, investigation, criminal
investigation, homicide investigation in
Wisconsin history. And because of the scope of
this case, because of the size of this case, it
required investigators to coordinate or to make
sure that everything was done, uh, not only
properly, but leadership, uh, and direction was,
uh -- was certainly required in this case.

If I could have, uh, just a minute.
We're going to try to fix at least these two
screens so that all of the, uh, text shows, but
that doesn't mean I'm going to stop. I'm a
lawyer so I can -- I can just keep, uh -- keep

25

1    talking.

2              Opening statements, as the Judge told
3    you, are an opportunity to tell you what we think
4    the evidence is going to show. But more than
5    that, it's a, uh -- it's a roadmap. It's an
6    overview. Since evidence comes in in bits and
7    pieces, some people describe, uh, trials as, um,
8    puzzles, jigsaw puzzles, if you will, and how
9    evidence may fit into there.

10             You need to know how each little piece
11   of evidence in this two-week trial is going to
12   fit into the big picture. Is going to fit into
13   whether or not Brendan Dassey is guilty of the
14   three offenses for, uh, which he has been
15   charged.

16             Uh, I've told you, and you know, and
17   most of you, in fact, I think all of you, uh,
18   have indicated in your questionnaires that you
19   were at least somewhat familiar with the Steven
20   Avery, uh, case. But you didn't hear the
21   evidence in that case. Um, and some of that
22   evidence, as I mentioned, may or may not be
23   contested, but because of the importance of this
24   case, it's still necessary to tell you the whole
25   story. It's necessary to explain all of the

26

1   physical evidence, as well as the evidence that
2   may be directed towards, uh, Brendan Dassey, and
3   some of that evidence, again, will be physical
4   evidence and some is going to be statements.  Uh,
5   and so we intend, uh, to tell you about all of
6   that, certainly, during this opening statement
7   and, uh -- and during this process.

8       The Judge told you that Mr. Dassey's
9   been charged with three separate offenses; first
10  degree intentional homicide, mutilating a corpse
11  and first degree sexual assault.  He told you the
12  elements.  That is, what it is the State has to
13  prove.  And we certainly intend to do that.

14      All right.  The first legal concept that
15  I want to talk about is party to the crime.  The
16  Judge has instructed you that party to the crime
17  is a, uh -- a concept, a -- a form of criminal
18  liability, that, uh, is committed either when
19  somebody commits a crime, themselves, or when
20  they aid and abet the commission of the crime.

21      Now, this is the law.  Judge Fox will
22  tell you what the law is.  So whether you think
23  this is a good idea or a bad idea, it's the law
24  and you have to follow this law.  And so the
25  description or the explanation of, as an example,

27

1  what aiding and abetting means, is important for
2  you to know.
3       The Judge has told you that a defendant
4  can aid and abet the commission of crime, um, if
5  he assists somebody who commits it or,
6  importantly, and what you might hear in this
7  case, as the evidence may show in this case, uh,
8  quite a bit, is that the individual, in this
9  case, Brendan Dassey, stood ready and willing to
10  assist, and that the actor, in this case, Steven
11  Avery, uh, was an individual who knew of
12  Brendan's willingness to aid and abet.  All
13  right?
14       Now, I'm telling you that this early in
15  the case because this is an important concept.
16  It's important for you to understand what the
17  criminal liability is, and, again, whether you
18  agree with or don't agree with that concept, with
19  the concept of party to the crime, it's something
20  the Judge tells you you have to accept and you
21  have to adopt.
22       I'm going to introduce you to a lovely
23  young woman.  This is Teresa Halbach.  Ms.
24  Halbach was 25 years old on Halloween of 2005.
25  You're going to hear evidence in this case that

28

1   Ms. Halbach was single.  That Ms. Halbach was a
2   college graduate.  Ms. Halbach was a freelance
3   photographer.  She was a daughter.  She was a
4   sister.  She was a friend.  And she had her whole
5   life ahead of her.
6           You're also going to hear evidence that
7   all of that came to an end on Halloween of 2005.
8   This story, this case, begins at about 8:12 a.m.
9   on Halloween Day of 2005 when the plan was set
10  into motion to take this young woman's life.  The
11  plan was set into motion to rape, and to kill,
12  and to mutilate this 25-year-old innocent, young
13  woman.
14          The investigation of this case begins
15  when we learn that Ms. Halbach was reported
16  missing on Thursday, the 3rd of November, 2005.
17  She was a photographer.  One of her contracts,
18  one of the reasons, uh, that she was a
19  photographer was she worked for a magazine.  She
20  worked for something called *AutoTrader Magazine*,
21  which was a magazine that sells cars.  It -- it,
22  uh, put ads in the cars, and it requires
23  photographers to go around and take pictures, uh,
24  of those cars.
25          Uh, and so learning about Ms. Halbach,

29

or learning how she worked for *AutoTrader Magazine*, is important for you to understand about the investigation, because you will learn that the investigation, or at least the missing persons investigation, determined that the last place that Ms. Halbach was on the 31st was a place called the Avery Salvage Yard.

Uh, this is a place located here in Manitowoc in a place called the town of Gibson. It's rural Manitowoc. It's kind of the northern edge, uh, of Manitowoc, uh, but it's a -- a junkyard, a -- a salvage business that has junked cars. Uh, and the, uh, other determination early on in this case was that a man by the name of Steven Avery made an appointment at 8:12 that morning to have Ms. Halbach come to that residence, or to come to that property, which was the Avery salvage property.

I've alluded a little bit earlier about the case against Steven Avery, and you first need to know about the case against Steven Avery, the investigation, uh, that pointed towards Steven Avery being involved in this case.

You may already know, and many of your jury questionnaires told us that you knew, at

30

1    least some things about this man, about Steven
2    Avery, that he had achieved some degree of
3    notoriety in 2003 when he was exonerated, when he
4    was released from prison for a 1985 sexual
5    assault.
6           You may know that Mr. Avery, or you'll
7    hear in this case, that Mr. Avery was exonerated
8    or set free because of something called DNA
9    evidence.  Because there was some DNA evidence
10   from the '85 case that didn't match, uh, in that
11   case, and that an analyst from the State Crime
12   Lab, one particular analyst, found DNA on one
13   piece of evidence, on a hair that was collected
14   from the 1985 case, that didn't match.  That
15   didn't match Steven Avery.  And so Mr. Avery was
16   released.  He was released from prison.
17          Ironically, you will hear, that that,
18   um, analyst from the Crime Lab, the DNA, um,
19   specialist who exonerated Steven Avery, was a
20   woman named Sherry Culhane.  You're going to hear
21   her name later on in this case, because Ms.
22   Culhane, as evidence is developed in this case,
23   happens to be the very same analyst that does the
24   DNA, um, workup.  That does all of the testing of
25   the DNA case.

31

1     All right.  I'm going to -- Because the

2     side screens are not quite as large, the bottom's

3     cut off or the top is cut off, you're going to

4     have to look behind me at least until we take our

5     break when we fix, uh, these side screens.

6         But this is the very first time, and the

7     very first important photo that I want you all to

8     look at.  This is the Avery salvage property.

9     The Avery Salvage Yard.  It consists of about 40

10    acres of junked cars.  It consists of four

11    different residences.  Four trailers on this

12    peep -- piece of property.

13        The Steven Avery trailer, which is

14    located in the bottom left-hand corner of the

15    screen, or which would be the northwest corner of

16    the property.  Right next to Mr. Avery's trailer

17    is his sister's, uh, property.  Her name at that

18    time was Barb Janda.  Also living with Barb at

19    the time were her sons, four sons, all with the

20    name of Dassey.  Uh, they included, uh, the

21    defendant, Brendan Dassey, uh, his brothers, uh,

22    Blaine and Bobby and Bryan.  They all lived on

23    that property as well.

24        Another trailer that's located on this

25    property was the Allen and Delores Avery trailer.

                        32

```
 1    These were the grandparents of Brendan, or the

 2    mom and dad, if you will, of, uh, Steven and, uh,

 3    his sister, Barb.

 4            And also on the property was the -- his

 5    brother, Chuck's, trailer.  So there's four

 6    residences.  You can see of the buildings that

 7    are on this massive, um, um, property for them

 8    are businesses.  You'll also notice on these, um,

 9    aerial photographs that there's lots of

10    buildings.  There's outbuilding, there's business

11    buildings, there's, uh, a lot of sheds and those

12    kind of things that, uh, you need to be familiar

13    with as you hear about some of the searches and

14    where some of the evidence, uh, is -- is found.

15    All right?

16            Well, the investigation takes a dramatic

17    turn on the morning of, uh, Saturday, November 5,

18    when, uh, two citizen searchers, uh, uh, Nikole

19    and Pam Sturm, uh, when given permission to

20    search the Avery salvage property, these 40

21    acres, uh, happened to find the picture that

22    you've seen here.  They happened to find Teresa

23    Halbach's SUV.

24            Uh, you'll notice, uh, Teresa Halbach's

25    SUV is covered.  It is concealed.  Uh, there'll
```

33

1    be testimony that it was intentionally concealed,
2    uh, with branches of debris and this very large,
3    um, hood for a vehicle.  A -- a -- a large, uh,
4    either car or truck hood is -- is leaned up
5    against it.
6         Suffice it to say, though, that at 10:30
7    in the morning on the 5th of November, this case
8    takes a very dramatic turn.  You'll hear that the
9    VIN number, that is the Vehicle Identification
10   Number, when they're looking for Teresa, when the
11   citizens are searching for Teresa, actually
12   matches, uh, and so they know at that time that
13   the, uh, vehicle is, in fact, the vehicle in
14   question.
15        Importantly, you'll hear evidence about
16   where the vehicle was found.  Ms. Halbach's
17   vehicle was found in the opposite corner of both
18   the Avery and Dassey, uh, trailer.  Uh, and,
19   again, it's behind kind of a pond, but it's
20   immediately adjacent to or close to a car
21   crusher.
22        Uh, that, uh, car crusher is equipment,
23   you will hear in this case, evidence will show,
24   uh, is the kind of equipment designed to crush
25   cars.  It kind of makes sense.  It's -- it's

34

called a -- a car crusher. But to make vehicles, um, very, very small, almost unidentifiable, and easily removed, uh, from the property. And you'll see why, and you'll hear why, uh, Teresa Halbach's vehicle is placed, uh, in that location. That is, that proximity to the car crusher.

You'll also hear later on that night, after search warrants are obtained -- You'll hear what search warrants are. Search warrants are judicial authorization. Uh, that is, a judge tells law enforcement that you can go ahead and search a property for, um, evidence of a crime.

Uh, and after those search warrants were obtained, you're going to hear that first evening that, uh, some K-9 units, what are called cadaver dogs, at least insentence -- insensitively called cadaver dogs, uh, dogs that are trained to find and detect human remains, um, they, in fact, uh, hit on, uh, the, um, vehicle of, uh, uh, Teresa Halbach, uh, alerting, indicating that there was either a deceased individual in the back of that car, or that there's human blood, uh, in the back of the car.

You're going to hear evidence that this

35

1   vehicle was loaded onto an enclosed trailer.  It
2   wasn't processed there at the scene.  It was
3   actually driven to Madison, to the Madison Crime
4   Lab, for processing at that time.  All right?

5           Now, let me just tell you, again, this
6   is a lot of information.  This is, uh, days and
7   days and days worth of, uh, testimony that,
8   again, we're going to try to, uh, kind of fit
9   into a short period of time because, uh, it's
10  important to get to the crux of this case, uh,
11  what we'll be able to show a little bit later.

12          But on Saturday, residences and places
13  are starting to be searched.  All right?  The
14  first place, or at least one of the first places
15  to be searched, is the trailer of, uh, Steven
16  Avery.

17          You'll hear from Agent Fassbender, and
18  others that are involved in this search effort,
19  that they want to find Teresa.  Their first
20  efforts -- And early on in this case, uh, even
21  though they found her vehicle, Teresa hasn't been
22  found yet.  And so they're desperately looking
23  for Teresa Halbach, hopefully, alive.  They're
24  hoping to find her on this property alive.

25          And so you're going to hear of the law

36

enforcement effort to search all of these
residences, again, which include the trailer,
which include the garage of Steven Avery, and
other residences, including Brendan Dassey's, uh,
home, uh, business, uh, properties, uh, on the
property, uh, and also other, um, vehicles. In
fact, all of the junked cars. Uh, you'll see
photos of 4,000 junked cars.

I hope at the end of this case you'll be
able to appreciate just how many cars that is to
search, each and every one of those cars, on at
least two or three different occasions, by not
only law enforcement, but volunteer firefighters
and other, uh, citizen searchers. All right?

Um, also, on, uh, the next day, that is
on the 6th, that Sunday, the 6th of November,
you're going to hear that every one of those
junked cars is opened, is searched. Again,
they're looking for Teresa Halbach's body.

You're going to hear that a rifle, one
of the two rifles that was in Steven Avery's
residence was seized that Sunday. Uh, this rifle
is a .22 caliber Marlin Glenfield semi-automatic,
uh, rifle. You'll hear about the significance of
this rifle, but you'll hear that it was actually

37

hanging on the wall -- at least when officers

found it -- hanging on a gun rack right on the

wall in the bedroom of Steven Avery.

You're going to hear about, uh, a phone

message, uh, that was, uh, recovered.  Uh, this

phone message was recovered from Brendan

Dassey's, uh, home.  Uh, you're going to hear in

this case -- and I know that I've advanced a

little bit quickly for you, but when Steven Avery

made the appointment to lure Teresa Halbach to

the property, evidence will show that he used the

name, B. Janda.  His sister's name is Barb Janda.

So using his sister's name, using his

sister's phone number, or the call back number,

uh, you're going to hear, uh, this -- or expect

you'll hear this, uh, tape, this, um, uh, voice

recording of Teresa, indicating that she got the

message, uh, that, uh, the time that, uh, she

would be able to come and take photographs of a

van that was for sale was sometime after 2:00,

uh, on that day.  But, again, it was recovered

and you'll be able too hear, um, that evidence.

On Monday, uh, the 7th, the Crime Lab --

uh, and, again, it's a little bit better if you

look at -- at this -- um, they make a startling

```
 1   discovery.  Remember the SUV of Teresa was taken
 2   to the, um -- the Crime Lab for processing?  They
 3   found male blood in six different locations in
 4   the SUV and they found a great deal of female
 5   blood in the back, or what's called the cargo
 6   area, of Teresa's, uh, SUV.  These were the first
 7   results, uh, they had gotten.  They didn't get
 8   any D re -- DNA results back yet, but they could
 9   tell it was male blood, and they could tell that
10   it was both, uh, female blood.
11        You'll hear from investigators, from
12   Mr. Fassbender, and even from some of the Crime
13   Lab people, that when you find male blood and you
14   find that amount of female blood, uh, in the back
15   or in the cargo area of an SUV, it became very
16   obvious on Monday, the 7th, just a couple of days
17   into this investigation, that something terrible
18   had happened.  That a crime had happened.
19   Criminal behavior, uh, was afoot, and that, uh,
20   the search then began for what person or persons
21   were involved in committing these crimes.
22        Also, on Monday, you're going to hear
23   about a burn barrel that was recovered from just
24   outside of Steven Avery's, uh, residence.  Uh,
25   the Steven Avery and the Brendan Dassey, uh,
```

39

residences, again, are next to each other, kind
of between them, closer to Mr. Avery's house, is
an Avery, um, burn barrel.

Uh, this is another photograph to kind
of give you a -- an idea of how close not only
the burn barrel is to the Steven Avery trailer,
but also, and more importantly, how close this
burn barrel is to the van. This is the maroon
van that Teresa Halbach, the evidence will show,
was asked to come and take pictures of on
Halloween Day on 2005, and so you'll hear about,
uh -- about all of those things.

The next day, Tuesday, uh, the 8th,
you're going to hear that a thorough search was,
um, performed of Steven Avery's trailer. Uh, and
found in Steven Avery's bedroom was a key. This
was a Toyota key. You will hear evidence that
later this Toyota key matches the key of Teresa
Halbach's SUV. It starts the ignition. It
turns, uh, um, the ignition.

The second important finding on the 8th
was Teresa's license plates. These are found in
a junked vehicle, uh, kind of on the path on the
way to Steven Avery and Brendan Dassey's, uh,
residence.

40

And the third, and most chilling,
discovery, uh, on the 8th, the evidence will
show, is, uh, this burn area.

Now, to give you an idea or an overview,
again, of this corner, this quadrant, of the
Avery property, again, the, uh, Dassey and Janda
trailer, Steven Avery trailer, the van that was
for sale, you'll be able to see that, uh, this
burn area, uh, was found just a -- a few feet
behind the garage of Steven Avery.

You're going to hear evidence that
within this burn area, um, obvious human bone
fragments were found. You're going to hear that
the Crime Lab came to process this scene, that
arson investigators came to process the scene.
They recovered, uh, at least on that first day,
that is, Tuesday, the 8th, as many of the bones
that they could recover from this obvious, um,
uh, destructive, uh, area, this burn area, and
the evidence will, uh, show that, um, uh -- how
the bones were, uh -- were recovered and
transported for identification and examination.

You're going to hear that officers --
Remember, this is Tuesday. They had gotten there
Saturday already. That officers weren't able to,

41

```
 1      um, recover or to even examine this area.  Uh,

 2      either police officers, themselves, humans, or

 3      with the assistance of K-9s, cadaver dogs, or

 4      bloodhounds, or any kind of search dogs, were not

 5      able to, uh, inspect this particular area, um,

 6      because of a German Shepherd that was, uh,

 7      vicious and that was guarding that particular,

 8      uh, area.  That particular burn area.

 9              This is a photo that just assists you

10      and explains why it took until Tuesday to find

11      these, um, human remains in that area.  All

12      right?

13              We'll move a little bit more quickly

14      into the following -- or into the balance of that

15      week.  Uh, the recovery of those bones, you will

16      hear, were in very, very, uh, small, um, size.

17      They were also very, um, degraded.  They were

18      charred.  Um, but they were all examined, um, by

19      a forensic anthropologist.  We'll talk about that

20      a little bit, uh, later in the case.  But what

21      you need to know on Wednesday is that they were

22      able to say that they're human bones and that

23      they're from an adult female.

24              Uh, officers, obviously, at this point

25      believe that this is the site of the mutilation
```

42

1    and the disposal of Teresa Halbach.

2         Later, on the next day, on Thursday, uh,

3    this burn area -- this is a little

4    computer-generated image of the burn area, uh,

5    officers, um, are able to further excavate and,

6    um, recover all the rest of the bones that, uh,

7    are found in that area.

8         And let me just take a -- a moment, uh,

9    to tell you about these computer-generated

10   images, uh, that you're going to see.  There's a

11   gentleman by the name of Tim Austin.  He is a,

12   um, employee with the Wisconsin State Patrol.

13   Uh, Tim Austin was at the scene for, uh, at least

14   seven of the days, uh, that led up to or included

15   the processing of the scene, and Mr. Austin --

16   you're going to hear evidence he took at least

17   4,100 measurements and later created, uh, not

18   only still images, uh, of the exterior of the

19   property, exterior of Mr. Avery's, uh, garage,

20   and trailer, and the burn area, and, uh, the

21   Janda and Dassey areas, um, but also some of the

22   interiors.

23        Because you're not going to be able to

24   go out there, because you're not going to be able

25   to do a -- a scene visit, um, Mr. Austin created

                        43

```
 1    for you, uh, kind of a tour.  Um, many of you
 2    might be familiar with at least with some kind of
 3    computers, virtual tours, that you're able to
 4    kind of tour the area and -- and get kind of a --
 5    a -- a lay of the land, if you will, and you'll
 6    hear how accurate, uh, the depictions are.
 7    You're going to see it.  You're going to see the
 8    virtual tour so that you get a better flavor or
 9    feel for where one item might be in relation to
10    another.  All right?  So, uh, we also have for
11    you these computer-generated images, um, that
12    you'll see.
13         Now, you heard about Sherry Culhane.
14    You heard about her doing some DNA work in this
15    case.  Now, you're going to hear that Ms. Culhane
16    received from law enforcement 180 items -- 180
17    items of evidence, uh, where officers asked that
18    a DNA profile be developed.  Uh, you're going to
19    hear that that is the largest submission of
20    evidence, ever, at the Wisconsin State Crime Lab,
21    uh, and that the amount of DNA work in this case,
22    uh, was absolutely overwhelming.
23         Ms. Culhane, and although not as
24    important, uh, in, uh, this case, uh, will still
25    tell you about all of the profiles that she was
```

44

```
 1    able to develop.  She'll tell you what DNA is,

 2    and it's a genetic fingerprint, and how you can

 3    make matches and all those kind of things.  All

 4    right?

 5            With that having been said, though,

 6    you're going to hear that one of the bones that

 7    was recovered, one of the bones that was

 8    recovered in the pit, still had some tissue on

 9    it.  So it had some muscle tissue on the bone.

10    It wasn't completely burned.  It wasn't

11    completely degraded.  This allowed Ms. Culhane,

12    uh, to develop a DNA profile, uh, and, in fact,

13    positively match this leg bone, uh, to the

14    sample, to the exemplar, to the standard of

15    Teresa Halbach.

16            So after that, um, bone is examined, and

17    after a DNA profile is established, there isn't

18    any more question as to who this female skeleton

19    is, this mutilated, um, fragmentary skeleton

20    belongs to, and that is, with 100 percent

21    certainty, Teresa Halbach.

22            So the investigative timeline, that is,

23    the first, um, eight or ten days of this case,

24    um, includes -- These aren't going to help you

25    because we have stuff on the bottom.  So you're
```

                              45

1   going to have to look forward.  Again, I

2   apologize for that.  That will be fixed at, uh --

3   at the break.

4        But on the 31st of October, um, Teresa

5   Halbach is killed.  You're going to hear about

6   the timeline of October 31.  You're going to hear

7   that at 8:12 in the morning on the 31st, Steven

8   Avery lures or calls, um, *AutoTrader Magazine*,

9   and Teresa Halbach is asked to come out to the

10  scene.  You're also going to hear she'd been

11  there five times before, um, but always with the

12  name of, uh, Steven Avery.  Uh, at least I think

13  that's what the evidence is going to show.  But

14  Mr. Avery used a different name, uh, that is, B.

15  Janda, to get her to come out on that afternoon.

16       You're going to hear at 11:43 that

17  morning, so sometime just before noon, Teresa

18  Halbach makes that call, that's recorded, to

19  Brendan Dassey and Barb Janda's answering machine

20  saying, I can come out.  Uh, I'll be out there

21  sometime after 2:00, uh, today.

22       You're going to hear about the two stops

23  she made before Steven Avery's and Brendan

24  Dassey's residence.  That is, at the Steven

25  Schmitz residence about 1:30, and sometime

46

between 2 and 2:30 at a woman by the name of
JoEllen Zipperer's. Uh, the similar kind of
stops. She stops, she takes pictures of the
cars, she gives them an *AutoTrader Magazine*, a
bill of sale, she completes the transaction
before taking the photo for *AutoTrader*, and then
she goes on to her next stop that day.

Well, her next stop that day, uh, was
that of, um -- at the Steven Avery salvage
property. You're going to hear at 2:27 p.m. a
woman from *AutoTrader*, Dawn Pliszka, talks to,
uh, Teresa Halbach. You're going to hear that
during that conversation, um, Ms. Halbach says,
I'm on my way. I'm on my way to the Steven Avery
property. So when we talk about a timeline, when
was she there? About when does she get there?
You're going to hear that the Zipperer
residence is less than ten minutes from the Avery
property. And if at 2:27 she says, I'm on my
way, it can be no longer or later than 3:27 or
about 3:40. Excuse me, 2:27 or about 2:40 in the
afternoon, 20 to 3, that Teresa Halbach gets to
Steven Avery's property where the photos are
taken.

You will hear evidence that she

47

1    completes the transaction.  She takes the photos
2    of the van just like she's been asked to do.  Uh,
3    you will then hear, uh, in, unfortunately,
4    graphic detail, what happens at Teresa Halbach
5    after 2:40 in the afternoon.
6           Let's go back to the investigation for
7    just a minute, though.  Teresa doesn't show up
8    for work on the 1st or 2nd of, um, November.  On
9    the 3rd, the Halbach family and friends become
10   understandably concerned, and they begin to
11   retrace Teresa's steps.  Where is Teresa?  How
12   can we find her?
13          On the 4th, both the citizen efforts and
14   the law enforcement efforts to find Teresa are
15   kind of ramped up.  Um, they do aerial searches,
16   uh, they look at financial transactions, they
17   check out her cell phone records, and which
18   towers that her cell phone kind of ping off of,
19   or bounce off of, and also you'll hear about the
20   distribution of missing person posters at that
21   time by citizens.
22          You'll hear that on the morning of the
23   5th her vehicle is found at 10:30 in the morning
24   by the Sturms.  At about 2:00, investigators, uh,
25   become actively involved in searching, or at

48

1    least in obtaining search warrants, and then, uh,

2    searching the property, and you'll then hear

3    about the searches continuing.

4          Uh, very quickly, on Sunday, the, um,

5    firearms and garage is searched, and you'll hear

6    about the evidence, uh, that is obtained.

7          On the 7th, it becomes more full scale.

8    Lots and lots, in fact, hundreds of law

9    enforcement officers and volunteers and citizens

10   become involved in the search of this massive

11   40-acre property.  Uh, at that time all the

12   junked vehicles, uh, are searched, and you'll

13   hear about the discovery of the burn barrel.

14         On the 8th, those three critical

15   discoveries that we talked about, uh, that is,

16   the Toyota key being found in Steven Avery's

17   bedroom, uh, SUV plates are found at that time,

18   and the burn area is discovered, which -- excuse

19   me -- contains, uh, those human remains.

20         The 9th becomes an important day.

21   Steven Avery's arrested.  Steven Avery's arrested

22   for a weapons charge.  On the 9th, he's

23   interviewed.  But what you'll also hear about the

24   Steven Avery contact on the 9th, uh, is that

25   officers take some photographs.  They do a, uh,

49

1  physical examination of Steven Avery, and they

2  find a cut that you'll see in just a few minutes.

3  On the 10th, the burn area is further,

4  um, examined. On the key, itself, on the key

5  that was found in Steven's bedroom, they find his

6  DNA. We'll talk about that a -- a -- a little

7  bit, uh -- a little bit further.

8  On the 11th, um, the victim's blood,

9  that is the female blood, from within the SUV --

10  Remember the big pool? Or the big, uh, stains in

11  the cargo area in Teresa's, uh, SUV? Uh, those

12  now match, uh, a soda can that Teresa had up in

13  the front of the vehicle. It's then presumed,

14  uh, to be that of Teresa Halbach's.

15  So those are the first, uh, eight days

16  or so of the investigation and what you need to

17  know. Again, that's probably, you know,

18  two-and-a-half or three weeks, or could be, of

19  testimony that, in this case, we're going to try

20  to fit into a layer of evidence, try to fit into

21  about two days, maybe two-and-a-half days. So

22  it's going to go quickly, but it's meant to give

23  you a flavor of the size of this case, the scope

24  of this case, uh, and also, to the credit not

25  only of the Halbach family and to the memory of

50

Teresa, but you need to hear it.  You need to
hear the whole story, uh, of the investigation.

We talked about those DNA matches that,
uh, Ms. Culhane developed at the, uh, Crime Lab.
You're going to hear that Teresa's, um, blood,
uh, is, in fact, later positively identified,
positively matched, to a standard in the cargo
and -- and panel, uh, area.

The back cargo door.  You're going to
hear about, uh, blood having been actually flung,
uh, onto that door.  You're going to hear from a
person by the name of Nick Stahlke, a blood
spatter expert, as to how those kind of blood
spatters, uh, can be left in a very violent, uh,
kinds of -- uh, of episodes.

You're going to hear her blood was found
on the rear tailgate, uh, the door handle, and,
again, on the -- on the soda can.

Uh, Steven Avery's blood, uh, is found,
like I told you, in six different places in the
vehicle.  Positive matches, uh, for Steven Avery,
on the, uh, rear passenger door, near the
ignition area, um, where Steven Avery's actively
bleeding finger actually leaves some DNA, uh, in
the ignition area.  Also, in the front, that is

51

1   the front passenger part, of the SUV, that is on

2   the, uh, CD case and, uh, on both of the front

3   seats.

4          I told you before about the cut, the

5   actively bleeding cut, on Steven Avery, uh, on

6   the 9th.  We will show you pictures, uh, of the

7   remnants of that cut.  It was healing, uh, but

8   just how deep that cut was.  And you can draw the

9   conclusions, and, in fact, uh, it may or may not

10  even be contested that his finger was actively

11  bleeding on the 31st when he struggled with

12  Teresa, uh, and when he, uh, loaded her in the

13  back of, uh, uh, the vehicle, uh, and helped and

14  dispose of the vehicle to, uh, conceal that

15  particular crime.

16         And, finally, you're going to hear

17  evidence of the DNA of Steven Avery being found

18  on Teresa Halbach's key.  You're going to hear

19  about how DNA is the same whether it's in your

20  blood, whether it's in other bodily fluids, um,

21  perspiration, skin cells, semen, uh, other kinds

22  of places.  It's the same genetic code.  It's the

23  same DNA that's found.  And when Steven was

24  handling, uh, that, uh, key, uh, he left his

25  perspiration, he left his sweat on that key, and

Case 1:14-cv-01310-WED    Filed 05/04/15    Page 52 of 256    Document 19-15

Ms. Culhane, excuse me, was able to develop a
full profile.  All right?

Everybody take a deep breath, because
we're now going to start talking about the reason
that you're here.  That was all of Steven Avery's
case where the evidence that pointed -- excuse
me -- to Steven Avery.

Uh, this is going to be a time when the
Judge is going to allow you to take a few minute
break, your morning break.  Excuse me.  After you
return, we will then tell you about what evidence
it is that the State intends to show, uh, and why
it is, uh, that the State intends to prove beyond
a reasonable doubt that that man, uh, that
Brendan Dassey -- excuse me -- committed the
crimes of first degree intentional homicide,
mutilation, and sexual assault.

So if we may, Judge, a -- a 10- or
15-minute --

THE COURT:  Certainly.

ATTORNEY KRATZ:  -- break at this time,
and when you come back, uh, I will conclude my
opening statement.  Thank you, very much.

THE COURT:  We'll recess for 15 minutes.

(Recess had at 10:13 a.m.)

53

(Reconvened at 10:32 a.m.)

2    ATTORNEY KRATZ:  The screens have been

3    fixed.  The reason we're here is for Brendan

4    Dassey.  For the jury to consider Brendan

5    Dassey's behavior.  Uh, that is whether he

6    participated in criminal behavior.

7    The Judge instructed you that you're

8    going to be able to take notes during the

9    testimony in this case, during the presentation

10    of -- of the evidence.  Um, and as you take

11    notes, um, it oftentimes is a suggestion from the

12    lawyers, Mr., um, Fremgen or -- or Edelstein,

13    whoever is giving their opening statement, may

14    have suggestions, uh, for you as well.

15    But in note taking, in taking detailed

16    notes, which you're going to be able to use

17    during your deliberations, the two questions at

18    least that the State is going to ask, or present

19    evidence, that's going to ask you to answer are

20    these:  Number one, was he there?  And, number

21    two, did he help?  Was he there?  And did he

22    help?

23    On November 6, Brendan Dassey, right

24    after this case began, right after the

25    investigation began in this case, denied any

54

knowledge of Teresa Halbach's death. Uh, indicated some version that he had seen his Uncle Steve talking with, uh, Teresa, but the investigators pretty much discarded that, because it wasn't consistent, it didn't fit with the timeline. Didn't fit with the evidence.

Remember, Teresa got there about 2:40. You're going to hear evidence that Brendan didn't get off the bus from school until 3:45, a full hour after that meeting, after Teresa would have been talking out on a porch with, uh, Mr. Avery. And so Brendan was nowhere on the radar screen. He was nowhere, uh, a suspect. He was a -- a witness, like any other witness, who might have been on the property.

That tends to change on February 27 when Brendan starts giving new details. He's reinterviewed, uh, based upon some, uh, other information that was obtained by Mr. Fassbender and Mr. Wiegert, and he then becomes a much more important witness. He's a witness at this point.

He says he sees Steve standing near the fire. He sees body parts of Teresa Halbach in the fire. He helps put fuel on the fire to help kind of stoke up the fire, if you will. And

1    Uncle Steve makes some admissions that, uh, Uncle
2    Steve stabbed Teresa Halbach, but that also that
3    Mr. Dassey saw some clothing.  And,
4    interestingly, he said he saw Teresa's clothing
5    in a bag and he saw them in a bag in the garage.
6         Well, as officers, you will learn, kind
7    of reconstructed that February 27 statement.
8    They started saying, as investigators do, well,
9    wait a second, that can't happen that way.  How
10   can he describe Teresa Halbach's clothing if
11   they're in a bag?
12        Forensic interviews, you will hear --
13   you'll hear testimony from, uh, Investigator Mark
14   Wiegert -- uh, are designed for witnesses.
15   Witnesses give interviews, and forensic
16   interviewing, uh, you will hear, um, some version
17   of what's called the funnel technique.  And I'm
18   not going to bore you right now, because I'll let
19   Mr. Wiegert bore you, uh, later with, uh -- with
20   what the funnel technique is.
21        The theory, though, is that witnesses
22   when you're trying to get details, the evidence
23   will show, is that you start with a free
24   narrative.  A narrative.  Tell me everything you
25   know about what happened in the case.  And then

56

it becomes more and more directed. Uh, you can
ask direct questions, or more focused questions,
or even, in the rare case, you can ask leading
questions, to try to draw out of witnesses what
they know about the case. That makes sense. It
makes sense that you want them to tell you
everything, but you're going to have to follow up
with, um -- with questions.

You're also going to hear, though, that
there's a difference between interviews and
interrogations. Interrogations are designed for
suspects. They're not designed for witnesses.
And you're going to hear in this case -- in fact,
you're going to hear a lot in this case -- about
interrogations, about the interrogative process,
about the process of asking questions, and the
process of obtaining truthful information from
suspects.

You're going to hear that confessing to
a crime, and, in fact, the most serious crime is
murder, but confessing to any crime is an
unnatural act. It goes against a human's, um,
feeling of self-preservation. Okay? That should
make sense to -- to everybody, and the evidence
is going to show that. That it is difficult to

have somebody admit to a very, very serious, um,
crime.

And so there are techniques that are
developed to encourage suspects. Again, these
are interrogations, these aren't interviews. But
to encourage suspects to provide truthful
information. You're going to hear about those
techniques, that those techniques include some
kind of an accusation that the person's not
telling the truth. And in every confession,
every admission that Mr. Wiegert, and perhaps
other witnesses, will tell you about, they always
start with a denial. I wasn't involved in the
case.

You will then hear how confessions or
admissions move from denials to admissions. It's
called shifting from denials to admissions.
You're going to hear about the stages where an
individual will become in a very passive mode,
will allow the investigator to do most of the
talking. In fact, you'll hear about body
language, and looking down, and -- and, uh,
really kind of, uh, allowing the investigator to
give their version about what happened.

And you will see a point -- They'll

58

1    describe a point -- that is, investigators will
2    describe a point -- in every interrogation where
3    this happens, but in Mr. Dassey's case, you will
4    see a point where that first admission occurs.
5    The first acceptance of some responsibility for
6    being involved in the case. All right? Then the
7    rest of the interrogation is drawing out as many
8    details as you possibly can.
9         Now, I told you that, um, moving from
10   denials to admissions are unnatural. It's a
11   difficult kind of thing to do, and there's two
12   techniques in this case, and you'll see evidence
13   in this case, um, that you'll hear a lot.
14        The first technique, uh, is something
15   called expressing superior knowledge.
16   Investigators oftentimes -- and if you think
17   about it they have to -- they oftentimes express
18   that they know more than they do. Uh, that they
19   have more information than they really have.
20        You're going to hear evidence, you're
21   going to hear testimony, when officers say things
22   like, it's all right, we already know what
23   happened, or words to that effect, in this case,
24   you're going to hear that over and over and over
25   again, it's all right, we already know what

59

happened, understand that the officers will explain that that is a technique. It is a technique to encourage that unnatural act. To encourage the act of going from a denial, uh, to, uh, an admission.

You'll also hear testimony about how guilty people, that is, people who really do commit crimes, how they hear that very phrase, it's all right, we already know what happened, how they hear that differently than somebody who's innocent, or somebody who may not have committed a crime. All right?

So you can kind of figure it out yourselves. I mean, jurors, you'll be able to figure this out, and the evidence will help you with that, but guilty people, when they hear we already know what happened, will tend to make admissions. Innocent people, who weren't involved at all, who hear we already know what happened, will think, good, then you're going to know I wasn't involved, and so how it plays on, and you'll need to kind of understand that difference in the dynamic.

The last, um, concept that you'll hear about, that I want to talk about in opening

60

statement, is giving a suspect a reason to admit. We talked about that before. Uh, is a suggestion that they will feel better. That they will have some moral acceptance. All right? Some real or perceived better feelings about themselves if they get it off their chest. So whether you'll sleep better, or you'll feel better, or you'll get it off your chest, or words to that effect, when you hear that in this case, know, and you'll hear evidence about, that this is a technique -- an interrogation technique -- and you'll hear a lot about that.

Well, there's safeguards, too, that you're going to hear about. We don't just, uh, base your case on admissions or confessions of people, but you have to try to verify what it is that somebody says. And this screen explains some of those things that the testimony will show in this case.

Can that person's statement be verified, or what's called "corroborated", through physical evidence or other known facts? Right? That makes sense.

Number two, were the details not yet known to the public, and, more importantly, I'm

61

going to throw in here, were they not yet even
known to the law enforcement officers who were
asking the question?

And, number three, the ability of the
suspect to resist false suggestions. Not to
resist suggestions, but to resist false
suggestions.

We'll talk about that when we talk about
these March 1 statements.

Now, you're going to hear in this case
that there was nothing unique about the March 1
interrogation of Brendan Dassey other than it
started off as a witness' statement. Remember,
on March 1 Brendan Dassey was still a witness.
He was not a suspect at all. He wasn't on, uh,
the radar screen. All Brendan did at that point,
or all the police knew at that point, is that he
may have seen some things in a fire of his Uncle
Steve, Steven, um, uh, Avery. And you're going
to see that entire March 1 statement given by
Brendan Dassey.

Now, some of it is going to be difficult
to watch for a couple of reasons.

Number, one, some of it's really boring,
um, but we're going to show you start to finish

62

the entire admission. I think it's about four

hours long. So as you think later in this week,

um, just prepare yourselves, you're going to have

four hours of sitting and watching, um, a lot of

times, not very interesting, um -- interesting

questions.

But let me also warn you, because it's

fair for me to do this, that some of the details

may be disturbing. Uh, they are statements made

by a young man who involved himself in some very,

very serious behavior, some very serious choices.

And you're going to hear how he made those

choices, and the kinds of things that he and his

uncle did to this 25-year-old girl. All right?

Now, we have to give you those details.

We have to play the entire, um, statement for

you. You're the jury in this case. You have to

determine whether or not this makes sense, the

degree of detail that Brendan gives, the words

that Brendan uses, whether or not they ought to

be believed. That's your job. Your job at the

end of this case will decide whether that

statement ought to be believed.

I'm going to briefly go through what

Brendan Dassey says on March 1, the version --

63

Brendan's version of what happened to Teresa
Halbach.

Brendan Dassey, in, again, sometimes
graphic detail, will talk about approaching Uncle
Steve's trailer, and before he even knocks on the
door, he hears screaming. He hears screaming
from inside of the trailer, and he knocks on the
door.

Now, remember what I told you before
about, um, Brendan's statements and should they
be believed, and the things that, uh, was he
there, uh, and did he help?

Uh, remember, also -- And at the end of
my opening, we're going to talk about some
choices and the evidence of some choices that
Brendan makes. But the choice to knock on the
door, even though you hear screaming from a young
woman inside, uh, is the first choice that
Brendan makes.

You're going to hear that Steven Avery
answers the door. You're going to hear that he's
sweaty, and that he tells Brendan Dassey that he
has raped this woman that he has in the back of
his bedroom. These are difficult, hard images to
kind of wrap your mind around. But this is the

64

```
 1    version that Brendan Dassey gave on the 31st of
 2    October.
 3             Brendan actually sees Teresa tied up.
 4    He sees her shackled with handcuffs and leg irons
 5    to the back bed -- in the back bedroom.  And,
 6    here, when we talk about decisions, Mr. Avery,
 7    himself, asks Brendan if he wants to have sex
 8    with the woman that's been restrained in the
 9    bedroom now.
10             Some of the language is very graphic,
11    um, he -- they don't use the word, do you want to
12    have sex.  All right?  They use some very, very
13    crude, degrading language towards any woman, but
14    certainly towards a young woman, uh, who is in
15    this trailer already.
16             When we talk about those decisions that
17    Brendan gets to make at this point, Brendan says,
18    yes, I want to do that.
19             You're going to hear that Brendan Dassey
20    rapes Teresa Halbach.  You hear that he walks
21    into the bedroom while Teresa's restrained on the
22    bed, and by force, and by violence, and with the
23    use and threat of a weapon, he has sexual
24    intercourse with this woman without her consent.
25             You're going to hear a lot more details
```

65

that I'm not going to share with you at this time about that particular moment, that particular, um, event. I want you to listen to that young man's description of what Teresa Halbach says to him as he's doing that to her.

After the rape, Steven Avery praises his nephew, and says, that's how you do it. These are explanations, again, from Brendan. The repulsive expression, lack of empathy, lack of any kind of moral fiber, any kind of moral compass at all, for an uncle to tell a nephew, that's how you do it.

Then Steven and Brendan discuss if they should, and how they should, kill Teresa Halbach. Again, the decision tree. What does Brendan decide to do? Steve says, will you help me? Brendan says, yes. You'll hear testimony about Steven and Brendan going into the bedroom. Steven Avery stabs the victim. Brendan Dassey, handed the knife by Uncle Steve, cuts Teresa Halbach's throat.

You're going to hear that they take, um, this 25-year-old woman, unclothed, to the garage. They place her on the floor. Dassey waits with Teresa Halbach, who is not yet dead, laying on

66

the floor, as Mr. Avery retrieves his .22 caliber

Marlin Glenfield semi-automatic rifle, and

Brendan says Uncle Steve shoots her ten times, at

least twice in the head, including on the left

side of her head.

The statement goes on that Avery and

Dassey load Ms. Halbach, who's now been killed,

thankfully, into the back of her -- cargo area of

her SUV, and they decide how to dispose of her

body.

Mr. Avery dis -- discusses and decides

that, uh, we should burn the body.  Should

mutilate the body so that it can conceal the

crime.  Mr. Dassey will tell investigators that

he helped.  That he helped carry this unclothed

young woman to this large bonfire in the back of

Steven's garage and throws this young girl on the

fire.

You're going to hear that, um,

Mr. Dassey describes burning, mutilating the body

to conceal the murder, and taking this very large

car seat -- remember, you saw that in earlier

pictures -- and the two of them threw this car

seat onto the fire.

By the way, let me just stop here, and,

67

as you take notes, as you take notes during this trial, please remember to jot down the kinds of things that require two people. Please remember to jot down where it's a two-man job rather than a one-man job, to help you decide, was he there?

This is one of those places that requires a two-man job. This large, um, car seat that you'll see, this large metal frame, that's thrown on top of this young woman whose body's being mutilated.

You're going to hear Brendan tell the officers that the vehicle was driven down to that pit area that we, uh, talked about, that it was concealed with branches and a car hood, and the license plates were removed, and Steven Avery, for some reason, went underneath the hood of, uh, Teresa's vehicle.

Brendan Dassey will tell you that the garage that, thereafter, when they walked back, that the garage was cleaned with bleach, was cleaned with gas, was cleaned with paint thinner, that Mr. Avery took the Toyota key, put it into his bedroom, that Teresa's clothes were thrown onto the fire.

They're statements from Brendan.

68

Remember this. Brendan's telling you that her
clothes were thrown on the fire, that Avery's
finger was cut and actively bleeding at the time,
that Teresa's cell phone and camera were burned
in the burn barrel earlier that day, and that
Steven's girlfriend, Jodi, Jodi Stachowski, had
called Steven Avery's house at least twice while
Brendan was at the house.

Those are the statements of an
individual. The details of an individual who's
committed rape and murder and mutilation. It's
your decision, the jury's decision alone, whether
or not he was there and whether or not he helped.
And when you evaluate Brendan's testimony, you're
going to have to come up with, um, those
decisions. I can't tell you. There's no expert
witness, the Judge, uh, nobody can tell you, but
the jury, collectively, will decide whether to
believe Brendan or not.

Now, the police officers will provide
you with some help to corroborate, to explain the
confession, the evidence in this case. Uh,
you'll have to ask yourself whether the police
already know. Even though Mr. Wiegert keeps
saying, it's all right, Brendan, we already know,

69

1    you're going to find out they didn't already

2    know, uh, what -- and were very, very surprised

3    of, uh, what Brendan, uh, was telling them detail

4    after detail after detail.

5         What did they suspect?  Um, and what

6    could the police verify?  What later could they

7    find, by physical evidence, to support or to

8    corroborate what it was that Brendan was saying?

9         Later that same day, on March 1, you're

10   going to hear that the officers -- they got a

11   search warrant.  They said, well, if Brendan says

12   that Teresa was shot in the garage, we better go

13   take a look in that garage.  We better take a

14   better look than we took last time.

15        The evidence that will be presented to

16   you that will verify Brendan Dassey's statements,

17   the State believes, will be compelling, the State

18   will -- believes will corroborate or verify what

19   Brendan says.  Again, we're not going to ask you

20   take Brendan's word for it, all of these things,

21   but all of these questions that I'm going to ask

22   you now, and this is the last portion of my

23   opening statement, uh, is meant to, um, explain

24   to you the physical evidence that answers all of

25   these questions.

                          70

When Brendan says that Teresa was in the
trailer on 31st, do we believe that or not?
Well, you're going to see evidence that, uh, an
*AutoTrader Magazine* and the bill of sale, the
completion of the transaction, the completion of
the photography, and her business with Steven are
found in the trailer.  Found inside the trailer
verifying what Brendan said.

        Was Teresa restrained that day as
Brendan says?  You're going to hear that both
handcuffs and leg irons were found in Steven
Avery's bedroom during the search of his bedroom.

        The most important question, perhaps, is
was she shot in the garage?  And that's where the
March 1 search warrant becomes so critically
important.  You're going to see the snow, and the
snow is kind of your cue that this is in March,
rather than, uh, the November, uh, before.

        Uh, this is Steven Avery's garage where
they do a much more thorough search, uh, of, uh
-- of the garage.

        There are two -- These are called
evidence tents, by the way, and No. 9 and No. 23,
which is back here, which I'll show you in just a
minute, are the important ones.  Officers do, in

                        71

fact, find two bullets.  Remember?  He said that she was shot in the garage.

The police, on March 1, as a result of Steve -- of, uh, Brendan Dassey's statements, after getting the search warrant, find two bullets in the garage.  One where Tent No. 9 was shown, it's closer to the front of the garage, and one behind a compressor, where Tent No. 23, uh, is located.  This is a better view for you of where, uh, those two bullets are found in the garage, but the most important finding is No. 23.  Bullet No. 23 isn't just a bullet they find, but Sherry Culhane finds Teresa Halbach's DNA on that bullet.

This evidence, this bullet, is proof positive, 100 percent, something the police didn't know, that Teresa was, in fact, shot in the garage, just like Brendan Dassey told the police.

Was she shot ten times?  You're going to hear, on the 6th when they reviewed and they examined and collected evidence, there were 11 separate .22 caliber shell casings that were recovered.  Very consistent.  Was she shot with this very .22 caliber rifle?  Again, of all the

72

rifles in the world, Brendan said it was Uncle
Steve's that was hanging on the wall that was
used to shoot Teresa.

You're going to hear evidence from a man
by the name of Bill Newhouse from the Crime Lab.
Mr. Newhouse will take that .22 caliber rifle,
you will hear, do some test firings, and will
match the .22 caliber bullet that was recovered
in this case, as well as all of the shell casings
that were recovered, and will tell you that this
bullet and these shell casings came from this gun
to the exclusion of all other guns on earth.
This gun. Not just consistent with. They come
from this gun.

Was Teresa shot in her head as Brendan
will tell you? You'll hear from our
anthropologist, Dr. Leslie Eisenberg, who, uh, is
the bone expert, who will find a piece of bone
that she will describe as a piece of Teresa
Halbach's cranium, that is, a skull bone piece,
and you'll hear and you'll see that beveling,
that curve mark there, is actually an entrance
wound.

They even take, uh, x-rays of that
particular cranial piece, and Ken Olson from the

73

Crime Lab will tell you that -- and perhaps you

can see those little white dots, uh, that are

right next to, uh, the entrance wound -- those

little white dots, when they're x-rayed, are

lead. That's lead from a bullet. All right?

So these are bullet entrance wounds to

Teresa's head, just like Brendan Dassey told you

happened in the garage.

Both Dr. Eisenberg and our pathologist,

Dr. Jentzen, will render the opinion that there

are at least two gunshot wounds to the head found

from these cranial remains. One on the left side

of the head, just like Brendan says, and one to

the back of the head of Teresa Halbach.

Do we believe that, um, Teresa's body

was loaded in the rear of the SUV, as Brendan

says? Well, you'll see and you'll hear from a

blood spatter expert who will talk about the, uh,

large stains, the blood stains, that are left

from Teresa Halbach. That's her blood, by the

way, and we'll show you some close-ups,

unfortunately, uh, of that particular area of the

cargo area of Teresa's car where, just like

Brendan tells you, she's loaded in the back of

the cargo area of the SUV.

74

Was her body burnt and mutilated like
Brendan tells you?  Lots and lots and lots of
evidence about this.

          First of all, the, um, burn area in the
burn pit, itself -- You'll also, by the way, hear
from some witnesses.  Um, Brendan's now
stepfather, Scott Tadych, will actually be called
to testify.  I'm sure he won't want to, uh, but
he will say on the 31st, that night, uh, between
7:30 and 7:45 in the evening, he saw Brendan and
Steven tending that fire, and we'll talk about
the flames being so high behind that garage.

          He not only sees the fire, he sees
Brendan and Steven Avery.  So an eyewitness will
put Brendan there, just like he said he was, back
tending that fire.

          You'll hear about the bones being
recovered and being charred, and we've already
talked about this particular, uh, bone, but
Dr. Eisenberg will also identify every bone that
is found.  Uh, these, uh, anthropologists are
able to look at a little fragment of bone and
tell you that it comes from this part of the leg,
or that part of the arm, or that part of the
spine.  And she'll testify, and she'll tell you

                           75

that every bone of Teresa Halbach is represented
in that burn pit in the back.

You'll even hear from a dentist, the
forensic dentist, Dr. Donald Simley, uh, who
found a particular tooth, Tooth No. 31, on Teresa
Halbach.  On the left is Teresa's x-ray, when she
was alive, of that particular tooth, and on the
right is what's found in the burn pit.  In the
burn area.  You'll be able to match them up for
yourself, that Teresa's Tooth No. 31, um, one of
the back teeth on the left side of her jaw, was
recovered from the burn area.

Brendan says that a car seat was thrown
in the fire.  Do we have evidence of that?  Can
we prove that?  Can we corroborate that evidence?
Absolutely.  We will show you, and, in fact,
we'll bring into this courtroom, the remains of
that burned car seat.  Two-man job, ladies and
gentlemen.  Two people required to throw that car
seat, to carry that particular metal grave car
seat.

Brendan says the SUV was driven to the
pit area.  Uh, you'll find not only where the,
uh, SUV was found, where the, um, crushed -- or
car crusher is, you'll also see some diagrams

76

that Brendan actually places where Uncle Steve

and I dropped off and hid that vehicle to conceal

this crime.

Brendan said it was concealed with

branches and a car hood. Did that happen?

Absolutely. Branches and a car hood, exactly as

Brendan described, will be found concealing that

car.

Members of the jury, two-man job. We'll

probably bring in that large piece of heavy car

hood to show you, um, that Brendan and Uncle

Steve leaned that and concealed that car.

Were Teresa's license plates removed as,

uh, Brendan said? Absolutely. We find the

license plates in a junked vehicle.

Was Teresa's car hood opened up by Uncle

Steve as Brendan says? Well, on April 3, again,

as a result of Brendan's statements, law

enforcement swabs -- they take a Q-tip and -- and

they swab the hood latch, reaching up underneath

the hood, just to see if we can get a -- a DNA

profile. Sherry Culhane does. She gets a full

profile that's Steven Avery's sweat. Steven

Avery's sweat is found on the hood latch, just

like should happen if Brendan is to believed that

77

Uncle Steve went under the hood.

Again, facts not known by law enforcement at the time Brendan made these statements.

Brendan says that the garage floor was cleaned with paint thinner. You're going to hear from a man by the name of John Ertl, from the Crime Lab, who will talk about a three- or four-foot circle, just to the left and behind the riding tractor, uh, which is a big bleach stain. Uh, Mr. Ertl will talk about that bleach stain. You'll see that bleach and paint thinner are recovered. Uh, but perhaps most importantly, Brendan, himself, hands over to Investigator Fassbender his jeans. He says, these were the pants I was wearing that night, and these pants are splashed with bleach from cleaning Uncle Steve's garage.

Brendan said that, uh, Teresa's Halbach's, uh, key was put into the bedroom. You already know that the key was found in Uncle Steve's bedroom.

Interestingly, Brendan says that the clothes of Teresa Halbach, after they cleaned up, were burned. They were thrown onto the burn

78

pile.  Little bit harder to prove that her clothes are actually burned.  But we did it. You're going to hear from a young lady today, uh, by the name of, uh, Katie Halbach.  Katie's actually sitting in the front row.  Teresa's sister.

She knows about Teresa's clothes, and Teresa owned a pair of what's called Daisy Fuentes jeans.  They're jeans, you're going to hear, that are sold at a Kohl's Department Store. She kidded her sister.  Katie kidded Teresa, as sisters sometimes do, about having those kind of jeans.  Um, but you're going to hear that after Teresa's death, those jeans were missing.  Those jeans were gone.  Teresa was wearing those jeans on the 31st of October.

Jeans have little rivets on them, and those of you that are wearing jeans can kind of, uh, take a look at this a little bit later, but Daisy Fuentes has six different rivets that actually say the words "Daisy Fuentes" on them.

You're going to hear that the five of those six rivets were recovered from the burn area right behind Steven's, um, garage.  Also a zipper was found and some other clothing items

79

were found. So as Brendan Dassey, that nobody
else knew about the burning of the clothes,
Brendan Dassey, when he says that we burned her
clothes, were able to verify that.

Was Avery's finger cut and actively
bleeding? Of course, it was. We have a photo of
it and we have Avery's blood, which Mr. Stahlke,
the, uh, blood spatter expert, will tell you how
all of those are left.

Brendan says that Teresa's cell phone
and camera were burned in Avery's burn barrel.
Burn barrel was outside the car. You're going to
hear and read a report from a gentleman by the
name of Curtis Thomas. Mr. Thomas works at the
FBI in Virginia. Mr. Thomas got to see all these
electronics which were recovered from Mr. Avery's
burn barrel. And guess what was in there?
Teresa Halbach's Motorola V3 RAZR cell phone,
Teresa Halbach's PowerShot A310 digital camera
are found, just like Brendan said they would be.

Lastly, did Avery's girlfriend call
twice on October 31? Phone records will indicate
that a woman by the name of Jodi Stachowski, the
girlfriend of Steven Avery, called twice on the
31st, just like Brendan said.

80

The evidence in this case, members of
the jury, isn't just going be based on the
statements of a young man, aren't just going to
be the fanciful, um, expressions or, um,
imagination of somebody. We're going to be able
to prove to you in this case that things the
public didn't know, things the police didn't
know, were provided by a young man who was at the
scene. Was he there? Absolutely. Did he help?
Absolutely.

And so the jury's role, then, will be to
decide these facts. Your role as a jury will be
to decide whether Brendan's admissions of
involvement in this case, knowing things that
nobody else knows, that only the murderer and the
murderer's accomplice could know in this case,
and you are to search for the truth.

The evidence, members of the jury, at
the conclusion of this case is not going to show
that Brendan Dassey was at the wrong place at the
wrong time. The evidence is going to show that
Brendan Dassey was at the right place at the
right time.

Teresa Halbach got lucky. She got lucky
that there was a young man who showed up. She

81

got lucky that there was one person that could
save her life.  But the choices that Brendan
Dassey made, the choices that he made with his
uncle, insured that instead of leaving, instead
of just saying, no, instead of talking Uncle
Steve out of it, which were all choices that he
had, instead of calling 911, instead of calling
his mother or a family member, or instead of
actively rescuing this girl, Brendan Dassey chose
to rape this young girl, to involve himself in
her murder, and to help dispose of and mutilate
this 25-year-old body.

Choices require consequences and
accountability, and at the conclusion of this
case we're asking that you find the defendant
guilty.  Thank you, Judge.

THE COURT:  All right.

ATTORNEY FREMGEN:  Thank you.  I don't,
uh, have any audio visuals, so I'll apologize
ahead of time.  You have to listen to me instead.

On October 31 of 2005, Brendan Dassey
came home about 3:45 from school, from high
school, with his brother, Blaine.  Not unusual
for Brendan to come home with Blaine.  Everyday
they came home the same way.  Dropped off at the

82

```
 1    end of the street.  The access road, the Avery
 2    Road accesses to his house, and began to walk
 3    down the road.  It takes about five minutes to
 4    get to the house from the -- from the mailboxes.
 5    And as they're walking, they start to talk about
 6    who gets to use the phone first to call a friend
 7    to go trick or treating.  They race home, and
 8    Blaine wins the race, so he gets the phone first.
 9            Blaine calls his friend, Jason.  They
10    set up a time to meet to go trick or treating,
11    and Brendan plays some video games.  He watches a
12    little bit of TV, and about 5:00 his mom comes
13    home and makes supper for Blaine and -- and
14    Brendan.
15            About 20 after 5, maybe 5:30, Blaine
16    leaves to meet Jason, his friend, to go trick or
17    treating, and Barb Tadych, now Tadych, was Janda,
18    meets her boyfriend, fiancé at the time, at about
19    5:30 to go up to Green Bay to visit with his
20    mother who's in the hospital.
21            She leaves, and Brendan is still at home
22    watching TV, playing some video games, and at
23    about 5:45 Blaine's boss, his name is Mike
24    Kornely, Brendan used to work for Mike as well,
25    calls to talk to Blaine.  Talks for about five
```

83

minutes and Brendan takes a message for Blaine

that -- that Mike called.

Shortly after that time, Steven Avery

calls.  Steven Avery, obviously, as you know, is

Brendan's uncle.  Lives about a couple hundred

yards from -- couple hundred feet from the house.

Calls and asks if he wants to come over to watch

a bonfire that -- that Steve has set.  Brendan

says, yes.

About 15 minutes later, Steve calls

again, asks Brendan, what's taking you so long?

Brendan's kind of putzy, he's going to -- he's

changing his pants, putting on a sweatshirt, it's

a little bit chilly for an October night, and he

goes over to the bonfire.

And when he gets there, it's a little

bit dark now, about seven-ish.  He drives around

with his Uncle Steven.  Steven has his mother's

golf cart, and they're traveling around the yard

picking up debris.  Wood, an old cabinet, some

tires, and a van seat.  And as they collect the

items, they begin to pile them up next to -- or

just to the side of this little area behind

Steven's garage where he's got the bonfire going.

They throw some items onto the bonfire,

84

put some other items off to the side, and they do that for about four or five trips around the yard, collecting debris, collecting garbage, and they begin to toss the garbage onto the fire throughout the night.

After they're done cleaning up the yard, Steven asks Brendan if he wants to help clean up a mess in his garage. Brendan says, yes.

They go into the garage, and there's a small area behind the lawnmower as if something had spilled. Steven takes some gasoline and pours it onto this little area, and they use some clothing, old rags, that sop up the mess, and as they begin to clean it up with these old clothes and old rags, they throw them onto the fire, and they do that for about a half hour. Steven tries some gasoline and paint -- paint thinner to help clean up the area, and some bleach as well.

After about a half hour, they go back out by the bonfire and Steven gets a call on his cell phone. It's from Brendan's mom, Barb. She calls over to -- to see if Brendan is over by Steven by the bonfire. He says he is. Reminds Steven to tell Brendan that he needs to be home before ten and asks that he has a sweatshirt or a

coat on because, again, it's kind of a chilly
night.

Brendan never talks to his mom, but he
knows he now has to be home by ten.  They watch
the fire for awhile and then tossed the van seat
onto the back of the fire.  About 9:30, quarter
to 10, Brendan goes home.  Gets home, watches
some TV, and goes to bed.

Now -- Now, what I've just done is
explain to you what we believe the evidence will
show that happened on October 31.  As Mr. Kratz
has pointed out, that's called the opening
statement.  I think it's more like a story.  It's
like reading a novel.  A trial is kind of a
novel.  Novels have characters, and you'll see
witnesses.  Novels have a plot or some sort of a
theme.  Each side, the prosecutor and the
defense, we each have a theme we want to present
to you.  And then there's always a conclusion.

Now, difference between a trial and a
novel is that the conclusion hasn't been written.
That's your job.  At the end of this case, after
each attorney has had an opportunity to present
witnesses and evidence for you, had an
opportunity to give what's called a closing

86

argument, after the Judge instructs you on the law, it's up to you, and you alone, to finish the story, to decide what actually happened.

Now, not unlike a story or a novel, there can be turns and twists. Mr. Kratz pointed out in their theme there are turns and twists, and we'll do the same. There may be similarities between novels and trials, but there are some differences as well.

For instance, when I read a story, sometimes I get a little anxious and I want to find out, what -- what happened. Who did it. So I tight -- tend to want to skip some of the pages, pass up on a chapter, maybe even take a peek at the very end. But you can't do that. Part of that, and the obvious reason, is that the Court controls the tempo and flow of information here. We can't just start now and we'll skip to the end to the closing arguments. You need to hear the evidence.

And when we talk in jury selection about burden of proof and presumption of innocence, one of the questions I had for you, and I believe most of you raised your hands or at least nodded affirmatively, that you want to hear from both

87

1    sides, and you can't do that if you skip to the

2    end.   You can't do that if you hear just one

3    side.

4              As Mr. Kratz pointed out, they get to go

5    first.   They'll present you with number of

6    witnesses, days and days of -- of evidence,

7    exhibits, photographs, testimony.   And when

8    they're done, we get an opportunity to provide

9    you with the same.

10             But if you don't presume Brendan

11   innocent, even after they're done with their part

12   of the case, after they rest and allow us an

13   opportunity to present witnesses for you, then

14   you've already skipped to the end of the book.

15   You've passed a number of chapters and -- and

16   you've denied the presumption of innocence.

17             And what I was, uh, most impressed by on

18   jury selection is I believe every person here

19   agreed, raised their hand that, yes, we need to

20   presume Brendan innocent at all times until it's

21   time for you to -- to deliberate, your final time

22   to go from here into the backroom to make your

23   decision.

24             It is important to remember who is on

25   trial.   This is not the Steven Avery trial.   And

88

```
 1    it seems so simple to say that, but it's very
 2    difficult to do.
 3          In February, late or early March, when
 4    the Steven Avery trial was -- was, uh, going on,
 5    I would often go to court, different county, and
 6    attorneys, and even a judge, would ask me,
 7    shouldn't you be over in Calumet?  Isn't that
 8    where the Avery trial's going on?  Yep, that's
 9    true.
10          My in-laws, my, uh -- my neighbor, even
11    my pastor said the same thing to me, and I'd have
12    to politely tell them that each time, well,
13    that's a different trial.  I represent Brendan
14    Dassey, the nephew, and it's a different case
15    entirely.
16          And I believe that's what the State
17    wants to present to you as well.  They need to
18    present evidence about the Steven Avery
19    involvement, but I think they want to focus on
20    Brendan as well, and to that I agree.  This is
21    not Steven Avery.
22          You'll hear days and days of evidence
23    about Steven Avery, his DNA, his blood found in
24    the SUV, about the bone fragments behind his
25    house in a burn pit, about the bullet fragment
```

89

1   found in his garage.  You'll hear about the

2   ignition key found in his bedroom.

3        But I don't believe you'll hear evidence

4   about Brendan Dassey's DNA.  You won't hear the

5   same evidence involving Brendan Dassey.  There

6   won't be any DNA, no blood, no saliva, no sweat,

7   no hair, nothing.  No fingerprints.  No science

8   that's going to point you to Brendan Dassey.  Not

9   the science that points to Steven Avery.

10       But, again, this is Brendan Dassey's

11  trial, not Steven's trial.  It's about a

12  16-year-old boy at the time.  It's about a

13  16-year-old high school student with below

14  average cognitive abilities.  A fourth-grade

15  reading level, a low IQ.  It's about a shy

16  introvert, socially inept, suggestible child.

17  That's what this trial is about.

18       You'll learn that this shy, socially

19  inept, suggestible individual will meet two

20  highly trained, intelligent, adult police

21  officers.  DCI Agent Tom Fassbender and

22  Investigator Mark Wiegert.  They're trained as

23  adult law enforcement officers, trained to obtain

24  confessions, and trained on Brendan Dassey.

25  Alone with these two officers, Brendan makes

90

several statements, as Mr. Kratz has already
alluded to in his PowerPoint presentation, in his
opening statement.

It starts off in a progression where
Brendan says Steven Avery killed Teresa Halbach,
and it progresses to the point where he indicates
he participated.  And the State will argue to you
later, and offer evidence throughout the trial,
through the officers, that they believe that this
progression of audio taped statements from -- at
the school, the videotaped statements at the, uh,
police station, and then the final May 13
videotaped statement as a progression to the
final truth.

What we want you to consider, three
things, while you're watching these videotapes,
and we agree, very powerful videotapes, very
important videotapes, but like in a story, two
different stories, there's a different
perspective, a different theme.  We want you to
look at three things.  Corroboration.  Similar to
what the State offered.  They want you to look at
what it corroborated.

We want you to also focus on what is not
corroborated.  There are dozens of details that

91

go uncorroborated in these statements.
Corroboration simply means that there's something
independent that can prove the statements are
true.  Some other independent source that
suggests that what you heard is accurate.  But
there are dozens of instances where their details
are uncorroborated.

The second to consider is the
inconsistencies.  There are a number of
inconsistencies throughout this progression of
statements.  When you watch these statements,
take note of the different changes from one
statement to the next.  Simple.  Details that
seem to be mundane, unnecessary change from
statement to statement.

And though the State will try to pro --
to suggest that it's an escalating progression
from the first time they met with Brendan Dassey
to the last time he talked to them, it's really a
rollercoaster ride of the truth.  Up and down.
One statement says one thing, the next says the
other, and it just goes that way throughout this
progression.

Some of the changes are not logical.
Oftentimes, detached from the purpose of the

92

investigation. Sometimes it's the product of the
interviewer. Watch for that as well when you're
watching these videos. Oftentimes, you'll hear
the investigators asking Brendan to simply change
what he said. They ask him to change what he
said to meet their theme, to meet the story that
they want to present.

And last, we want to ask you to watch
the video for, lack of a better term, the appeals
to emotions the officers make throughout the
different statements to Brendan. This
16-year-old low-educated -- or excuse me -- low
intellectual ability, low cognitive ability, shy
introvert, they're asking him, and they're --
they're appealing to emotion.

Watch how he answers the questions.
Watch how the questions are asked. At times it
differs. Times they cozy up to Brendan to get
the answer they want. At times they pull back
from Brendan when he's not giving them the answer
they -- they -- they -- they want and they
expect. It's like the new puppy dog. When he
does what he's supposed to do he gets a pat on
the head and a treat. Good job, Brendan. Good
job. Good boy. But when it's not what they

93

1    want, we're leaving Brendan, until you tell us

2    what we want to hear.

3         I believe these statements are very

4    powerful, and I agree with the State that you

5    need to take considerable effort to watch them.

6    Take notes.  I encourage you, take notes.  We've

7    seen these videos a number of times.  You may

8    only get to see this one time.  And I would

9    encourage you to take notes throughout.  But not

10   just to what is said, take notes on how it's

11   said.  How the questions are asked.  How it goes

12   from, I didn't say that, or I don't know, to the

13   answer the police got that they wanted.

14        The facial expressions, the distance

15   between the interviewer, or the interrogator, and

16   Brendan, the interaction, physically, between the

17   two.  I believe that the -- when you watch the

18   videos carefully, they'll be exposed for what

19   they are, and I think they're just garbage.  And

20   just like that, you can discard it.

21        You're -- be instructed by the Judge

22   later that you decide what and how much you want

23   to believe.  It's entirely up to you.

24        Now, I think these three focal points of

25   the statements are important to note because the

94

1    State won't explain to you why there are

2    uncorroborated details, why there are so many

3    inconsistencies, but we will. We'll provide

4    testimony that shows, from his school, describes

5    him as having low cognitive functioning, memory

6    problems, um, fourth-grade reading level. Fails

7    to make eye contact with peers and adults, and

8    avoids participation.

9         A forensic psychologist will also

10   testify, and testify as to tests that he

11   performed on Brendan that indicate that he's a

12   socially inept child, substantially impaired

13   cognitively. He has passive tendencies and

14   vulnerable to suggestion. Coupled with this

15   testimony and the videos, I believe we'll show

16   you how easily Brendan is manipulated and was

17   manipulated. Manipulated by the more

18   intelligent, readily trained, authoritative

19   figures, the two police officers, who presses me

20   when he says good things, things they want to

21   hear, and pull away and sternly isolate him when

22   he says things that they don't want to hear.

23        Despite these statements, the lack of

24   scientific evidence to connect Brendan to Teresa

25   Halbach's murder, the volume of uncorroborated

95

details, the rollercoaster of changes in his
statements from one to another, the psychological
results in his psychological makeup, his
suggestible nature, will all be enough, we
believe, for you to find reasonable doubt.

And that's what this is about. As the
Judge instructed you, you have to decide this
case based on what is reasonable doubt. And the
Judge will give you another instruction at the
end as well, not just before, but also before you
retire to make your final decision.

If, at the end, you walk into the jury
room and you considered all the evidence from all
the parties, give them whatever weight the
credibility of each witness, whatever weight you
wish to give, and you're able to say, well, the
State's case does make sense as well as the
defense, their case does make sense, you would
then have a reasonable doubt, and that's all
we're asking you to consider, and you must stop.

It's not a contest. This isn't a
competition. It's not a basketball game where
somebody has to show up and win at the end. You
don't have to reconcile the State's case with the
defense case. In fact, you shouldn't. That's

96

1    not your role. Your role isn't to decide in --

2    in that situation who wins. You don't have to

3    reconcile doubt.

4         As the State attempts to prove beyond a

5    reasonable doubt the allegations against Brendan,

6    consider the number of times that we feel Brendan

7    was manipulated during his interrogation, and

8    we'll discuss that with the witnesses, and we'll

9    make further our observations at the end.

10         Consider all of the inconsistencies of

11   the various statements as they go from one to the

12   other. Consider the lies the police told Brendan

13   during his statements.

14         We believe, after careful consideration

15   of all this, in the end, there would be only one

16   conclusion you could write for this chapter in

17   this story, and that would be not guilty. Thank

18   you, very much.

19         THE COURT: Mr. Kratz?

20         ATTORNEY KRATZ: If we could approach

21   just briefly, Judge?

22         (Discussion off the record.)

23         THE COURT: All right, uh -- All right.

24   We're going to adjourn and take a lunch break.

25   We'll be back here at one o'clock. I'll remind the

97

```
 1    jury, there's no discussion of this case at this

 2    time amongst -- amongst you.  Uh, all right.  One

 3    o'clock.

 4              (Jurors out at 11:40 a.m.)

 5              THE COURT:  All right.  One o'clock.

 6              ATTORNEY FREMGEN:  Will this courtroom

 7    be locked during the lunch break?

 8              THE COURT:  Sure.  I believe it is.

 9    Yeah.  Okay.  It will be.

10              (Recess had at 11:40 a.m.)

11              (Reconvened at 1:00 p.m.; jurors not

12    present.)

13              THE COURT:  Counsel, I'm informed that, uh,

14    one or both of you have something to put on the

15    record at this point?

16              ATTORNEY FALLON:  Uh, yes.  Good

17    afternoon, Your Honor.  The, uh, State would like

18    to take up one evidentiary matter as it may

19    pertain to anticipated cross-examination on a

20    rule of evidence before the jury arrives.  I'm

21    not sure if opposing counsel has anything they

22    wish to discuss.

23              THE COURT:  Hearing none?

24              ATTORNEY FALLON:  Hearing none, um, uh,

25    we noticed during the, um, opening statement, uh,
```

98

1    of the defense that there was reference to the,
2    uh, May 13, uh, interview of, uh, the defendant,
3    Mr. Dassey.  Uh, we wanted to, uh, take time to
4    point out that, um, first of all, the State was
5    contemplating, if at all, use of that information
6    as part of its rebuttal case and, in all
7    likelihood, would not be introducing that
8    evidence in its case in chief.
9            Uh, as such, um, the law is quite clear
10   that those statements of the defendant can only
11   be offered by the prosecution because then they
12   would be offered by a party opponent, and, uh,
13   uh, as further evidence in support of that
14   proposition, I would cite **State v. Pepin**,
15   110 Wis. 2d 431, and **State v. Johnson**,
16   181 Wis. 2d 470, for the proposition that the
17   defense would not be entitled to elicit that
18   information on cross-examination of an officer
19   unless and until the State introduces that
20   evidence first.
21           So we just wanted to make sure that
22   we're clear on the rules of evidence, because if
23   it were to be elicited by the defense, then it
24   would not be a statement of a party opponent, it
25   would be elicited by the same party.

99

```
 1          THE COURT:  Mr. Fremgen or Mr. Edelstein,
 2     any response?
 3          ATTORNEY EDELSTEIN:  Your Honor, at this
 4     time, uh, having heard the argument of Counsel, I
 5     would ask the Court reserve any ruling on that
 6     matter and allow us an opportunity to review the
 7     authority cited by Counsel.  Um, we did discuss
 8     it very briefly before court convened, uh, after
 9     noon here.
10          We have not had the chance to review
11     that matter and, of course, the basis of, uh,
12     some of the State's evidence, which they clearly
13     indicated they intend to introduce, including, in
14     their case in chief, not the least of which is
15     the May 13 telephone call so intricately tied to
16     that statement of May 13, um, I think this needs
17     further examination before we can appropriately
18     respond to the State's, uh, anticipatory
19     objection.
20          ATTORNEY FALLON:  Well, uh, just two
21     minor points.  Uh, we never mentioned anything
22     about any May 13 statement in the opening
23     remarks, and, uh, number two, just so the record
24     is clear, um, the objection right now, the
25     appropriate objection, to attempt at cross on
```

1     that would be a hearsay objection.  So if the
2     Court chooses to defer ruling until later, that's
3     fine, but we do have an officer taking the stand
4     later this afternoon so...
5          THE COURT:  Yeah.  I -- I -- I will defer
6     ruling, but it's my understanding, Mr. Edelstein,
7     that the proposed -- or I shouldn't say the
8     proposed -- the statements of -- of the -- from the
9     May 13 interview would be admissions by a party
10    opponents under 9-0-8-0-1 (4)(b1), and, uh, it seems
11    to me, uh, you are precluded at this stage, at
12    least, from asking about them.  Uh, again, we'll --
13    we'll flush this out a little later on but, uh, uh,
14    if that's what you're asking --
15         ATTORNEY EDELSTEIN:  Your Honor, it
16    may -- it -- it -- I think it's going to depend
17    upon precisely what the officer testifies to.  If
18    he goes anywhere near any statements that he
19    participated in, be they con -- characterized as
20    statements or confessions that involved our
21    client, I think irregardless of the date, there
22    are certain areas that we have, particularly on
23    cross, um, leeway to get into.
24         I don't know if that's the purpose of
25    any of his testimony here this afternoon, but if

                        101

1    he does go there, I would, uh, ask that -- that

2    we be notified in advance, or at least certainly

3    be given an opportunity prior to any cross, to

4    have this matter addressed by the Court,

5    including an opportunity to review the case as

6    cited by the State.

7         THE COURT:  All right.  Let's proceed.

8    Mr. Kratz?  We'll get the jury in here and we'll

9    get your witness.

10        (Jurors in at 1:07 p.m.)

11        ATTORNEY KRATZ:  State would call, uh,

12   Karen Halbach.

13              **KAREN HALBACH,**

14   called as a witness herein, having been first duly

15   sworn, was examined and testified as follows:

16        THE CLERK:  Please be seated.  Please state

17   your name and spell your last name for the record.

18        THE WITNESS:  Karen Halbach, H-a-l-b-a-c-h.

19              **DIRECT EXAMINATION**

20   BY ATTORNEY KRATZ:

21   Q    Good afternoon, Mrs. Halbach.  Could you tell

22        the -- the jury, please, uh, whether or not you

23        knew a young lady by the name of Teresa Halbach?

24   A    Yes, I did.

25   Q    You have to pull the microphone down nice and

                         102

```
 1              close for us, please.  Who was Teresa?
 2    A    She was my daughter.  The second oldest in my family
 3         of five children.  Um, she's a very caring and very
 4         loving young woman.  She was very dedicated to her
 5         family and friends.  She was a hard worker.  Um, she
 6         had a great sense of humor.  Uh, she was also the
 7         life of the party.
 8              Um, she, um -- She had an ability --
 9         ability to make people smile, and I think that's
10         why she enjoyed photography, because kids really
11         responded to her.
12    Q    All right.  You told me that, uh, there were
13         other, uh -- other children, um, in your family
14         as well.  Could you identify them?
15    A    Tim is the oldest, and then there's Teresa, and then
16         Mike, and then I have two younger girls, Katie and
17         Kelly.
18    Q    Could you tell the jury, please, where Teresa
19         lived?
20    A    She lived next door to -- to us.  About a quarter
21         mile west of us.  My husband and I own the farmhouse
22         and she lived there about a year before she died.
23    Q    Going to hand you what's been marked for
24         identification as Exhibit No., um -- No. 1.
25         Could you tell the jury what that is, please?
```

103

```
 1   A    It's a picture of Teresa.

 2   Q    We'll be showing the jury, uh, photographs as

 3        well.  When you say that Teresa lived next door

 4        to you, can you describe that a little further,

 5        please?

 6   A    Well, she lived a quarter mile west from us in a

 7        farmhouse that we own.  She -- her -- her rent was

 8        going to go up.  She wanted to live someplace cheaper

 9        so I said, why don't you move closer to home, so we'd

10        really give you a deal on rent.  So she took us up on

11        it and, you know, we enjoyed having her there.

12   Q    All right.  I know you mentioned briefly about

13        Teresa's background, but did she have, um, um,

14        post high school education?

15   A    She went four years to UW-GB.  She graduated in '02

16        Suma Cum Laude.

17   Q    And GB, that's Green Bay?

18   A    Right.

19   Q    After that, I think you've already mentioned

20        briefly, of the kind of work that Teresa went

21        into, but can you describe that a little more

22        fully?  What, uh -- what type of employment did

23        she have?

24   A    In her final semester at GB, she, uh, started an

25        internship with Tom Pearce Photography in Green Bay,
```

104

1      and then after she graduated, she continued working

2      with him, and then she realized she wanted to own her

3      own business, so she decided -- she started

4      Photography by Teresa, and, uh, she also worked

5      part-time for *AutoTrader Magazine*.

6   Q  All right. This, uh, photography studio, did she

7      have any areas of, uh, expertise within that

8      studio?

9   A  Um --

10  Q  Any kind of, uh, portraits that she enjoyed more

11     than others taking pictures of?

12  A  Well, she especially liked taking picture of kids.

13     She was good with kids. But she also did weddings,

14     graduation photos. Um, if you had an event that you

15     wanted pictures taken, she would gladly do it for

16     you.

17  Q  Mr. Wiegert's going to hand you what's now been

18     marked as Exhibit No. 2, if I'm able to do this.

19     Tell us what that is, please?

20  A  It's, um, a picture of Teresa.

21  Q  All right. Now, Teresa's photography business,

22     you said, also included working, uh, at least

23     part-time for *AutoTrader Magazine*. Um, what were

24     you aware of her duties with that magazine?

25  A  It -- Just know people would call *AutoTrader* to have

                          105

```
 1          pictures of their vehicles taken.  And a photographer
 2          would have a certain area.  And then Teresa would
 3          go -- When somebody in her area would want a picture
 4          taken, she would set up a -- an appointment with them
 5          and then go take the picture of the vehicle for them.
 6     Q    Would Teresa ever discuss or describe with you,
 7          uh, where some of her clients were that she took
 8          pictures of?
 9     A    Once in a while she would, yeah.  If she was over and
10          talking about -- talking with us.
11     Q    All right.  Had you ever heard -- At least before
12          the 31st of October of '05, had you ever heard
13          the name Steven Avery?
14     A    Yes, I did.
15     Q    And Teresa, uh, did she ever mention being at
16          Mr. Avery's property before?
17     A    Two times she had told me she had taken pictures at
18          the Avery Salvage Yard.
19     Q    All right.  Mrs. Halbach, were you familiar with
20          the kind of vehicle that, uh, Teresa drove?
21     A    Yes, I was.
22     Q    Could you describe that for the jury, please?
23     A    It's a Toyota RAV 4.
24     Q    I'm showing you what's been marked as Exhibit No.
25          3.  Can you tell us what that is, please?
```

106

```
 1   A   It's a picture of Teresa in front of her vehicle.
 2   Q   Before, um, moving into the investigation, um,
 3       itself, you, I think, had mentioned that Teresa
 4       had some younger sisters.  Uh, could you tell me
 5       their names, please?
 6   A   Katie and Kelly.
 7   Q   I'm sorry?
 8   A   Katie and Kelly.
 9   Q   How much younger were Katie and Kelly than she?
10   A   Um, I think there's 11 years difference between Katie
11       and Teresa, and then Kelly's two years younger than
12       Katie.
13   Q   And could you describe the kind of relationship
14       that Teresa had with her younger sisters?
15   A   Um, they were very close.  Teresa always wanted a
16       sister.  And they spent a lot of time together
17       shopping or watching movies or...
18   Q   All right.  Did Teresa spend, uh, time with her
19       sisters, um, at your home ever?
20   A   Yeah, they did, and, um, Teresa would come over
21       Sunday nights a lot, because their three favorite
22       shows were on, so they'd watch it altogether and goof
23       off and...
24   Q   All right.  Were Sunday nights kind of a, um --
25       a -- a family night or regular time for all of
```

```
 1         you to get together?
 2    A    Right.  The kids would always stop in on a Sunday
 3         sometime during the day.
 4    Q    Karen, I'm going to direct your attention to
 5         Sunday, October 30 of 2005.  Do you remember that
 6         day?
 7    A    Yes.
 8    Q    Could you tell the jury what you remember about
 9         Sunday, the 30th of October?
10    A    Um, my dad's birthday is October 31, Halloween, so
11         the day before, my whole family got together at his
12         house and we just celebrated his birthday during the
13         day.
14    Q    Was Teresa in attendance at that party?
15    A    Yes, she was.
16    Q    Were the rest of, uh, the siblings there as well?
17    A    Yes, they were.
18    Q    What happened that night if you recall?
19    A    That night, um, we milked cows, and then Teresa came
20         home from -- about seven, because *Extreme Makeover*
21         *Home Edition* was coming on and she wanted to watch it
22         with the girls.
23    Q    She was at your house?
24    A    Right.  At our house.
25    Q    All right.  Do you know about what time Teresa
```

108

|    |   |                                                                    |
|----|---|--------------------------------------------------------------------|
| 1  |   | left your home on the 30th?                                         |
| 2  | A | I would say it was after ten.                                      |
| 3  | Q | Um, did you know what Teresa's, um, work schedule                   |
| 4  |   | was the next day?  That is, the 31st?                               |
| 5  | A | No, I did not.                                                      |
| 6  | Q | How often during the week would you speak with                     |
| 7  |   | your daughter, Teresa?                                              |
| 8  | A | She might stop in once or twice, or call, depends on               |
| 9  |   | how busy she was, or if we were busy on the farm, you              |
| 10 |   | know.                                                              |
| 11 | Q | On the 31st of October, 2005 how old was Teresa?                   |
| 12 | A | Twenty-five.                                                        |
| 13 | Q | Had Teresa ever been married?                                       |
| 14 | A | No.                                                                |
| 15 | Q | And at that time, that is, on the 31st of                          |
| 16 |   | October, 2005 was Teresa involved in a                             |
| 17 |   | relationship?  Did she have a boyfriend or                          |
| 18 |   | anything?                                                          |
| 19 | A | No.                                                                |
| 20 | Q | Mrs. Halbach, when was the first time that you                     |
| 21 |   | had heard that Teresa was missing?                                 |
| 22 | A | On Thursday, November 3, about one o'clock, Tom                    |
| 23 |   | Pearce called me and he was concerned about Teresa                 |
| 24 |   | because she hadn't showed up at the studio Tuesday or             |
| 25 |   | Wednesday, and -- because she always stopped in at                 |

109

```
1    least once a day, even if she wasn't really busy that
2    day.  But he said what -- what -- what really worried
3    him was that her cell phone, her voice mail, was
4    full.  He got a message saying that, and that was
5    very unusual for Teresa because that was her business
6    phone als -- also, and for her not to return
7    somebody's message was a very odd -- so that worried
8    me too.
9  Q  Do you know what kind of, uh, cell phone Teresa
10    had?
11  A  Yes, I do.
12  Q  Tell the jury, please?
13  A  She had a Motorola RAZR V3 or something like that.
14  Q  I'm going to hand you what has been marked for
15    identification as Exhibit No. 8.  Tell the jury
16    what that is, please?
17  A  It's a receipt for her cell phone.
18  Q  And do you know if that receipt has a date on it?
19    That is, when she purchased her Motorola RAZR
20    cell phone?
21  A  Yes.  It says August 30, 2005.
22  Q  I'm going to show you, also, what's been marked
23    as Exhibit No. 9.  I'm going to have you turn to
24    the last page of that exhibit and ask if you, um,
25    can identify this as the cell phone, um, provider
```

110

|    |   |                                                              |
|----|---|--------------------------------------------------------------|
| 1  |   | contract with a Cingular phone?                              |
| 2  | A | Yes, it is.                                                   |
| 3  | Q | Does that include -- And, by the way, is that the            |
| 4  |   | same date of October 30, 2005?                               |
| 5  | A | Yes, it is.                                                   |
| 6  | Q | And does it include the make and model of her                |
| 7  |   | phone towards the bottom?  That is, a, uh,                    |
| 8  |   | Motorola V3 --                                                |
| 9  | A | Yes, it does.                                                 |
| 10 | Q | -- phone?  Mrs. Halbach, on the 3rd of November,             |
| 11 |   | after being informed by Teresa's business partner            |
| 12 |   | that, uh, she was missing, could you tell the                |
| 13 |   | jury what, uh, you, uh, and other family members             |
| 14 |   | did?                                                          |
| 15 | A | Um, I called Teresa's two brothers, Tim and Mike, to         |
| 16 |   | ask if they had heard from her.  They said, no.  And         |
| 17 |   | I told them about Tom Pearce calling me, so they got         |
| 18 |   | worried, too.  And then, um, they started calling            |
| 19 |   | people around.  And in the meantime, my husband was         |
| 20 |   | out plowing in a field, I went and brought him home         |
| 21 |   | and I said, we need to look for Teresa to find out          |
| 22 |   | where she is.  And then, um, he went and -- Teresa           |
| 23 |   | had a roommate.  He went and talked to the roommate,        |
| 24 |   | asked if he saw -- if he had seen her in the last           |
| 25 |   | three days.  And while he did that, I called                 |

111

| | | |
|---|---|---|
| 1 | | *AutoTrader Magazine* to see if -- when the last time |
| 2 | | they had heard from her, and I didn't get an answer |
| 3 | | right away, so then I called the Calumet County |
| 4 | | Sheriff's Department. |
| 5 | Q | Were there other citizens -- not only family |
| 6 | | members but other citizens -- uh, even on that |
| 7 | | first day, even on the 3rd, that were trying to |
| 8 | | help locate Teresa? |
| 9 | A | Right. We called Teresa's friends, or Tim and Mike |
| 10 | | started, and they, in turn, called other people. We |
| 11 | | had a lot of people looking for her by phone. |
| 12 | Q | Were you able, even on that first day, even on |
| 13 | | the 3rd of, uh, November, to try to retrace her |
| 14 | | steps from when she was last seen? That is, on |
| 15 | | the 31st of October? |
| 16 | A | Yes. Mike -- my son, Mike, was able to get into |
| 17 | | Teresa's cell phone records, and he knew that she -- |
| 18 | | I'm not sure how to say it or -- |
| 19 | Q | Just go ahead. |
| 20 | A | He knew that she hadn't looked at her messages or |
| 21 | | where her -- when she -- when her last call was, and |
| 22 | | that was on Monday, so he knew that was odd. So we |
| 23 | | knew something was up so we kept looking for her. |
| 24 | Q | All right. The fact that Teresa hadn't retrieved |
| 25 | | her voice mail messages since the 31st, um, |

112

```
 1        obviously that worried you?

 2    A   Right.

 3    Q   Were you able, or were you, with the assistance

 4        of your sons, able to determine the last stops or

 5        the last places that Teresa was on the 31st?

 6    A   Um, I know the boys knew where her last stops were on

 7        the 31st, but I'm not sure how they found that out.

 8    Q   Okay.  Do you know if they were using cell phone

 9        records to try to retrace her steps on the

10        31st?

11    A   They were doing that, yes.

12    Q   Were you told and did you have any discussions

13        with them that, uh, her last appointment that

14        afternoon, that is the 31st, was with, um, Steven

15        Avery, or at least with that property?

16    A   Yes, I was.

17    Q   Mrs. Halbach, between the 3rd of November and the

18        4th of November, did you work with any outside

19        agencies in trying to search for Teresa?  In

20        other words, did you work to develop any missing

21        person posters?

22    A   Yes, we did.

23    Q   Can you describe that process for us, please?

24    A   On Thursday night Jay Breyer called us.  He works

25        with Y.E.S., Youth Educated in Safety.  And helped us
```

113

1    put together a missing person poster for Teresa.

2  Q  Have you look at the back of that exhibit that

3     I've given you.  What number is that?

4  A  Five.

5  Q  Exhibit No. 5, can you tell us what that is,

6     please?

7  A  This is Teresa's missing person poster.

8  Q  All right.  On the 3rd, and especially on the

9     4th, of November, do you recall citizens, um,

10    distributing thousands of these posters

11    throughout Northeast Wisconsin?

12 A  Right.  Yes, we did.  That was mainly what we did on

13    Friday, was distribute posters.

14 Q  Do you remember what other efforts citizens, that

15    is, family members and other citizens, engaged

16    in, uh, that Friday?  We're talking Friday, the

17    4th?

18 A  Um, my understanding -- I stayed home with our two

19    younger daughters, but they would hand out posters,

20    but they'd also keep their eyes open alongside of the

21    road, you know, in case she had an accident or, um --

22    I believe they -- if -- they thought she went to

23    Green Bay and back and had an accident, they followed

24    them roads, looked in the ditches.

25 Q  All right.  Were you aware that law enforcement,

114

```
 1        that is, the police departments, um, were also
 2        performing aerial, that is, uh, airplane
 3        searches?
 4   A    Yes.
 5   Q    Um, was, uh, Teresa or her vehicle found either
 6        that Thursday or that Friday?
 7   A    No.
 8   Q    Tell us, then, what the, um, family and friends
 9        of Teresa planned for Saturday, the 5th of
10        November?
11   A    Teresa had a good friend, um, Ryan Hillegas, and he
12        got a group of people together at Teresa's house, and
13        they organized searches in the area in Manitowoc
14        County where she was last seen, or her last three
15        appointments on Monday, so they wanted to search them
16        areas for sure, and they searched all along roadways,
17        under bridges.  You know, our main thought was she
18        had -- had a car accident, and, um, I think that's
19        what they focused on.
20   Q    You had mentioned that, uh, your, um, husband and
21        you had, um, milked cows at least during one of
22        the -- the days.  Could you describe whether or
23        not that's the family business?  That's what you
24        guys do?
25   A    That's what we do, yeah.  We're dairy farmers.
```

115

| | | |
|---|---|---|
| 1 | Q | On Saturday, the 5th of November, um, were you |
| 2 | | aware of a young, uh, woman, um -- actually two |
| 3 | | women, um, Pam and Nikole Sturm being involved in |
| 4 | | the search efforts? |
| 5 | A | Yes, I was. |
| 6 | Q | Could you tell the jury who is Pam Sturm? |
| 7 | A | Pam Sturm is my husband's first cousin. |
| 8 | Q | All right. And do you know where Ms. Sturm and |
| 9 | | her daughter, Nikole, were searching? |
| 10 | A | Um, they had asked Ryan Hillegas if, um, anybody was |
| 11 | | searching the Avery Salvage Yard. He didn't think so |
| 12 | | though. So she said her and her daughter were going |
| 13 | | to go search the junkyard. |
| 14 | Q | All right. I know this is difficult, Ms., uh -- |
| 15 | | Ms. Halbach, but later that day did you receive |
| 16 | | any news? |
| 17 | A | Pam and Nikole stopped at our house later in the day |
| 18 | | and told us that they had found Teresa's vehicle. |
| 19 | Q | Were you asked at all to either identify, um, the |
| 20 | | vehicle or, uh, to further assist in law |
| 21 | | enforcement efforts that day? That is, Saturday? |
| 22 | A | Yes, I was. |
| 23 | Q | And what did you do Saturday, if you remember? |
| 24 | A | Um, I think Investigator Wiegert -- Wiegert called me |
| 25 | | after he was in contact with Pam Sturm and he asked |

116

```
 1        me if Teresa's RAV 4 had a Lem -- LeMieux Toyota
 2        sticker on it.
 3   Q    If her what?  I'm sorry.
 4   A    If her RAV 4 had a LeMieux Toyota sticker on it.
 5   Q    Her vehicle?
 6   A    Yeah.
 7   Q    All right.  What is a LeMieux Toyota sticker?
 8   A    That's where she bought it.  In Green Bay.
 9   Q    All right.  Do you know if you were able to
10        assist them in that?
11   A    I didn't know for sure, but I knew Mike did, so I
12        called Mike and asked him, and Mike called me back
13        or -- or he said, yes, it did, and then I told
14        Mr. Wiegert it did.
15   Q    All right.  What's the next you heard from law
16        enforcement?
17   A    I -- I draw a blank.  I can't think.
18   Q    Okay.  Um, how often was it that law enforcement
19        was contacting you or keeping you informed about
20        the investigation?
21   A    Very often.  They kept us well-informed.
22   Q    Let me just ask you, Mrs. Halbach, uh, we'll get
23        into some other, um, easier areas, but, uh,
24        within the next day or two, uh, were you informed
25        that human, uh, remains were found that they
```

117

| | | |
|---|---|---|
| 1 | | believed to be your daughter Teresa? |
| 2 | A | Right. Yeah. |
| 3 | Q | Do you remember when you were told that? |
| 4 | A | I think we knew human remains were found Tuesday, but |
| 5 | | I think on Wednesday, the 9th, we were told that they |
| 6 | | were identified as Teresa's. |
| 7 | Q | All right. Mrs. Halbach, were you aware of a, |
| 8 | | um -- a camera, a digital camera, that your |
| 9 | | daughter had provided to her by *AutoTrader* |
| 10 | | *Magazine* to take pictures of her cars at least |
| 11 | | for that part of her job? |
| 12 | A | Yes. |
| 13 | Q | I'm going to show you what's been marked as |
| 14 | | Exhibit No. 6, ask if you can tell the jury what |
| 15 | | that is, please? |
| 16 | A | It's the box for the digital camera. |
| 17 | Q | Now, Exhibit No. 6 indicates a, um, PowerShot |
| 18 | | A310 by Canon. Do you know, um, where this box |
| 19 | | was located? |
| 20 | A | In Teresa's house. |
| 21 | Q | Teresa tend to keep boxes and receipts and things |
| 22 | | like that? |
| 23 | A | Yep, she did that. |
| 24 | Q | Kind of a pack rat? |
| 25 | A | Well, I -- I call it organized. |

118

| | | |
|---|---|---|
| 1 | Q | Okay. Were you aware of a, um -- a personal, um, |
| 2 | | data assistance, something called a PDA, that, |
| 3 | | uh, Teresa also owned? |
| 4 | A | Yes, she had one of them. |
| 5 | Q | I show you what's been marked, uh, for |
| 6 | | identification as Exhibit No. 7. Tell us what |
| 7 | | that is, please? |
| 8 | A | It's the box for her PDA. |
| 9 | Q | And as long as Mr. Wiegert's up, I'm going to |
| 10 | | also give you Exhibit No. 10. Tell us what that |
| 11 | | is, please? |
| 12 | A | It's a receipt for PDA that she bought at Target |
| 13 | | November 15, 2004. |
| 14 | Q | Now, PDA, at least the most common version is, or |
| 15 | | sometimes it's called a Palm Pilot, do you know |
| 16 | | what these things do? |
| 17 | A | I think you can put your appointments in it, your |
| 18 | | schedules, that type of thing. |
| 19 | Q | All right. And the Palm Zire 31 brand, uh, the |
| 20 | | box that we're looking at, um, uh, in the Exhibit |
| 21 | | that you've just identified, um, was that, again, |
| 22 | | found in Teresa's apartment? |
| 23 | A | Yes, it was. |
| 24 | Q | Just a couple more questions, Mrs. Halbach. The |
| 25 | | investigation, um, into Teresa's disappearance |

119

| | | |
|---|---|---|
| 1 | | and her death, uh, required DNA samples being |
| 2 | | provided.  Were you asked for one of those? |
| 3 | A | Yes. |
| 4 | Q | And do you know, um -- Do you know about when you |
| 5 | | had to give a DNA sample to compare with some of |
| 6 | | the, um, materials that were -- |
| 7 | A | I would -- I think it was in the spring. |
| 8 | Q | All right.  But you did provide a -- a -- a |
| 9 | | sample of I think it was your saliva; is that |
| 10 | | right? |
| 11 | A | Right. |
| 12 | Q | The last question -- last, uh, difficult question |
| 13 | | I have for you, Mrs. Halbach, is at anytime after |
| 14 | | the 30th of October, that evening after 10:00 on |
| 15 | | the 30th of October, 2005, uh, had you ever seen |
| 16 | | or heard from your daughter, Teresa Halbach? |
| 17 | A | No, I did not. |
| 18 | | ATTORNEY KRATZ:  At this time, Judge, I |
| 19 | | would move the admissions of Exhibit 1 through 10. |
| 20 | | THE COURT:  Any objection? |
| 21 | | ATTORNEY FREMGEN:  What was 8 and 9? |
| 22 | | ATTORNEY KRATZ:  The two receipts and the |
| 23 | | contract. |
| 24 | | ATTORNEY FREMGEN:  No objection. |
| 25 | | THE COURT:  Mr. Kratz, did you -- did you |

120

1    introduce an Exhibit 4?

2            ATTORNEY KRATZ:  That was, uh --

3    Q    (By Attorney Kratz)  I did show you.  That was

4         the, uh -- it was a photo of your family.  Do you

5         still have it up there?

6    A    No, I gave it back.

7            ATTORNEY KRATZ:  Oh.  Mr. Wiegert, let's

8         put it up there.

9    Q    (By Attorney Kratz)  We were talking about your

10        family, and I'll show you Exhibit No. 4.

11           ATTORNEY KRATZ:  I apologize, Your

12        Honor.

13   Q    (By Attorney Kratz)  I'm showing you Exhibit No.

14        4.  Tell us what this is, please?

15   A    It's a family picture that our daughter, Teresa, set

16        up.  She didn't take the picture, because she was --

17        she's in it, but she set it up.

18   Q    Uh, timers --

19   A    Uh, no.  Mike's girlfriend took the picture.  She

20        snapped it.

21   Q    She just set it up.  Can you identify just, uh,

22        briefly for us the people in this picture?

23   A    Um, from left to right in the back row is my husband

24        Tom, and then there's Katie and Kelly, and in the

25        front row is Tim, and then myself, and Mike holding

                            121

```
 1        our dog, and Teresa's on the end on the right.
 2   Q    All right.
 3                   ATTORNEY KRATZ:  With that, and with
 4        that offer, Judge, that's all the questions I
 5        have of this witness.  Thank you.
 6                   THE COURT:  Any objection?
 7                   ATTORNEY FREMGEN:  No, Judge.
 8                   THE COURT:  All right.  They're received.
 9        Cross?
10                   ATTORNEY FREMGEN:  I just have a few
11        questions.
12                        CROSS-EXAMINATION
13   BY ATTORNEY FREMGEN:
14   Q    Prior to November 5, 2005, have you ever heard of
15        the name Brendan Dassey?
16   A    No, I don't think I did.
17   Q    Had Teresa Halbach ever mentioned -- Teresa, your
18        daughter, obviously -- ever mentioned anything
19        about a Brendan Dassey?  You mentioned she had
20        mentioned Steven Avery's name before; correct?
21   A    Right.
22   Q    Had Brendan's name ever been mentioned by her?
23   A    No.
24                   ATTORNEY FREMGEN:  Okay.  Nothing else.
25                   THE COURT:  Any redirect?

                              122
```

```
 1                    ATTORNEY KRATZ:  No.  Thank you, Judge.
 2                    THE COURT:  You may step down.
 3                    ATTORNEY KRATZ:  State will call Katie
 4           Halbach to the stand.
 5                    THE CLERK:  Please raise your right
 6           hand.
 7                           KATIE HALBACH,
 8              called as a witness herein, having been first duly
 9              sworn, was examined and testified as follows:
10                    THE CLERK:  Please be seated.  Please state
11           your name and spell your last name for the record.
12                    THE WITNESS:  Katie Halbach,
13           H-a-l-b-a-c-h.
14                        DIRECT EXAMINATION
15      BY ATTORNEY KRATZ:
16      Q    Hi, Katie.  How old are you?
17      A    I'm 15.
18      Q    Could you tell us, please, who Teresa Halbach
19           was?
20      A    She is my sister.
21      Q    And was Teresa older or younger than you?
22      A    She was older than me.
23      Q    How much older?
24      A    Eleven years.
25      Q    Now, some sisters are closer than others.  Could
```

123

```
 1        you describe how close you were to Teresa and
 2        what kinds of things you used to do together?
 3   A    Um, we were pretty close.  We would -- Well, me and
 4        my little sister would go over to Teresa's house,
 5        sleep over, or we would go shopping, or things like
 6        that.
 7   Q    All right.  What kind of things would you shop
 8        for?
 9   A    Um, clothes, mostly.
10   Q    Do you know where Teresa did, uh, most of her
11        shopping?  Or was it all over?
12   A    Um, it was all over pretty much.
13   Q    Teresa ever shop at a department store called
14        Kohl's?
15   A    Yes, she did.
16   Q    Katie, were you the closest in age, at least, uh,
17        female sibling, the closest to Teresa?
18   A    I am.
19   Q    And your other sister is younger; is that
20        correct?
21   A    Yep.
22   Q    By the way, would you, um, do other recreational
23        kinds of things with Teresa?
24   A    Um, I guess like we would -- She would take us to
25        parks and we would go for walks and things like that.
```

```
 1   Q    Was Teresa involved in coaching any sports?

 2   A    Yes.  She coached my little sister's volleyball team.

 3   Q    Okay.  And would you ever go watch those games or

 4        anything?

 5   A    I did.

 6   Q    I'm going to show you what has been marked as

 7        Exhibit No. 11.  Can you tell us what that is,

 8        please?

 9   A    This is a picture of the volleyball team that she

10        coached.

11   Q    And who is she?

12   A    My sister, Teresa.

13   Q    Is she in that picture?

14   A    Yep.  She is in the back row, first person on the

15        left.

16   Q    All right.  I think you had mentioned, Katie,

17        that, um, after shopping with, uh, your sister,

18        um, it wasn't unusual for you guys to buy some

19        clothes together; is that right?

20   A    Yep.

21   Q    Had you ever purchased or gone with Teresa, uh,

22        and purchased any specific articles of clothing

23        like jeans or anything like that?

24   A    We would.

25   Q    As her closest sister, at least closest in age,
```

125

```
 1        uh, I know we talked about clothes, generally,
 2        but you -- were you aware of the jeans that she
 3        owned?
 4    A   I know most of them.
 5    Q   Do you know and can you tell the jury, please,
 6        what kind of jeans your sister owned?
 7    A   I know of a pair of Daisy Fuentes jeans she had.
 8    Q   Okay.  Let's just start with those.  What are
 9        Daisy Fuentes jeans?
10    A   Um, it's a brand name of jeans that is normally found
11        at Kohl's.
12    Q   Okay.  How is it that you remember the Daisy
13        Fuentes jeans?
14    A   Um, one day I noticed that she was wearing them and I
15        told her that Daisy Fuentes was an old person so she
16        was wearing old people's jeans.
17    Q   Okay.  At some point, Katie, had you, um, been
18        told that your sister, Teresa, had been killed?
19    A   Yes.
20    Q   After, um, Teresa's death, were you asked to go
21        to her, um, apartment, her residence, and look
22        through some of her clothing?
23    A   Yes.
24    Q   When you looked through your sister's clothing,
25        were you able to find those Daisy Fuentes jeans
```

126

| | | |
|---|---|---|
| 1 | | that you teased her about? |
| 2 | A | No, I did not. |
| 3 | Q | Mr. Wiegert's handed you a pair of, uh -- of |
| 4 | | jeans with an exhibit sticker on them.  I think |
| 5 | | it's a gray or a blue sticker.  Can you tell me |
| 6 | | what exhibit number that is? |
| 7 | A | Exhibit 13. |
| 8 | Q | And have you ever seen those jeans before? |
| 9 | A | Yes, I have. |
| 10 | Q | What is Exhibit No. 13? |
| 11 | A | Um, it's a pair of jeans that I picked out at Kohl's |
| 12 | | one time that I thought were similar to the jeans |
| 13 | | that Teresa owned. |
| 14 | Q | Did a law enforcement officer or officers take |
| 15 | | you on a -- a shopping trip and have you find the |
| 16 | | jeans that your sister used to own? |
| 17 | A | Yes.  I went with Mr. Fassbender. |
| 18 | Q | Okay.  If you can hold up Exhibit No. 13 and show |
| 19 | | the jury, please, um, what kind of jeans are |
| 20 | | those? |
| 21 | A | They are Daisy Fuentes jeans. |
| 22 | Q | And are those jeans, uh, at least to the best |
| 23 | | that you were able to determine, uh, the same or |
| 24 | | similar jeans that your sister had owned prior to |
| 25 | | her death on the 31st of October? |

127

```
 1   A   They are.

 2   Q   You know what a rivet is on a jean?

 3   A   Um, I believe it is one of these little buttons that

 4       holds the jeans together.

 5   Q   Okay.  And those rivets on those jeans, do they

 6       say anything on them?

 7   A   They say "Daisy Fuentes".

 8   Q   I'm going to have you give those jeans back to

 9       Mr. Wiegert at this time.  I'm going to have

10       Mr. Wiegert take them over to the ELMO machine

11       and see if we can show the jury what we're

12       talking about.  Just as he's doing that, those

13       little brass buttons, or those, um, little

14       things, are those the rivets that you were

15       talking about?

16   A   Yes.

17   Q   When Mr. Wiegert zooms in, it looks like that's

18       as far as it zooms in, the little black lettering

19       that goes around the rivet, um, since you've seen

20       it, and we have a hard time seeing it, that says

21       "Daisy Fuentes"; is that right?

22   A   Yes.

23   Q   Katie, do you know what a lanyard is?

24   A   I believe it's one of those key chain things you put

25       with your keys that you can wear around your neck.
```

128

```
 1   Q   Okay.  And do you know if you ever gave your
 2       sister, Teresa, a, uh, key chain thing, a
 3       lanyard, for around her neck?
 4   A   I did.
 5   Q   Mr. Wiegert is going to have another exhibit
 6       marked for you, and we're going to show you, I'm
 7       sure, what will be Exhibit No. 14.
 8   Q   Tell the jury what that is, please?
 9   A   It is a blue lanyard that says "Air National Guard".
10   Q   Do you recognize Exhibit No. 14?
11   A   Yes.  It is the lanyard that I gave Teresa.
12   Q   And do you remember where you got that and where
13       you -- when you gave it to Teresa?
14   A   It was two summers ago.  I was at the EAA Convention,
15       and there was a booth, and they were giving away free
16       lanyards.
17   Q   Now, that particular lanyard, if you can hold it
18       up for the jury so that they can see what you're
19       talking about, it's got a plastic thing on the
20       end of it.  Can you show them that?  That plastic
21       end to the lanyard, do you know what that goes
22       into?
23   A   Um, a fob.
24   Q   All right.  And can you tell the jury what a fob
25       is, if you know?
```

129

```
 1   A   Um, it's another piece of cloth, the same color, and

 2       then it's connected to a key chain.

 3   Q   To help the jury, I'm going to show you Exhibit

 4       No. 12, which is a photograph.  Ask if you have

 5       seen that before?

 6   A   Yes, it's the same lanyard.

 7   Q   And does Exhibit No. 12, that is, the photograph,

 8       include the key part of it, that is, the fob that

 9       clicks in or goes into that particular key chain?

10   A   It does.

11   Q   Does that key chain and that fob depicted in

12       Exhibit No. 12 look the same or similar as the

13       key chain and, uh, fob, or lanyard and fob, that

14       you gave to your sister a couple of summers ago?

15   A   It does.

16   Q   Do you know whether or not your sister ever used

17       that key chain and -- and, uh, um, that lanyard

18       and fob?

19   A   She did.

20   Q   How do you know that?

21   A   Because before I gave her the lanyard she had a

22       different one and then I remember her switching them.

23   Q   Okay.  Katie, on Sunday nights did your sister,

24       Teresa, and you make a habit of watching some

25       television shows together?
```

```
 1   A    We did.
 2   Q    Where would you guys usually watch those shows
 3        together?
 4   A    Either at our house or hers.
 5   Q    All right.  Do you remember the day before she
 6        was killed, that is, on the 30th of October, if
 7        you and Teresa and your other sister spent that
 8        night together and watched those shows together?
 9   A    Um, I believe we were at my grandpa's house for his
10        birthday.
11   Q    All right.  You remember that birthday party that
12        night?
13   A    Yeah.
14   Q    Or that day at least?
15   A    Yeah.
16   Q    And the same question that I asked of your mom,
17        after the 30th of October, had you ever seen or
18        heard from your sister, Teresa?
19   A    I did not.
20   Q    Last question for you.  Um, do you know what kind
21        of soda that, uh, your sister, Teresa, used to
22        drink?  Did she have a brand of soda she liked?
23   A    Um, she likes cherry sodas a lot.
24   Q    Do you know if she liked Wild Cherry Pepsi brand
25        soda?
```

131

```
 1   A    She did.
 2   Q    That's all I've got, Katie.  Thank you.
 3              ATTORNEY KRATZ:  Judge, I would move the
 4        admission of -- Uh, Berta, I'm sorry.
 5              THE CLERK:  Um --
 6              ATTORNEY KRATZ:  Eleven through fourteen?
 7              THE CLERK:  Eleven, twelve and thirteen.
 8              ATTORNEY KRATZ:  And 14.
 9              THE COURT:  And 14.
10              THE CLERK:  And 14.
11              ATTORNEY KRATZ:  Eleven through fourteen,
12        Judge.
13              THE COURT:  Any objection, Counsel?
14              ATTORNEY FREMGEN:  I would like to be heard
15        on 13.
16              THE COURT:  Uh --
17              ATTORNEY FREMGEN:  No objection to 11,
18        12 and 14.
19              THE COURT:  Okay.  Eleven, twelve and
20        fourteen are received.  You want to be heard outside
21        the presence of the jury or here?
22              ATTORNEY FREMGEN:  Uh, at a break we can
23        take that up.
24              THE COURT:  Okay.  Cross?
25              ATTORNEY FREMGEN:  No, sir.  Thank you.

                              132
```

```
 1                  THE COURT:  All right.  You may step down.
 2                  ATTORNEY KRATZ:  May we just have a brief
 3        sidebar, Judge?
 4                  THE COURT:  Sure.
 5                  (Discussion off the record.)
 6                  ATTORNEY KRATZ:  State would call Tom
 7        Fassbender to the stand.
 8                       THOMAS FASSBENDER,
 9          called as a witness herein, having been first duly
10          sworn, was examined and testified as follows:
11                  THE CLERK:  Please be seated.  Please state
12        your name and spell your last name for the record.
13                  THE WITNESS:  Thomas J. Fassbender,
14        F-a-s-s-b-e-n-d-e-r.
15                       DIRECT EXAMINATION
16   BY ATTORNEY KRATZ:
17   Q    Mr. Fassbender, could you tell us how you're
18        employed, please?
19   A    Yes.  I'm a special agent with the Wisconsin
20        Department of Justice, Division of Criminal
21        Investigation, DCI.
22   Q    What are your duties with DCI?
23   A    Uh, currently I investigate, uh, crimes, such as
24        homicide, uh, or crimes that are statewide importance
25        in nature, and I'm a part of what we call a General
```

133

```
 1        Investigations Bureau.

 2   Q    Could you speak up just a little bit?  I'd

 3        appreciate it.  Were you employed in that

 4        capacity on November 5 of 2005?

 5   A    Yes, I was.

 6   Q    And on November 5 of 2005, uh, were you called to

 7        a location which has been come to known as the

 8        Avery salvage property?

 9   A    Yes, sir.

10   Q    How is it that you got called to that location?

11   A    I was called by my supervisor, who, uh, informed me

12        that the Calumet County Sheriff had asked for DCI's

13        assistance at that location, and it had to do with,

14        uh, an investigation into a missing person, which was

15        Teresa Halbach.

16   Q    Tell the jury, if you would, please, about what

17        time, um, you got to that location?

18   A    I arrived at, uh, that location, which was the Avery

19        Salvage Yard, just a little after 2 p.m. that

20        afternoon.

21   Q    Tell the jury, please, what, if anything, you

22        observed upon your arrival at that salvage yard?

23   A    When I arrived at the salvage yard, um -- salvage

24        yard is located at the end of a road named Avery

25        Road, and at the end of that road, uh, there was a --
```

134

```
 1         a law enforcement presence set up there.  Kind of
 2         like I guess what you would called a command post,
 3         and met with, um, members of law enforcement there,
 4         uh, to include the sheriff of Calumet County.
 5                 Uh, received a -- a real brief, uh,
 6         briefing at that time, and, uh, subsequently went
 7         down into an area known as the -- the salvage
 8         yard where the -- the salvaged vehicles were
 9         maintained, and there was another, uh, law
10         enforcement presence down there, uh, so to speak,
11         like a checkpoint, um, and -- and it was from
12         that location that I was shown where a vehicle --
13         Teresa's vehicle, had been located.
14    Q    I don't know if you told us, but, uh, who also
15         was there when you got there?
16    A    Well, for certain, uh, the Calumet County Sheriff
17         Jerry Pagel was there, and other law enforcement
18         officers, to include officers from, uh, the Manitowoc
19         County Sheriff's Department and Calumet County
20         Sheriff's Department.
21    Q    After your arrival, uh, was there any discussion
22         regarding what role, if any, the Wisconsin
23         Department of Justice would take in the
24         investigation?
25    A    Yes.  Uh, as I mentioned, Sheriff Pagel had requested
```

135

| | | |
|---|---|---|
| 1 | | DCI's assistance. Um, with that being said, I |
| 2 | | learned that, um, the Manitowoc County Sheriff's |
| 3 | | Department had requested the Calumet County |
| 4 | | Sheriff -- Sheriff's Department to take the lead role |
| 5 | | in the investigation, and, uh, with that, they -- |
| 6 | | Sheriff Pagel requested DCI's assistance. So, in |
| 7 | | essence, we were there, uh, to assist in the |
| 8 | | investigation, and, ultimately, I was asked, uh, to |
| 9 | | join Investigator Mark Wiegert as a lead investigator |
| 10 | | in the investigation. |
| 11 | Q | Is it unusual, Agent Fassbender, for DCI to |
| 12 | | become involved in major crime investigations? |
| 13 | A | No, that's not unusual. |
| 14 | Q | After your arrival at the, um, scene, um, were |
| 15 | | you able to survey, if you will, the, uh -- the |
| 16 | | property, itself? |
| 17 | A | Yes. |
| 18 | Q | And I've handed you or had handed to you an |
| 19 | | exhibit. Can you tell us -- I think it's Exhibit |
| 20 | | No. 15. Tell us what that is, please? |
| 21 | A | This is Exhibit 15, and this is an aerial photograph |
| 22 | | overview of, uh, the Avery Salvage Yard, including |
| 23 | | residences, um, on or around that property. |
| 24 | Q | I've had Mr. Wiegert hand you a laser pointer. |
| 25 | | And, actually, we'll be using the large screen to |

136

1     my right, although I'm sure the jurors can see

2     with the smaller screens as well.

3         Uh, if you'd be so kind as to refer to

4     Exhibit No. 15 and show the -- and describe for

5     the, uh, jurors the major landmarks of the Avery

6     salvage property.

7 A   As I mentioned before, uh, this road right here

8     running north and south is Avery Road. As you come

9     south on Avery Road to this intersection right here,

10    to the west, or to your right if you're going south,

11    is a driveway, essentially, that goes all the way

12    down to two residences. There's a trailer at the end

13    right down here. That is, uh, the residence or the

14    trailer where Steven Avery resided. Uh, there's a,

15    um, unattached garage there also.

16         The residence just to the east of Steven

17    Avery's residence, uh, is the residence of

18    Barbara Tadych. Uh, at that time it's Barbara

19    Janda. And that, uh, is the residence that, um,

20    Mr. Das -- Dassey, uh, resided in. Brendan

21    Dassey.

22         Uh, there's an abandoned trailer right

23    there along this driveway. Going back to the

24    intersection at the end of Avery Road, uh, is

25    where the auto salvage business is essentially

137

located, as well as several other -- or two other residences.

Uh, this building right here, this large building, is where the au -- auto salvage office and, uh, workshop was located. There's an impound area right in here that has three buildings associated with it. That's an old office, I believe, and shop area.

And right here's the residence of, uh, Al and Delores Avery, or Mr. and Mrs. Avery, Steven Avery's father.

Uh, if you go -- continue south when you get to this intersection -- And, by the way, this is where that command post would have been set up, that law enforcement presence that I was talking about.

If you continue south, there's another residence located right in this area, which is Chuck Avery's residence, which would be Steven Avery's brother.

And then continuing south, you go down into what was commonly referred to as the, uh, salvage yard, or the pit, and that was, uh, called that, I believe, because it used to be an old quarry, uh, area, similar to the quarries

138

1  that are located around the salvage yard.  So you

2  go down -- uh, descent into this area where all

3  the vehicles are located, uh, into the, uh,

4  salvage yard area.

5 Q  So that the jury has a, um -- a better

6  understanding of, uh, some of the, um -- the

7  areas, I'm going to show you, first, what has

8  been marked as Exhibit No. 16.  Tell us what this

9  is, please?

10 A  That would be the northwest corner of the salvage

11  yard.  And I had mentioned, uh, Steve Avery's and

12  Brendan Dassey's residences.  Right here is the

13  trailer that Steven Avery resided in and his

14  unattached garage.

15  Uh, that's that driveway I was talking

16  about coming to that location, and this is the,

17  uh -- right here I'm pointing at the northwest

18  corner of the entire, um, Avery properties.

19  Next, or just to the east, of Steven

20  Avery's residence is Brendan Dassey's, uh,

21  residence, or where he resided, his unattached

22  garage, also, which would make up, and then the

23  surrounding, uh, curtilage or yards of both, uh,

24  residences.

25 Q.  One of the other corners of the property I'm now

139

|     |   |                                                              |
|-----|---|--------------------------------------------------------------|
| 1   |   | showing you as Exhibit No. 17, tell us what that             |
| 2   |   | is, please?                                                  |
| 3   | A | This would be the southeast corner of the, uh, Avery         |
| 4   |   | Salvage Yard.  Um, you can see that berms, or                |
| 5   |   | possibly see that berms, are built up around these           |
| 6   |   | areas.  Uh, to the south of that is -- is a -- a             |
| 7   |   | quarry, a privately owned quarry, Radandt Quarry, and        |
| 8   |   | to the east of that is a field -- field area.               |
| 9   |   | Uh, so -- And you can see the salvaged                       |
| 10  |   | vehicles here, some salvage vehicles lined up                |
| 11  |   | along there, a retention pond there, and also a             |
| 12  |   | automobile crusher located right there, which is,           |
| 13  |   | again, in this photo, which would be the lower              |
| 14  |   | right-hand area of the photo.                                |
| 15  | Q | Now, this particular corner of the salvage                   |
| 16  |   | property, I think you mentioned when you first               |
| 17  |   | arrived, uh, on the property you had concentrated            |
| 18  |   | on this area; is that -- is that a correct                   |
| 19  |   | statement?                                                   |
| 20  | A | That's correct.                                              |
| 21  | Q | Can you tell the jury why?  What you saw?                     |
| 22  | A | I was sent down to this area, and there was a staging        |
| 23  |   | right -- oh, somewhere right in this area, uh, law           |
| 24  |   | enforcement vehicles, uh, like I said, what could be        |
| 25  |   | considered a checkpoint.  Um, beyond that is where I         |

140

| | | |
|---|---|---|
| 1 | | was told that, um, Teresa's RAV 4 vehicle had been |
| 2 | | found, and I was pointed to an area right there. |
| 3 | | There's a -- a red vehicle right there that's offset |
| 4 | | from the other line of vehicles, and the RAV 4 was |
| 5 | | located right in that area, and in this photograph it |
| 6 | | is not there.  It had been removed already. |
| 7 | Q | The last exhibit, um, I think that I've given you |
| 8 | | so far, is Exhibit No. 18, and you talked about a |
| 9 | | command post.  I show you Exhibit No. 18, and |
| 10 | | tell the jury what we're looking at, please? |
| 11 | A | This is Avery Road that I'm pointing to right now |
| 12 | | starting in the, uh, lower right-hand corner on this |
| 13 | | photograph.  And as you reach where the command post |
| 14 | | was, which was right there, and right here there's |
| 15 | | some command post vehicles, is the northeast corner |
| 16 | | of the Avery Salvage Yard.  Um, I mentioned some of |
| 17 | | the -- the, uh, buildings here.  This is the office |
| 18 | | and shop area to the Avery Salvage Yard.  This big, |
| 19 | | red building is another work -- |
| 20 | Q | I can zoom out a little bit.  I'm sorry. |
| 21 | A | -- work area, I think, associated with the, um, |
| 22 | | impound area.  The old shop and service area, I |
| 23 | | believe, and then right in here is, uh, Al and |
| 24 | | Delores' house, and I can't quite see it in here, |
| 25 | | but, uh, Chuck Avery's house is right in there. |

141

| | | |
|---|---|---|
| 1 | Q | Now, I know that you, uh, at least briefly, |
| 2 | | talked about a command center or a command post. |
| 3 | | Um, let me just skip ahead so that the jury knows |
| 4 | | where we're going.  How long was it that law |
| 5 | | enforcement had control of this 40-acre property? |
| 6 | A | Well, beginning on -- on, uh, November 5 at |
| 7 | | approximately 11 a.m., uh, law enforcement offer -- |
| 8 | | or arrived on that property, uh, in response to a |
| 9 | | call that Teresa Halbach's vehicle may have been |
| 10 | | found there, and from that point on, through |
| 11 | | approximately 11:30 on Saturday, November 12, uh, we |
| 12 | | maintained a presence and held that property. |
| 13 | Q | So a full week? |
| 14 | A | Yes. |
| 15 | Q | Within the, um, pit area, I guess, the -- what |
| 16 | | would be to the, um, south and west of the |
| 17 | | command center, um, you may notice some vehicles. |
| 18 | | Can you describe those vehicles for us, please? |
| 19 | | And, by the way, what exhibit is it that you're |
| 20 | | looking at? |
| 21 | A | I'm currently looking at Exhibit 19. |
| 22 | Q | And is what's up on the screen a, uh, depiction |
| 23 | | of Exhibit 19? |
| 24 | A | Yes, it is. |
| 25 | Q | Tell us what that is, please? |

142

| | | |
|---|---|---|
| 1 | A | Basically, we -- uh, we're looking toward the |
| 2 | | southwest, um, from the, um, north side of the |
| 3 | | property. And as I mentioned, uh, the salvage area, |
| 4 | | or the -- the junkyard area, goes down into a pit, so |
| 5 | | we're standing up on the elevation part, I believe, |
| 6 | | to the rear of -- and I'm not positive -- but to the |
| 7 | | rear of, or the south of, uh, the Dassey residence, |
| 8 | | or, uh, Steve Avery's residence, looking out over the |
| 9 | | salvage yard, and the -- and the vehicles you see in |
| 10 | | the picture are, essentially, um, many of the, uh, |
| 11 | | salvaged vehicles in that pit area. |
| 12 | Q | Through your seven days of, um, contact with that |
| 13 | | residence, uh, did you come to determine how many |
| 14 | | junked vehicles were on that property? |
| 15 | A | Yes. There were approximately 4,000 vehicles on that |
| 16 | | property or on that salvage yard. |
| 17 | Q | All right. You said that, um -- that this |
| 18 | | particular property, and -- and I don't expect |
| 19 | | any of these, uh, out-of-town jurors to know |
| 20 | | this, but, uh, the entry to this property is on a |
| 21 | | county road, a Highway 147; is that right? |
| 22 | A | A state highway. Highway 147. Yes. |
| 23 | Q | I'm showing you now what's been marked as Exhibit |
| 24 | | No. 20. Can you tell us what that is, please? |
| 25 | A | That's a sign for the Avery Auto Salvage and Towing, |

```
 1         and that is located at the, uh, north end of Avery
 2         Road where it intersects with, uh, State Highway 147.
 3    Q    Exhibit 20 is really just the business sign that
 4         directs patrons into that salvage area; is that
 5         right?
 6    A    That's correct.
 7    Q    Now, Agent Fassbender, your original, um, contact
 8         with that location you said was at the, uh,
 9         request of, um, Sheriff Pagel, the sheriff from
10         Calumet County; is that right?
11    A    Yes, that's right.
12    Q    At about what time -- Um, perhaps you answered
13         this, but at about what time did you arrive at
14         that scene?
15    A    Shortly after 2 p.m.
16    Q    And about that time, or shortly thereafter, did
17         you agree to become one of the lead investigators
18         in this case?
19    A    Yes.
20    Q    And, again, shortly after 2 p.m., did you and
21         other law enforcement officers become actively
22         involved in securing or applying for what's known
23         as a search warrant?
24    A    Yes.
25    Q    Tell the jury what a search warrant is, please?
```

144

```
 1    A    Essentially, a search warrant is an order, uh, signed
 2         by a judge, based on probable cause that directs law
 3         enforcement to search a person, object, uh, place,
 4         uh, and to seize, uh, property or items of property.
 5              It's based on probable cause that a
 6         crime may have been committed.  Uh, along with
 7         that, uh, the date that it's issued to the date
 8         that it's, uh, executed, uh, you have five days
 9         to do that, and you have 48 hours to return the
10         search warrant.  Basically, that's returning it
11         to the Clerk of Courts, or the Court, with a --
12         an inventory of what was seized if anything.
13    Q    The judicial authorization, that is, the, um --
14         the fact that a judge authorizes you to search,
15         uh, either a place, uh, or buildings, or
16         residences, or even persons, um, did you believe
17         that that was required or necessary before, uh,
18         you folks went any further that day?  That is, on
19         the 5th?
20    A    Yes.
21    Q    You said that upon your arrival, um, you had
22         observed some items or some property that had
23         been previously discovered by some citizen
24         searchers; is that right?
25    A    That's correct.
```

145

```
1    Q    Describe that for the jury, please?

2    A    The item was a -- a 1999, uh, RAV 4.  It was

3         bluish/green in color, and, um, the citizen searchers

4         had located it on the Avery property, and had

5         contacted law enforcement, uh, reporting that they

6         may have located, uh, Teresa Halbach's vehicle.

7    Q    I'm going to show you three exhibits.  First, uh,

8         Exhibit No. 21, larger picture of that, can you

9         tell us what we're looking at, please?

10   A    That is the, uh, rear of that vehicle I just

11        described, a Toyota RAV 4, 1999, bluish/green in

12        color, and that is the condition that that vehicle,

13        or the rear of the vehicle, the condition of that

14        vehicle, uh, as it was found.

15   Q    And does that look the same or similar as when

16        you saw it shortly after 2 p.m. on the 5th of

17        November?

18   A    Yes.

19   Q    And, by the way, just so this jury is aware, uh,

20        had that vehicle been secured?  That is, did law

21        enforcement officers, who arrived on the scene

22        prior to your arrival, make sure that nobody had

23        entered or tampered with that vehicle?

24   A    Yes.

25   Q    The vehicle, at least Exhibit No., uh, 23, as we
```

146

```
 1     see it -- excuse me, 21, as we see it, appears to
 2     be obscured by, um -- at least at the back of
 3     it -- by some branches.  Uh, could you describe
 4     that further?  Did it appear to be intentionally
 5     concealed in your opinion?
 6   A Absolutely.  Uh, tree branches, posts, fence posts,
 7     boxes, plywood, auto parts.
 8   Q All right.  Let's move on, then, to Exhibit No.
 9     22, the side of the vehicle.  Tell us what we're
10     looking at here, please?
11   A This is the passenger side of that vehicle.  Uh, uh,
12     you can see to the -- the rear of the vehicle is that
13     red vehicle I was talking about that the RAV 4 was,
14     uh, positioned next to.  Um, as you can see, it's got
15     tinted windows in the back.  Uh, there's a vehicle
16     hood leaned up against, uh, the RAV 4.
17          You can see branches.  Even in the, uh,
18     lower right-hand corner is a piece of the, uh,
19     particle board or plywood I was talking about.
20     Uh, and on top of the vehicle you can see that
21     branches, uh, were placed on the top of the
22     vehicle also.
23   Q And, finally, I'm going to show you Exhibit No.
24     23.  Tell us what we're looking at here, please?
25   A That's a photograph of the same vehicle.  The RAV 4.
```

147

|    |   |                                                             |
|----|---|-------------------------------------------------------------|
| 1  |   | Uh, the passenger side front corner facing that             |
| 2  |   | direction.  Again, uh, it's a good picture to show,         |
| 3  |   | uh, the objects that were used to -- in an attempt to       |
| 4  |   | conceal the vehicle.  Uh, brush, branches, uh, posts        |
| 5  |   | fencing, plywood.  There's actually a -- a box on the       |
| 6  |   | hood somewhere in there, too.  Um, and the -- and           |
| 7  |   | the, uh -- toward the rear of the passenger side you        |
| 8  |   | can see the vehicle hood, uh, leaning up against            |
| 9  |   | the -- the RAV 4.                                            |
| 10 | Q | If you would be so kind as to take the laser                |
| 11 |   | pointer, the larger image, show that vehicle hood           |
| 12 |   | that we're talking about?                                   |
| 13 | A | On the left side of the photograph here, um, that I'm       |
| 14 |   | pointing to right now, is that vehicle hood lean --         |
| 15 |   | leaning up against the, uh, passenger rear quarter          |
| 16 |   | panel area of the RAV 4.                                     |
| 17 | Q | Do you know what that vehicle hood's made out of?           |
| 18 | A | Metal.  Steel.                                              |
| 19 | Q | All right.  Have I had other exhibits provided to           |
| 20 |   | you?  Are there other exhibits that were                    |
| 21 |   | provided?                                                   |
| 22 | A | Yes.                                                        |
| 23 | Q | Could you tell me what they are, please?                    |
| 24 |   | Twenty-four?                                                 |
| 25 | A | What's been marked as Exhibit 24 is a, uh -- another        |

148

```
 1        photograph of, uh, the 1999 Toyota RAV 4.  Uh, it's
 2        more at or around dusk.  Getting dark out.  Again, it
 3        still has the, um, debris, um, that was put on and
 4        stacked up by the, uh, RAV 4, and, also, there was --
 5        or shows, uh, some individuals in the scene, some law
 6        enforcement officers in the scene.
 7    Q   All right.  In this picture, as well, is the
 8        steel, um, vehicle hood, uh, in front of a
 9        gentleman I think that the jury will learn is
10        John Ertl.  Can you first point to Mr. Ertl from
11        the Crime Lab, and then, again, describe that
12        vehicle hood?
13    A   Uh, Mr. Ertl's standing right there in the, uh,
14        coveralls.  Uh, he's from Wisconsin State Crime Lab.
15        They had been called to the scene to assist in
16        processing, uh, or seizing evidence, and that the
17        vehicle hood is -- is to his left and in front of him
18        right there leaning up, again -- against the Toyota
19        RAV 4.
20    Q   Before we go any further, uh, Agent Fassbender,
21        we've brought into the court, uh, what's been
22        marked as Exhibit No. 26.  Can you tell us what
23        that is, please?
24    A   Exhibit 26 is that vehicle hood that I've pointed out
25        in the photographs, uh, leaning up against the, uh,
```

149

```
 1        rear quarter panel -- passenger rear quarter panel of

 2        the RAV 4.

 3   Q    Have you picked up, or with the assistance of

 4        others, attempted to manipulate that particular

 5        piece of steel?

 6   A    Yes.

 7   Q    Uh, in your opinion, um, would that take more

 8        than one individual to, uh, at least

 9        appropriately, move it from one area to another?

10   A    Yes.

11   Q    I'm showing you, also, what's been marked as

12        Exhibit No. 25.  Tell us what that is, please?

13   A    Exhibit 25 is another photograph of, uh, the RAV 4

14        and its location.  Where it was found.  This

15        photograph is taken looking, uh, at the rear

16        passenger corner of the vehicle.  Clearly, again,

17        showing, and I'll point out, the vehicle hood, uh,

18        what appears to be a fence post next to the vehicle

19        hood, and branches, uh, concealing the vehicle.

20   Q    If I can go back just a -- a moment, please, to

21        Exhibit No. 24, uh, we see Mr. Ertl, yourself,

22        couple of other individuals in that -- in that

23        depiction, um, and you mention this was right

24        around dusk; is that right?

25   A    Yes.
```

150

| | | |
|---|---|---|
| 1 | Q | What's the significance, if any, of Exhibit No. |
| 2 | | 24? In other words, what is happening just prior |
| 3 | | to and just after this photograph was taken? I'm |
| 4 | | going to ask it a -- a -- different way because |
| 5 | | that -- I know that that was a bad question. I'm |
| 6 | | sorry. Uh, was this vehicle, um, completely |
| 7 | | processed at the scene or was a decision made to |
| 8 | | remove the vehicle from this location? |
| 9 | A | The decision was made in conjunction with, uh, the |
| 10 | | forensic scientists from the Crime Laboratory that we |
| 11 | | would move the vehicle from the scene. Um, one, |
| 12 | | uh -- Some factors that entered into that decision, |
| 13 | | obviously, was, uh, darkness, uh, coming upon the |
| 14 | | scene, and inclement weather also having already |
| 15 | | happened, and, uh, more inclement weather being |
| 16 | | predicted, so the vehicle was, uh, removed from the |
| 17 | | scene and -- and transported to the Crime Laboratory |
| 18 | | in Madison. |
| 19 | Q | Could you tell the jury, please, how the vehicle |
| 20 | | was removed from the scene? |
| 21 | A | Well, first, the Crime Lab personnel that were at the |
| 22 | | scene, uh, processed and examined the items that, uh, |
| 23 | | were used to conceal the vehicle, um, to determine |
| 24 | | whether they felt it had any evidentiary value. |
| 25 | | Certain items were seized and |

151

```
 1        transported with the vehicle, such as the vehicle

 2        hood there.  Um, at that time a wrecker service

 3        was contacted, as well as a transport service,

 4        Rabas, uh -- Rabas, R-a-b-a-s, I believe, came

 5        and, uh -- with their wreckers, and they removed

 6        the vehicle from its location and brought it out

 7        by where we had seen the vehicle crusher.  At

 8        that location Pethan, uh, Transport was located

 9        with an enclosed trailer and the RAV 4 was backed

10        into that enclosed trailer and sealed, and then,

11        um, transported to the Wisconsin State Crime

12        Laboratory in Madison, Wisconsin along with -- or

13        in the accompaniment of the two forensic

14        scientists that were on the scene.

15  Q     Just prior to the removal of the vehicle, uh,

16        were there any other resources that were called

17        in, uh, to search, uh, at least around that

18        particular RAV 4?

19  A     Yes, there was.

20  Q     Describe that for us, please?

21  A     Um, we utilized, uh, Great Lakes Search and Rescue,

22        which is, uh, basically, uh, search dogs, and they

23        came to the scene.  And one dog, in particular, was

24        utilized, uh, in that area, that south, uh, east area

25        of the yard, salvage yard, uh, commencing at around
```

152

```
 1     the crusher area.
 2            The dog was used to, um, see if it would
 3     alert on the crusher.  You know, this dog I'm
 4     talking about is a dog that would alert.  They
 5     called them cadaver dogs, and they will alert on,
 6     uh, uh, deceased human bodies as well as human
 7     blood.  And, uh, that dog was utilized to search
 8     that area to the south and then along that south
 9     line to the -- or past the Toyota RAV 4.
10  Q  I'm showing you Exhibit No. 27.  This is a woman
11     named Julie Cramer and a dog named Brutus.  Do
12     you recognize them?
13  A  Yes.
14  Q  Tell us, who are Julie and Brutus?
15  A  They're members of the Great Lur -- Great Lakes
16     Search and Rescue, and, uh, Julie is the handler of
17     Brutus.  Brutus is one of those dogs I just
18     mentioned.  And they are the two that searched the
19     area I just talked about.
20  Q  Now, were you present when the K-9 handler, that
21     is, the human remains handler, Julie Cramer and
22     Brutus searched the area of Teresa Halbach's RAV
23     4?
24  A  Yes, I was.
25  Q  Describe your observations for the jury, please?
```

153

```
 1   A    Well, as we were going down that line of cars on the,
 2        uh, south berm of that property that I had pointed
 3        out, um -- Actually, prior to that, Julie had
 4        explained what would happen if Brutus alerted on, uh,
 5        an area that may contain human remains or blood, and
 6        as they were going down that area or that, uh, line,
 7        and when they reached the RAV 4, Brutus clearly, at
 8        least to my observations, alerted on that -- that
 9        vehicle.
10   Q    And just so the jury's clear, uh, after Brutus,
11        the human remains dog, alerted on the RAV 4, uh,
12        it was at that time that the Crime Lab removed
13        the vehicle?  In other words, that it was secured
14        and removed from that location; is that right?
15   A    The vehicle was -- was in a secured state to begin
16        with and maintained.  It was maintained in that
17        state.  Um, the Crime Lab arrived just after Brutus
18        alerted on that vehicle, and the vehicle was
19        maintained there for probably another two hours, uh,
20        until we could get the resources at the scene to
21        remove the vehicle.  So it was about two hours and
22        then it was removed, yes.
23   Q    All right.  Do you know if the vehicle was locked
24        at the scene?
25   A    Yes.  It was.
```

154

| | | |
|---|---|---|
| 1 | Q | Are there any other exhibits up there that you |
| 2 | | haven't identified yet? |
| 3 | A | No, sir. |
| 4 | Q | I just need to ask that every once in a while. |
| 5 | | Mr. Fassbender, we're showing you what's been |
| 6 | | marked for identification as Exhibit No. 28. |
| 7 | | Could you tell us what that is, please? |
| 8 | A | This is a photograph of the southeast portion of the |
| 9 | | Avery Salvage Yard, and I think, more particularly, |
| 10 | | depicting the automobile crusher, and I'll use the |
| 11 | | pointer on the big screen. |
| 12 | | Um, I'm pointing at that right now. |
| 13 | | Large, uh, orange-ish/yellow piece of machinery. |
| 14 | | Uh, you'll notice right near there is another |
| 15 | | piece of machinery moving what appears to be a |
| 16 | | crushed vehicle. Um, that happened when all |
| 17 | | those crushed vehicles to the south of that |
| 18 | | crusher were examined and moved to the north side |
| 19 | | of the crusher. |
| 20 | Q | If you just point to Exhibit 28 again and show us |
| 21 | | where the crushed vehicles, that is, after the |
| 22 | | vehicles were put in the crusher, where were they |
| 23 | | stored or kept, at least temporarily, on the |
| 24 | | Avery property? |
| 25 | A | Pointing at the crusher right now, the -- the, uh, |

155

| | | |
|---|---|---|
| 1 | | orange-ish/yellow piece of machinery, just to the |
| 2 | | right of that on the photograph, or to the south of |
| 3 | | that, is where approximately 50-plus crushed vehicles |
| 4 | | were located. |
| 5 | Q | And if you could show the jury, please, where |
| 6 | | Teresa Halbach's vehicle was discovered in |
| 7 | | relation to that car crusher? |
| 8 | A | Teresa's vehicle would have been up in this area on |
| 9 | | the south edge of the salvage yard, on the other side |
| 10 | | of the retention pond, and I'm pointing to an area |
| 11 | | toward the middle right of the photograph. |
| 12 | Q | Now, do you know about how far that, uh, vehicle |
| 13 | | was -- that is, Teresa's vehicle -- was from the |
| 14 | | car crusher? |
| 15 | A | It was about 350 feet. |
| 16 | Q | And at least from the intact vehicles, that is, |
| 17 | | the noncrushed vehicles, was Teresa Halbach's |
| 18 | | vehicle in a row or in a line of vehicles closest |
| 19 | | to the car crusher?  Does that question make |
| 20 | | sense? |
| 21 | A | Uh, Teresa Halbach's vehicle was in a line of |
| 22 | | vehicles, that it was very near the car crusher and |
| 23 | | it had access to the car crusher. |
| 24 | Q | All right.  Let's talk about the crusher, itself, |
| 25 | | Exhibit No. 29.  Tell us what that is, please? |

156

| | | |
|---|---|---|
| 1 | A | That's a photograph of the car crusher that we just |
| 2 | | saw, which is located in that southeast, uh, corner |
| 3 | | of the Avery Salvage Yard. To the, uh, left of the |
| 4 | | car crusher, which I'm pointing out right now, to the |
| 5 | | left of that car crusher, or the north, is, um, the |
| 6 | | crushed cars. Originally, they were to the south, |
| 7 | | but when we examined each and every car, crushed car, |
| 8 | | they were then placed, uh, in this area to the north |
| 9 | | of the car crusher. |
| 10 | Q | Before we move forward, tell the jury why it was |
| 11 | | that you examined and looked in, in those first |
| 12 | | two days of the search, why you examined every |
| 13 | | one of those crushed cars? |
| 14 | A | We were looking for Teresa. |
| 15 | Q | And at that point, at least on Saturday, Sunday, |
| 16 | | and Monday, uh, you hadn't found her body yet; is |
| 17 | | that correct? |
| 18 | A | That's correct. |
| 19 | Q | Before we move too far, I'm showing you Exhibit |
| 20 | | 32. Might give us a better perspective. Can you |
| 21 | | tell us what that is, please? |
| 22 | A | Again, 32 is a -- an aerial photograph, uh, showing |
| 23 | | the southeast corner of the, um, Avery Salvage Yard. |
| 24 | | Uh, and on the screen there's a big box in the lower |
| 25 | | right-hand corner that's titled, "vehicle crusher". |

157

| | |
|---|---|
| 1 | | That's where the vehicle crusher was located. And |
| 2 | | then approximately 350, 60 feet to the southwest is a |
| 3 | | smaller box, where I'm pointing right now, that has a |
| 4 | | title "RAV 4 location", and that's where Teresa's |
| 5 | | vehicle was located. |
| 6 | Q | Can you point to that line of cars? You talked |
| 7 | | about a line of cars that looked like it was |
| 8 | | close to or waiting to be crushed? Is that a |
| 9 | | fair characterization? |
| 10 | A | Along the left side of the photograph, I'm pointing |
| 11 | | to a line of cars, which is basically the south edge |
| 12 | | of the Avery Salvage Yard, and that is right there, |
| 13 | | and Teresa's vehicle was located in amongst that line |
| 14 | | of cars. |
| 15 | Q | You said after the crusher crushed the cars, they |
| 16 | | were in a -- a crushed state. Um, I'm going to |
| 17 | | show you what's been marked as Exhibit No. 30. |
| 18 | | Tell us what that is, please? |
| 19 | A | That is that, uh, crushed state that, uh, you just |
| 20 | | mentioned. Often, uh, the way my understanding -- |
| 21 | | and I'm not an expert on this -- when they crush the |
| 22 | | cars, uh, they would place more than one vehicle in |
| 23 | | that crusher. They crushed three, four vehicles at a |
| 24 | | time and make somewhat of a sandwich of, uh, several |
| 25 | | vehicles. So what you're looking at there is, uh, |

Case 1:14-cv-01310-WED    Filed 05/04/15    Page 158 of 256    Document 19-15

1     several vehicles crushed into one, um, item,

2     essentially.

3  Q  All right. I'm going to ask you a bit of a

4     hypothetical, and if you don't feel that you can

5     comment or express an opinion about this, um,

6     then please tell us that, but if Teresa Halbach's

7     vehicle would have ended up in the middle of one

8     of these sandwiches, uh, would it have been

9     easily identified or located?

10  A  Well, it would have been very difficult to locate.

11  Q  I showed you a couple of other aerial

12     photographs, and I want to show you Exhibit No.

13     33 before going too far. It's going to give the

14     jury a little better understanding or overview of

15     the area. Can you tell us what we're looking at,

16     please?

17  A  This is an aerial photograph from more of a distance.

18     Uh, right in the center of the photograph,

19     essentially, is the Avery Salvage Yard that we've

20     been talking about and showing previously.

21          Uh, to the left side of the photograph,

22     or the upper left corner, is a highway. That's

23     Highway 147. And then Avery Road right here, uh,

24     on the left side of the photograph, and going

25     toward the right, or toward the south, that's

159

```
 1    Avery Road, and into the auto salvage yard.

 2                 To the south, or the lower side portion

 3    of the au -- salvage yard, is a quarry, gravel

 4    pit quarry, uh, owned by Radandt.  To the south

 5    of the Avery Salvage Yard that I'm pointing to

 6    right now, or to the right of the Avery Salvage

 7    Yard, is also a quarry owned by Radandt.

 8                 To the east of the salvage yard is open

 9    field.  To the northeast of the salvage yard is

10    another quarry owned by Michels, and to the north

11    of the Avery Salvage Yard, again, is -- is, uh,

12    open field and farm field.

13                 ATTORNEY KRATZ:  If I may, Your Honor, I

14    am about to shift topics into more specific

15    searches.  I'm going to suggest this might be a

16    good time for our afternoon break.

17                 THE COURT:  Okay.  Uh, we'll take a

18    15-minute break, ladies and gentlemen.  Uh, just so

19    the jury knows, today we'll go until 5:00.  Usually,

20    it's 4:30.  There's some give and take in that

21    depending upon where the lawyers are with the

22    various witnesses.  All right.

23                 (Jurors out at 2:37 p.m.)

24                 THE COURT:  Mr. Fremgen, do you still want

25    to be heard on that objection?
```

160

```
 1              ATTORNEY FREMGEN:  Judge, my -- my
 2       objection was simply --
 3              THE COURT:  Why -- why don't you get to
 4       the microphone, please.  Thank you.
 5              ATTORNEY FREMGEN:  On, uh, No. 13, my
 6       objection was simply -- I -- I -- I don't have an
 7       objection with it being used as a demonstrative aid.
 8       I just don't think it should be received as evidence
 9       since there was something similar to, purchased
10       later with, uh, the detective or the agent
11       afterwards to find something that looked like the
12       jeans.  I -- No problem with the State's use of it
13       as a demonstrative aid.  But, again, I just don't
14       think it should be received as evidence in this
15       case.
16              THE COURT:  Well, my understanding is it's
17       principally being used to link up the rivets from,
18       uh -- from what was found to -- what was known to be
19       owned by the -- by the victim; is that correct?
20              ATTORNEY KRATZ:  There's been no claim
21       that those are Teresa Halbach's jeans.
22              THE COURT:  All right.
23              ATTORNEY KRATZ:  In fact, just the
24       opposite.  They're demonstrative, Judge.
25              THE COURT:  Uh, uh, for that limited
```

Case 1:14-cv-01310-WED   Filed 05/04/15   Page 161 of 256   Document 19-15

```
 1    purpose, it's going to be admitted.  All right.
 2                   (Recess had at 2:40 p.m.)
 3                   (Reconvened at 3:04 p.m.)
 4              THE COURT:  Mr. Kratz, you may proceed.
 5              ATTORNEY KRATZ:  Thank you.
 6   Q    (By Attorney Kratz) Agent Fassbender, let's move
 7        on, then, to responsibilities on the 5th of
 8        November.  You had mentioned earlier that a
 9        search warrant was obtained and you had spoken,
10        at least to this jury, about the, um, processing,
11        recovery, and seizure of the SUV.  Could you
12        describe for the jurors, please, um, what was the
13        search plan, uh, later?  That is, that first day
14        on the 5th of November?
15   A    Essentially, what happened after we got the search
16        warrant is we did an initial search, which sometimes
17        it's described as a, uh, protective sweep.  Law
18        enforcement, when they execute a search warrant, will
19        do a sweep of the area or buildings that they are
20        going to search to see if there's any people, or
21        dangers to, uh, law enforcement or anyone else at
22        that time.
23              In this instance, we did do that.  We
24        sent out teams to do protective sweeps and to do
25        an initial search immediately, uh, to see if we
```

162

| | |
|---|---|
| 1 | could find Teresa. Hopefully, find her alive. |
| 2 | So we had that initial search that was |
| 3 | followed up with dog teams. Primary purpose of |
| 4 | the dogs was to go through the salvage yard and |
| 5 | through the rows of vehicles to see if they |
| 6 | alerted on anything, but the dogs were also |
| 7 | utilized, uh, in, uh, many of the residences |
| 8 | and -- and buildings to see if they would alert |
| 9 | there. |
| 10 | After those searches were done, um, we |
| 11 | go back to the command post, and we debrief, and, |
| 12 | uh, a search -- or evidence search team was put |
| 13 | together. Uh, due to resources and personnel, we |
| 14 | had one evidence search team that we utilized, |
| 15 | uh, that evening, and that search team started |
| 16 | to -- out by searching, uh, Steven Avery's |
| 17 | trailer that evening. |
| 18 | Q  I'm showing you what's been marked as Exhibit No. |
| 19 | 34. Tell us what we're looking at, please? |
| 20 | A  That is a photograph of Steven Avery's trailer, and |
| 21 | to the left of the trailer is his unattached garage. |
| 22 | Q  In the foreground, and to the right, uh, do you |
| 23 | see a burn barrel? |
| 24 | A  Yes, I do. There's a burn barrel, uh, with some |
| 25 | yellow, um, police tape around it. |

163

```
 1   Q   We're going to hear from, uh, Special Agent
 2       Heimerl, I think it's tomorrow, but, uh, sometime
 3       on Tues -- excuse me, on, um, Monday, the 7th,
 4       were you aware that that search or -- excuse me,
 5       that that, uh, burn barrel was recovered, uh,
 6       processed, and found some electronic equipment
 7       inside?
 8   A   Yes, it was, on Monday, the 7th.  November 7.
 9   Q   Tell us what, uh, Exhibit No. 35 is, please?
10   A   It's another photograph of the front of Steven
11       Avery's residence, trailer, and then, uh, Steven
12       Avery's unattached garage.  You can see the LP tank
13       in the background between the garage and trailer, and
14       a, uh, pickup truck in front of the garage.
15   Q   Now, this, uh, trailer of Mr. Avery had, uh, two
16       entrance doors.  Is that your understanding?
17   A   That -- Two primary entrance doors, yes.  There was
18       also a, uh, patio door in the back.
19   Q   Or the front or what would be to the front of the
20       trailer entrance doors, are those depicted in
21       Exhibit No. 36?
22   A   Yes, they are.
23   Q   And is that being depicted on the large screen as
24       well?
25   A   Yes.
```

164

1   Q   You had mentioned the back of the trailer, um,

2       had a sliding door, or an entry, uh, location.

3       Exhibit No. 37, does that show that part of the

4       trailer as well?

5   A   Yes, it does.

6   Q   Now, Agent Fassbender, the, um, search of the

7       residence, itself, uh, how was that performed and

8       who was that performed by?  In other words, how

9       were teams developed to do the searching, uh,

10      during this, um, process?

11  A   When we're searching, uh, for evidence, uh, on

12      Saturday evening, a, uh, team was put together, and

13      this team may be a little different than the initial

14      search teams, because, uh, they're searching for

15      evidence, and if they find evidence, uh, we want them

16      to be able to process, collect, uh, prepare for

17      transport of that evidence.

18          So when we put that particular team

19      together, we're looking for officers that have

20      been trained and have experience in evidence

21      processing and collection, and that's how that

22      team ultimately got put together.

23  Q   You talked about a search of the, um, and a sweep

24      of the trailer and the garage.  I'm showing you

25      Exhibit 38.  What is that?

165

|    |   |                                                                        |
|----|---|------------------------------------------------------------------------|
|  1 | A | That's, again, a -- a viewpoint of Steven Avery's                       |
|  2 |   | trailer in the background, his unattached garage in                    |
|  3 |   | the foreground with, uh, his black truck, and we                       |
|  4 |   | would be facing west taking that picture.                              |
|  5 | Q | Just so the jury can see, I'm going to zoom in a                        |
|  6 |   | little bit closer, um, there's a -- a dog, uh, to                       |
|  7 |   | the left of the, um, exhibit.  Do you see that?                        |
|  8 | A | Yes.                                                                   |
|  9 | Q | Were you aware of that dog and were you aware of                       |
| 10 |   | the demeanor of that dog?                                              |
| 11 | A | Yes, I was.                                                            |
| 12 | Q | Describe that for the jury, please?                                    |
| 13 | A | The -- The occasions I had to be around that dog,                     |
| 14 |   | that dog appeared to be very ag-- aggressive.                         |
| 15 |   | Pulling on its chain, leaping against the chain,                      |
| 16 |   | barking and snarling.  I -- I kept my distance.                       |
| 17 | Q | Were you made aware -- and -- and I think we've                       |
| 18 |   | heard, um, or will hear some more about this, but                     |
| 19 |   | did that dog prevent a search area of the back of                     |
| 20 |   | Steven Avery's garage at least for a couple of                        |
| 21 |   | days of your processing?                                              |
| 22 | A | Yes, it certainly did when we had the dogs there,                     |
| 23 |   | because the dogs didn't -- weren't going to go near                   |
| 24 |   | that dog because of the aggressive nature, and as                     |
| 25 |   | well as, uh, searchers going through that area,                       |

166

| | | |
|---|---|---|
| 1 | | steering clear of that area. |
| 2 | Q | What is Exhibit No. 39? |
| 3 | A | Thirty-nine is a photograph of the front of Steven |
| 4 | | Avery's unattached garage with his pickup truck |
| 5 | | parked in front of that. |
| 6 | Q | And, again, this garage was not only swept on the |
| 7 | | 5th but was later, uh, searched on Sunday, the |
| 8 | | 6th; is that correct? |
| 9 | A | That's correct. |
| 10 | Q | Were you familiar, uh, Agent Fassbender, with the |
| 11 | | van that Teresa Halbach took photos of on the |
| 12 | | 31st? |
| 13 | A | Yes. |
| 14 | Q | I'm showing you what's been marked as Exhibit No. |
| 15 | | 40 so that we can talk about that just, uh, |
| 16 | | briefly. Tell us what we're looking at, please? |
| 17 | A | That is the van, maroon van. I believe a Plymouth |
| 18 | | Voyager that, uh, Barb Tadych had for sale that |
| 19 | | Steven had arranged for Teresa to come out and take a |
| 20 | | photograph of. |
| 21 | Q | And that vehicle is what would be directly in |
| 22 | | front of, or, perhaps, better stated, between the |
| 23 | | Avery and the Janda, slash, Dassey residence; is |
| 24 | | that correct? |
| 25 | A | That's correct. |

167

| | | |
|---|---|---|
| 1 | Q | In fact, as we look at Exhibit No. 41, gets a |
| 2 | | better perception or perspective, at least, as |
| 3 | | far as Barb's trailer; is that right? |
| 4 | A | Yes. |
| 5 | Q | The red trailer that we had talked about, were |
| 6 | | you able to determine who that trailer had |
| 7 | | belonged to? |
| 8 | A | Yes. |
| 9 | Q | Who is that? |
| 10 | A | Who lived there or who it was owned by? |
| 11 | Q | Who lived there? |
| 12 | A | Uh, Steven Avery. |
| 13 | Q | All right. And so the jury can, uh, see photos |
| 14 | | of him, Exhibit 43, is that a picture of his |
| 15 | | driver's license photograph? |
| 16 | A | Yes, it is. |
| 17 | Q | And, I'm sorry, that was 42. And Exhibit No. 43, |
| 18 | | on the 9th, after he was booked in this case, is |
| 19 | | that a picture of his booking photo? |
| 20 | A | Yes, it is. |
| 21 | Q | On Steven Avery's property, uh, that is, uh, to |
| 22 | | the rear of his garage area, uh, were you aware |
| 23 | | of any tires, uh, that were located that, uh, you |
| 24 | | determined were later used to fuel, uh, a large |
| 25 | | fire behind Steven's garage? |

```
 1   A    Yes, there was a, uh, pile of tires.

 2   Q    I'm showing you Exhibit No. 31.  Is that a

 3        photograph of those tires?

 4   A    Yes.  And that was located on the southwest corner

 5        of, um, the yard, um, associated with the residence

 6        that Steven lived in.

 7   Q    Agent Fassbender, the, um, search -- that is, the

 8        week-long search -- of the property, um, items

 9        were located.  That -- that's fair, isn't it?

10   A    That's fair.

11   Q    Were you aware of Teresa Halbach's license plates

12        being found that week?

13   A    Yes.

14   Q    Do you remember where those were found?

15   A    Yes, I do.

16   Q    Tell us where that was, please?

17   A    That was on Tuesday, um, November 8, and they were

18        found in a salvaged vehicle that was located along

19        the driveway, just to the south of the driveway,

20        going down to Mr. Dassey, Mr. Avery's residences

21        along a fence line there.

22   Q    Tell us who those, uh, plates were located by?

23   A    Uh, they were located by William Brandes, who was a

24        volunteer firefighter, who had been teamed up in

25        search teams with law enforcement officers, uh,
```

169

| | | |
|---|---|---|
| 1 | | looking for evidentiary items such as those license |
| 2 | | plates. |
| 3 | Q | Let me show you Exhibit No. 44, ask us if you |
| 4 | | can -- tell us what that is, please? |
| 5 | A | That's a photograph, uh, of the vehicle -- station |
| 6 | | wagon there, that the license plates were found in. |
| 7 | Q | The license plates, themselves, were they |
| 8 | | photographed inside of this vehicle? |
| 9 | A | Uh, yes, they were. |
| 10 | Q | Who were they photographed by? |
| 11 | A | Uh, Trooper Cindy Paine. |
| 12 | Q | So Wisconsin State Trooper? |
| 13 | A | Uh, Wisconsin State Patrol Trooper, yes. |
| 14 | Q | Exhibit No. 45, tell us what that is, please? |
| 15 | A | That's the photograph of the license plates placed |
| 16 | | inside that vehicle, uh, taken by Trooper Paine. Um, |
| 17 | | the plates had been removed because they were folded |
| 18 | | in on themselves. They had to be unfolded to |
| 19 | | determine what the number of the license was, and |
| 20 | | then they were just placed back in there and a |
| 21 | | photograph was taken. |
| 22 | Q | All right. And, finally, Exhibit No. 46, tell us |
| 23 | | what this depicts, please? |
| 24 | A | Forty-six is basically a relation in ship picture. |
| 25 | | Uh, on the left side of the photograph shows Steven |

170

1    Avery's residence.  Next to that, to the right, is
2    the Janda/Dassey residence, and, then, a little
3    further to the right, or to the west, is an arrow
4    pointing at the vehicle that the license plates were
5    found in.
6  Q  So if you're looking at this particular access
7    road, could you show us, uh, how you would walk
8    or drive down this road to get towards the --
9    either the Avery residence or the Dassey
10   residence?
11 A  Well, on the picture to the right here, that is
12   the -- or to the top of the picture -- is the
13   driveway or access road going down to, uh, the
14   Janda/Dassey residence and Steven Avery residence.
15   If you keep going to the right, which would be to the
16   east, you would run into Avery Road and the entrance
17   to the salvage yard, and then Avery road to the north
18   out to State Highway 147.
19 Q  I've handed you what's been marked as Exhibit No.
20   47.  Could you tell us what that is, please?
21 A  That's a photograph of the front, or the north side
22   of, um, Mr. Dassey's residence.
23 Q  And can you tell us what's in front of -- of
24   that, um, residence?
25 A  Right in front of that residence, where I'm pointing

171

|    |   |                                                          |
|----|---|----------------------------------------------------------|
| 1  |   | right now, about in the middle of the photograph is a   |
| 2  |   | golf cart.                                                |
| 3  | Q | I'm also going to show you Exhibit No. 51.  Tell         |
| 4  |   | us what 51 is, please?                                   |
| 5  | A | That photograph depicts that same golf cart.  It's      |
| 6  |   | blue in color with a white seat on it.                  |
| 7  | Q | Agent Fassbender, have you ever had occasion to         |
| 8  |   | be inside of that residence?                            |
| 9  | A | Yes.                                                     |
| 10 | Q | I'm going to direct your attention, and I know          |
| 11 |   | I'm skipping ahead just -- just briefly, but on         |
| 12 |   | the 1st of March, um, we heard, at least in our         |
| 13 |   | opening remarks, about a statement that was given       |
| 14 |   | you by the defendant, Brendan Dassey?  You and          |
| 15 |   | Investigator Wiegert?  Is that correct?                 |
| 16 | A | Correct.                                                 |
| 17 | Q | Later, on the 1st of March, were you given              |
| 18 |   | permission and, in fact, did you enter the              |
| 19 |   | residence of Barb Janda and Brendan Dassey?            |
| 20 | A | Yes.                                                     |
| 21 | Q | And in the Janda and Dassey residence, uh, did         |
| 22 |   | you find any, uh, items, specifically, in the          |
| 23 |   | bedroom of Barb Janda?                                   |
| 24 | A | Yes.                                                     |
| 25 | Q | I'm going to first show you what's been marked          |

172

```
 1        Exhibit No. 49.  It's shown on the large screen.

 2        Tell us what we're looking at, please?

 3                ATTORNEY FREMGEN:  Judge, could I have a

 4        sidebar, please?

 5                THE COURT:  Sure.

 6                (Discussion off the record.)

 7   Q    (By Attorney Kratz)  Exhibit No. 49, and what are

 8        we looking at?

 9   A    That is the bedroom of, um, Barb Tadych, um, in her

10        residence, and showing some closet space or storage

11        space there, and on, um, the handles of some of

12        those, um, closets or storage space we found --

13        located, uh, some -- what you would call leg irons

14        and handcuffs.

15   Q    I'm going to show you what has been marked as

16        Exhibit 48.  These are closeups.  Do you

17        recognize Exhibit 48?

18   A    Yes, I do.  It's a pair of the handcuffs that were,

19        uh, taken out of, um, that bedroom.

20   Q    And Exhibit No. 50.  Tell us what that is?

21   A    That's a pair of what we'd call leg irons, also taken

22        out of that bedroom.

23   Q    Now, also on the 1st, did Mr. Dassey identify for

24        you any clothing items?  Specifically, items that

25        he had worn on the 31st of October?
```

173

```
 1   A    Yes.
 2   Q    I show you Exhibit No. 52.  Tell us what that is,
 3        please?
 4   A    That's a jacket that we located in Mr. Dassey's
 5        residence.  Um, I believe it had the name of Friar
 6        Tuck on it or Friar Tuck's, something like that.
 7   Q    And what did he tell you about this jacket?
 8   A    That he believed that, uh, was a jacket that he had
 9        worn, uh, the night of October 31, 2005.
10   Q    Exhibit 53.  Tell us what that is, please?
11   A    That's a pair of, uh, tennis shoes or sneakers, also
12        taken out of, uh, Mr. Dassey's residence, and, again,
13        it -- they fit the description of sneakers he said he
14        was wearing that evening.
15   Q    And, finally, Exhibit No. 54.  Tell us what that
16        is, please?
17   A    It's a pair of blue jeans that, uh, Mr. Dassey,
18        himself, um, located, or took me to in his residence,
19        um, indicating that those are the pants that he wore
20        that evening.
21   Q    On the photograph, uh, appears to depict some
22        stains on them.  Do you see that?  And can you
23        show us that on -- on the screen?
24   A    Yes.  Um, white stains on the lower right-hand pocket
25        area of the blue jeans, and also on the upper, uh,
```

174

```
 1        left-hand pocket area of the blue jeans there's some
 2        white staining.
 3    Q   Some stains around the, uh, bottom portions or
 4        around the knees as well?
 5    A   Yes.  Spots and stains that are white.
 6    Q   Now, we'll get into the statements of Mr. Dassey,
 7        uh, much more detail later this week, but did
 8        Mr. Dassey describe for you what those stains
 9        were?
10    A   Yes.
11    Q   What did he tell you?
12    A   He said they were bleach stains.
13    Q   Did he say how those bleach stains got on his
14        jeans?
15    A   Yes.
16    Q   How?
17    A   He said that he got them on when he was helping clean
18        up the garage floor in Steven Avery's garage, and
19        that -- because they use -- utilized some bleach to
20        clean that area.
21    Q   Now, the jeans, themselves, uh, has Mr. Wiegert
22        provided you with, uh -- with those?
23    A   Yes.
24    Q   What is that exhibit number?
25    A   Exhibit 58.
```

175

1   Q   Tell us what Exhibit 58 is, please?

2   A   Exhibit 58 is the pair of jeans that, uh, Brendan

3       Dassey, um, took us to in his residence on

4       February 27, 2006 and consented to us taking them.

5   Q   And do those jeans still appear, as you see them

6       today here in the courtroom, to have bleach

7       stains on them?

8   A   Yes, they do.

9               ATTORNEY KRATZ:  What are those

10      exhibits, Mr. Wiegert, 59 and 60?

11  Q   (By Attorney Kratz)  We're going to show you

12      Exhibits 59 and 60.  Tell us what those are,

13      please?

14  A   Two sets of, um, handcuffs.

15  Q   Do you know where those were retrieved from or

16      where you retrieved them from?

17  A   One set of the handcuffs was retrieved from

18      Mr. Dassey and, uh, Mrs. Tadych's residence, and I

19      believe another set was, um, seized from Steven

20      Avery's residence.

21  Q   Exhibit No. 61 and 62 are being handed to you

22      now.  What are those?

23  A   Uh, two -- two sets of, um, fur lined leg irons.

24  Q   Where were those seized from?

25  A   I know we took two sets of leg irons out of

176

```
 1          Mr. Dassey and Mrs. Tadych's residence, and we also
 2          took one set of leg irons out of Steven Avery's
 3          residence.
 4     Q    All right.  Agent Fassbender, this has been, uh,
 5          agreed to by the, uh -- by the defense, but, um,
 6          were you able to retrace the steps of Teresa
 7          Halbach?  That is, uh, where she had been prior
 8          to arriving at Mr., uh, Avery's property on the
 9          31st of October, and approximately when?  Do you
10          recall?
11     A    Yes, we were able to retrace.  And I didn't
12          understand or hear the rest of the question.
13     Q    If you were able to tell us, first of all, the
14          two residences that afternoon, the afternoon of
15          the 31st, that Ms. Halbach had been?
16     A    Yes.
17     Q    Who is that?
18     A    Uh, Steven Schmitz residence and a JoEllen Zipperer
19          residence.
20     Q    And at the JoEllen Zipperer residence, um, did
21          law enforcement officials receive from Mrs.
22          Zipperer, specifically, that packet of, uh,
23          information, the *AutoTrader* information, given to
24          her by Ms. Halbach?
25     A    Yes.
```

177

1   Q   I show you what's been marked as Exhibit 55.

2       Tell us what that is, please?

3   A   That's an *AutoTrader* bill of sale and Auto -- a

4       current *AutoTrader Magazine*, and a, uh, "For Sale"

5       sign.

6   Q   Is it your understanding that after a transaction

7       was completed between Ms., uh, Halbach and

8       whatever customer for *AutoTrader*, that she would

9       give them a bill of sale as well as the most

10      current magazine?

11  A   Yes.  Same thing happened with Mr. Schmitz.

12  Q   All right.  And the defense has also been kind

13      enough to stipulate, which means agree, to some

14      business records.  I'm showing you Exhibit 56.

15      Ask if you can tell us what those business

16      records are, please?

17  A   Exhibit 6 -- 56 is a copy of Cingular, um, toll

18      records, billing, uh, for, uh, the cell phone of

19      Teresa Halbach.

20  Q   Okay.  And are 57 the cell phone records for

21      Cellcom?  That is, for Mr. Avery's cell phone on

22      the 31st of October?

23  A   I believe so, but let me confirm.  Yes.

24          ATTORNEY KRATZ:  And, Judge, although,

25      uh, this is, perhaps, the first time this week

                        178

```
 1    that this kind of statement, uh, will be made,

 2    but, uh, I would ask that, uh, uh, defense

 3    counsel, um, agree, and indicate to the Court,

 4    their acceptance and approval that the, uh,

 5    business records, in this case of Cingular and

 6    Cellcom, be admitted without the necessity of

 7    calling a custodian of the records and without

 8    objection of the defense.

 9              THE COURT:  Mr. Fremgen?

10              ATTORNEY FREMGEN:  I believe we've

11    stipulated to that already.

12              THE COURT:  That's part of the stipulation.

13    All right.

14              ATTORNEY KRATZ:  Thank you.

15  Q   (By Attorney Kratz)  Agent Fassbender, the

16    balance of the week, that is, after the 5th of

17    November, could you describe for the jury,

18    please, the, um, uh, search efforts of this

19    property?  I don't mean, specifically, what days

20    and what was searched, but, uh, just give the

21    jury, if you will, since they're not going to

22    hear day by day, um, what was searched for, uh,

23    in the Avery property and the surrounding, uh,

24    property as well?

25  A   As I said before, there's approximately 15 buildings
```

179

```
 1    on the property.  All the buildings were searched by

 2    search teams.  Um, also on the property, each and

 3    every, uh, uh, vehicle of the approximate four sev --

 4    four thousand vehicles were searched.

 5          Uh, additional personnel were brought in

 6    to assist in those searches, to include, uh,

 7    Wisconsin State Patrol.  Uh, on two separate days

 8    60-plus troopers were brought in just for search

 9    efforts.

10          Um, anywhere from 45 to 60, uh,

11    volunteer firefighters were brought in on, uh,

12    two or three days.

13          Uh, law enforcement personnel from

14    several counties were brought in, or asked to

15    come in and help.  Several police departments

16    were asked to come in and help.

17          Citizen searches were done in, uh,

18    adjacent properties, not on the Avery Salvage

19    Yard.

20          Um, Winnebago County, for example,

21    brought their dive teams in, and, uh, they were

22    utilized in ponds.  They were located in adjacent

23    properties, quarries.  Some ponds were pumped

24    out, uh, to look through those, uh, for either

25    Teresa or evidentiary items.
```

180

```
 1  Q   The next area of inquiry I have, uh -- I'm sorry.
 2      The next area I have for you, Agent Fassbender,
 3      are the creation of, um, computer-generated
 4      images on and around this property.  First of
 5      all, are you familiar with how these images were
 6      created?
 7  A   Yes.
 8  Q   And could you start by generally describing for
 9      the, uh, jury, uh, what these images are and what
10      they're meant to depict?
11  A   These images were prepared by Tim Austin of the
12      Wisconsin State Patrol, who was asked to come
13      right -- to the scene right away on November 5.  Uh,
14      he uses what's called a "total station, uh,
15      measuring" or "forensic mapping" uh, piece of
16      equipment.  And with that, he's able to, uh, map or
17      measure a scene, uh, to scale, uh, so you have
18      accurate measurements of, uh, any particular scene.
19      In this case, a -- a large scene or a crime scene.
20           Um, they are meant to depict, uh,
21      measurements of items at the scene, uh,
22      relationships of items at the scene and -- and
23      the measurements between them.
24           Uh, he's also able to depict those or
25      produce sketches in two dimensional as well as,
```

181

```
 1        uh, models in three dimensional, adding height --
 2        a height to that, uh, sketch or that model, and
 3        he's also able to, uh, render, um -- the word
 4        escapes me now -- render, um, animation scenes --
 5        that's what I'm thinking of -- of that same scene
 6        or certain areas of that scene.  And an animation
 7        would be a -- a virtual tour or walk-through a
 8        certain area on that scene.
 9   Q    Since the jury, uh, would not be and will not be
10        in this case, visiting this scene, and since
11        these images show angles or depictions that the
12        naked eye cannot, do you believe that these
13        images will assist the jury in understanding
14        relationships?  That is, between relationships
15        of, uh, evidence that was not only seized but
16        also relationships of evidence, uh, to fixed
17        points within the property?
18   A    Yes.  Definitely.
19   Q    All right.  Let's show the jury -- By the way, do
20        you know about how many measurements were taken
21        by Mr. Austin?
22   A    Over 4,100 measurements both manually and
23        electronically.
24   Q    You talked about them being, um, accurate.  Do
25        you know just how accurate these are?
```

1    A    Well, I -- I think the greatest distance measurement
2         he had was 1,200 feet, and at that distance the
3         maximum amount of error would be less than one-half
4         inch.
5    Q    Exhibit No. 63. We're going to go through these
6         very quickly. Can you tell us what we're looking
7         at, please?
8    A    Sixty-three is a three-dimensional, uh, depiction of
9         the Janda/Dassey residence and the Steven Avery
10        residence in the northwest corner of the Avery
11        properties.
12   Q    And if you could just take your laser pointer,
13        just show the jury, uh, what we're talking about
14        here?
15   A    Again, the, um, Janda/Dassey residence, unattached
16        garage to it, the Steven Avery residence and
17        unattached garage, and the surrounding yards, and
18        that right there is the, uh, van that was for sale.
19   Q    Okay. Exhibit No. 64?
20   A    Um, again, 3-D rendition of essentially the same
21        section of land but from a different angle coming
22        from the north, and the, uh, Janda/Dassey residence,
23        garage, Steven Avery residence, garage, the vehicle
24        that was for sale.
25   Q    Once again, these are views that are unattainable

```
 1        by the human eye; is that correct?
 2    A   Yes.
 3    Q   Exhibit No. 65, please?
 4    A   It's a 3-D rendition of, uh, the Janda/Dassey
 5        residence from the front, uh, looking south, and the
 6        unattached garage, and the golf cart is right there.
 7    Q   These are not photographs, these are actual
 8        computer-generated images; is that correct?
 9    A   Correct.
10    Q   Exhibit No. 66?
11    A   Another view of the Janda/Dassey residence and garage
12        from the back yard looking north now, from the south
13        looking north, um, four burn barrels in the back of
14        the, um, residence area.
15    Q   Exhibit 67?
16    A   Uh, another depiction of Steve Avery's residence,
17        Steven Avery's garage, the van that was for sale, and
18        then to the right side of the picture you can see
19        Steven Avery's burn barrel depicted.
20    Q   Sixty-eight?
21    A   A, uh, more close-up version of the depiction of
22        Steven Avery's residence, the front of the residence,
23        the deck, the, uh, entrance door to the north, and
24        then the rear entrance door to the south.
25    Q   Exhibit 70?
```

```
 1    A    Uh, another 3-D rendition of the rear area, or to the
 2         south, of Steven Avery's garage.  Steven Avery's
 3         garage right there, Steven Avery's residence right
 4         there, and then a, uh, mound, built up mound, of dirt
 5         and stone, and also a dug out portion of that mound
 6         to the south of the mound, which is what we called
 7         the burn area, doghouse, and the dog chain.
 8    Q    I'm sorry, Agent Fassbender, I misspoke.  This
 9         was Exhibit 69; is that correct?
10    A    Exhibit 69, that's correct.
11    Q    I'm sorry.  And this also shows the burned out
12         van or vehicle seat in it; isn't that right?
13    A    Correct.  Right to the right of the darkened area,
14         which is the burn area, uh, just outside of that and
15         on the edge of the elevated dirt area is that burned,
16         uh, car seat.
17    Q    All right.  Now we're moving to Exhibit No. 70.
18         What is this?
19    A    A different angle depicting the, uh -- the mound and
20         the burn area.  The, uh, car seat, Steven Avery's
21         garage, Steven Avery's house.
22    Q    Exhibit 71?
23    A    3-D, uh, rendition of, uh, the Janda/Dassey
24         residence.  You would be looking from above and to
25         the east, looking west.  The vehicle that was for
```

185

| | | |
|---|---|---|
| 1 | | sale, I believe it was a Plymouth.  Uh, the garage, |
| 2 | | Steven Avery's house, and the burn area behind the |
| 3 | | garage.  Steven Avery's garage. |
| 4 | Q | Now, Trooper Austin was also able to do interior |
| 5 | | scene modeling.  In other words, uh, um, rip off |
| 6 | | the roof, if you will, of buildings and show you, |
| 7 | | uh, a birdseye view of the inside of -- of, uh, |
| 8 | | buildings; is that correct? |
| 9 | A | That's correct. |
| 10 | Q | I show you Exhibit No. 72.  Tell us what we're |
| 11 | | looking at here, please? |
| 12 | A | This is where, uh, Trooper Austin made the roof, uh, |
| 13 | | disappear on Steven Avery's residence, looking |
| 14 | | straight down, or almost straight down, into the |
| 15 | | residence to depict what the inside of the residence, |
| 16 | | uh, looked like or had in it. |
| 17 | Q | These included all of the rooms of the trailer? |
| 18 | A | Yes. |
| 19 | Q | And even to the exterior, both exterior main |
| 20 | | doors, as well as the, uh, sliding glass door |
| 21 | | towards the back; is that right? |
| 22 | A | That's -- That's correct. |
| 23 | Q | Now, some closeups, uh, as to some of those |
| 24 | | rooms.  Uh, one of the bedroom closeups, which |
| 25 | | includes some firearms, that's Exhibit 73.  Tell |

186

```
 1        us what we're looking at?
 2    A   This bedroom is the bedroom located to the rear of
 3        Steven Avery's residence, or to the far south.  This
 4        was Steven Avery's bedroom.  Um, and the firearms,
 5        um, mentioned are in a gun rack on the wall, or the
 6        northern wall, of that bedroom.
 7    Q   So that the jury understands these, um,
 8        depictions, even the interior depictions, were
 9        taken by detailed measurements by Trooper Austin
10        as well; is that right?
11    A   That's correct.
12    Q   A different view of that bedroom would be Exhibit
13        No. 74.  Tell us what we're looking at, please?
14    A   Same bedroom.  Steven Avery's bedroom.  Just a
15        different angle.  Here you can see a desk in the
16        corner with a chair, and, uh, uh, a bookcase, album
17        holder, is how it's been described, along that, uh,
18        east wall of the bedroom.
19    Q   And later this week we're going to hear about how
20        close Steven Avery's bedroom door is to the exit
21        door.  That is, the door that goes towards the
22        garage.  But could you just show us that with
23        your laser pointer?
24    A   Steven Avery's -- Entrance to his bedroom right here,
25        the rear exit door/entrance door to his trailer right
```

187

|     |   |                                                              |
|-----|---|--------------------------------------------------------------|
| 1   |   | there.  Just a couple steps.                                 |
| 2   | Q | Mr. Tyson, a deputy with the Sheriff's, uh,                  |
| 3   |   | Department, tomorrow, will talk about bleach                 |
| 4   |   | being found.  But can you tell us what Exhibit               |
| 5   |   | No. 75 is?                                                    |
| 6   | A | Exhibit 75 depicts the bathroom in Steven Avery's            |
| 7   |   | trailer, which is located right next to, or to the           |
| 8   |   | north, of his bedroom.  In that bathroom area there's        |
| 9   |   | a, uh, laundry area right up in here where this box          |
| 10  |   | is, and a shelf.  There was empty beach -- bleach            |
| 11  |   | bottle seized off of that shelf.                             |
| 12  | Q | The last two images, then, uh, include, uh,                  |
| 13  |   | garage images.  This is Exhibit No., um, 76.  Can            |
| 14  |   | you tell us what that is, please?                            |
| 15  | A | This is Steven Avery's garage with, um, the roof, uh,        |
| 16  |   | disappearing and allowing us to see the inside of the        |
| 17  |   | garage.  I might add that this is more of a cleaned          |
| 18  |   | up version of the inside of that garage.  Lot of the        |
| 19  |   | clutter -- There was much more clutter.  A lot of the        |
| 20  |   | clutter is -- is not in there.                               |
| 21  | Q | And, finally, Exhibit No. 77.  Tell us what that             |
| 22  |   | is, please?                                                  |
| 23  | A | Steven Avery's garage.  Different angle.  The roof           |
| 24  |   | has been removed.  The garage door is open, or               |
| 25  |   | removed, and, um, again, the clutter not included,           |

Case 1:14-cv-01310-WED    Filed 05/04/15    Page 188 of 256    Document 19-15

| | | |
|---|---|---|
| 1 | | but it is accurate, uh, rendition of the inside of |
| 2 | | that garage. |
| 3 | Q | Now, Evidence Tents No. 9 and 23, do you know |
| 4 | | what those depict? |
| 5 | A | Yes.  Evidence Tent No. 9 toward the front of the |
| 6 | | garage depicts where a bullet fragment, a .22 caliber |
| 7 | | bullet fragment, was located in the crack in the |
| 8 | | cement of the, uh -- the floor of the garage.  And |
| 9 | | then back here, the other evidence tent, uh, is |
| 10 | | where -- 23-A is where a bullet fragment was also |
| 11 | | discovered, uh, underneath a air compression in the |
| 12 | | back -- air compressor in the back of that garage. |
| 13 | Q | These were searches on March 1 and 2 after |
| 14 | | Mr. Dassey's statement?  Is that your |
| 15 | | understanding? |
| 16 | A | That's correct. |
| 17 | Q | Agent Fassbender, you talked about an animation, |
| 18 | | or that it was possible to, um, depict, or have |
| 19 | | Trooper Austin depict, through animation, uh, |
| 20 | | what it is that, uh, he had, um, shown in a 3-D |
| 21 | | version.  Have you been able to, um, view that |
| 22 | | animation? |
| 23 | A | Yes. |
| 24 | Q | I show that to the jury at this time.  Oop.  I'm |
| 25 | | sorry.  That's the wrong animation.  If you'd be |

189

```
 1          so kind as this plays, uh, Agent Fassbender,

 2          since the jury will not get a virtual tour, or

 3          will not get a tour, of the property, um, explain

 4          for the jury, if you will, what they are

 5          observing?

 6     A    Well, this would be, essentially, the aerial view of

 7          Steven Avery's garage and residence.  You're looking

 8          west to the east, and just at the bottom of the

 9          screen would be the roof to the Janda, uh, Dassey

10          residence.

11               And we're moving toward the north and

12          reducing altitude, coming around the front of the

13          Janda/Dassey residence and showing the front of

14          Steven Avery's trailer.  To the right you can see

15          the van, where it was parked, uh, the van that

16          was for sale.

17     Q    Use your laser pointer if you feel it's

18          necessary.

19     A    The van right there.  Continuing, and he -- he points

20          out the van.  The front of Steven Avery's trailer.

21          To left is the garage.

22               Now, we're approaching Steven Avery's

23          trailer coming from the east headed west.  You

24          can see a wraparound deck.  There's also a pool

25          in the back.  And that's the main entrance door

                             190
```

1    coming up over Steven Avery's trailer to the top
2    and looking down upon his residence.
3            The roof is gone, and now we're looking
4    into the living room of Steven Avery's trailer.
5    In the corner there's a computer desk, TV, spare
6    bedroom, bathroom, and Steven Avery's bedroom.
7    And that would be working, uh, north to south in
8    his trailer.  Again, just different angles of
9    Steven Avery's bedroom.
10           Again, from an elevation looking down,
11   Steven Avery's garage, and, again, the interior
12   of the garage.  There's a Suzuki Samurai parked
13   in there, and a snowmobile also placed in the
14   garage.
15           Coming around to the rear, or to the
16   south, of, uh, Steven Avery's garage is that
17   mound, built up mound, of dirt and stone I talked
18   about.  The doghouse, the chain, and the dog, and
19   this dug out portion of that mound area, which
20   was the burn area, steel belts right there, the
21   car seat, burned out car seat, and a tire, which
22   were all located at the scene.
23           Just pulling away from that, toward the,
24   uh, southeast, more of a distance view of Steve's
25   garage and residence.  We would be, essentially,

191

```
 1      in the backyard of the, um, Janda/Dassey
 2      residence right now.  The four burn barrels I
 3      talked about earlier, and the Janda/Dassey
 4      residence.  Or the Tadych, now, residence.
 5             Associated with that residence were
 6      these four burn barrels.  You can see the
 7      relationship between Steven Avery's property and
 8      Mr. Dassey's property.
 9             Front, or the north, of Steven
10      Avery's -- to the north of Steven Avery's trailer
11      and garage.  In the forefront of the, uh,
12      rendition here is Steven Avery's burn barrel.
13      Again, the relationship between all three items,
14      the garage, the residence, and the burn barrel.
15   Q  Again, those -- that was an animation, uh,
16      created from those still photographs by
17      Mr. Austin?  Is that your understanding?
18   A  That's correct.
19       (Exhibit No. 78 marked for identification.)
20   Q  The last, uh --
21             ATTORNEY KRATZ:  By the way, Judge, I
22      should have the record reflect that the, uh,
23      animation that has just been shown, uh, I am
24      having marked as -- at least for
25      identification -- as Exhibit No. 78.
```

192

```
 1              THE COURT:  Okay.
 2              ATTORNEY KRATZ:  Um, we'll be tendering
 3       that as well.
 4   Q   (By Attorney Kratz)  The last, uh, area of
 5       inquiry I have for you, um, Agent Fassbender, uh,
 6       is a statement from Mr. Dassey.  Uh, although
 7       we're not going to be discussing the, uh, March 1
 8       or earlier statements in November, um, I
 9       understand that you, individually, that is, you
10       alone, spoke to Mr. Dassey on February 27; is
11       that right?
12   A   Myself and another DCI agent, uh, spoke with him, uh,
13       his mother, and his brother, who also present at that
14       time.
15   Q   Where did that take place?
16   A   At the, uh, resort motel in Mishicot, uh, later in
17       the evening.  I think it was, uh, after 10:00 p.m.
18   Q   All right.  On the 27th of February -- By the
19       way, this was 2006; is that right?
20   A   That's correct.
21   Q   This was before the March 1 admissions were
22       obtained from Mr. Dassey; is that right?
23   A   It was on the evening of February 27.
24   Q   Would you agree that this was characterized as a
25       witness interview?
```

193

```
 1   A    Yes.

 2   Q    And at that time was the topic of any bleach or

 3        bleach stains brought up?

 4   A    Yes, it was.

 5   Q    Describe for the jury how that came up, please?

 6   A    Well, I received information about Mr. Dassey having

 7        some bleach stains on some jeans, and that being a

 8        result of, uh, cleaning Steven Avery's garage floor.

 9        Acting on that information, I went to the motel where

10        Mr. Dassey's mother and his brother were located, and

11        I inquired about that, and Mr. Dassey advised that,

12        uh, yes, he had some jeans that he was wearing that

13        evening, October 31, 2005, uh, when he was assisting

14        Steve Avery in cleaning up a garage -- Steve Avery's

15        garage floor, because it had some stains on it.

16             Uh, when asked what he thought he was

17        cleaning up, uh, and the color of those stains,

18        he described them initially as dark red, uh, but

19        he believed, um, that they were oil stains, uh,

20        from some vehicles or such.

21             Uh, upon further speaking with him, uh,

22        he described the stains as red in color, because

23        the rags or the cloths they were using to clean

24        up the stains appeared red on the cloths.

25             When asked what he used to clean up the
```

194

1    stains, he advised that they initially tried
2    gasoline.  Um, that worked a little, and then
3    they used paint thinner, uh, and that may have
4    worked a little more he thought, and, then,
5    ultimately, they used bleach on the garage floor,
6    uh, to finish the cleanup.
7         He said that the rags they used to clean
8    up the substance Steven threw in the, uh, fire
9    that was going, um, behind -- in a burn area
10   behind Steven Avery's garage.
11        And, again, when asked, um, about what
12   he thought the substance was, if he thought it
13   could have been blood, and he said, yeah, he
14   thought it could have been blood, and said, when
15   asked what do you think to this date, which would
16   have been February 27, he believed it to be
17   blood.
18   Q   And so the jury understands, and I know that
19       later in the week we'll hear of this, but that
20       Mar -- that, uh, February 27 statement, then,
21       caused you and Investigator Wiegert to
22       re-interview Mr. Dassey two days later on the 1st
23       of March; is that correct?
24   A   That was one of the things.
25           ATTORNEY KRATZ:  At this time, Judge, I

195

```
 1        will move the admission of Exhibits 15 through

 2        78, and have no further questions of this witness

 3        at this time.  Thank you.

 4                 THE COURT:  Any objection, Counsel?

 5                 ATTORNEY FREMGEN:  I think just as to 78,

 6        there might be a second item on that that hasn't

 7        been -- just that first overview that we saw?

 8                 ATTORNEY KRATZ:  There is a second, uh,

 9        animation, Judge, and if that is played, uh, that

10        will, uh, be identified and, uh, described through

11        our anthropologist, Dr. Eisenberg, later this week.

12        But I'm not offering it at this time.

13                 THE COURT:  You -- You're offering the part

14        of 78 that we've seen, which is the virtual tour?

15                 ATTORNEY KRATZ:  Just the scene model, yes,

16        Judge.

17                 ATTORNEY FREMGEN:  With that, no objection.

18                 THE COURT:  All right.  They're received.

19        They'll be received then.  Cross?

20                 ATTORNEY EDELSTEIN:  Thank you, Your

21        Honor.

22                        CROSS-EXAMINATION

23    BY ATTORNEY EDELSTEIN:

24    Q    Agent Fassbender, uh, how long have you been

25        employed with DCI?
```

196

| | | |
|---|---|---|
| 1 | A | Twenty-two years about. |
| 2 | Q | And prior to that, you were also a state |
| 3 | | employee, uh, as -- as a trooper; is that |
| 4 | | correct? |
| 5 | A | For five years, yes. |
| 6 | Q | Or state patrol? However you want to |
| 7 | | characterize it? |
| 8 | A | Correct. |
| 9 | Q | Okay. Now, is it fair to say that from the |
| 10 | | perspective of who's in charge of this overall |
| 11 | | investigation, that became yourself as well as |
| 12 | | Wiegert from Calumet County; correct? |
| 13 | A | That's correct. |
| 14 | Q | Prior to getting the phone call, as you indicated |
| 15 | | in your direct, from your superior, you really |
| 16 | | didn't have much information about this incident; |
| 17 | | is that right? |
| 18 | A | That's correct. Just from the media. |
| 19 | Q | Now, early on, you testified that by the time you |
| 20 | | arrived at the Avery property, quote, law |
| 21 | | enforcement had control of the property. Is that |
| 22 | | your understanding? |
| 23 | A | Yes. |
| 24 | Q | And what time did you get there? |
| 25 | A | Sh -- shortly after 2 p.m. |

```
 1   Q    And on what day?

 2   A    Saturday, November 5, 2005.

 3   Q    Now, prior to that, law enforcement didn't

 4        necessarily have control of the property;

 5        correct?

 6   A    That's correct.

 7   Q    In fact, there were individuals, who were

 8        citizens, who were kind of traipsing around

 9        there?

10   A    Yes.

11   Q    Okay.  And they were looking for any signs

12        connected to Teresa?  Is that a fair statement?

13   A    To my knowledge, yes, two -- two citizens went to

14        that salvage yard to obtain permission to look

15        through it.  Yes.

16   Q    Okay.  And, in fact, they got permission from

17        members of the Avery family; correct?

18   A    Yes.  Earl Avery.

19   Q    Who asked you to become, as you testified, the

20        lead investigator?

21   A    I believe Sheriff Jerry Pagel.  Calumet County

22        Sheriff.

23   Q    As you understood it, when you arrived and made

24        your way down there by the RAV 4, which I believe

25        was depicted in Exhibit No. 23, uh, no one had
```

198

```
 1        been inside of the vehicle; correct?
 2   A    No.  The vehicle was found in a locked condition.
 3   Q    So somebody tried to get in?
 4   A    I don't understand that.  Not to my knowledge no one
 5        tried to get in.
 6   Q    How do you know it was locked?  Somebody would
 7        have to check a door, would they not, to see if
 8        it was locked?  You testified it's locked.  How
 9        do you know that?
10   A    Uh, one of the Sturms, with one of the citizens, that
11        went on the property to look, um, used a tissue to
12        try the door handles, yes.
13   Q    Okay.  So somebody did try to get in?
14   A    Yes.  I -- I took it to mean an apparent effort to --
15        that was physically visible.  I'm sorry.  I
16        misunderstood the question.
17   Q    And we've seen the photographs of what the RAV 4
18        looked like when it was found.  Um, who, if you
19        know, was there guarding or securing the RAV 4
20        when you showed up around two o'clock?
21   A    I'm not sure who was guarding the RAV 4 at that time.
22        To my knowledge --
23   Q    You indicated -- Go ahead.
24             THE COURT:  Well, let him finish.
25   A    My knowledge was that Calumet Cou -- or, uh,
```

| | | |
|---|---|---|
| 1 | | Manitowoc County Deputies initially did that, and |
| 2 | | then when Calumet County personnel got there, uh, |
| 3 | | they took over.  But I'm not sure of the exact time |
| 4 | | that the Calumet County Deputy took over.  I believe |
| 5 | | it was somewhere around -- between two and three, |
| 6 | | three-thirty. |
| 7 | Q | (By Attorney Edelstein)  But you don't have a |
| 8 | | specific recollection of whether it was Calumet, |
| 9 | | or Manitowoc, or who was standing there when you |
| 10 | | got there; is that what you're telling us? |
| 11 | A | That's correct. |
| 12 | Q | All right.  Now, you indicated that prior to |
| 13 | | anything happening with the RAV 4, the lab |
| 14 | | people -- And we're talking about your folks from |
| 15 | | your agency from Madison were called; right? |
| 16 | A | Yes. |
| 17 | Q | And they showed up; correct? |
| 18 | A | Correct. |
| 19 | Q | And I believe you testified that the items around |
| 20 | | the RAV 4, which you described as having been |
| 21 | | used to conceal it, were processed; correct? |
| 22 | A | Examined might be a better term.  Processed. |
| 23 | Q | Well, let -- let's -- Was it a visual examination |
| 24 | | only, to your knowledge? |
| 25 | A | That's correct. |

200

| | | |
|---|---|---|
| 1 | Q | So there were no forensic tests made at that time |
| 2 | | at that location? |
| 3 | A | Not to my knowledge. |
| 4 | Q | Were you present from the time that you got there |
| 5 | | and saw what was the secured, or should have been |
| 6 | | the secured, RAV 4, until the time the vehicle |
| 7 | | was physically loaded up into the enclosed |
| 8 | | trailer? |
| 9 | A | I was not present at the RAV 4, no. I was on scene, |
| 10 | | but I was not present at the RAV 4. |
| 11 | Q | All right. So if the -- if the lab personnel did |
| 12 | | anything beyond a visual inspection, you weren't |
| 13 | | there to see it? |
| 14 | A | That's correct. |
| 15 | Q | But as lead investigator, you keep up with the |
| 16 | | things that the lab people do in the course of |
| 17 | | the investigation? |
| 18 | A | I try to, yes. |
| 19 | Q | Well, that's kind of important, isn't it? |
| 20 | A | Yes. |
| 21 | Q | In fact, a lot of times you have the -- in |
| 22 | | conjunction with others involved, the authority |
| 23 | | to make specific requests of the lab for |
| 24 | | processing for evidentiary items? |
| 25 | A | Correct. |

201

```
 1                ATTORNEY EDELSTEIN:  Your Honor, may I
 2        approach?
 3                (No verbal response.)
 4    Q   (By Attorney Edelstein)  Agent, with respect to
 5        Exhibit No. 26, you saw it paraded in here
 6        earlier by two different law enforcement
 7        officers; right?
 8    A   Yes.
 9    Q   And this is what you describe as the hood that
10        was laying up against the RAV 4?
11    A   Yes.
12    Q   And I believe you testified in response to
13        Mr. Kratz's inquiry that it was pretty heavy?
14    A   Yes.
15    Q   And would -- you -- in your opinion, you thought
16        it would take two people to move it?
17    A   Two people to easily manage it I think is how he'd
18        asked the question.  Not just move it, but how to
19        properly or easily manage it.
20    Q   Okay.  So you're not suggesting to this jury that
21        one person would be unable to move this about?
22    A   No, I'm not.
23    Q   Have you ever picked it up?
24    A   Couple days ago.  Last week, I believe, I tried to
25        pick it up and I can lift it.
```

202

```
 1   Q   Okay.  Would it surprise you if I said I could
 2       lift it?
 3   A   If you can get your arms around it, no, it wouldn't.
 4   Q   Okay.  You got a little bigger wing --
 5   A   Yes.
 6   Q   -- span than I do?
 7   A   Yes.
 8   Q   All right.  So you -- to the extent that one
 9       individual in otherwise relatively good health
10       could move it, you wouldn't take argument with
11       that, would you?
12   A   No.
13   Q   Okay.  You never weighed that, did you?
14   A   No, I haven't.
15   Q   Never asked the lab to weigh it, did you?
16   A   I didn't ask them to weigh it.  I don't know if they
17       did.
18   Q   Did you ask them?  I'm sorry.
19   A   I did not ask them to weigh it.
20   Q   But it was taken to the lab?
21   A   They took it with the RAV 4.  Yes.
22   Q   And do you know, as part of your investigation in
23       this case, being the lead investigator, there are
24       no fingerprints on that that match Brendan
25       Dassey; correct?
```

203

```
 1   A    Correct.
 2   Q    You also know that there's no fluids of any type,
 3        no tissue of any type, no fibers of any type,
 4        that are connected to Brendan Dassey; right?
 5   A    Related to that hood?
 6   Q    Yes, sir.
 7   A    Correct.
 8   Q    Let's go back for a second here to the RAV 4.
 9        When you first got there, um, it's your
10        understanding the vehicle was locked; right?
11   A    Yes.
12   Q    And the purpose of having all these -- these
13        people there involved in this -- And you
14        described this as -- as starting off as a, uh,
15        missing persons type case; correct?
16   A    Yes.
17   Q    Was there a reason why the RAV 4 was not opened
18        at that point if you're looking for someone who
19        you're hoping is still alive?
20   A    Because, uh, law enforcement officers looked in the
21        windows of the RAV 4 and did not see Teresa in the
22        vehicle.
23   Q    Now, during the course of your direct exam, you
24        described from the aerial photographs a line of
25        vehicles, and you testified that those were,
```

204

|    |   |                                                              |
|----|---|--------------------------------------------------------------|
| 1  |   | quote, cars waiting to be crushed; right?  You               |
| 2  |   | remember that?                                               |
| 3  | A | I remember that question being asked.  I didn't              |
| 4  |   | necessarily agree that they were waiting to be               |
| 5  |   | crushed, but there's a line of vehicles along the            |
| 6  |   | back of the property.                                        |
| 7  | Q | All right.  So you don't have an opinion as to               |
| 8  |   | what the status of any of the particular vehicles            |
| 9  |   | of the 4,000 found on the property may have been             |
| 10 |   | on any given date during that seven-day period of            |
| 11 |   | time that police controlled the property?                    |
| 12 | A | With the exception of maybe some vehicles that were          |
| 13 |   | being prepared to be crushed, uh, like in the shop,          |
| 14 |   | or around the shop where they're getting items               |
| 15 |   | removed so they can be crushed, like gas tanks, or           |
| 16 |   | whatever it has to be removed from a vehicle.                |
| 17 | Q | Okay.  And -- and you are aware that in this type            |
| 18 |   | of business certain items do have to be removed              |
| 19 |   | before they would properly be placed into the               |
| 20 |   | crusher, including things that hold fluids?  For             |
| 21 |   | example, gasoline tanks?                                      |
| 22 | A | Properly, yes.                                                |
| 23 | Q | Now, you testified, and correct me if I'm wrong,             |
| 24 |   | in response to Mr. Kratz's hypothetical, that if             |
| 25 |   | Teresa's vehicle had ended up, shall we say, as a            |

205

```
 1          sandwich in between other vehicles that the --
 2          that had been processed through the crusher, that
 3          it would have been difficult to locate the
 4          vehicle.  Do you remember testifying to that?
 5     A    Yes, I do.
 6     Q    Now, you've been an officer, what, 27 years or
 7          so?
 8     A    Correct.
 9     Q    Okay.  And when you showed us the pictures of the
10          vehicles that had, in fact, been crushed, it's
11          fair to say that it would be relatively easy to
12          identify the color of the vehicle, would it not?
13     A    Potentially, yes.
14     Q    And you testi -- Well, what -- what do you mean,
15          "potentially"?
16     A    When I looked at that, some vehicles you could
17          clearly see the color and others maybe you couldn't.
18          I mean --
19     Q    Well, you tes --
20     A    -- depends on the manner that it was crushed.
21     Q    Well, you testified that with the state troopers
22          and the other volunteers, be they firemen or
23          whoever, every single vehicle, including the
24          squashed or crushed vehicles, had been examined?
25     A    Yes.  They took them apart, they uncrushed them, each
```

206

|     |   |                                                           |
| --- | - | --------------------------------------------------------- |
| 1   |   | vehicle, and looked at them.                              |
| 2   | Q | Well, did they uncrush them or did they simply            |
| 3   |   | separate them?                                            |
| 4   | A | Separated them --                                         |
| 5   | Q | Okay.                                                     |
| 6   | A | -- and opened them up.  If you want to call it            |
| 7   |   | uncrushed, if you want to say separated or opened up.     |
| 8   | Q | Okay.  So, obviously, somebody had some equipment         |
| 9   |   | which was capable of -- let -- let's say that             |
| 10  |   | the -- the roof had been flattened on a vehicle.          |
| 11  |   | Somebody had equipment to either enlarge it or            |
| 12  |   | remove it so as to be able to have a peek inside?         |
| 13  | A | Equipment was brought in.  I know they were using the     |
| 14  |   | Jaws of Life on occasion to do some of that work.         |
| 15  | Q | Okay.  In addition to, uh -- And the purpose, of          |
| 16  |   | course, of looking inside, would be to see if             |
| 17  |   | there's any sign of human remains; correct?               |
| 18  | A | Correct.                                                  |
| 19  | Q | Okay.  But to the extent that you testified it'd          |
| 20  |   | be difficult to locate, assuming you were able to         |
| 21  |   | determine a particular color, there are other             |
| 22  |   | methods by which to determine the ex--- the               |
| 23  |   | precise existence of a given vehicle besides the          |
| 24  |   | color; correct?                                           |
| 25  | A | Well, certainly.                                          |

207

```
 1              ATTORNEY KRATZ:  Judge, I'm sorry.  May I
 2        interpose an objection?  Is he talking about a law
 3        enforcement officer with Jaws of Life or some
 4        citizen searcher?  If he could be more specific with
 5        his questions?
 6              ATTORNEY EDELSTEIN:  I -- I have -- I
 7        can do, that, Judge.
 8              THE COURT:  Okay.  Go ahead.
 9    Q    (By Attorney Edelstein)  Officers have access, if
10        you will, to information to determine the, um,
11        identity of vehicles that the general public does
12        not; correct or incorrect?
13    A    Well, with the internet nowadays I don't know if
14        that's necessarily true, but to -- to run identifying
15        numbers --
16    Q    Correct.
17    A    -- through D.O.T., yes, we can do that.
18    Q    Okay.  There's areas, be it on the frame, it
19        might be different locations, that are basically
20        hidden intentionally by the manufacturer to
21        assist in vehicle indication; right?
22    A    Yes.
23    Q    Okay.  So given that, that you have the ability
24        to identify the hidden VINs, and, uh, looking at
25        colors, and do you still stand by your assertion
```

208

|     |   |                                                        |
|-----|---|--------------------------------------------------------|
| 1   |   | that had this vehicle been in the middle of a --       |
| 2   |   | a crushed sandwich, so to speak, that it would         |
| 3   |   | have been difficult to locate?                         |
| 4   | A | My response was just a visual observation.  If         |
| 5   |   | someone was walking by or looking at those piles of    |
| 6   |   | cars, it would be difficult to locate.  That was not   |
| 7   |   | with the understanding that I'm going to go and        |
| 8   |   | un-sandwich the vehicles, tear them apart and dig      |
| 9   |   | through them.                                          |
| 10  | Q | Okay.  So if it was just kind of a -- Correct me       |
| 11  |   | if I'm wrong.  As I understand your testimony,         |
| 12  |   | you're saying if somebody simply does sort of a        |
| 13  |   | cursory walk-through, you might miss it?  It           |
| 14  |   | might be difficult to locate?                          |
| 15  | A | I believe it would, yes.                               |
| 16  | Q | Okay.  But if somebody takes the time to actually      |
| 17  |   | look carefully at each of the vehicles, including      |
| 18  |   | those that might be sandwiched, um, knowing            |
| 19  |   | things like color and age of the vehicle, it          |
| 20  |   | probably wouldn't have been that hard?                 |
| 21  | A | It depends on the amount of work you put in.  We       |
| 22  |   | brought a lot of equipment in and -- and tore the      |
| 23  |   | vehicles open and apart to do that.  It took almost a  |
| 24  |   | whole day.                                             |
| 25  | Q | Now, you testified about creating these teams,         |

```
 1        uh, to do things on the 5th, uh, following the --

 2        the search warrant for a protective sweep;

 3        correct?

 4   A    Yes.

 5   Q    Did you decide who would be on these teams?

 6   A    I don't believe I was involved in the teams that went

 7        out and did the -- the sweeps and the search for

 8        Teresa.  The initial search.

 9   Q    Where were you when that occurred?

10   A    I was with the dog and the handler down by the RAV 4,

11        and then we continued searching along that line of

12        cars, and into an area in the Radandt pit to the

13        south of the Avery property.

14   Q    Going back to, I think it's 88, the hood over

15        here, did you make any observations in the

16        immediate area of the RAV 4 to determine whether

17        or not that hood came from anywhere close to that

18        location?

19   A    I did not.

20   Q    To your knowledge, did anyone else?

21   A    I don't know.

22   Q    So you cannot tell us where, if at all, that may

23        have come from before it was propped up against

24        the RAV 4?

25   A    That's correct.
```

210

```
 1    Q    And so I take it, then, you have no information
 2         relative to the, uh -- whether or not there were
 3         any footprints in the mud leading up to the RAV 4
 4         that would have shown a path from the RAV 4 to a
 5         location where the hood came from?
 6    A    That's assuming there's mud and, um --
 7    Q    Well, on -- on the day that you were there, what
 8         was the condition of the ground?
 9    A    It was dry, at least most of the day, until the
10         torrential rains started and wiped everything out.
11    Q    Is it fair to say that during the course of your
12         involvement in the investigation, nobody produced
13         any type of footprints in the junkyard area that
14         connected to the shoe prints developed off the
15         pattern of Brendan Dassey's tennis shoes?
16    A    There were no footwear impressions obtained.
17    Q    So the answer to my question would be?
18    A    No.
19    Q    Thank you.
20              THE COURT:  Counsel, before you go on, just
21         to correct the record, I think you identified the
22         hood as Exhibit 88?  And it's really Exhibit 26.
23              ATTORNEY EDELSTEIN:  I'm sorry.
24              THE COURT:  It's okay.
25    Q    (By Attorney Edelstein)  I believe you said,
```

211

|     |   |                                                           |
|-----|---|-----------------------------------------------------------|
| 1   |   | Mr. Fassbender, that the RAV 4 was 350 feet from          |
| 2   |   | the crushing device?                                      |
| 3   | A | About 350.  I think it was a little more than that,       |
| 4   |   | 360, 367, something like that.                            |
| 5   | Q | Is that a number that you personally arrived at           |
| 6   |   | or is that a number you obtained from someone             |
| 7   |   | else?                                                      |
| 8   | A | I believe that's a number obtained from Trooper           |
| 9   |   | Austin's measurements.                                    |
| 10  | Q | Okay.  Do you know, did he base that measurement          |
| 11  |   | as the crow flies, or based upon the distance one         |
| 12  |   | might have to travel from where it was, getting           |
| 13  |   | around a little watery depression area over by            |
| 14  |   | the, uh, crusher?                                         |
| 15  | A | My understand as the crow flies.  My understanding is     |
| 16  |   | as the crow flies.                                        |
| 17  | Q | Okay.  Well, realistically, nobody's going to go          |
| 18  |   | in a straight line from where the RAV 4 was over          |
| 19  |   | to that crusher in 350 feet, would they?                  |
| 20  | A | Correct.                                                  |
| 21  | Q | So you -- when we talk proximity, then, and               |
| 22  |   | you're talking about closeness to the -- to the           |
| 23  |   | crusher, it really was more than the 350 feet you         |
| 24  |   | testified to?  As -- as a practical matter?               |
| 25  | A | If I were to walk it or drive it, it would be more        |

```
 1        than that.
 2   Q    Okay.  Agent Fassbender, you testified about
 3        Exhibit 60 and 59; right?  You iden --
 4   A    Yes.
 5   Q    You identified them as handcuffs?
 6   A    Yes.
 7   Q    Where did 60 come from?
 8   A    If those were the two that were presented to me at
 9        the same time, I was unsure.  I said that one pair of
10        handcuffs came out of the Da -- Dassey/Janda
11        residence and one came out of Steven Avery residence,
12        I believe.
13   Q    All right.  It is true, however, that neither one
14        of the exhibits, be it 59 or 60, came from the
15        bedroom area where Brendan Dassey lived or slept;
16        correct?
17   A    That's true.
18   Q    All right.  It didn't -- Neither one of them came
19        from an area that you would characterize as his
20        area?  His room?
21   A    Correct.
22   Q    In fact, it's more accurate to say that both of
23        them came from areas that were probably
24        controlled, or appeared to be controlled, one by
25        Steve Avery, one by his mother?
```

213

```
1   A    Yes.
2   Q    When I speak of the mother, I'm talking about
3        Brendan's mother; right?
4   A    Yes.
5   Q    And that's how you understood the question?
6   A    That's correct.
7   Q    We're not talking about Steve Avery's mother?
8   A    No.  I understood it to be Barb Tadych.
9   Q    Okay.  Again, 59 and 60, whichever one came out
10       of the Avery place, whichever one came from
11       Barb's bedroom, they went to the lab; right?
12  A    The ones out of, uh, the Janda/Dassey residence I
13       don't believe went to the lab.  I'm --
14  Q    Well --
15  A    -- not positive without seeing the paperwork or
16       records.
17  Q    The ones from the Avery property, they obviously
18       went to the lab?
19  A    Yes.
20  Q    Not one shred of physical evidence on the
21       handcuffs from the Steve Avery property
22       connecting Brendan Dassey to those handcuffs;
23       correct or incorrect?
24  A    Correct.
25  Q    No fingerprints?
```

214

```
 1   A    No.

 2   Q    No DNA?

 3   A    There was DNA found on one of the sets of handcuffs

 4        that was male DNA, and it excluded Teresa Halbach but

 5        didn't exclude Steven Avery.

 6   Q    Did not, in any way, shape, or form include

 7        Brendan Dassey; correct?

 8   A    To my knowledge, no, without looking at the -- the

 9        lab report.

10   Q    Okay.  I realize there were a lot of evidence in

11        this case, and I'm not trying to put you on the

12        spot, but we all know it's very important and the

13        jury's entitled to know; right?

14   A    Correct.

15   Q    Okay.  If, during the course of my exam, if

16        there's something you're not sure about, you need

17        to look at your notes, by all means let us know

18        and we'll take a break and we'll take a look at

19        them.  Let's talk about Exhibit 61 and 62.

20        Again, where did these come from?

21   A    Are there three sets of those, uh, behind that hood?

22   Q    No, sir.

23   A    Just two sets of leg ir -- leg irons?

24   Q    Yes, sir.

25   A    Those would have come out of, uh, Ms. Tadych's
```

215

```
 1        bedroom.

 2   Q    Both sets?

 3   A    Yes.

 4   Q    Okay.

 5   A    I had testified that one set came out of Steven

 6        Avery's house, because I thought -- as they were

 7        being brought up, I thought I had seen three sets.

 8   Q    Okay.  So being like any other human, any other

 9        officer, you make mistake; right?

10   A    Well, there was a pair of leg irons taken out of

11        Steven's house, and just the way they were brought

12        up, I thought I had seen -- because I saw one pair,

13        and then two were brought up later, so I thought I

14        had seen three sets of leg irons.

15   Q    I understand.  But -- So you're attempting,

16        simply, to correct what you told Mr. Kratz on

17        direct?

18   A    Yes.

19   Q    Which you acknowledge to this jury was an error?

20   A    Yes.

21   Q    All right.  And that happens because you're a

22        human; right?

23   A    Correct.

24   Q    Neither one of these, that being Exhibits 61 or

25        62, has any fingerprints on it that belonged to
```

216

```
 1        Brendan Dassey; correct?
 2    A   Correct.
 3    Q   Neither one of them has any DNA evidence
 4        connecting either one of these items to Brendan
 5        Dassey; correct?
 6    A   Correct.  With the caution that I'm not positive they
 7        were processed.  I'd have to look at the Crime Lab
 8        reports to make sure.
 9    Q   Okay.  Well, if we take a break, you'd certainly
10        do that for us, wouldn't you?  And we'll revisit
11        that when we get a chance?
12    A   Certainly, if you'd like.
13    Q   I believe you testified about, and I can't recall
14        the, uh -- the exhibit number, but it was one of
15        the Austin depictions with the Avery garage roof
16        removed.  Remember that?
17    A   Yes.
18    Q   And I believe you testified about two pieces or
19        two fragments of bullets that you believe were
20        located within that garage; right?
21    A   Yes, sir.
22    Q   Would you agree with me that the Austin depiction
23        of that particular garage, to the extent that it
24        does not include a great many items that were
25        actually physically present at the time when you
```

217

|     |   |                                                            |
| --- | - | ---------------------------------------------------------- |
| 1   |   | first got there, um, that the Austin exhibit               |
| 2   |   | doesn't necessarily show reality?                          |
| 3   | A | That's correct.                                            |
| 4   | Q | In fact, I think you called it a cleaned-up                |
| 5   |   | version?                                                   |
| 6   | A | Yes.  There's a lot of debris that was not included        |
| 7   |   | in that depiction.                                         |
| 8   | Q | Well, wasn't just debris, there were a lot of              |
| 9   |   | items that were not included?                              |
| 10  | A | By debris, items.  I mean, I'm --                          |
| 11  | Q | I -- I think of --                                         |
| 12  | A | I agree --                                                 |
| 13  | Q | -- debris as something you might throw away?               |
| 14  |   | THE COURT:  One at a time.  Go ahead.                      |
| 15  | A | Items are included in my definition of debris, so,         |
| 16  |   | yes, items, debris, pieces of machinery, property.         |
| 17  | Q | Exhibit 58, these are the jeans that you got from          |
| 18  |   | Brendan after he basically showed them to you;             |
| 19  |   | right?                                                     |
| 20  | A | Yes.                                                       |
| 21  | Q | Okay.  You testified they appear to have bleach            |
| 22  |   | on them; right?                                            |
| 23  | A | Correct.                                                   |
| 24  | Q | Okay.  These went to the lab, did they not?               |
| 25  | A | I believe so, yes.                                         |

| | | |
|---|---|---|
| 1 | Q | No human blood on there, is there? |
| 2 | A | No. |
| 3 | Q | No blood of any kind on there, is there? |
| 4 | A | I was advised that they had been cleaned. |
| 5 | Q | Pardon me? |
| 6 | A | I was advised that they had been washed. |
| 7 | Q | All right. |
| 8 | A | But, no, there was no blood of any kind on there. |
| 9 | Q | Twenty-seven years in the business, you work |
| 10 | | closely with the lab, are you telling me that the |
| 11 | | fact that those jeans may have been laundered |
| 12 | | once, or even twice, say, between October 31 -- |
| 13 | | and I think you picked him up on -- What day? |
| 14 | | The 1st? |
| 15 | A | March 1 -- |
| 16 | Q | Okay. |
| 17 | A | -- '06. |
| 18 | Q | Let's say they'd been laundered in between, are |
| 19 | | you telling me that the lab would be incapable of |
| 20 | | determining the presence of blood on those jeans? |
| 21 | A | Greatly reduced, if at all possible. |
| 22 | Q | I understand you're not an expert, but you've had |
| 23 | | occasion to have items examined by the lab that |
| 24 | | have, in fact, been laundered, haven't you? |
| 25 | A | I may have.  I don't have, uh, independent knowledge |

219

```
 1        right now, and in my instances they have not found
 2        blood on those items if -- if it's occurred.  I -- I
 3        don't recollect ever having that happen.
 4    Q   Now, you talked briefly about some conversation
 5        you had with Brendan, and this was up at, uh, Fox
 6        Hills Resort; right?
 7    A   That's correct.
 8    Q   He stayed there and his brother stayed there, I
 9        think, on the 27th?
10    A   Yes.  And his mother.
11    Q   Okay.  And who picked up the tab for that stay?
12    A   That may have been, uh, the county.  I'm not sure.
13    Q   It was arranged, and you were well aware that it
14        was arranged, that they would be staying there,
15        and could stay there, and it wouldn't cost them
16        anything; right?
17    A   Certainly.
18    Q   Okay.  Be it the State, Calumet County, Manitowoc
19        County, you knew the government picked up the
20        bill?
21    A   Government picked -- Yes.
22    Q   All right.  In fact, when you went up there, it
23        was about 11:50 at night; right?  I'm talking
24        about --
25    A   I'm not sure.
```

220

```
 1    Q    -- Fox Hills.

 2    A    10:50 or 11:50.  I -- I --

 3    Q    Did I say --

 4    A    Yeah.

 5    Q    -- 11:50?

 6              COURT REPORTER:  One at a time,

 7         please --

 8              ATTORNEY EDELSTEIN:  I'm sorry.

 9              COURT REPORTER:  -- if possible.

10    Q    (By Attorney Edelstein)  10:50 sound better?

11    A    That sounds better.

12    Q    And during the course of that conversation you

13         had with Brendan, um, you're talking to him about

14         an incident where he had, um, some bleach stains

15         on his pants; right?

16    A    Correct.

17    Q    And you got around to talking to him about what

18         he was doing in the garage, and you talked about

19         cleaning up some red stuff?

20    A    Yes.

21    Q    Okay.  And the truth of the matter is,

22         Mr. Fassbender, that during the course of that

23         conversation with Brendan, the first person to

24         use the word -- or to suggest that it was blood

25         on the floor was, in fact, yourself.  Does that
```

221

```
 1        sound right?
 2    A   That's -- Yes, that sounds right.
 3    Q   All right.  It wasn't Brendan who said, I thought
 4        I was cleaning up blood.  Right?
 5    A   That's correct.
 6    Q   You asked him, could it have been blood?  And he
 7        simply said, could have been.  Right?
 8    A   After he described the color, yes.
 9    Q   Okay.  So you asked him if it could have been
10        blood, and he said, yes, it could have been.
11        Right?
12    A   Something to that effect, yes.
13    Q   And then you asked him -- and we're talking about
14        February 27, '06, you gave him a question to the
15        effect that, well, what do you think it was now?
16        And we're talking about that present time.
17        February 26; right?
18    A   Yes.
19    Q   Okay.  Um, and he said, could have been blood.
20    A   He said he believed it was blood.
21    Q   Okay.  And those responses came after you
22        indicated that it could have been blood or you
23        thought it was blood; correct?
24    A   After my question.
25    Q   All right.
```

Case 1:14-cv-01310-WED   Filed 05/04/15   Page 222 of 256   Document 19-15

```
 1                    ATTORNEY EDELSTEIN:  That's all.

 2                    THE COURT:  Any redirect, Counsel?

 3                    ATTORNEY KRATZ:  Couple of questions,

 4          just so that we're clear.
```

**REDIRECT EXAMINATION**

```
 6   BY ATTORNEY KRATZ:

 7   Q    Investigator Fassbender, are you -- or do you now

 8          have an independent memory of how many sets of

 9          leg irons and how many sets of handcuffs came

10          from the bedroom of Barb Janda on the 1st of

11          March?

12   A    To the best of my memory, two sets of leg irons and

13          two sets of handcuffs.

14   Q    If, uh, we would show you the evidence bags, that

15          is, the -- the actual containers in which the

16          handcuffs, uh, were placed in on the 1st of

17          March, would that tend to refresh your

18          recollection of that?

19   A    Yes, it would.

20   Q    I'm going to have, uh, Mr. Fallon here bring you

21          Evidence Tag 8266 and 8267.  Have you take a look

22          at those and tell me if that refreshes your

23          memory?

24   A    The bag, uh, with Evidence Tag No. 8266 contained one

25          pair of silver handcuffs, uh, taken from the bedroom
```

223

```
 1          of Barb Janda at the time, Barb Tadych, now.  And
 2          Evidence Tag 8267 contained one pair of silver
 3          handcuffs also taken from that same bedroom.  Uh,
 4          Barb Janda's bedroom.
 5   Q      So how many pairs of handcuffs did Barb have in
 6          her bedroom?
 7   A      So two pair of handcuffs in her bedroom.
 8   Q      So the jury understands, and they'll hear from
 9          Deputy Kucharski tomorrow, but there were
10          handcuffs and leg irons also recovered from the
11          bedroom of Steven Avery; is that right?
12   A      Yes.
13                 ATTORNEY KRATZ:  I think that's it from
14          this witness, Judge.  Thank you
15                 THE COURT:  All right.  Uh, the witness may
16          step down.  Any further witnesses?
17                 ATTORNEY KRATZ:  Uh, I would prefer to
18          start at, uh -- tomorrow morning, Judge, with our
19          other law enforcement, uh, witnesses, if that would
20          be okay with the Court?
21                 THE COURT:  All right.  Tomorrow
22          morning, 8:30?
23                 ATTORNEY KRATZ:  Sounds good.
24                 THE COURT:  Uh, jurors, we're going to
25          adjourn for the day.  I'm going to remind you again,
```

224

```
 1        I'm sure this is going to get tedious listening to
 2   me saying -- say this, but you can't talk about this
 3   case with anybody, including fellow jurors.  We'll
 4   see you tomorrow morning at 8:30.
 5                (Jurors out at 4:37 p.m.)
 6                THE COURT:  Anything further on the
 7   record this afternoon, gentlemen?
 8                ATTORNEY KRATZ:  No.
 9                ATTORNEY FREMGEN:  No, Judge.
10                (Court stands adjourned at 4:38 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1    STATE OF WISCONSIN   )
                           )SS.
 2    COUNTY OF MANITOWOC  )

 3

 4              I, Jennifer K. Hau, Official Court

 5    Reporter for Circuit Court Branch 3 and the State

 6    of Wisconsin, do hereby certify that I reported

 7    the foregoing matter and that the foregoing

 8    transcript has been carefully prepared by me with

 9    my computerized stenographic notes as taken by me

10    in machine shorthand, and by computer-assisted

11    transcription thereafter transcribed, and that it

12    is a true and correct transcript of the

13    proceedings had in said matter to the best of my

14    knowledge and ability.

15              Dated this 11th day of December 2007.

16

17

18                    Jennifer K. Hau

19                    Jennifer K. Hau, RPR
                      Official Court Reporter

20

21

22

23

24

25


                            226
```

**'**

**'02 [1]** 104/15
**'05 [1]** 106/12
**'06 [2]** 219/17 222/14
**'85 [1]** 31/10
**'85 case [1]** 31/10

**.**

**.22 [7]** 37/23 67/1 72/23 72/25 73/6 73/8 189/6
**.22 caliber [4]** 72/23 72/25 73/6 189/6

**0**

**06 [2]** 1/5 4/3

**1**

**1,200 [1]** 183/2
**1-10 [1]** 3/19
**10 [5]** 3/19 53/18 86/7 119/10 120/19
**100 percent [1]** 45/20 72/16
**102-122 [1]** 3/9
**10:00 on [1]** 120/14
**10:13 [1]** 53/25
**10:30 [2]** 34/6 48/23
**10:32 [1]** 54/1
**10:50 [2]** 221/2 221/10
**10th [1]** 50/3
**11 [6]** 3/20 72/22 107/10 125/7 132/17 142/7
**110 [1]** 99/15
**11:30 [1]** 142/11
**11:40 [1]** 98/10
**11:40 a.m [1]** 98/4
**11:43 [1]** 46/16
**11:50 [2]** 221/2 221/5
**11:50 at [1]** 220/23
**11th [1]** 50/8
**12 [9]** 3/21 10/6 14/14 17/19 130/4 130/7 130/12 132/18 142/11
**120 [1]** 3/19
**122 [3]** 3/9 3/10 3/19
**123-132 [1]** 3/12
**13 [12]** 3/22 91/12 99/2 100/15 100/16 100/22 101/9 127/7 127/10 127/18 132/15 161/5
**132 [8]** 3/12 3/20 3/20 3/21 3/21 3/22 3/23 3/23
**133-196 [1]** 3/15
**14 [7]** 3/23 129/7 129/10 132/8 132/9 132/10 132/18
**147 [5]** 143/21 143/22 144/2 159/23 171/18
**15 [9]** 53/24 84/10 119/13 123/17 136/20 136/21 137/4 179/25 196/1
**15-77 [1]** 3/24
**15-minute [2]** 53/19 160/18
**16 [2]** 1/10 139/8
**16-year-old [3]** 90/12 90/13 93/12
**161 [1]** 3/22
**162 [1]** 3/22
**17 [1]** 140/1
**18 [2]** 141/8 141/9
**180 [2]** 44/16 44/16
**181 [1]** 99/16
**19 [2]** 142/21 142/23
**192 [1]** 3/25
**196 [5]** 3/15 3/24 3/24 3/25 3/25
**196-223 [1]** 3/16
**1985 [2]** 31/4 31/14
**1999 [3]** 146/2 146/11 149/1
**1:00 [1]** 98/11
**1:07 [1]** 102/10
**1:30 [1]** 46/25

**1st [8]** 48/8 172/12 172/17 173/23 195/22 219/14 223/10 223/16

**2**

**20 [5]** 3/3 47/22 83/15 143/24 144/3
**2003 [1]** 31/3
**2004 [1]** 119/13
**2005 [18]** 28/24 29/7 29/9 29/16 40/11 82/21 108/5 109/11 109/16 110/21 111/4 120/15 122/14 134/4 134/6 174/9 194/13 198/2
**2006 [2]** 176/4 193/19
**2007 [2]** 1/10 226/15
**21 [2]** 146/8 147/1
**21-82 [1]** 3/5
**22 [1]** 147/9
**223 [1]** 3/16
**223-224 [1]** 3/17
**224 [1]** 3/17
**23 [8]** 71/23 72/8 72/11 72/12 146/25 147/24 189/3 198/25
**23-A [1]** 189/10
**24 [3]** 148/25 150/21 151/2
**25 [3]** 28/24 150/12 150/13
**25-year-old [4]** 29/12 63/14 66/23 82/12
**26 [5]** 149/22 149/24 202/5 211/22 222/17
**27 [10]** 55/16 56/7 153/10 176/4 193/10 193/23 195/16 195/20 206/6 222/14
**27th [2]** 193/18 220/9
**28 [2]** 155/6 155/20
**29 [1]** 156/25
**2:00 [3]** 38/20 46/21 48/24
**2:27 [2]** 47/19 47/21
**2:27 p.m [1]** 47/10
**2:30 [1]** 47/1
**2:37 p.m [1]** 160/23
**2:40 [4]** 47/21 48/5 55/7 162/2
**2d [2]** 99/15 99/16
**2nd [1]** 48/8

**3**

**3-D [5]** 183/20 184/4 185/1 185/23 189/20
**30 [4]** 108/5 110/21 111/4 158/17
**30th [6]** 108/9 109/1 120/14 120/15 131/6 131/17
**31 [12]** 46/6 76/5 76/10 80/22 82/21 86/11 108/10 119/19 169/2 174/9 194/13 219/12
**31st [25]** 30/6 46/4 46/7 52/11 65/1 71/2 75/9 79/16 80/25 106/12 109/4 109/11 109/15 112/15 112/25 113/5 113/7 113/10 113/14 127/25 167/12 173/25 177/9 177/15 178/22
**32 [2]** 157/20 157/22
**33 [1]** 159/13
**34 [1]** 163/19
**35 [1]** 164/9
**350 [4]** 156/15 158/2 212/1 212/3
**350 feet [2]** 212/19 212/23
**36 [1]** 164/21
**360 [1]** 212/4
**367 [1]** 212/4
**37 [1]** 165/3
**38 [1]** 165/25
**39 [1]** 167/2
**3:04 [1]** 162/3
**3:27 [1]** 47/20
**3:40 [1]** 47/21
**3:45 [1]** 55/9
**3:45 from [1]** 82/22
**3rd [7]** 29/16 48/9 111/10 112/7 112/13 113/17 114/8

**4**

**4,000 [3]** 37/8 143/15 205/9

**4,100 [2]** 43/17 182/22
**40 [3]** 32/9 33/20 167/15
**40-acre [2]** 49/11 142/5
**41 [1]** 168/1
**42 [1]** 168/17
**43 [2]** 168/14 168/17
**431 [1]** 99/15
**44 [1]** 170/3
**45 [2]** 170/14 180/10
**46 [1]** 170/22
**47 [1]** 171/20
**470 [1]** 99/16
**48 [3]** 145/9 173/16 173/17
**49 [2]** 173/1 173/7
**4:30 [1]** 160/20
**4:37 p.m [1]** 225/5
**4:38 [1]** 225/10
**4th [4]** 48/13 113/18 114/9 114/17

**5**

**5-20 [1]** 3/3
**50 [1]** 173/20
**50-plus [1]** 156/3
**51 [2]** 172/3 172/4
**52 [1]** 174/2
**53 [1]** 174/10
**54 [1]** 174/15
**55 [1]** 178/1
**56 [2]** 178/14 178/17
**57 [1]** 178/20
**58 [4]** 175/25 176/1 176/2 218/17
**59 [5]** 176/10 176/12 213/3 213/14 214/9
**5:00 [1]** 160/19
**5:00 his [1]** 83/12
**5:30 [1]** 83/15
**5:30 to [1]** 83/19
**5:45 Blaine's [1]** 83/23
**5th [11]** 34/7 48/23 115/9 116/1 145/19 146/16 162/7 162/14 167/7 179/16 210/1

**6**

**60 [8]** 158/2 176/10 176/12 180/10 213/3 213/7 213/14 214/9
**60-plus [1]** 180/8
**61 [3]** 176/21 215/19 216/24
**62 [3]** 176/21 215/19 216/25
**63 [1]** 183/5
**64 [1]** 183/19
**65 [1]** 184/3
**66 [1]** 184/10
**67 [1]** 184/15
**69 [2]** 185/9 185/10
**6th [4]** 37/16 37/16 72/21 167/8

**7**

**70 [2]** 184/25 185/17
**71 [1]** 185/22
**72 [1]** 186/10
**73 [1]** 186/25
**74 [1]** 187/13
**75 [2]** 188/5 188/6
**76 [1]** 188/13
**77 [2]** 3/24 188/21
**78 [6]** 3/25 192/19 192/25 196/2 196/5 196/14
**7:30 and [1]** 75/10
**7:45 in [1]** 75/10
**7th [5]** 38/23 39/16 49/7 164/3 164/8

**8**

**82 [1]** 3/5
**82-97 [1]** 3/6
**8266 [2]** 223/21 223/24

**8**

8267 [2] 223/21 224/2
88 [4] 1/5 4/3 210/14 211/22
8:12 [1] 30/15
8:12 a.m [1] 29/8
8:12 in [1] 46/7
8:30 [2] 224/22 225/4
8th [5] 40/13 40/21 41/2 41/17 49/14

**9**

9-0-8-0-1 [1] 101/10
911 [1] 82/7
939.05 [3] 8/19 13/4 16/9
940.01 [1] 10/15
940.11 [1] 14/23
940.225 [1] 18/3
97 [1] 3/6
9:07 [1] 4/1
9:30 [1] 86/6
9s [1] 42/3
9th [6] 49/20 49/22 49/24 52/6 118/5 168/18

**A**

a.m [7] 4/1 29/8 53/25 54/1 98/4 98/10 142/7
A310 [2] 80/19 118/18
ab [1] 16/18
abandoned [1] 137/22
abet [7] 9/16 13/19 14/1 17/6 27/20 28/4 28/12
abets [6] 9/5 9/9 13/15 13/19 16/20 16/23
abetted [11] 10/4 10/9 10/25 11/7 12/23 14/12 14/17 15/8 16/2 17/18 17/22
abetting [5] 9/3 13/13 15/12 16/18 28/1
abilities [1] 90/14
ability [7] 62/4 93/13 93/13 103/8 103/9 208/23 226/14
able [46] 20/25 23/8 23/9 36/11 37/10 38/19 38/22 41/8 41/25 42/5 42/22 43/5 43/23 43/24 44/3 45/1 53/1 54/8 54/16 60/14 75/22 76/9 80/4 81/5 96/16 105/18 112/12 112/16 113/3 113/4 117/9 126/25 127/23 136/15 165/16 168/6 177/6 177/11 177/13 181/16 181/24 182/3 186/4 189/21 207/12 207/20
about [205] 7/10 15/18 22/3 22/12 22/12 23/13 23/23 27/5 27/15 29/8 29/25 30/3 30/19 30/21 31/1 31/1 32/9 33/13 34/15 37/24 38/4 39/23 40/11 40/12 42/19 43/9 44/13 44/14 44/25 46/5 46/22 46/25 47/15 47/16 47/21 47/21 48/19 48/24 49/3 49/6 49/13 49/15 49/23 50/6 50/21 51/3 51/10 52/4 52/19 53/4 53/11 55/7 56/25 57/5 57/14 57/15 57/16 58/7 58/12 58/18 58/21 58/24 59/17 60/6 60/25 60/25 61/2 61/5 61/10 61/12 61/14 62/8 62/8 62/11 63/1 64/4 64/10 64/14 65/6 65/16 66/2 66/17 68/13 74/18 75/3 75/17 75/17 75/19 78/8 78/11 79/7 79/12 80/2 82/22 83/3 83/5 83/12 83/15 83/18 83/23 83/25 84/5 84/10 84/17 85/2 85/16 85/19 86/6 87/21 89/18 89/23 89/24 89/25 90/1 90/4 90/11 90/12 90/15 90/17 96/6 100/22 101/12 103/20 103/22 104/12 106/10 108/8 108/20 108/25 109/22 109/23 111/17 117/19 120/4 121/9 122/19 126/1 127/1 128/12 128/15 129/19 134/16 138/16 139/16 141/8 142/2 144/12 144/13 144/16 147/13 147/19 148/12 153/4 153/19 154/21 156/12 156/15 156/24 158/7 159/5 159/20 160/14 162/10 165/23 166/18 167/15 168/5 172/1 172/13 174/7 182/20 182/24 183/13 187/19 188/3 189/17 191/18 192/3 194/6 194/11 195/11 197/1 197/16 200/14 202/21 208/2 209/25 212/3 212/22 213/2 214/2

**214/7** 215/16 215/19 217/13 217/18 220/4 220/23 220/24 221/13 221/17 221/18 222/13 222/16 225/2
above [1] 185/24
absolutely [7] 44/22 76/16 77/6 77/14 81/9 81/10 147/6
accept [1] 28/20
acceptance [3] 59/5 61/4 179/4
access [5] 83/1 156/23 171/6 171/13 208/9
accesses [1] 83/2
accident [3] 114/21 114/23 115/18
accompaniment [1] 152/13
accomplice [1] 81/16
accountability [1] 82/14
accurate [7] 44/6 92/5 181/18 182/24 182/25 189/1 213/22
accusation [1] 58/9
achieved [1] 31/2
acknowledge [1] 216/19
acre [2] 49/11 142/5
acres [2] 32/10 33/21
act [11] 11/16 11/17 11/21 11/23 11/24 11/25 19/3 20/4 57/22 60/3 60/4
acted [4] 11/5 11/14 15/13 15/15
acting [4] 9/10 13/20 16/24 194/9
actively [8] 48/25 51/23 52/5 52/10 69/3 80/5 82/9 144/21
actor [1] 28/10
acts [3] 11/3 12/3 15/19
actual [2] 184/7 223/15
actually [20] 18/18 34/11 36/3 37/25 51/10 51/24 65/3 73/22 75/7 77/1 79/2 79/5 79/21 87/3 116/2 136/25 148/5 154/3 209/16 217/25
add [1] 188/17
adding [1] 182/1
addition [1] 207/15
additional [1] 180/5
address [1] 23/17
addressed [1] 102/4
adjacent [3] 34/20 180/18 180/22
adjourn [2] 97/24 224/25
adjourned [1] 225/10
admissible [1] 7/5
admission [7] 7/4 58/11 59/4 60/5 63/1 132/4 196/1
admissions [11] 56/1 58/16 58/16 58/17 59/10 60/18 61/15 81/13 101/9 120/19 193/21
admit [2] 58/1 61/1
admitted [3] 3/18 162/1 179/6
adopt [1] 28/21
ads [1] 29/22
adult [3] 42/23 90/20 90/23
adults [1] 95/7
advance [1] 102/2
advanced [1] 38/8
advised [4] 194/11 195/1 219/4 219/6
aerial [9] 33/9 48/15 115/2 136/21 157/22 159/11 159/17 190/6 204/24
affairs [1] 20/5
affect [1] 5/10
affirmatively [1] 87/25
afoot [1] 39/19
after [63] 7/23 7/25 35/9 35/14 38/20 45/16 45/17 46/21 48/5 53/10 54/24 54/24 55/10 55/10 66/6 70/4 70/4 72/5 78/24 79/13 83/15 84/3 85/6 85/19 86/22 87/1 88/11 88/12 97/14 100/8 104/19 105/1 109/2 111/11 116/25 120/13 120/14 125/17 126/20 131/17 134/19 135/21 136/14 144/15 144/20 146/16 151/3 154/10 154/17 155/21 158/15 162/15 163/10 168/18 178/6 179/16 189/13 193/17

**197/25** 218/18 222/8 222/21 222/24
afternoon [13] 46/15 47/22 48/5 98/17 101/4 101/25 102/21 113/14 134/20 160/16 177/14 177/14 225/7
afterwards [1] 161/11
ag [1] 166/14
again [57] 25/4 27/3 28/17 34/19 36/5 36/8 37/2 37/18 38/21 38/24 40/1 41/5 41/6 46/1 50/17 51/18 58/4 59/25 64/3 66/8 66/15 70/19 72/25 77/17 78/2 84/11 86/1 90/10 101/12 119/21 140/13 144/20 148/2 149/2 149/11 149/18 150/16 155/20 157/22 160/11 161/13 166/1 167/6 174/12 183/15 183/20 183/25 188/25 191/8 191/10 191/11 192/13 192/15 195/11 214/9 215/20 224/25
against [14] 5/9 30/20 30/21 34/5 57/22 97/5 147/16 148/8 148/15 149/18 149/25 166/15 202/10 210/23
age [4] 5/10 124/16 125/25 209/19
agencies [1] 113/19
agency [1] 200/15
agent [24] 36/7 90/21 133/19 136/11 144/7 149/20 161/10 162/6 164/1 165/6 167/10 169/7 172/7 177/4 179/15 181/2 185/8 189/17 190/1 193/5 193/12 196/24 202/4 213/2
aggressive [2] 166/14 166/24
ago [3] 129/14 130/14 202/24
agree [16] 4/21 10/6 14/14 17/19 28/18 28/18 89/20 91/17 94/4 144/17 178/13 179/3 193/24 205/4 217/22 218/12
agreed [4] 6/24 22/6 88/19 177/5
ahead [9] 29/5 35/12 82/20 112/19 142/3 172/11 199/23 208/8 218/14
aid [9] 9/16 12/11 14/1 17/6 27/20 28/4 28/12 161/7 161/13
aided [12] 10/4 10/9 10/25 11/7 12/23 14/12 14/17 15/8 16/1 16/2 17/17 17/21
aiding [5] 9/2 13/13 15/12 16/17 28/1
aids [6] 9/5 9/9 13/15 13/18 16/19 16/23
air [3] 129/9 189/11 189/12
airplane [1] 115/2
AI [2] 138/10 141/23
album [1] 187/16
alert [4] 153/3 153/4 153/5 163/8
alerted [5] 154/4 154/8 154/11 154/18 163/6
alerting [1] 35/21
alive [5] 36/23 36/24 76/7 163/1 204/19
all [169] 4/9 5/2 5/13 8/6 10/6 12/3 12/4 12/17 14/14 15/19 15/20 17/19 18/22 21/2 21/9 23/3 23/11 25/23 26/17 26/25 27/5 27/14 28/12 29/7 31/24 32/1 32/7 32/19 32/22 33/15 36/4 36/13 37/1 37/7 37/14 40/12 42/1 42/18 43/6 44/10 44/25 45/3 45/3 49/11 53/2 53/5 59/6 59/22 59/25 60/9 60/12 60/19 61/4 62/15 62/16 62/17 63/14 65/12 66/11 69/25 70/20 70/21 70/24 72/25 73/9 73/12 74/5 75/4 80/9 80/15 82/6 82/17 88/20 96/4 96/13 96/14 96/17 99/17 91/15 97/23 97/23 98/2 98/5 99/4 99/5 99/6 102/7 103/12 104/12 105/6 105/21 106/11 106/19 107/18 107/24 107/25 108/25 112/24 114/8 114/25 115/16 116/8 116/14 116/19 117/7 117/9 117/15 118/7 119/19 120/8 122/2 122/4 122/8 124/7 124/11 124/12 125/16 129/24 131/5 131/11 132/2 133/1 137/11 139/2 143/17 147/8 148/19 149/7 154/23 155/16 156/24 159/3 160/22 161/22 162/1 168/13 170/22 177/4 177/13 178/12 179/13 180/1 181/5 182/19 185/17 186/17 191/22 192/13 193/18 196/18 200/12 201/11 203/8 204/12 205/7 210/22 213/13 213/18 215/12 215/17 216/21 219/7 219/21 220/22 222/3

## A

all... [4] 222/25 223/1 224/15 224/21
allegations [1] 97/5
Allen [1] 32/25
allow [4] 53/9 58/20 88/12 100/6
allowed [1] 45/11
allowing [3] 7/7 58/23 188/16
alluded [2] 30/19 91/2
almost [3] 35/2 186/14 209/23
alone [4] 69/12 87/2 90/25 193/10
along [12] 115/16 137/23 140/11 145/6 152/12 153/8 158/10 169/18 169/21 187/17 205/5 210/11
alongside [1] 114/20
already [21] 21/24 24/3 30/24 41/25 59/22 59/25 60/9 60/17 60/19 65/15 69/24 69/25 70/1 75/18 78/21 88/14 91/1 104/19 141/6 151/14 179/11
als [1] 110/6
also [76] 4/6 13/3 16/8 22/20 29/6 32/18 33/4 33/8 35/8 37/6 37/15 39/22 40/7 42/17 43/21 44/10 46/10 48/19 49/23 50/24 51/25 56/2 57/9 60/6 63/7 64/13 75/5 75/20 76/25 79/24 91/24 95/9 96/10 103/6 105/4 105/13 105/22 110/6 110/22 114/20 115/1 119/3 119/10 135/14 137/15 139/22 140/11 147/22 149/4 150/11 151/14 160/7 163/6 164/18 172/3 173/21 173/23 174/11 174/25 177/1 178/12 180/2 181/24 182/3 182/16 185/5 185/11 186/4 189/10 190/24 191/13 193/13 197/2 204/2 224/3 224/10
although [7] 8/22 13/8 16/12 44/23 137/1 178/24 193/6
altitude [1] 190/12
altogether [1] 107/22
always [6] 46/11 58/12 86/19 107/15 108/2 109/25
am [5] 23/17 23/22 124/18 160/14 192/23
among [1] 5/15
amongst [3] 98/2 98/2 158/13
amount [4] 39/14 44/21 183/3 209/21
analyst [4] 31/11 31/12 31/18 31/23
angle [4] 183/21 185/19 187/15 188/23
angles [2] 182/11 191/8
animation [9] 182/4 182/6 189/17 189/19 189/22 189/25 192/15 192/23 196/9
another [40] 9/10 9/18 10/17 10/18 11/1 11/7 11/10 11/12 13/21 14/3 15/9 15/12 16/2 16/2 16/25 17/8 18/5 24/7 32/24 40/4 44/10 96/2 96/9 129/5 130/1 135/9 138/17 141/19 148/25 150/9 150/13 154/19 155/14 160/10 164/10 176/19 184/11 184/16 185/1 193/12
answer [6] 54/19 93/19 93/20 94/13 112/2 211/17
answered [1] 144/12
answering [1] 46/19
answers [3] 64/21 70/24 93/16
anthropologist [3] 42/19 73/17 196/11
anthropologists [1] 75/21
anticipated [1] 98/19
anticipatory [1] 100/18
anxious [1] 87/11
any [76] 5/8 5/9 6/1 6/2 6/23 7/6 7/10 11/15 11/19 12/4 15/20 19/19 39/8 42/4 45/18 54/25 55/14 57/21 65/13 66/10 66/10 82/19 90/6 100/2 100/5 100/22 101/18 101/25 102/3 105/7 105/10 113/12 113/18 113/20 116/16 120/20 122/6 122/25 125/1 125/22 132/13 135/21 135/22 143/19 145/18 149/20 151/1 151/24 152/16 155/1 162/20 168/23 172/22 173/24 181/18 194/2 196/4 198/11 204/2 204/3 204/3 205/8 205/10 207/17

210/15 211/3 211/13 215/6 216/8 216/8 216/25 217/3 219/3 219/8 223/2 224/16
anybody [2] 116/10 225/3
anyone [3] 5/16 162/21 210/20
anything [15] 6/13 98/21 100/21 109/18 122/18 125/4 125/23 128/6 134/21 145/12 163/6 200/13 201/12 220/16 225/6
anytime [2] 11/23 120/13
anywhere [3] 101/18 180/10 210/17
apart [3] 206/25 209/8 209/23
apartment [2] 119/22 126/21
apologize [3] 46/2 82/19 121/11
apparent [1] 199/14
appealing [1] 93/15
appeals [1] 93/9
appear [4] 4/12 147/4 176/5 218/21
APPEARANCES [2] 1/12 4/4
appeared [4] 1/24 166/14 194/24 213/24
appearing [2] 4/7 4/9
appears [5] 4/5 147/1 150/18 155/15 174/21
applying [1] 144/22
appointment [4] 30/15 38/10 106/4 113/13
appointments [2] 115/15 119/17
appreciable [1] 11/19
appreciate [2] 37/10 134/3
apprehension [1] 15/1
approach [2] 97/20 202/2
approaching [2] 64/4 190/22
appropriate [1] 177/1
appropriately [2] 100/17 150/9
approval [1] 179/4
approximate [1] 180/3
approximately [7] 142/7 142/11 143/15 156/3 158/2 177/9 179/25
APRIL [2] 1/10 77/17
April 3 [1] 77/17
are [148] 5/3 6/14 7/3 7/11 7/13 12/25 15/23 16/4 18/21 18/24 19/5 20/15 20/15 20/23 21/6 21/20 22/14 22/16 23/15 23/21 24/16 24/25 26/3 32/2 33/7 33/8 34/11 35/9 35/10 35/10 35/16 35/18 36/13 36/18 40/1 40/22 43/5 43/7 44/6 47/23 48/14 49/12 49/17 50/15 54/19 56/14 57/11 58/3 58/5 59/10 63/9 64/24 66/8 69/9 71/6 71/22 71/22 71/25 72/10 74/2 74/4 74/6 74/11 74/19 75/21 78/12 78/17 79/2 79/10 79/18 80/9 80/20 81/17 87/6 87/8 91/25 92/3 92/6 92/7 92/9 92/24 93/17 94/3 94/11 94/19 94/25 95/1 95/2 101/11 101/22 123/16 123/25 126/8 127/19 127/21 127/22 128/1 128/14 132/20 133/22 133/24 139/1 139/3 140/5 143/10 148/20 148/23 153/14 153/18 155/1 160/21 161/21 162/19 164/20 164/22 173/7 173/16 174/19 175/5 176/9 176/12 176/21 176/22 178/16 178/20 181/3 181/5 181/9 181/20 182/25 183/25 183/25 184/7 184/7 187/5 190/4 203/23 204/4 205/17 207/21 208/19 215/21 218/15 218/17 219/10 219/18 223/7
area [109] 39/6 39/15 41/3 41/9 41/12 41/19 41/19 42/1 42/5 42/8 42/9 42/11 43/3 43/4 43/7 43/20 44/4 49/18 50/3 50/11 51/8 51/23 51/25 67/8 68/13 74/22 74/23 74/25 75/4 76/9 76/12 76/23 79/24 84/23 85/10 85/12 85/18 106/2 106/3 115/13 135/7 138/6 138/8 138/18 138/25 139/2 139/4 140/8 140/14 140/18 140/22 140/23 141/2 141/5 141/18 141/21 141/22 142/15 143/3 143/4 143/11 144/4 148/16 150/9 152/24 152/24 153/1 153/8 153/19 153/22 154/5 154/6 156/8 156/10 157/8 159/15 162/19 166/19 166/25 167/1 168/22 174/25 175/1 175/20 181/1 181/2 182/8 184/14 185/1 185/7

185/13 185/14 185/15 185/20 186/2 188/8 188/9 191/19 191/20 193/4 195/9 210/12 210/16 211/13 212/13 213/15 213/19 213/20
areas [10] 43/21 101/22 105/7 115/16 117/23 139/7 140/6 182/6 208/18 213/23
aren't [3] 45/24 58/5 81/3
argue [1] 91/7
argument [3] 87/1 100/4 203/10
arguments [3] 5/21 7/15 87/19
arises [1] 20/8
arising [1] 19/25
arm [1] 75/24
arms [1] 203/3
around [32] 22/13 29/23 64/25 84/17 84/19 85/2 111/19 128/19 128/25 129/3 136/23 139/1 140/5 149/2 150/24 152/17 152/25 163/25 166/13 175/3 175/4 181/4 190/12 191/15 198/8 199/20 200/5 200/19 203/3 205/14 212/13 221/17
arranged [3] 167/19 220/13 220/14
arrested [2] 49/21 49/21
arrival [5] 134/22 135/21 136/14 145/21 146/22
arrive [1] 144/13
arrived [9] 134/18 134/23 140/17 142/8 146/21 154/17 197/20 198/23 212/5
arrives [1] 98/20
arriving [1] 177/8
arrow [1] 171/3
arson [1] 41/15
articles [1] 125/22
as [231]
ask [28] 4/14 8/4 54/18 54/19 57/2 57/3 69/23 70/19 70/21 89/6 93/5 93/8 100/5 102/1 110/24 111/16 117/22 118/14 130/4 151/4 155/4 159/3 170/3 178/15 179/2 203/16 203/18 203/19
asked [31] 7/3 40/10 44/17 46/9 48/2 93/17 94/11 111/24 116/10 116/19 116/25 117/12 120/2 126/20 131/16 134/12 136/8 180/14 180/16 181/12 194/16 194/25 195/11 195/15 198/19 202/18 203/15 205/3 222/6 222/9 222/13
asking [8] 57/16 62/3 82/15 93/4 93/14 96/20 101/12 101/14
asks [5] 65/7 84/7 84/11 85/7 85/25
assault [2] 16/7 16/16 177 17/10 17/13 17/17 17/21 18/2 18/23 27/11 31/5 53/17
assertion [1] 208/25
assigned [1] 24/18
assist [19] 8/10 9/14 9/15 9/21 13/24 13/25 14/5 17/3 17/5 17/11 22/17 28/10 116/20 117/10 136/7 149/15 180/6 182/13 208/21
assistance [7] 42/3 113/3 119/2 134/13 136/1 136/6 150/3
assistant [2] 24/4 24/10
assisted [2] 24/22 226/10
assisting [2] 24/1 194/13
assists [5] 9/12 13/22 17/2 28/5 42/9
associated [4] 138/7 141/21 169/5 192/5
assuming [2] 207/20 211/6
assure [1] 21/10
attempt [2] 100/25 148/3
attempted [1] 150/4
attempting [1] 216/15
attempts [1] 97/4
attendance [1] 108/14
attention [5] 8/6 23/4 23/4 108/4 172/10
attorney [74] 1/20 1/22 3/5 3/6 3/9 3/10 3/12 3/15 3/16 3/17 4/5 4/6 4/11 4/11 4/12 4/24 5/1 21/3 23/18 24/4 24/10 53/21 54/2 82/18 86/23 97/20 98/6 98/16 98/24 100/3 100/20 101/15 102/11 120/21 120/24 121/2 121/3

**A**

**attorney... [37]** 121/9 121/11 121/13 122/3 122/10 123/3 132/3 132/8 132/17 133/16 160/13 161/20 161/23 162/5 162/6 173/7 176/9 176/11 178/24 179/10 179/15 192/21 193/2 193/4 195/25 196/20 200/7 202/1 202/4 208/6 208/9 211/25 221/8 221/10 223/3 223/6 224/13
**attorneys [2]** 7/1 89/6
**au [2]** 138/4 160/3
**audio [2]** 82/19 91/10
**August [1]** 110/21
**August 30 [1]** 110/21
**Austin [14]** 43/11 43/13 43/15 43/25 181/11 182/21 186/4 186/12 187/9 189/19 192/17 217/15 217/22 218/1
**Austin's [1]** 212/9
**authoritative [1]** 95/18
**authority [2]** 100/7 201/22
**authorization [2]** 35/11 145/13
**authorizes [1]** 145/14
**auto [6]** 137/25 138/4 143/25 147/7 160/1 178/3
**automatic [2]** 37/23 67/2
**automobile [2]** 140/12 155/10
**AutoTrader [16]** 29/20 30/1 46/8 47/4 47/6 47/11 71/4 105/5 105/23 105/25 112/1 118/9 177/23 178/3 178/4 178/8
**available [1]** 8/3
**average [1]** 90/14
**Avery [129]** 24/20 26/20 28/11 30/7 30/15 30/18 30/20 30/21 30/23 31/2 31/6 31/7 31/15 31/15 31/19 32/8 32/9 32/13 32/25 33/20 34/18 36/16 37/3 38/3 38/9 39/25 40/3 40/6 40/24 41/6 41/7 41/10 46/8 46/12 46/14 47/9 47/14 47/18 49/24 50/1 51/21 52/5 52/17 53/7 55/11 62/19 64/20 65/6 66/6 66/19 67/1 67/6 67/11 68/15 68/22 75/14 80/24 83/1 84/3 84/4 88/25 89/4 89/8 89/18 89/21 89/23 90/9 91/5 106/13 108/16 113/15 116/11 134/8 134/18 134/24 136/22 137/5 137/8 137/9 137/14 137/24 138/10 138/10 139/13 139/18 140/3 141/11 141/16 141/18 143/25 144/1 146/4 155/9 155/24 157/3 157/23 158/12 159/19 159/23 160/1 160/5 160/6 160/11 164/15 167/23 168/12 171/9 171/14 171/16 171/17 179/23 180/18 183/9 183/10 183/16 183/23 194/14 197/20 198/17 198/18 210/13 213/11 213/25 214/10 214/17 214/21 215/5 217/15 224/11
**Avery's [90]** 32/16 37/21 39/24 40/2 40/15 40/16 43/19 46/23 47/23 49/16 49/21 49/21 51/19 51/23 53/5 69/2 69/7 71/12 71/19 77/23 77/24 80/5 80/7 80/11 80/16 80/21 106/16 122/20 137/17 138/11 138/19 138/20 139/11 139/20 141/25 143/16 163/16 163/20 164/1 164/12 166/1 166/20 167/4 168/21 169/20 171/1 175/18 176/20 177/2 177/8 178/21 184/16 184/17 184/19 184/22 185/2 185/2 185/3 185/20 185/21 186/2 186/3 186/13 187/3 187/4 187/14 187/20 187/24 188/6 188/15 188/23 190/7 190/14 190/20 190/22 191/1 191/4 191/6 191/9 191/11 191/16 192/7 192/10 192/10 192/12 194/8 194/14 195/10 214/7 216/6
**avoid [1]** 14/25
**avoids [1]** 95/8
**aware [17]** 6/5 11/10 105/24 114/25 116/2 118/7 119/11 126/2 146/19 164/4 166/9 166/9 166/17 168/22 169/11 205/17 220/13
**away [6]** 95/21 112/3 129/15 181/13 191/23 218/13

**awhile [1]** 86/5

**B**

**b1 [1]** 101/10
**back [52]** 35/22 35/23 38/14 39/5 39/8 39/14 48/6 51/9 52/13 53/22 64/23 65/5 65/5 67/8 67/16 68/19 71/24 74/14 74/24 75/15 76/2 76/11 85/19 86/6 93/19 97/25 114/2 114/23 117/12 121/6 121/23 125/14 128/8 137/23 147/2 147/15 150/20 163/11 164/18 165/1 166/19 170/20 184/12 184/13 186/21 189/9 189/12 189/12 190/25 204/8 205/6 210/14
**backed [1]** 152/9
**background [4]** 22/9 104/13 164/13 166/2
**backroom [1]** 88/22
**backyard [1]** 192/1
**bad [2]** 27/23 151/5
**bag [4]** 56/5 56/5 56/11 223/24
**bags [1]** 223/14
**bailiff [2]** 6/4 7/23
**balance [2]** 42/14 179/16
**Barb [17]** 32/18 32/18 33/3 38/12 46/19 83/17 85/21 167/18 172/19 172/23 173/9 214/8 223/10 224/1 224/1 224/4 224/5
**Barb's [2]** 168/3 214/11
**Barbara [2]** 137/18 137/18
**barking [1]** 166/16
**barrel [15]** 39/23 40/3 40/6 40/8 49/13 69/5 80/11 80/12 80/17 163/23 163/24 164/5 184/19 192/12 192/14
**barrels [3]** 184/13 192/2 192/6
**base [3]** 6/8 61/15 212/10
**based [9]** 5/6 19/23 20/7 55/18 81/2 96/8 145/2 145/5 212/11
**basically [7]** 143/1 145/10 152/22 158/11 170/24 208/19 218/18
**basis [2]** 22/7 100/11
**basketball [1]** 96/22
**bathroom [3]** 188/6 188/8 191/6
**Bay [5]** 83/19 104/17 104/25 114/23 117/8
**be [198]** 4/22 5/19 6/1 7/8 7/17 7/22 7/25 8/22 10/10 11/17 11/19 11/22 12/2 12/6 12/10 13/7 14/18 15/18 16/12 17/23 19/7 19/24 19/25 20/11 21/23 21/25 22/1 22/5 22/9 22/10 22/16 23/11 23/25 24/7 24/11 26/22 27/2 27/3 27/4 31/23 32/15 33/12 34/1 36/11 36/13 36/15 37/9 38/19 38/22 41/8 43/23 43/24 44/2 44/9 44/18 46/2 46/20 47/20 50/14 50/18 51/14 52/10 53/8 54/8 54/16 60/14 61/20 62/22 63/9 63/21 63/23 64/11 70/15 70/17 75/7 76/9 77/7 80/20 81/2 81/4 81/5 81/11 81/12 85/24 86/4 87/5 87/7 89/7 90/6 92/14 94/18 94/21 96/4 97/15 97/17 97/25 98/7 98/9 99/7 99/11 99/12 99/17 99/23 99/24 99/25 101/1 101/9 101/19 102/2 102/3 102/16 104/2 118/1 123/10 129/7 132/14 132/20 133/11 136/25 137/3 138/19 138/24 139/10 140/3 140/13 140/24 142/16 147/12 147/4 148/10 150/18 155/15 158/8 160/15 160/25 161/8 161/14 161/18 162/1 164/19 165/13 165/16 166/4 166/13 166/14 167/21 170/18 171/15 172/8 179/1 179/6 182/7 182/9 182/9 183/3 185/24 187/12 189/25 190/6 190/9 191/7 191/25 193/2 193/7 195/16 196/6 196/10 196/19 200/22 202/21 205/1 205/4 205/13 205/15 205/16 205/18 205/19 206/11 206/22 207/12 207/16 207/20 208/4 208/18 208/19 209/6 209/14 209/18 210/5 211/17 212/25 213/14 213/24 214/8 219/19 220/14 220/18 224/20
**beach [1]** 188/10
**bearing [2]** 12/5 15/21
**became [2]** 39/15 197/11

**because [44]** 8/7 25/15 25/16 26/23 28/15 30/3 31/8 31/9 31/21 32/1 36/9 42/6 43/23 43/24 45/25 53/3 55/4 56/18 63/7 86/1 94/25 99/11 99/22 103/10 107/21 108/20 109/24 109/25 110/15 121/16 130/21 138/24 151/4 165/14 166/23 166/24 170/17 175/19 194/15 194/22 204/20 216/6 216/12 216/21
**become [8]** 48/9 48/25 49/10 58/19 136/12 144/17 144/21 198/19
**becomes [5]** 49/7 49/20 55/20 57/1 71/15
**bed [3]** 65/5 65/22 86/8
**bedroom [44]** 38/3 40/16 49/17 50/5 64/24 65/5 65/9 65/21 66/18 68/23 71/12 71/12 78/20 78/22 90/2 172/23 173/9 173/19 173/22 186/24 187/2 187/2 187/4 187/6 187/12 187/14 187/14 187/18 187/20 187/24 188/8 191/6 191/6 191/9 213/15 214/11 216/1 223/10 223/25 224/3 224/4 224/6 224/7 224/11
**been [102]** 6/5 18/23 21/11 24/18 26/14 27/9 36/21 45/5 46/10 48/2 51/10 54/2 55/11 55/15 65/8 67/7 86/21 102/14 103/23 105/17 106/24 109/13 110/14 110/22 118/13 119/5 122/22 123/8 125/6 126/17 126/18 133/9 134/7 135/13 138/14 139/8 141/1 141/6 142/9 143/23 145/6 145/23 146/20 148/25 149/15 149/21 150/11 155/5 156/8 158/17 159/8 159/10 159/20 161/20 163/18 165/20 167/14 169/24 170/17 171/19 172/25 173/15 177/4 177/7 177/15 178/1 178/12 187/17 188/24 189/21 192/23 195/13 195/14 195/16 196/7 196/24 199/1 200/20 201/5 205/9 206/2 206/3 206/6 206/10 206/24 207/10 209/1 209/3 209/20 219/4 219/6 219/11 219/18 219/24 220/12 222/6 222/7 222/9 222/20 222/22 226/8
**before [49]** 1/11 5/2 6/6 9/23 10/19 11/16 11/23 11/24 14/7 15/3 17/12 18/7 19/15 46/11 46/17 46/23 47/6 52/4 61/2 64/5 64/9 71/18 85/25 96/10 96/10 98/20 100/8 100/17 103/22 106/11 106/16 107/2 108/11 122/20 127/8 130/5 130/21 131/5 137/7 145/17 149/20 157/10 157/19 159/13 179/25 193/21 205/19 210/23 211/20
**began [4]** 39/20 54/24 54/25 83/2
**begin [6]** 5/12 48/10 84/22 85/4 85/14 154/15
**beginning [1]** 142/6
**begins [3]** 5/3 29/8 29/14
**behalf [5]** 1/14 1/16 1/18 1/20 1/22
**behavior [4]** 39/19 54/5 54/6 63/11
**behind [15]** 32/4 34/19 41/10 72/8 75/12 78/9 79/24 84/23 85/10 89/24 168/25 186/2 195/9 195/10 215/21
**being [31]** 10/17 11/10 11/12 30/23 49/16 52/17 59/6 68/10 75/12 75/17 75/18 106/15 111/11 116/3 120/1 136/1 151/15 161/7 161/17 164/23 169/12 176/21 182/24 188/4 194/7 203/23 205/3 205/13 216/7 216/8 216/24
**belief [3]** 9/10 13/20 16/25
**believe [52]** 7/5 12/17 42/25 69/19 71/2 74/15 86/10 87/23 88/18 89/16 90/3 91/9 94/3 94/17 94/23 95/15 96/5 97/14 98/8 114/22 128/3 128/24 131/9 138/8 138/24 141/23 143/5 145/16 152/4 167/17 174/5 176/19 178/23 179/10 182/12 186/1 198/21 198/24 200/4 200/19 202/12 202/24 209/15 210/6 211/25 212/8 213/12 214/13 217/13 217/18 217/19 218/25
**believed [9]** 63/21 63/23 64/11 77/25 118/1 174/8 194/19 195/16 222/20
**believes [2]** 70/17 70/18

## B

**belonged [2]** 168/7 216/25
**belongs [1]** 45/20
**below [1]** 90/13
**belts [1]** 191/20
**benefit [1]** 20/14
**berm [1]** 154/2
**berms [2]** 140/4 140/5
**Berta [1]** 132/4
**besides [1]** 207/23
**best [3]** 127/22 223/12 226/13
**better [21]** 5/4 20/21 38/24 44/8 61/3 61/5 61/7 61/7 70/12 70/13 70/14 72/9 93/9 139/5 157/20 159/14 167/22 168/2 200/22 221/10 221/11
**between [22]** 11/20 40/2 47/1 57/10 75/9 86/20 87/8 94/15 94/16 107/10 113/17 164/13 167/22 178/7 181/23 182/14 192/7 192/13 200/5 206/1 219/12 219/18
**beveling [1]** 73/21
**beyond [18]** 10/1 10/10 10/22 12/19 14/10 14/19 15/5 15/23 17/15 17/24 18/9 18/21 19/11 19/16 53/13 97/4 140/25 201/12
**bias [1]** 5/9
**big [7]** 26/12 50/10 50/10 78/10 141/18 155/11 157/24
**bigger [1]** 203/4
**bill [6]** 47/5 71/4 73/5 178/3 178/9 220/20
**billing [1]** 178/18
**birdseye [1]** 186/7
**birthday [4]** 108/10 108/12 131/10 131/11
**bit [19]** 21/25 28/8 30/19 36/11 38/9 38/24 42/13 42/20 50/7 50/7 79/1 79/19 83/12 84/14 84/17 134/2 141/20 159/3 166/6
**bits [1]** 26/6
**black [2]** 128/18 166/3
**Blaine [3]** 32/22 82/23 82/24 83/8 83/9 83/13 83/15 83/25 84/1
**Blaine's [1]** 83/23
**blank [1]** 117/17
**bleach [18]** 68/20 78/10 78/11 78/12 78/17 85/18 175/12 175/13 175/19 176/6 188/3 188/10 194/2 194/3 194/7 195/5 218/21 221/14
**bleeding [5]** 51/24 52/5 52/11 69/3 80/6
**blood [41]** 35/23 39/3 39/5 39/9 39/10 39/13 39/14 50/8 50/9 51/5 51/10 51/12 51/13 51/16 51/19 52/20 74/18 74/19 74/20 80/7 80/8 89/23 90/6 153/7 154/5 195/13 195/14 195/17 219/1 219/3 219/8 219/20 220/2 221/24 222/4 222/6 222/10 222/19 222/20 222/22 222/23
**bloodhounds [1]** 42/4
**blue [6]** 127/5 129/9 172/6 174/17 174/25 175/1
**bluish [2]** 146/3 146/11
**bluish/green [2]** 146/3 146/11
**board [1]** 147/19
**Bobby [1]** 32/24
**bodies [1]** 153/6
**bodily [1]** 52/20
**body [11]** 37/19 55/23 58/21 67/10 67/12 67/13 67/20 74/15 75/1 82/12 157/16
**body's [1]** 68/9
**bone [12]** 41/12 45/9 45/13 45/16 73/18 73/18 73/20 75/19 75/20 75/22 76/1 89/24
**bones [8]** 41/17 41/21 42/15 42/22 43/6 45/6 45/7 75/17
**bonfire [7]** 67/16 84/8 84/15 84/24 84/25 85/20 85/23
**book [1]** 88/14
**bookcase [1]** 187/16

**booked [1]** 168/18
**booking [1]** 168/19
**booth [1]** 129/15
**bore [2]** 56/18 56/19
**boring [1]** 62/24
**boss [1]** 83/23
**both [17]** 4/21 6/18 12/21 15/25 34/17 39/10 48/13 52/2 71/10 74/9 87/25 98/14 139/23 182/22 186/19 213/22 216/2
**bottle [1]** 188/11
**bottom [5]** 32/14 45/25 111/7 175/3 190/8
**bottom's [1]** 32/2
**bought [2]** 117/8 119/12
**bounce [1]** 48/19
**box [8]** 118/16 118/18 119/8 119/20 148/5 157/24 158/3 188/9
**boxes [2]** 118/21 147/7
**boy [2]** 90/12 93/25
**boyfriend [2]** 83/18 109/17
**boys [1]** 113/6
**BRANCH [2]** 1/1 226/5
**branches [10]** 34/2 68/14 77/5 77/6 147/3 147/6 147/17 147/21 148/4 150/19
**brand [4]** 119/19 126/10 131/22 131/24
**Brandes [1]** 169/23
**brass [1]** 128/13
**break [16]** 22/23 22/25 23/2 23/5 32/5 46/3 53/10 53/10 53/21 97/24 98/7 132/22 160/16 160/18 215/18 217/9
**breaks [1]** 23/8
**breath [1]** 53/3
**BRENDAN [162]** 1/6 1/23 4/3 4/13 10/24 11/5 15/7 15/13 15/24 16/1 26/13 27/2 28/9 32/21 33/1 37/4 38/6 39/25 40/24 46/19 46/23 53/15 54/3 54/4 54/23 55/8 55/12 55/17 62/12 62/16 62/21 63/19 63/20 63/25 64/3 64/16 64/19 64/22 65/1 65/3 65/7 65/17 65/17 65/19 66/8 66/13 66/15 66/17 66/18 66/19 67/3 68/11 68/18 68/25 69/8 69/19 69/25 70/3 70/8 70/11 70/16 70/19 71/1 71/8 71/10 72/4 72/18 73/1 73/15 74/7 74/13 74/16 74/24 75/2 75/10 75/14 75/15 76/13 76/22 77/1 77/8 77/14 77/11 77/14 77/17 77/25 78/3 78/5 78/14 78/19 78/23 80/1 80/3 80/10 80/20 80/25 81/20 81/22 82/2 82/9 82/21 82/24 83/11 83/14 83/21 83/24 84/1 84/8 84/11 85/7 85/8 85/22 85/24 86/3 86/7 88/10 88/20 89/13 89/20 90/4 90/5 90/8 90/10 90/24 90/25 91/5 92/18 93/4 93/11 93/18 93/20 93/24 94/7 94/16 95/11 95/16 95/24 97/5 97/6 97/12 122/15 122/19 137/20 139/12 139/20 172/14 172/19 176/2 203/24 204/4 211/15 213/15 214/22 215/7 217/1 217/4 218/18 220/5 221/13 221/23 222/3
**Brendan's [14]** 28/12 64/1 64/10 69/1 69/14 70/20 75/6 77/18 81/13 84/5 84/12 85/21 122/22 214/3
**Breyer [1]** 113/24
**bridges [1]** 115/17
**brief [2]** 133/2 135/5
**briefing [1]** 135/6
**briefly [10]** 63/24 97/21 100/8 104/12 104/20 121/22 142/1 167/16 172/11 220/4
**bring [3]** 76/17 77/10 223/20
**brooded [1]** 11/17
**brother [6]** 33/5 82/23 138/20 193/13 194/10 220/8
**brothers [2]** 32/21 111/15
**brought [14]** 11/22 149/21 152/6 180/5 180/8 180/11 180/14 180/21 194/3 207/13 209/22 216/7 216/11 216/13
**brush [1]** 148/4

**Brutus [9]** 153/11 153/14 153/17 153/17 153/22 154/4 154/7 154/10 154/17
**Bryan [1]** 32/22
**building [3]** 138/3 138/4 141/19
**buildings [12]** 33/6 33/10 33/11 138/7 141/17 145/15 162/19 163/8 179/25 180/1 186/6 186/8
**built [3]** 140/5 185/4 191/17
**bullet [22]** 72/12 72/12 72/14 72/15 73/8 73/11 74/5 74/6 89/25 189/6 189/7 189/10
**bullets [4]** 72/1 72/6 72/10 217/19
**burden [2]** 19/13 87/22
**Bureau [1]** 134/1
**burn [44]** 39/23 40/3 40/6 40/8 41/3 41/9 41/12 41/19 42/8 43/3 43/4 43/20 49/13 49/18 50/3 67/12 69/5 75/4 75/5 76/2 76/8 76/9 76/12 78/25 79/23 80/11 80/12 80/17 89/25 163/23 163/24 164/5 184/13 184/19 185/7 185/14 185/20 186/2 191/20 192/2 192/6 192/12 192/14 195/9
**burned [10]** 45/10 69/4 76/18 78/25 79/2 80/3 80/11 185/11 185/15 191/21
**burning [2]** 67/20 80/2
**burnt [1]** 75/1
**bus [1]** 55/9
**business [16]** 30/12 33/10 37/5 71/6 105/3 105/21 110/5 111/11 115/23 137/25 144/3 178/14 178/15 179/5 205/18 219/9
**businesses [1]** 33/8
**busy [3]** 109/9 109/9 110/1
**buttons [2]** 128/3 128/13
**buy [1]** 125/18

## C

**cabinet [1]** 84/20
**cadaver [4]** 35/16 35/18 42/3 153/5
**caliber [7]** 37/23 67/1 72/23 72/25 73/6 73/8 189/6
**call [20]** 4/2 38/14 46/18 80/21 83/6 85/20 100/15 102/11 105/25 109/8 112/21 118/25 123/3 133/6 133/25 142/9 173/13 173/21 197/14 207/6
**called [50]** 6/19 20/4 29/20 30/7 30/9 31/8 35/1 35/16 35/17 39/5 56/17 58/17 59/15 61/21 69/7 71/22 75/7 79/8 80/24 84/2 86/22 86/25 102/14 109/23 111/15 111/25 112/3 112/9 112/10 113/24 116/24 117/12 117/12 119/2 119/15 123/8 124/13 133/9 134/6 134/10 134/11 135/2 138/24 149/15 152/16 153/5 181/14 185/6 200/15 218/4
**calling [5]** 82/7 82/7 111/17 111/18 179/7
**calls [7]** 46/8 83/9 83/25 84/4 84/7 84/10 85/22
**Calumet [18]** 4/6 23/18 25/2 89/7 112/3 134/12 135/4 135/16 135/19 136/3 144/10 197/12 198/21 199/25 200/2 200/4 200/8 220/18
**came [22]** 29/7 41/14 41/15 73/11 82/22 82/25 108/19 152/24 152/23 194/5 210/17 211/5 213/10 213/11 213/14 213/18 213/23 214/9 214/10 216/5 222/21 223/9
**camera [6]** 69/4 80/11 80/19 118/8 118/8 118/16
**can [100]** 19/15 19/18 19/24 19/25 20/21 21/3 22/22 25/25 25/25 28/4 33/6 35/12 45/2 46/20 47/20 48/12 50/12 51/14 51/18 52/8 56/10 57/1 57/3 59/8 60/13 61/20 67/13 69/17 74/2 76/14 76/15 77/21 79/18 87/5 92/3 94/20 99/10 100/17 104/4 104/21 106/25 110/25 113/23 114/5 118/14 119/17 121/21 125/7 126/5 127/5 127/18 128/11 128/25 129/17 129/18 129/20 129/24 132/22 136/19 137/1 140/4 140/9 140/21 141/20

# C

can... [36] 142/18 143/24 146/8 147/12 147/14 147/17 147/20 148/8 149/10 149/22 150/20 157/20 158/6 159/4 159/15 164/12 166/5 167/15 168/13 170/4 171/23 174/22 178/15 183/6 184/18 187/15 188/4 188/13 190/14 190/24 192/6 202/25 203/3 205/15 208/7 208/17

can't [11] 22/21 56/9 69/16 87/15 87/18 88/1 88/2 117/11 141/24 217/13 225/2

cannot [4] 12/1 15/17 182/12 210/22

Canon [1] 118/18

capable [1] 207/9

capacity [1] 134/4

car [40] 34/4 34/20 34/22 35/1 35/6 35/23 35/24 67/22 67/23 68/7 68/14 74/23 76/13 76/18 76/19 76/20 76/25 77/5 77/6 77/8 77/10 77/12 77/16 80/12 115/18 156/7 156/14 156/19 156/22 156/23 157/1 157/4 157/5 157/7 157/7 157/9 185/16 185/20 191/21 191/21

care [1] 191/3

careful [3] 7/17 8/6 97/14

carefully [4] 7/18 94/18 209/17 226/8

cargo [8] 39/5 39/15 50/11 51/7 51/9 67/8 74/23 74/25

caring [1] 103/3

carry [2] 67/15 76/20

cars [25] 29/21 29/22 29/24 30/13 32/10 34/25 37/7 37/8 37/10 37/11 37/18 47/4 118/10 154/1 157/6 157/13 158/6 158/7 158/11 158/14 158/15 158/22 205/1 209/6 210/12

cart [4] 84/19 172/2 172/5 184/6

case [116] 1/5 4/2 5/6 5/13 5/15 6/3 6/6 6/15 12/5 15/21 21/6 21/10 22/3 22/5 23/25 24/1 24/8 24/11 24/19 24/20 24/25 25/7 25/10 25/16 25/16 25/20 26/20 26/21 26/24 28/7 28/7 28/9 28/10 28/15 28/25 29/8 29/14 30/14 30/20 30/21 30/23 31/7 31/10 31/11 31/14 31/21 31/22 31/25 34/7 34/23 36/10 36/20 37/9 38/8 42/20 44/15 44/21 44/24 45/23 50/19 50/23 50/24 52/2 53/6 54/9 54/24 54/25 56/25 57/3 57/5 57/13 57/14 58/14 59/3 59/6 59/12 59/13 59/23 61/9 61/15 61/19 62/10 63/17 63/22 69/22 73/9 81/1 81/6 81/14 81/16 81/19 82/15 86/22 88/12 89/14 96/8 96/17 96/18 96/24 96/25 98/1 99/6 99/8 100/14 102/5 114/21 144/18 161/15 168/18 179/5 181/19 182/10 203/23 204/15 215/11 225/3

casings [3] 72/23 73/9 73/11

cause [5] 11/3 11/12 20/3 145/2 145/5

caused [2] 10/24 195/21

causes [1] 10/16

causing [1] 11/1

caution [3] 19/3 20/22 217/6

CD [1] 52/2

celebrated [1] 108/12

cell [16] 48/17 48/18 69/4 80/10 80/18 85/21 110/3 110/9 110/17 110/20 110/25 112/17 113/8 178/18 178/20 178/21

Cellcom [2] 178/21 179/6

cells [1] 52/21

cement [1] 189/8

center [3] 142/2 142/17 159/18

certain [9] 5/3 11/11 101/22 106/2 135/16 151/25 182/6 182/8 205/18

certainly [12] 23/6 25/20 27/6 27/13 53/20 65/14 102/2 166/22 207/25 217/9 217/12 220/17

certainty [1] 45/21

certify [1] 226/6

CF [2] 1/5 4/3

chain [11] 128/24 129/2 130/2 130/9 130/11 130/13 130/17 166/15 166/15 185/7 191/18

chair [1] 187/16

chance [3] 23/17 100/10 217/11

change [4] 85/16 92/14 93/4 93/5

changes [2] 92/12 92/24 96/1

changing [1] 84/13

chapter [2] 87/14 97/16

chapters [1] 88/15

characterization [1] 158/9

characterize [2] 197/7 213/19

characterized [2] 101/19 193/24

characters [1] 86/15

charge [2] 49/22 197/10

charged [4] 8/13 19/7 26/15 27/9

charges [2] 8/17 13/2 16/6

charred [2] 42/18 75/18

cheaper [1] 104/8

check [2] 48/17 199/7

checkpoint [2] 135/11 140/25

cherry [2] 131/23 131/24

chest [2] 61/6 61/8

chief [2] 99/8 100/14

child [2] 90/16 95/12

children [2] 103/3 103/13

chilling [1] 41/1

chilly [2] 84/14 86/1

choice [2] 64/16 64/18

choices [8] 63/11 63/13 64/15 64/15 82/2 82/3 82/6 82/13

chooses [1] 101/2

chose [1] 82/9

Chuck [2] 138/19 141/25

Chuck's [1] 33/5

Cindy [1] 170/11

Cingular [3] 111/1 178/17 179/5

circle [1] 78/9

CIRCUIT [3] 1/1 1/11 226/5

circumstance [1] 12/11

circumstances [3] 12/5 12/18 15/21

cite [1] 99/14

cited [2] 100/7 102/6

citizen [7] 33/18 37/14 48/13 145/23 146/3 180/17 208/4

citizens [13] 21/6 21/19 34/11 48/21 49/9 112/5 112/6 114/9 114/14 114/15 198/8 198/13 199/10

claim [1] 161/20

clean [8] 85/7 85/14 85/18 175/17 175/20 194/23 194/25 195/7

cleaned [8] 68/20 68/21 68/21 78/6 78/24 188/17 218/4 219/4

cleaned-up [1] 218/4

cleaning [7] 78/17 85/6 194/8 194/14 194/17 221/19 222/4

cleanup [1] 195/6

clear [6] 99/9 99/22 100/24 154/10 167/1 223/4

clearly [4] 100/12 150/16 154/7 206/17

clerk [4] 4/14 123/5 132/7 145/11

clicks [1] 130/9

client [1] 101/21

clients [1] 106/7

close [13] 8/14 34/20 40/5 40/7 74/21 103/1 107/15 124/1 124/3 158/8 184/21 187/20 210/17

close-up [1] 184/21

close-ups [1] 74/21

closed [1] 22/21

closely [1] 219/10

closeness [1] 212/22

closer [5] 40/2 72/7 104/9 123/25 166/6

closest [5] 124/16 124/17 125/25 125/25 156/18

closet [1] 173/10

closets [1] 173/12

closeups [3] 173/16 186/23 186/24

closing [3] 7/15 86/25 87/19

cloth [1] 130/1

clothes [11] 68/23 69/2 78/24 79/2 79/7 80/2 80/4 85/14 124/9 125/19 126/1

clothing [9] 56/3 56/4 56/10 79/25 85/13 125/22 126/22 126/24 173/24

cloths [2] 194/23 194/24

clutter [4] 188/19 188/19 188/20 188/25

coached [2] 125/2 125/10

coaching [1] 125/1

coat [1] 86/1

code [7] 8/20 10/15 13/5 14/23 16/9 18/3 52/22

cognitive [3] 90/14 93/13 95/5

cognitively [1] 95/13

collect [2] 84/21 165/16

collected [4] 7/23 8/1 31/13 72/22

collecting [2] 85/3 85/3

collection [1] 165/21

collectively [1] 69/18

college [1] 29/2

color [12] 130/1 146/3 146/12 172/6 194/17 194/22 206/12 206/17 207/21 207/24 209/19 222/8

colors [1] 208/25

com [1] 13/19

come [25] 5/21 30/16 30/17 38/19 40/10 46/9 46/15 46/20 53/22 69/15 73/13 82/24 84/7 107/20 134/7 137/8 143/13 167/19 180/15 180/16 181/12 210/23 213/7 215/20 215/25

comes [2] 21/4 26/6 75/23 83/12

coming [8] 108/21 139/16 151/13 183/21 190/12 190/23 191/1 191/15

command [9] 135/2 138/14 141/9 141/13 141/15 142/2 142/22 142/17 163/11

commencing [1] 152/25

comment [1] 159/5

commission [29] 8/21 8/25 9/6 9/9 9/22 10/4 10/9 10/12 12/24 13/6 13/11 13/16 13/19 14/5 14/13 14/17 14/20 16/3 16/11 16/15 16/20 16/24 17/11 17/18 17/22 17/25 19/7 27/20 28/4

commit [10] 8/23 9/11 9/19 13/9 13/21 14/4 16/13 17/11 17/9 60/8

commitment [1] 6/12

commits [8] 9/13 9/14 13/23 13/24 17/2 17/4 27/19 28/5

committed [23] 6/8 9/3 9/8 10/2 10/7 10/16 11/16 12/21 13/14 13/18 14/11 14/15 15/25 16/19 16/22 17/16 17/20 18/4 27/18 53/15 60/12 69/11 145/6

committing [10] 9/2 9/11 9/19 13/12 13/21 14/3 16/17 16/25 17/8 39/21

common [2] 19/23 119/14

commonly [1] 138/22

communications [1] 6/2

compare [1] 120/5

compass [1] 66/11

compel [1] 18/19

compelling [1] 70/17

competition [1] 96/22

completed [1] 178/7

completely [3] 45/10 45/11 151/6

completes [2] 47/5 48/1

completion [2] 71/5 71/5

compression [1] 189/11

compressor [2] 72/8 189/12

# C

computer [7] 43/4 43/9 44/11 181/3 184/8 191/5 226/10
computer-assisted [1] 226/10
computer-generated [5] 43/4 43/9 44/11 181/3 184/8
computerized [1] 226/9
computers [1] 44/3
con [2] 17/23 101/19
conceal [10] 14/25 15/14 15/16 52/14 67/13 67/21 77/2 148/4 151/23 200/21
concealed [6] 33/25 34/1 68/14 77/4 77/12 147/5
concealing [2] 77/7 150/19
concentrated [1] 140/17
concentrating [1] 23/1
concept [6] 27/14 27/17 28/15 28/18 28/19 60/24
concerned [11] 8/20 8/25 10/11 13/6 13/11 14/20 16/10 16/15 17/25 48/10 109/23
concerning [2] 6/2 6/6
conclude [1] 53/22
conclusion [7] 12/20 15/24 81/19 82/14 86/19 86/21 97/16
conclusions [2] 7/6 52/9
condition [4] 146/12 146/13 199/2 211/8
conduct [2] 5/5 11/11
confessing [2] 57/19 57/21
confession [2] 58/10 69/22
confessions [4] 58/15 61/15 90/24 101/20
confidential [1] 7/22
confirm [1] 178/23
confused [1] 12/6
conjunction [2] 151/9 201/22
connect [1] 95/24
connected [4] 130/2 198/12 204/4 211/14
connecting [2] 214/22 217/4
consent [3] 18/5 18/14 65/24
consented [1] 176/4
consequences [1] 82/13
consider [8] 7/3 54/4 91/15 92/8 96/20 97/6 97/10 97/12
considerable [1] 94/5
consideration [2] 20/1 97/14
considered [3] 11/17 96/13 140/25
consistent [4] 19/19 55/5 72/24 73/13
consists [2] 32/9 32/10
constitute [1] 19/14
contact [7] 5/22 5/24 49/24 95/7 116/25 143/12 144/7
contacted [2] 146/5 152/3
contacting [1] 117/19
contain [1] 154/5
contained [2] 223/24 224/2
containers [1] 223/15
contains [1] 49/19
contemplating [1] 99/5
contends [3] 8/24 13/10 16/14
contest [1] 96/21
contested [5] 22/5 26/23 52/10
continue [3] 11/24 138/12 138/17
continued [2] 105/1 210/11
continuing [3] 49/3 138/21 190/19
contract [2] 111/1 120/23
contracts [1] 29/17
control [3] 142/5 197/21 198/4
controlled [3] 205/11 213/24 213/24
controls [1] 87/17
convened [1] 100/8
Convention [1] 129/14
conversation [4] 47/13 220/4 221/12 221/23
convict [1] 12/14

convicted [3] 8/22 13/7 16/12
conviction [2] 12/8 15/1
convinced [3] 10/10 14/18 17/23
coordinate [1] 25/17
coordinated [1] 23/24
copy [2] 8/2 178/17
corner [21] 32/14 32/15 34/17 41/5 139/10 139/18 140/3 140/15 141/12 141/15 147/18 148/1 150/16 157/2 157/23 157/25 159/22 169/4 183/10 187/16 191/5
corners [1] 139/25
corpse [14] 13/3 13/12 14/2 14/4 14/8 14/12 14/17 14/22 14/25 15/8 15/9 15/11 15/13 27/10
correct [82] 4/23 122/20 124/20 140/18 140/20 144/6 145/25 157/17 157/18 161/19 167/8 167/9 167/24 167/25 172/15 172/16 184/1 184/8 184/9 185/9 185/10 185/13 186/8 186/9 186/22 187/11 189/16 192/18 193/20 195/23 197/4 197/8 197/12 197/13 197/18 198/5 198/6 198/17 199/1 200/11 200/17 200/18 200/21 200/25 201/14 201/25 203/25 204/1 204/7 204/15 205/23 206/8 207/17 207/18 207/24 208/12 208/16 209/10 210/3 210/25 211/21 212/20 213/16 213/21 214/6 214/23 214/24 215/7 215/14 216/16 216/23 217/1 217/2 217/5 217/6 218/3 218/23 220/7 221/16 222/5 222/23 226/12
corroborate [4] 69/21 70/8 70/18 76/15
corroborated [3] 61/21 91/23 91/25
Corroboration [2] 91/21 92/2
cost [1] 220/15
Cou [1] 199/25
could [55] 25/21 39/8 39/9 41/18 50/18 70/6 70/6 81/16 82/1 97/16 97/20 102/21 103/14 103/18 103/25 106/22 107/4 107/13 108/8 111/12 115/22 116/6 123/18 123/25 133/17 134/2 140/24 147/3 148/23 151/19 154/20 155/7 156/5 162/11 163/1 171/7 171/20 173/3 179/17 181/8 183/12 187/22 195/13 195/14 203/1 203/10 206/16 208/4 220/15 222/6 222/7 222/9 222/10 222/19 222/22
couldn't [1] 206/17
counsel [12] 4/19 7/9 23/22 98/13 98/21 100/4 100/7 132/13 179/3 196/4 211/20 223/2
Count [4] 8/16 8/16 13/2 16/6
counties [1] 180/14
county [33] 1/1 4/6 4/8 21/7 21/7 21/20 23/19 23/19 24/10 24/17 25/2 89/5 112/3 115/14 134/12 135/4 135/16 135/19 135/19 136/2 136/3 143/21 144/10 180/20 197/12 198/21 200/1 200/2 200/4 220/12 220/18 220/19 226/2
couple [13] 21/12 39/16 62/23 84/5 84/6 119/24 130/14 150/22 159/11 166/20 188/1 202/24 223/3
Coupled [1] 95/14
course [10] 18/7 80/6 100/11 201/16 204/23 207/16 211/11 215/15 221/12 221/22
court [36] 1/1 1/11 2/4 4/2 5/8 6/4 6/11 6/21 6/25 7/9 7/16 87/17 89/5 98/8 100/5 100/8 101/2 102/4 102/7 132/13 132/16 145/11 149/21 161/3 161/22 179/3 193/1 221/6 221/9 224/20 224/21 225/6 225/10 226/4 226/5 226/19
courtroom [6] 5/20 6/14 22/13 76/17 98/6 176/6
Courts [1] 145/11
cousin [1] 116/7
coveralls [1] 149/14
covered [1] 33/25
Covington [2] 20/24 21/1

cows [2] 108/19 115/21
cozy [1] 93/18
crack [1] 189/7
Cramer [2] 153/11 153/21
cranial [2] 73/25 74/12
cranium [1] 73/20
created [4] 43/17 43/25 181/6 192/16
creating [1] 209/25
creation [1] 181/3
credibility [1] 7/11 96/15
credit [1] 50/24
crime [108] 8/18 8/19 8/21 8/22 8/22 8/25 9/6 9/7 9/9 9/12 9/13 9/14 9/16 9/19 9/22 9/25 10/2 10/5 10/8 10/9 10/12 12/24 13/4 13/4 13/6 13/7 13/8 13/11 13/16 13/17 13/20 13/22 13/23 13/24 14/1 14/4 14/6 14/8 14/11 14/13 14/16 14/18 14/20 14/25 15/2 15/14 15/16 16/3 16/9 16/11 16/12 16/15 16/20 16/21 16/24 17/1 17/2 17/4 17/6 17/9 17/11 17/14 17/16 17/17 17/21 17/22 17/25 27/15 27/16 27/19 27/20 28/4 28/19 31/11 31/18 35/13 36/3 38/23 39/2 39/12 39/18 41/14 44/20 51/4 52/15 57/20 57/20 57/21 58/2 60/12 67/14 73/5 74/1 77/3 78/8 136/12 145/6 149/11 149/14 151/10 151/17 151/21 152/11 154/12 154/17 181/19 217/7
crimes [5] 39/21 53/16 60/8 133/23 133/24
criminal [13] 8/20 10/15 13/5 14/23 16/9 18/3 25/5 25/13 27/17 28/17 39/19 54/6 133/20
critical [1] 49/14
critically [1] 71/15
cross [13] 3/10 3/16 6/19 98/19 99/18 100/25 101/23 102/3 122/9 122/12 132/24 196/19 196/22
cross-examination [7] 3/10 3/16 6/19 98/19 99/18 122/12 196/22
crow [3] 212/11 212/15 212/16
crude [1] 65/13
crush [2] 34/24 158/21
crushed [22] 76/24 155/16 155/17 155/21 156/3 157/6 157/7 157/13 158/8 158/15 158/16 158/19 158/23 159/1 205/1 205/5 205/13 205/15 206/10 206/20 206/24 209/2
crusher [33] 34/21 34/22 35/1 35/7 76/25 140/12 152/7 152/13 153/1 153/3 155/10 155/18 155/19 155/22 155/25 156/7 156/14 156/19 156/22 156/23 156/24 157/1 157/4 157/5 157/9 157/25 158/1 158/15 158/23 205/20 206/2 212/14 212/19 212/23
crushing [1] 212/2
crux [1] 36/10
cue [1] 71/17
Culhane [10] 31/20 31/22 44/15 44/23 45/11 51/4 53/1 72/13 77/22
Cum [1] 104/16
current [2] 178/4 178/10
currently [3] 21/20 133/23 142/21
cursory [1] 209/13
curtilage [1] 139/23
Curtis [1] 80/14
curve [1] 73/22
custodian [1] 179/7
customer [1] 178/8
cut [9] 32/3 32/3 50/2 52/4 52/5 52/7 52/8 69/3 80/5
cuts [1] 66/20

# D

D.A [1] 23/18
D.A.'s [1] 4/9
D.O.T [1] 208/17
Da [1] 213/10

**D**

dad [1] 33/2
dad's [1] 108/10
dairy [1] 115/25
Daisy [11] 79/8 79/20 79/21 126/7 126/9
126/12 126/15 126/25 127/21 128/7 128/21
Dane [1] 21/7
dangerous [4] 16/8 18/6 18/17 18/19
dangers [1] 162/21
dark [3] 84/17 149/2 194/18
darkened [1] 185/13
darkness [1] 151/13
Das [1] 137/20
DASSEY [99] 1/6 1/23 4/3 4/13 10/24 11/5
15/7 15/13 15/25 16/1 21/17 26/13 27/2 28/9
32/20 32/21 34/18 39/25 41/6 43/21 46/19
53/15 54/4 54/23 56/3 62/12 62/14 62/21
63/25 64/3 64/22 65/1 65/19 66/19 66/24
67/7 67/14 67/20 68/18 72/18 74/7 80/1 80/3
81/20 81/22 82/3 82/9 82/21 89/14 90/5 90/8
90/24 92/18 99/3 122/15 122/19 137/20
137/21 143/7 167/23 169/20 171/2 171/9
171/14 172/14 172/19 172/21 173/23 174/17
175/6 175/8 176/3 176/18 177/1 183/9
183/15 183/22 184/4 184/11 185/23 190/9
190/13 192/1 192/3 193/6 193/10 193/22
194/6 194/11 195/22 203/25 204/4 213/10
213/15 214/12 214/22 215/7 217/1 217/5
Dassey's [20] 27/8 37/4 38/7 40/24 46/24
54/5 59/3 70/16 72/4 90/4 90/10 139/12
139/20 171/22 174/4 174/12 189/14 192/8
194/10 211/15
Dassey/Janda [1] 213/10
data [1] 119/2
date [8] 1/10 101/21 110/18 111/4 145/7
145/7 195/15 205/10
Dated [1] 226/15
daughter [10] 29/3 103/2 109/7 116/9
116/12 118/1 118/9 120/16 121/15 122/18
daughters [1] 114/19
daunting [1] 21/15
Dawn [1] 47/11
day [44] 1/5 7/25 11/18 29/9 37/15 38/21
40/11 40/13 41/16 43/2 47/7 47/8 49/20 69/5
70/9 71/9 108/3 108/6 108/11 108/13 109/4
110/1 110/2 112/7 112/12 116/15 116/17
116/21 117/24 126/14 131/5 131/14 145/18
162/13 179/22 179/22 198/1 205/10 209/24
211/7 211/9 219/13 224/25 226/15
day's [1] 7/3
days [25] 22/3 36/6 36/7 36/7 39/16 43/14
45/23 50/15 50/21 50/21 88/6 88/6 89/22
89/22 111/25 115/22 143/12 145/8 157/12
166/21 179/19 180/7 180/12 195/22 202/24
DCI [6] 90/21 133/21 133/22 136/11 193/12
196/25
DCI's [3] 134/12 136/1 136/6
dead [1] 66/25
deal [2] 39/4 104/10
death [10] 10/17 10/25 11/1 11/4 11/12 55/1
79/14 120/1 126/20 127/25
debrief [1] 163/11
debris [8] 34/2 84/20 85/3 149/3 218/6
218/8 218/10 218/13 218/15 218/16
deceased [2] 35/22 153/6
decide [14] 5/6 6/14 63/22 66/16 67/9 68/5
69/18 81/12 81/13 87/3 94/22 96/7 97/1
210/5
decided [1] 105/3
decides [1] 67/11
decision [9] 20/12 66/15 69/12 69/12 88/23
96/11 151/7 151/9 151/12

decisions [4] 21/13 65/6 65/16 69/16
deck [2] 184/23 190/24
dedicated [1] 103/4
deep [2] 52/8 53/3
defendant [54] 1/7 1/20 1/22 1/24 8/13 8/17
8/24 9/18 9/23 10/2 10/7 10/11 10/20 11/9
11/14 12/12 12/13 12/21 12/23 12/25 13/1
13/2 13/10 14/2 14/7 14/10 14/15 14/19 15/3
15/15 16/4 16/5 16/6 16/14 17/7 17/12 17/16
17/20 17/24 18/7 18/11 18/15 18/18 18/24
18/25 19/11 19/17 20/14 28/3 32/21 82/15
99/2 99/10 172/14
defendant's [4] 11/3 12/3 15/19 19/20
Defendants [1] 19/19
defense [11] 23/10 86/18 96/18 96/25 99/1
99/17 99/23 177/5 178/12 179/2 179/8
defer [2] 101/2 101/5
defined [3] 10/15 14/22 18/2
Definitely [1] 182/18
definition [1] 218/15
degraded [2] 42/17 45/11
degrading [1] 65/13
degree [25] 8/17 9/1 9/17 9/20 9/24 10/3
10/8 10/14 10/20 12/22 14/16 16/7 16/16
17/7 17/9 17/13 17/17 17/21 18/2 18/22
27/10 27/11 31/2 53/16 63/19
deliberate [1] 88/21
deliberations [7] 5/11 5/12 5/16 7/21 8/4
19/9 54/17
Delores [2] 32/25 138/10
Delores' [1] 141/24
demeanor [1] 166/10
demonstrative [3] 161/7 161/13 161/24
denial [2] 58/13 60/4
denials [3] 58/16 58/17 59/10
denied [2] 54/25 88/16
dentist [2] 76/3 76/4
department [14] 4/7 24/5 25/3 25/5 79/10
112/4 124/13 131/20 135/19 135/20 135/23
136/3 136/4 188/3
departments [2] 115/1 180/15
depend [1] 101/16
depending [1] 160/21
depends [3] 109/8 206/20 209/21
depict [8] 174/21 181/10 181/20 181/24
186/15 189/4 189/18 189/19
depicted [5] 130/11 164/20 164/23 184/19
198/25
depicting [2] 155/10 185/19
depiction [7] 142/22 150/23 183/8 184/16
184/21 217/22 218/7
depictions [5] 44/6 182/11 187/8 187/8
217/15
depicts [4] 170/23 172/5 188/6 189/6
depression [1] 212/13
Deputies [1] 200/1
deputy [3] 188/2 200/4 224/9
descent [1] 139/2
describe [26] 26/7 56/10 59/1 59/2 73/19
104/4 104/21 106/6 106/22 107/13 113/23
115/22 124/1 137/4 142/18 146/1 147/3
149/11 152/20 153/25 162/12 166/12 175/8
179/17 194/5 202/9
described [11] 77/7 146/11 162/17 187/17
194/18 194/22 196/10 200/20 204/14 204/24
222/8
describes [2] 67/20 95/4
describing [1] 181/8
description [3] 27/25 66/4 174/13
deserves [1] 12/17
designed [4] 34/24 56/14 57/11 57/12
desk [2] 187/15 191/5
desperately [1] 36/22

Despite [1] 95/23
destroyed [1] 8/1
destructive [1] 41/19
detached [1] 92/25
detail [7] 48/4 63/19 64/4 70/3 70/4 70/4
175/7
detailed [2] 54/15 187/9
details [13] 55/17 56/22 59/8 61/24 63/8
63/15 65/25 69/10 91/25 92/6 92/13 95/2
96/1
detect [1] 35/19
detective [1] 161/10
determination [1] 30/13
determine [8] 63/18 113/4 127/23 143/13
151/23 168/6 170/19 207/21 208/10
210/16
determined [2] 30/5 168/24
determining [1] 219/20
develop [4] 45/1 45/12 53/1 113/20
developed [6] 31/22 44/18 51/4 58/4 165/9
211/14
device [1] 212/2
diagrams [1] 76/25
did [105] 8/23 11/6 13/8 16/13 18/13 54/21
54/21 62/16 63/14 64/12 70/5 77/5 79/2
80/21 81/9 87/12 100/7 102/24 104/13
104/22 105/6 105/13 106/14 106/15 107/18
107/20 109/3 109/5 109/17 111/14 111/25
113/12 113/18 113/20 113/22 114/12 114/12
116/15 116/23 117/11 117/13 117/14 118/23
120/8 120/17 120/25 120/25 121/3 122/16
124/10 124/15 125/5 127/2 127/14 129/4
130/19 130/23 131/1 131/19 131/22 132/1
143/13 144/13 144/16 144/20 145/16 146/20
147/4 162/16 162/23 166/19 166/22 172/18
172/21 173/23 174/7 175/7 175/11 175/13
177/20 193/15 197/24 199/13 200/1 201/11
203/13 203/15 203/17 203/18 203/19 204/21
207/2 207/2 210/5 210/7 210/15 210/19
210/20 212/10 213/7 215/6 215/20 218/24
221/3 224/5
didn't [25] 26/20 31/10 31/14 31/15 39/7
55/5 55/6 55/8 70/1 72/17 81/7 81/7 94/12
112/2 116/11 117/11 121/16 166/23 177/11
197/16 198/3 203/16 205/3 213/18 215/5
died [1] 103/22
difference [4] 57/10 60/23 86/20 107/10
differences [1] 87/9
different [26] 22/17 32/11 37/12 39/3 46/14
51/20 79/20 89/5 89/13 89/14 91/9 91/19
91/20 92/12 93/11 130/22 151/4 165/13
183/21 185/19 187/12 187/15 188/23 191/8
202/6 208/19
differently [1] 60/10
differs [1] 93/18
difficult [13] 57/25 59/11 62/22 64/24 89/2
116/14 120/12 159/10 206/3 207/20 209/3
209/6 209/14
dig [1] 209/8
digital [3] 80/19 118/8 118/16
dimensional [3] 181/25 182/1 183/8
direct [14] 3/9 3/12 3/15 6/18 11/1 57/2
102/19 108/4 123/14 133/15 172/10 197/15
204/23 216/17
directed [3] 6/25 27/2 57/1
direction [2] 25/19 148/2
directly [23] 8/23 9/2 9/3 9/8 10/2 10/7 11/7
12/21 13/8 13/12 13/14 13/18 14/11 14/15
15/25 16/1 16/13 16/16 16/18 16/22 17/16
17/20 167/21
directs [2] 144/4 145/2
dirt [3] 185/4 185/15 191/17
dis [1] 67/11

## D

**disappear [1]** 186/13
**disappearance [1]** 119/25
**disappearing [1]** 188/16
**discard [1]** 94/20
**discarded [1]** 55/4
**discovered [4]** 49/18 145/23 156/6 189/11
**discoveries [1]** 49/15
**discovery [3]** 39/1 41/2 49/13
**discuss [6]** 5/15 66/13 97/8 98/22 100/7 106/6
**discussed [1]** 4/21
**discusses [1]** 67/1
**discussing [1]** 193/7
**discussion [6]** 5/13 97/22 98/1 133/5 135/21 173/6
**discussions [1]** 113/12
**disposal [1]** 43/1
**dispose [3]** 52/14 67/9 82/11
**distance [7]** 94/14 159/17 166/16 183/1 183/2 191/24 212/11
**distract [1]** 7/18
**distribute [1]** 114/13
**distributing [1]** 114/10
**distribution [1]** 48/20
**district [4]** 4/6 23/18 24/4 24/10
**disturbing [1]** 63/9
**ditches [1]** 114/24
**dive [1]** 180/21
**Division [2]** 25/5 133/20
**DNA [31]** 24/13 31/8 31/9 31/12 31/18 31/24 31/25 39/8 44/14 44/18 44/21 45/1 45/12 45/17 50/6 51/3 51/24 52/17 52/19 52/23 72/13 77/21 89/23 90/4 90/6 120/1 120/5 215/2 215/3 215/4 217/3
**do [130]** 5/8 5/12 5/15 5/23 10/6 14/14 17/19 19/20 22/8 22/14 22/19 27/13 43/25 48/2 48/15 49/25 56/8 58/20 59/11 59/18 60/7 63/8 65/11 65/18 66/7 66/12 66/16 71/2 71/20 71/25 73/7 74/15 76/14 79/12 85/1 85/16 87/7 87/15 88/1 88/2 89/2 93/23 101/3 105/15 105/18 108/5 108/25 110/9 110/11 110/18 113/8 114/9 114/14 115/24 115/25 116/8 116/23 117/9 118/3 118/18 119/15 119/16 120/4 120/4 121/4 124/2 124/10 124/22 126/5 128/5 128/23 129/1 129/10 129/12 129/21 130/16 130/20 131/5 131/20 131/24 134/13 145/9 148/17 153/11 154/23 156/12 160/24 162/19 162/23 162/24 162/24 163/22 163/24 165/9 166/7 169/14 169/15 173/16 173/18 174/22 176/5 176/8 176/15 177/9 182/12 182/19 182/24 186/4 189/3 195/15 199/6 199/9 201/16 203/6 203/22 205/18 206/4 206/5 206/14 207/14 208/7 208/17 208/25 209/23 210/1 212/10 217/10 222/15 223/7 226/6
**does [27]** 7/17 11/14 12/15 31/23 31/24 47/16 66/15 77/22 93/23 96/17 96/18 102/1 111/3 111/6 111/9 130/7 130/10 130/11 130/15 146/15 156/19 165/3 165/5 208/11 209/12 217/24 221/25
**doesn't [3]** 25/24 48/7 218/2
**dog [20]** 93/22 122/1 152/23 153/2 153/3 153/4 153/7 153/11 154/11 163/3 166/6 166/9 166/10 166/13 166/14 166/19 166/24 185/7 191/18 210/10
**doghouse [2]** 185/7 191/18
**dogs [12]** 35/17 35/18 35/18 42/3 42/4 152/22 153/5 153/17 163/4 163/6 166/22 166/23
**doing [8]** 12/10 22/10 24/16 44/14 66/5 113/11 128/12 221/18

## don't [32] 22/7 28/18 61/14 65/11 82/18
88/10 90/3 94/12 95/22 96/24 97/2 101/24 104/9 122/16 135/14 143/18 159/4 161/3 161/6 161/8 161/13 179/19 199/4 200/7 203/16 205/7 208/13 210/6 210/21 214/13 219/25 220/3
**Donald [1]** 94/2
**done [7]** 25/18 85/6 86/9 88/8 88/11 163/10 180/17
**door [24]** 51/9 51/11 51/17 51/22 64/6 64/8 64/17 64/21 103/20 104/3 164/18 165/2 184/23 184/24 186/20 187/20 187/21 187/21 187/25 187/25 188/24 190/25 199/7 199/12
**door/entrance [1]** 187/25
**doors [4]** 164/16 164/17 164/20 186/20
**dots [2]** 74/2 74/4
**doubt [32]** 10/1 10/11 10/22 12/20 14/10 14/19 15/5 15/24 17/15 17/24 18/9 18/22 19/11 19/17 19/22 19/23 19/24 20/2 20/6 20/6 20/8 20/10 20/10 20/11 20/14 20/15 53/14 96/5 96/8 96/19 97/3 97/5
**down [29]** 58/22 68/2 68/4 68/12 83/3 92/20 102/25 123/2 133/1 135/7 135/10 137/12 137/13 138/21 139/2 140/22 143/4 154/1 154/6 169/20 171/8 171/13 186/14 186/14 191/2 191/10 198/24 210/10 224/16
**dozens [2]** 91/25 92/6
**Dr. [6]** 73/17 74/9 74/10 75/20 76/4 196/11
**Dr. Donald [1]** 76/4
**Dr. Eisenberg [2]** 74/9 75/20 196/11
**Dr. Jentzen [1]** 74/10
**Dr. Leslie [1]** 73/17
**dramatic [2]** 33/16 34/8
**draw [4]** 7/6 52/8 57/4 117/17
**drawing [1]** 59/7
**drink [1]** 131/22
**drive [2]** 171/8 212/25
**driven [3]** 36/3 68/12 76/22
**driver's [1]** 168/15
**drives [1]** 84/17
**driveway [6]** 137/11 137/23 139/15 169/19 169/19 171/13
**dropped [2]** 77/2 82/25
**drove [1]** 106/20
**dry [1]** 211/9
**due [1]** 163/13
**dug [2]** 185/5 191/19
**duly [3]** 102/14 123/8 133/9
**during [34]** 5/5 5/19 6/3 6/9 7/14 7/14 7/21 8/4 8/9 20/22 23/6 27/6 27/7 47/13 54/8 54/9 54/17 68/1 71/12 97/7 97/13 98/7 98/25 108/3 108/12 109/6 115/21 165/10 204/23 205/10 211/11 215/15 221/12 221/22
**dusk [2]** 149/2 150/24
**duties [2]** 105/24 133/22
**duty [3]** 5/6 7/2 20/13
**dynamic [1]** 60/23

## E

**EAA [1]** 129/14
**each [19]** 6/7 7/1 7/23 10/10 14/18 17/23 23/17 26/10 37/11 40/1 86/17 86/18 86/23 89/12 96/15 157/7 180/2 206/25 209/17
**Earl [1]** 198/18
**earlier [7]** 30/19 67/22 69/5 162/8 192/3 193/8 202/6
**early [5]** 28/14 30/13 36/20 89/3 197/19
**earth [1]** 73/12
**easier [1]** 117/23
**easily [5]** 35/3 95/16 159/9 202/17 202/19
**east [11]** 23/19 137/16 139/19 140/8 152/24 160/8 171/16 185/25 187/18 190/8 190/23
**easy [1]** 206/11

## EDELSTEIN [17] 1/21 3/16 4/12 54/12
100/1 100/3 101/6 101/15 196/20 200/7 202/1 202/4 208/6 208/9 211/25 221/8 221/10
**edge [4]** 30/11 156/9 158/11 185/15
**Edition [1]** 108/21
**educated [2]** 93/12 113/25
**education [1]** 104/14
**effect [4]** 59/23 61/8 222/12 222/15
**effort [4]** 36/18 37/1 94/5 199/14
**efforts [10]** 24/22 25/10 36/20 48/13 48/14 114/14 116/4 116/21 179/18 180/9
**eight [3]** 45/23 50/15 184/20
**Eisenberg [4]** 73/17 74/9 75/20 196/11
**either [19]** 9/1 9/12 13/12 13/22 16/16 17/1 22/25 27/18 34/4 35/22 42/2 115/5 116/19 131/4 145/15 171/9 180/24 207/11 217/4
**electronic [1]** 164/6
**electronically [1]** 182/23
**electronics [1]** 80/16
**elements [7]** 10/23 12/21 15/6 15/25 18/10 18/22 27/12
**elevated [1]** 185/15
**elevation [2]** 143/5 191/10
**Eleven [5]** 123/24 132/6 132/7 132/11 132/19
**elicit [1]** 99/17
**elicited [2]** 99/23 99/25
**ELMO [1]** 128/10
**else [7]** 5/16 80/2 81/15 122/24 162/21 210/20 212/7
**emotion [1]** 93/15
**emotions [1]** 93/10
**empathy [1]** 66/9
**employed [3]** 133/18 134/3 196/25
**employee [2]** 43/12 197/3
**employment [1]** 104/22
**empty [1]** 188/10
**enclosed [4]** 36/1 152/9 152/10 201/7
**encourage [7]** 22/19 58/4 58/6 60/3 60/4 94/6 94/9
**end [23]** 29/7 37/9 63/22 64/13 83/1 86/22 87/15 87/19 88/2 88/14 96/10 96/12 96/23 97/9 97/15 122/1 129/20 129/21 134/24 134/25 137/12 137/24 144/1
**ended [2]** 159/7 205/25
**enforcement [40]** 25/8 35/12 37/1 37/13 44/16 48/14 49/9 62/2 77/19 78/3 90/23 114/25 116/21 117/16 117/18 127/14 135/1 135/3 135/10 135/17 138/15 140/24 142/5 142/7 144/21 145/3 146/5 146/21 149/6 162/18 162/21 169/25 177/21 180/13 197/21 198/3 202/6 204/20 208/3 224/19
**engaged [1]** 114/15
**enjoyed [3]** 103/10 104/11 105/10
**enlarge [1]** 207/11
**enough [3]** 23/1 96/4 178/13
**enter [1]** 172/18
**entered [2]** 146/23 151/12
**entire [4]** 62/20 63/1 63/16 139/18
**entirely [2]** 89/15 94/23
**entirety [1]** 8/14
**entitled [2]** 99/17 215/13
**entrance [12]** 73/22 74/3 74/6 164/16 164/17 164/20 171/16 184/23 184/24 187/24 187/25 190/25
**entry [2]** 143/20 165/2
**episodes [1]** 51/15
**equipment [8]** 34/22 34/24 164/6 181/16 207/8 207/11 207/13 209/22
**error [2]** 183/3 216/19
**Ertl [5]** 78/7 78/11 149/10 149/10 150/21
**Ertl's [1]** 149/13

# E

escalating [1] 92/17
escape [1] 20/11
escapes [1] 182/4
especially [2] 105/12 114/8
essence [1] 136/7
essentially [10] 137/11 137/25 143/10 145/1
 159/2 159/19 162/15 183/20 190/6 191/25
establish [1] 12/16
established [1] 45/17
establishing [2] 12/11 19/13
evaluate [1] 69/14
evaluating [1] 8/10
even [26] 11/19 36/20 39/12 42/1 52/10 57/3
 62/1 64/5 64/17 69/24 73/24 76/3 87/14
 88/11 89/6 89/10 110/1 112/6 112/7 112/12
 112/12 145/16 147/17 186/19 187/8 219/12
evening [11] 35/15 75/10 120/14 163/15
 163/17 165/12 174/14 174/20 193/17 193/23
 194/13
event [2] 66/3 105/14
ever [23] 21/14 44/20 106/6 106/11 106/12
 106/15 107/19 109/13 120/15 122/14 122/17
 122/18 122/22 124/13 125/3 125/21 127/8
 129/1 130/16 131/17 172/7 202/23 220/3
every [16] 19/6 19/13 20/14 37/11 37/17
 58/10 58/11 59/2 75/20 76/1 88/18 155/4
 157/7 157/12 180/3 206/23
everybody [3] 21/3 53/3 57/24
Everyday [1] 82/24
everything [4] 25/18 56/24 57/7 211/10
evidence [137] 5/7 5/13 6/9 6/14 6/15 6/17
 7/4 7/8 7/10 7/12 8/8 8/11 8/15 9/25 10/21
 12/15 14/9 15/4 17/14 18/8 19/3 19/10 19/16
 19/18 20/1 20/2 20/20 20/21 20/24 21/24
 22/4 24/13 26/4 26/6 26/9 26/11 26/21 26/22
 27/1 27/1 27/3 27/4 28/7 28/25 29/6 31/9
 31/9 31/13 31/22 33/14 34/15 34/23 35/13
 35/25 38/11 38/22 40/9 40/17 41/2 41/11
 41/20 43/16 44/17 44/20 46/13 47/25 49/6
 50/20 52/17 53/6 53/11 54/10 54/19 55/6
 55/8 56/22 57/24 59/12 59/20 60/15 61/10
 61/22 64/15 69/22 70/7 70/15 70/24 71/3
 71/23 72/15 72/22 73/4 75/3 76/14 76/15
 81/1 81/18 81/21 86/10 86/24 87/20 88/6
 89/18 89/22 90/3 90/5 91/8 95/24 96/13
 98/20 99/8 99/13 99/20 99/22 100/12 149/16
 161/8 161/14 163/12 163/14 165/11 165/15
 165/15 165/17 165/20 182/15 182/16 189/3
 189/5 189/9 214/20 215/10 217/3 223/14
 223/21 223/24 224/2
evidentiary [5] 98/18 151/24 170/1 180/25
 201/24
ex [1] 207/22
exact [1] 200/3
exactly [1] 77/6
exam [2] 204/23 215/15
examination [19] 3/9 3/10 3/12 3/15 3/16
 3/17 6/19 41/22 50/1 98/19 99/18 100/17
 102/19 122/12 123/14 133/15 196/22 200/23
 223/5
examine [2] 19/2 42/1
examined [15] 42/18 45/16 50/4 72/22
 102/15 123/9 133/10 151/22 155/18 157/7
 157/11 157/12 200/22 206/24 219/23
example [3] 27/25 180/20 205/21
excavate [1] 43/5
except [1] 7/14
exception [1] 205/12
exclude [1] 215/5
excluded [1] 215/4
exclusion [1] 73/12

excuse [11] 23/20 47/21 49/18 53/1 53/6
 53/10 53/15 93/12 147/1 164/3 164/4
excused [1] 5/19
execute [1] 162/18
executed [1] 145/8
exemplar [1] 45/14
exhibit [122] 103/24 105/18 106/24 110/15
 110/23 110/24 114/2 114/5 118/14 118/17
 119/6 119/10 119/20 120/19 121/1 121/10
 121/13 125/7 127/4 127/6 127/7 127/10
 127/18 129/5 129/7 129/10 130/3 130/7
 130/12 136/19 136/19 136/21 137/4 139/8
 140/1 141/7 141/8 141/9 142/19 142/21
 142/23 143/23 144/3 146/8 146/25 147/8
 147/23 148/25 149/22 149/24 150/12 150/13
 150/21 151/1 153/10 155/6 155/20 156/25
 157/19 158/17 159/12 163/18 164/9 164/21
 165/3 165/25 166/7 167/2 167/14 168/1
 168/14 168/17 169/2 170/3 170/14 170/22
 171/19 172/3 173/1 173/7 173/16 173/17
 173/20 174/2 174/10 174/15 175/24 175/25
 176/1 176/2 176/21 178/1 178/14 178/17
 183/5 183/19 184/3 184/10 184/15 184/25
 185/9 185/10 185/17 185/22 186/10 186/25
 187/4 188/4 188/6 188/13 188/21 192/19
 192/25 198/25 202/5 211/22 211/22 213/3
 215/19 217/14 218/1 218/17
exhibits [12] 3/18 6/21 88/7 146/7 148/19
 148/20 155/1 176/10 176/12 196/1 213/14
 216/24
exist [1] 11/24
existence [1] 207/23
exists [1] 11/15
exit [2] 187/20 187/25
exonerated [3] 31/3 31/7 31/19
expect [4] 20/20 38/15 93/22 143/18
experience [1] 165/20
expert [7] 51/13 69/16 73/18 74/18 80/8
 158/21 219/22
expertise [2] 24/12 105/7
explain [7] 26/25 60/2 69/21 70/23 86/10
 95/1 190/3
explained [1] 154/4
explains [2] 42/10 61/17
explanation [1] 27/25
explanations [1] 66/8
exposed [3] 6/1 6/5 94/18
express [2] 59/17 159/5
expressing [1] 59/15
expression [1] 66/9
expressions [2] 81/4 94/14
extent [3] 203/8 207/19 217/23
exterior [4] 43/18 43/19 186/19 186/19
Extreme [1] 108/20
eye [3] 95/7 182/12 184/1
eyes [1] 114/20
eyewitness [1] 75/14

# F

F-a-s-s-b-e-n-d-e-r [1] 133/14
facial [1] 94/14
facing [2] 148/1 166/4
fact [33] 7/7 19/13 25/11 26/17 34/13 35/19
 37/7 45/12 49/8 51/6 52/9 57/13 57/20 58/21
 72/1 72/17 76/16 96/25 112/24 145/14
 161/23 168/1 172/18 198/7 198/16 201/21
 206/10 213/22 218/4 219/11 219/24 220/22
 221/25
factor [1] 11/4
factors [1] 151/12
facts [7] 6/23 12/4 15/20 22/9 61/22 78/2
 81/12
Fails [1] 95/6

fair [9] 20/1 63/8 158/9 169/9 169/10 197/9
 198/12 206/11 211/11
FALLON [8] 1/15 4/7 24/3 24/5 98/16 98/24
 100/20 223/20
false [2] 62/5 62/6
familiar [6] 26/19 33/12 44/2 106/19 167/10
 181/5
family [19] 21/18 21/19 48/9 50/25 82/8
 103/2 103/5 103/13 107/25 108/11 111/13
 112/5 114/15 115/8 115/23 121/4 121/10
 121/15 198/17
fanciful [1] 81/4
far [7] 128/18 141/8 156/12 157/19 159/13
 168/3 187/3
farm [2] 109/9 160/12
farmers [1] 115/25
farmhouse [2] 103/21 104/7
FASSBENDER [33] 3/14 25/3 36/17 39/12
 55/19 78/15 90/21 127/17 133/7 133/8
 133/13 133/17 136/11 144/7 149/20 155/5
 162/6 165/6 167/10 169/7 172/7 177/4
 179/15 181/2 185/8 189/17 190/1 193/5
 196/24 212/1 213/2 221/22 223/7
father [1] 138/11
favor [1] 24/17
favorite [1] 107/21
FBI [1] 80/15
fear [1] 20/9
February [11] 55/16 56/7 89/3 176/4 193/10
 193/18 193/23 195/16 195/20 222/14 222/17
February 26 [1] 222/17
February 27 [8] 55/16 56/7 176/4 193/10
 193/23 195/16 195/20 222/14
feel [6] 44/9 61/3 61/7 97/6 159/4 190/17
feeling [1] 57/23
feelings [2] 5/8 61/5
feet [8] 41/9 84/6 156/15 158/2 183/2 212/1
 212/19 212/23
fellow [1] 225/3
felt [1] 151/24
female [7] 39/4 39/10 39/14 42/23 45/18
 50/9 124/17
fence [3] 147/6 150/18 169/21
fencing [1] 148/5
few [4] 41/9 50/2 53/9 122/10
fiancé [1] 83/18
fiber [1] 66/10
fibers [1] 204/3
field [6] 111/20 140/8 140/8 160/9 160/12
 160/12
figure [2] 60/13 60/15
figures [1] 95/19
final [6] 5/16 88/21 91/12 91/14 96/11
 104/24
finally [6] 24/9 52/16 147/23 170/22 174/15
 188/21
financial [1] 48/16
find [47] 6/25 9/23 10/19 12/2 12/24 13/1
 14/7 15/3 15/18 16/3 16/5 17/12 18/7 18/23
 18/25 19/9 33/21 33/22 35/18 36/19 36/24
 39/13 39/14 42/10 48/12 48/14 50/2 50/5
 70/1 70/7 72/1 72/5 72/12 73/18 76/23 77/14
 82/15 87/12 96/5 111/21 126/25 127/15
 161/11 163/1 163/1 165/15 172/22
finding [3] 19/8 40/21 72/11
finds [1] 72/13
fine [1] 101/3
finger [4] 51/24 52/10 69/3 80/5
fingerprint [1] 45/2
fingerprints [4] 90/7 203/24 214/25 216/25
finish [4] 62/25 87/2 195/6 199/24
fire [19] 55/23 55/24 55/24 55/25 62/18
 67/18 67/24 68/24 69/2 75/11 75/13 75/16

## F

fire... [7] 76/14 85/4 85/15 86/5 86/6 168/25 195/8
firearms [3] 49/5 186/25 187/4
firefighter [1] 169/24
firefighters [2] 37/13 180/11
firemen [1] 206/22
firings [1] 73/7
first [72] 6/17 8/17 9/1 9/17 9/20 9/24 10/3 10/8 10/14 10/20 12/22 14/16 16/6 16/16 17/7 17/9 17/13 17/16 17/21 18/2 18/22 23/13 23/16 27/9 27/11 27/14 30/20 32/6 32/7 35/15 36/14 36/14 36/19 39/6 41/16 45/23 50/15 53/16 59/4 59/5 59/14 64/18 75/4 83/6 83/8 88/5 92/18 99/4 99/20 102/14 109/20 112/7 112/12 116/7 123/8 125/14 133/9 139/7 140/16 146/7 149/10 151/21 157/11 162/13 172/25 177/13 178/25 181/4 196/7 204/9 218/1 221/23
fit [10] 22/3 26/9 26/12 26/12 36/8 50/20 50/20 55/5 55/6 174/13
five [10] 46/11 79/22 83/3 83/25 85/2 103/3 109/12 114/4 145/8 197/5
fix [2] 25/22 32/5
fixed [3] 46/2 54/3 182/16
flames [1] 75/12
flattened [1] 207/10
flavor [2] 44/8 50/23
flies [3] 212/11 212/15 212/16
floor [9] 66/24 67/1 78/5 175/18 189/8 194/8 194/15 195/5 221/25
flow [1] 87/17
fluids [3] 52/20 204/2 205/20
flung [1] 51/10
flush [1] 101/13
fob [7] 129/23 129/24 130/8 130/11 130/13 130/13 130/18
focal [1] 94/24
focus [2] 89/19 91/24
focused [2] 57/2 115/19
folded [1] 170/17
folks [2] 145/18 200/14
follow [2] 27/24 57/7
followed [2] 114/23 163/3
following [5] 10/23 15/6 18/10 42/14 210/1
follows [3] 102/15 123/9 133/10
foot [1] 78/9
footprints [2] 211/3 211/13
footwear [1] 211/16
force [1] 65/22
forefront [1] 192/11
foregoing [2] 226/7 226/7
foreground [2] 163/22 166/3
forensic [9] 42/19 56/12 56/15 76/4 95/9 151/10 152/13 181/15 201/1
form [2] 27/17 215/6
formation [1] 11/20
formed [1] 11/22
Forty [1] 170/24
Forty-six [1] 170/24
forward [2] 46/1 157/10
found [70] 12/2 12/3 15/18 15/19 31/12 33/14 34/16 34/17 36/21 36/22 38/2 39/3 39/4 40/16 40/22 41/9 41/13 43/7 48/23 49/16 49/17 50/5 51/16 51/19 52/17 52/23 71/7 71/7 71/11 72/10 74/11 75/21 76/5 76/8 76/24 77/7 77/24 78/21 79/25 80/1 80/20 89/23 90/1 90/2 113/7 115/5 116/18 117/25 118/4 119/22 126/10 141/2 142/10 146/14 150/14 157/16 161/18 164/6 169/12 169/14 169/18 170/6 171/5 173/12 188/4 199/2 199/18 205/9 215/3 220/1
four [16] 32/10 32/11 32/19 33/5 63/1 63/4 78/9 85/2 104/15 148/24 158/23 180/3 180/4 184/13 192/2 192/6
four-foot [1] 78/9
fourteen [1] 132/6 132/11 132/20
fourth [2] 90/14 95/6
fourth-grade [2] 90/14 95/6
FOX [4] 1/11 27/21 220/5 221/1
fragment [5] 75/22 89/25 189/6 189/7 189/10
fragmentary [1] 45/19
fragments [3] 41/13 89/24 217/19
frame [2] 68/8 208/18
free [3] 31/8 56/23 129/15
freelance [1] 29/2
FREMGEN [18] 1/19 3/6 3/10 4/11 4/11 4/25 5/1 54/12 82/18 98/6 100/1 120/21 120/24 122/10 132/17 160/24 179/9 179/10
fresh [1] 23/9
Friar [2] 174/5 174/6
Friday [4] 114/13 114/16 114/16 115/6
friend [5] 29/4 83/6 83/9 83/16 115/11
friends [5] 21/18 48/9 103/5 112/9 115/8
front [28] 50/13 51/25 52/1 52/2 72/7 79/5 107/1 121/25 148/1 149/8 149/17 164/10 164/14 164/19 164/19 167/3 167/5 167/22 171/21 171/23 171/25 184/5 184/22 189/5 190/12 190/13 190/20 192/9
fuel [2] 55/24 168/24
Fuentes [11] 79/9 79/20 79/21 126/7 126/9 126/13 126/15 126/25 127/21 128/7 128/21 full [6] 49/7 53/2 55/9 77/22 110/4 142/13
fully [1] 104/22
functioning [1] 95/5
functions [1] 5/4
funnel [2] 56/17 56/20
fur [1] 176/23
further [16] 43/5 50/3 50/7 97/9 99/13 100/17 104/4 116/20 145/18 147/4 149/20 171/3 194/21 196/2 224/16 225/6

## G

GAHN [5] 1/17 4/8 24/9 24/10 24/12
game [1] 96/22
games [3] 83/11 83/22 125/3
garage [86] 37/3 41/10 43/19 49/5 56/5 66/23 67/17 68/19 68/20 70/12 70/13 71/14 71/19 71/21 72/2 72/6 72/7 72/11 72/18 74/8 75/12 78/5 78/18 79/24 84/24 85/8 85/9 90/1 137/15 139/14 139/22 163/21 164/12 164/13 164/14 165/24 166/2 166/20 167/4 167/6 168/22 168/25 175/18 175/18 183/16 183/17 183/23 183/23 184/6 184/11 184/17 185/2 185/3 185/21 186/1 186/3 186/3 187/22 188/13 188/15 188/17 188/18 188/23 188/24 189/2 189/6 189/8 189/12 190/7 190/21 191/11 191/12 191/14 191/16 191/25 192/11 192/14 194/8 194/14 194/15 195/5 195/10 217/15 217/20 217/23 221/18
garbage [3] 85/3 85/4 94/19
gas [2] 68/21 205/15
gasoline [4] 85/11 85/17 195/2 205/21
gave [9] 20/25 65/1 121/6 129/1 129/11 129/13 130/14 130/21 222/14
GB [3] 104/15 104/17 104/24
general [2] 133/25 208/11
generally [2] 126/1 181/8
generated [5] 43/4 43/9 44/11 181/3 184/8
genetic [2] 45/2 52/22
gentleman [5] 24/6 25/1 43/11 80/13 149/9
gentlemen [3] 76/19 160/18 225/7
German [1] 42/6
get [40] 23/3 23/7 36/10 39/7 44/4 44/8
46/15 47/16 55/9 56/22 61/6 61/8 77/21 83/4 87/11 88/4 88/8 93/18 94/8 101/23 102/8 102/9 108/1 112/2 112/16 117/22 138/13 154/20 161/3 171/8 175/6 190/2 190/3 197/24 199/3 199/5 199/13 203/3 217/11 225/1
gets [10] 47/22 65/17 77/22 83/6 83/8 84/16 85/20 86/7 93/23 168/1
getting [5] 72/5 149/2 197/14 205/14 212/12
Gibson [1] 30/9
girl [4] 63/14 67/17 82/9 82/10
girlfriend [4] 69/6 80/21 80/24 121/19
girls [2] 103/16 108/22
give [24] 4/19 12/16 20/13 20/19 22/17 40/5 41/4 50/22 56/15 58/24 63/15 86/25 96/9 96/14 96/16 104/10 119/10 120/5 128/8 157/20 159/13 160/20 178/9 179/20
given [15] 4/22 5/7 19/24 19/25 33/19 62/20 102/3 114/3 141/7 172/17 177/23 205/10 207/23 208/23
gives [2] 47/4 63/19
giving [6] 23/11 54/13 55/17 61/1 93/20 129/15
gladly [1] 105/15
glass [1] 186/20
glasses [1] 25/1
Glenfield [2] 37/23 67/2
go [47] 21/16 29/23 35/12 43/24 48/6 50/22 63/24 70/12 83/7 83/10 83/16 83/19 85/9 85/19 88/4 88/22 89/5 92/1 97/11 102/1 104/8 106/3 106/5 112/19 116/13 124/4 124/5 124/25 125/3 126/20 138/12 138/21 139/2 149/20 150/20 160/19 163/4 163/11 166/23 183/5 199/23 204/8 208/8 209/7 211/20 212/17 218/14
goes [15] 47/7 57/22 67/6 84/15 86/7 86/8 92/22 94/11 101/18 128/19 129/21 130/9 137/11 143/4 187/21
going [185] 4/19 21/11 21/14 25/7 25/11 25/22 25/24 26/4 26/11 26/12 27/4 28/22 28/25 29/6 31/20 32/1 32/3 35/15 35/25 36/8 36/25 37/17 37/20 38/4 38/7 38/15 39/22 40/14 41/11 41/13 41/23 43/10 43/16 43/23 43/24 44/7 44/7 44/15 44/18 45/6 45/24 46/1 46/5 46/6 46/10 46/13 46/16 46/22 47/10 47/12 47/17 50/19 50/22 51/5 51/9 51/11 51/16 52/16 52/18 53/4 53/8 53/9 54/8 54/16 54/18 54/19 55/8 56/18 57/7 57/9 57/13 57/14 57/19 57/25 58/7 58/18 59/20 59/21 59/24 60/4 60/20 61/14 62/1 62/10 62/19 62/22 62/25 63/3 63/12 63/24 64/14 64/20 64/21 65/19 65/25 66/1 66/18 66/22 67/19 68/11 69/15 70/1 70/10 70/19 70/21 71/3 71/10 71/16 72/20 73/4 78/6 79/3 79/9 79/13 79/22 80/12 81/2 81/3 81/5 81/19 81/21 84/12 84/24 89/4 89/8 90/8 97/24 101/16 103/23 104/8 105/17 108/4 110/14 110/22 110/23 116/12 118/13 119/9 125/6 128/8 128/9 129/5 129/6 130/3 137/10 137/23 139/7 142/4 146/7 147/23 151/4 154/1 154/6 158/16 159/3 159/13 159/13 159/24 160/15 162/1 162/20 164/1 166/5 166/23 166/25 169/20 171/13 171/15 172/3 172/10 172/25 173/15 176/11 179/21 183/5 187/19 193/7 195/9 209/7 210/14 212/17 223/20 224/24 224/25 225/25 225/1
golf [4] 84/19 172/2 172/5 184/6
gone [3] 79/15 125/21 191/3
good [15] 21/5 27/23 60/20 93/24 93/24 93/25 95/20 98/16 102/21 105/13 115/11 148/2 160/16 203/9 224/23
goof [1] 107/22
got [33] 38/17 55/7 70/10 80/15 81/24 81/24

**G**

got... [27]  82/1 84/24 94/13 108/11 110/4
117/17 115/12 129/12 129/19 132/2 134/10
134/17 135/15 147/14 162/15 165/22 175/13
175/17 198/16 200/2 200/10 201/4 203/4
204/9 218/1 218/17 221/17
gotten [2]  39/7 41/24
government [2]  220/19 220/21
grade [2]  90/14 95/6
graduate [1]  104/15 105/1
graduated [2]  104/15 105/1
graduation [1]  105/14
grandpa's [1]  131/9
grandparents [1]  33/1
graphic [3]  48/4 64/4 65/10
grave [1]  76/20
gravel [1]  160/3
gray [1]  127/5
great [7]  21/8 39/4 103/6 152/21 153/15
153/15 217/24
greatest [1]  183/1
Greatly [1]  219/21
green [7]  83/19 104/17 104/25 114/23 117/8
146/3 146/11
ground [1]  211/8
group [1]  115/12
Guard [1]  129/9
guarding [3]  42/7 199/19 199/21
guess [4]  80/17 124/24 135/2 142/15
guesswork [1]  20/7
guilt [4]  12/11 12/16 19/14 20/9
guilty [25]  9/7 9/23 10/20 12/25 13/1 13/17
14/7 15/3 16/4 16/5 16/21 17/12 18/7 18/24
19/1 19/9 19/12 19/15 19/17 19/21 26/13
60/7 60/16 82/6 97/17
gun [5]  38/2 73/11 73/13 73/14 187/5
guns [1]  73/12
gunshot [1]  74/11
guy [1]  21/4
guys [3]  115/24 125/18 131/2

**H**

H-a-l-b-a-c-h [2]  102/18 123/13
habit [1]  130/24
had [142]  11/9 18/11 18/15 23/17 29/4 31/2
39/7 39/18 39/18 41/24 45/8 45/9 50/12
53/25 55/2 69/6 82/7 81/5 86/23 86/24
87/23 98/10 100/10 103/6 103/8 105/14
106/11 106/12 106/17 106/17 107/3 107/4
107/14 109/13 109/21 110/10 110/13 111/16
111/23 111/24 112/12 112/11 114/21 114/23
115/11 115/15 115/18 115/20 115/21 116/10
116/18 117/1 117/4 118/9 119/4 120/5
120/15 122/17 122/19 122/22 125/16 125/21
126/7 126/17 126/18 127/24 130/21 131/17
134/12 134/13 135/11 135/25 136/3 136/18
136/24 139/11 140/17 141/1 141/6 142/5
145/21 145/22 146/4 146/4 146/20 146/22
148/19 149/15 151/24 152/7 154/2 154/3
156/23 162/2 162/8 162/9 163/2 163/14
164/15 165/1 165/2 166/13 166/22 167/18
167/19 168/5 168/6 169/24 170/17 170/18
172/7 173/25 174/5 174/8 177/7 177/15
183/2 186/16 189/20 194/12 194/15 197/21
198/25 205/25 206/2 206/10 206/24 207/8
207/10 207/11 209/1 216/5 216/7 216/12
216/14 219/4 219/6 219/22 220/5 221/13
221/14 226/13
hadn't [4]  109/24 112/20 112/24 117/6
hair [2]  31/13 90/7
HALBACH [83]  3/8 3/11 10/25 11/2 11/6
15/8 15/10 15/12 18/12 18/13 18/16 18/19

21/18 21/19 28/23 28/24 29/1 29/1 29/2
29/15 29/25 30/6 30/16 35/21 36/23 38/10
40/9 43/1 45/15 45/21 46/5 46/9 46/18 47/12
47/13 47/22 48/4 48/9 50/25 55/23 56/2 64/2
65/20 66/4 66/14 66/25 67/7 74/14 74/20
76/1 76/6 78/24 79/4 81/24 91/5 102/12
102/13 102/18 102/21 102/23 106/19 109/20
111/10 113/17 116/15 117/22 118/7 119/24
120/13 120/16 122/17 123/4 123/7 123/12
123/18 134/15 167/11 177/7 177/15 177/24
178/7 178/19 215/4
Halbach's [26]  33/23 33/24 34/16 35/5
37/19 40/19 50/14 52/18 55/1 56/10 66/21
72/13 73/20 78/20 80/18 80/19 95/25 142/9
146/6 153/22 156/6 156/17 156/21 159/6
161/21 169/11
half [5]  50/18 50/21 85/16 85/19 183/3
Halloween [5]  28/21 29/7 29/9 40/11 108/10
hand [15]  23/3 32/14 88/19 103/23 105/17
110/14 114/19 123/6 136/24 140/14 141/12
147/18 157/25 174/24 175/1
handcuffs [19]  65/4 71/11 173/14 173/18
176/14 176/17 213/5 213/10 214/21 214/22
215/3 223/9 223/13 223/16 223/25 224/3
224/5 224/7 224/10
handed [6]  66/20 127/3 136/18 136/18
171/19 176/21
handle [1]  51/17
handler [4]  153/16 153/20 153/21 210/10
handles [2]  173/11 199/12
handling [1]  52/24
hands [3]  4/17 78/14 87/24
hanging [3]  38/1 38/2 73/2
happen [5]  56/9 77/5 77/25 154/4 220/3
happened [21]  33/21 33/22 39/18 39/18
56/25 58/24 59/23 60/1 60/9 60/17 60/20
64/1 74/8 86/11 87/3 87/12 108/18 151/15
155/16 162/15 178/11
happening [2]  151/2 200/13
happens [4]  31/23 48/4 59/3 216/21
hard [4]  64/24 103/5 128/20 209/20
harder [1]  79/1
has [43]  6/7 6/21 6/25 18/4 24/12 26/14
27/12 27/16 28/3 30/12 64/23 64/23 65/23
79/20 84/8 84/18 85/25 86/4 86/12 86/23
91/1 95/13 96/23 98/21 110/14 110/18 125/6
134/7 138/6 139/5 139/7 149/3 158/3 173/15
175/21 177/4 178/12 188/24 192/23 205/16
216/25 217/3 226/8
hasn't [3]  36/21 86/21 196/6
Hau [3]  2/3 226/4 226/19
have [172]  4/20 5/4 5/14 6/24 7/1 8/2 8/5
9/20 9/21 10/6 14/4 14/14 17/10 17/10 17/19
18/23 21/6 21/14 22/1 22/7 22/8 22/15 23/24
24/18 25/21 26/18 27/24 28/20 28/21 30/16
32/4 44/10 45/25 46/1 54/2 54/14 55/10
55/14 57/7 58/1 59/17 59/19 59/19 60/11
61/3 61/16 62/18 63/3 63/15 63/16 63/17
65/7 65/12 69/15 69/23 76/14 79/17 80/6
80/7 82/19 82/20 86/15 86/16 86/18 89/11
96/7 96/19 96/24 97/2 98/14 100/10 101/3
101/22 102/4 102/25 103/16 104/13 104/23
105/7 105/25 106/2 109/17 110/23 113/12
114/2 120/13 121/5 122/5 122/10 122/14
127/8 127/19 127/15 128/8 128/9 128/20
129/5 130/4 131/22 133/2 138/14 142/9
145/6 145/8 145/9 146/6 148/19 150/3 156/8
159/7 159/8 159/10 161/6 165/19 165/20
172/7 173/3 176/6 181/1 181/2 181/17
189/18 189/21 192/22 193/5 195/3 195/13
195/14 195/16 196/2 196/24 197/16 198/4
199/7 200/7 201/5 201/21 202/23 205/7
205/9 205/18 206/3 207/12 208/6 208/9

208/23 209/3 209/20 210/23 211/1 211/4
212/12 215/25 217/7 218/21 219/11 219/23
219/24 219/25 219/25 220/1 220/12 222/6
222/7 222/9 222/10 222/19 222/22 223/8
223/20 223/21 224/5
haven't [3]  155/2 203/14 219/24
having [16]  22/11 45/5 51/10 79/12 95/5
100/4 102/14 104/11 123/8 133/9 151/14
192/24 194/6 200/20 204/12 220/3
he [168]  9/12 11/6 13/22 17/1 26/14 27/11
28/5 31/2 31/3 31/3 31/16 38/11 43/11 43/16
52/11 52/12 52/24 52/25 54/5 54/20 54/21
54/21 54/21 55/2 55/13 55/13 55/20 55/22
55/22 55/23 55/24 56/4 56/4 56/5 56/10
62/15 62/15 62/17 63/12 63/13 64/5 64/6
64/6 64/7 64/11 64/12 64/22 64/22 64/23
65/4 65/7 65/11 65/20 65/23 67/15 67/15
68/5 69/13 69/13 72/1 75/8 75/9 75/10 75/13
75/13 75/15 75/15 78/15 80/3 81/9 81/9 82/3
82/6 83/8 83/17 84/7 84/14 84/16 84/17 85/7
85/23 85/23 85/24 85/25 86/3 86/4 91/6 91/7
92/19 93/5 93/5 93/16 93/22 93/23 95/10
95/13 95/20 95/22 101/18 101/18 102/1
109/23 110/2 110/4 111/22 111/23 111/24
111/24 111/25 112/17 112/20 112/22 113/24
115/11 116/11 116/25 116/25 117/13 139/21
168/18 173/25 174/7 174/8 174/8 174/13
174/13 174/19 175/11 175/12 175/13 175/17
175/17 175/17 181/14 183/2 189/20 190/19
190/19 194/12 194/12 194/13 194/16 194/16
194/18 194/19 194/22 194/25 195/1 195/4
195/7 195/12 195/12 195/13 195/11 195/16
208/2 208/4 212/10 218/18 220/8 221/14
221/18 222/6 222/8 222/10 222/19 222/20
222/20
he'd [1]  202/17
he's [17]  24/6 49/22 55/17 55/21 64/21 66/5
84/12 84/12 84/24 93/20 93/23 95/11 128/12
149/14 181/16 181/24 182/3
head [8]  67/4 67/5 73/15 74/7 74/11 74/13
74/14 93/24
headed [1]  190/23
healing [1]  52/7
health [1]  203/9
hear [142]  5/20 6/13 20/25 21/3 26/20 28/6
28/25 29/6 31/7 31/17 31/20 33/13 34/8
34/15 34/23 35/4 35/8 35/9 35/15 35/25
36/17 36/25 37/17 37/20 37/24 37/25 38/4
38/7 38/15 38/16 38/22 39/11 39/22 40/11
40/14 40/17 41/11 41/13 41/23 42/16 43/16
44/6 44/15 44/19 45/6 46/5 46/6 46/10 46/16
46/22 47/10 47/12 47/17 47/25 48/3 48/9
48/22 49/2 49/5 49/13 49/23 51/1 51/2 51/5
51/10 51/11 51/16 52/16 52/18 55/8 56/12
56/13 56/16 57/9 57/13 57/14 57/19 58/7
58/15 58/18 58/22 59/15 59/20 59/21 59/24
60/6 60/8 60/10 60/16 60/19 60/24 61/9
61/10 61/11 61/14 62/10 63/12 64/17 64/20
64/21 65/19 65/20 65/25 66/17 66/22 67/19
68/11 70/10 71/10 72/21 73/4 73/7 73/16
73/21 74/17 75/5 75/17 76/3 78/6 79/3 79/10
79/13 79/22 80/13 87/20 87/25 88/2 89/22
90/1 90/3 90/4 93/3 94/2 95/21 95/22 164/1
166/18 177/12 179/22 187/19 195/19 224/8
heard [19]  24/3 44/13 44/14 92/5 100/4
106/11 106/12 109/21 111/16 112/2 117/15
120/16 122/14 131/18 132/14 132/20 160/25
166/18 172/12
Hearing [2]  98/23 98/24
hears [2]  64/6 64/6
hearsay [1]  101/1
heavy [2]  77/10 202/13
height [2]  182/1 182/2

**H**

Heimerl [1] 164/2
held [1] 142/12
help [17] 45/24 54/21 54/22 55/24 60/15
64/12 66/16 68/5 69/21 81/9 82/11 85/7
85/17 112/8 130/3 180/15 180/16
helped [5] 52/13 67/15 67/15 69/13 113/25
helping [2] 24/16 175/17
helps [1] 55/24
her [104] 15/13 29/4 29/5 29/17 31/21 32/17
32/19 36/21 36/24 44/14 46/15 47/7 47/8
48/12 48/17 48/18 48/23 51/16 52/12 65/4
65/24 66/5 66/24 67/3 67/5 67/8 67/9 67/9
69/1 71/6 73/15 74/20 75/1 76/11 79/1 79/11
80/3 82/2 82/11 83/18 103/4 103/11 104/7
104/7 104/11 104/24 105/2 105/24 106/3
106/7 107/1 107/14 107/18 110/3 110/3
110/5 110/6 110/17 110/19 111/6 111/16
111/24 112/2 112/11 112/13 112/20 112/21
112/21 112/23 112/25 113/6 113/9 113/13
115/5 115/14 116/9 116/12 116/12 117/3
117/4 117/5 118/9 118/10 118/11 119/8
120/1 122/22 124/10 125/25 126/15 126/21
126/21 126/22 127/1 127/25 129/3 130/21
130/22 157/16 163/1 173/9 177/24 224/6
224/7
here [46] 21/4 30/8 33/22 53/5 54/3 62/1
65/6 67/25 71/24 87/18 88/18 88/22 97/25
100/9 101/25 102/8 132/21 137/7 137/9
137/13 138/3 138/6 139/12 139/17 140/10
141/14 141/17 141/23 141/24 147/10 147/24
148/13 159/23 171/11 176/6 183/14 186/11
187/15 187/24 188/9 189/9 192/12 202/5
204/8 210/15 223/20
here's [1] 138/9
hereby [1] 226/6
herein [3] 102/14 123/8 133/9
hers [1] 131/4
hesitate [1] 20/4
Hi [1] 123/16
hid [1] 77/2
hidden [2] 208/20 208/24
high [4] 75/12 82/22 90/13 104/14
highly [1] 90/20
highway [7] 143/21 143/22 143/22 144/2
159/22 159/23 171/18
Hillegas [2] 115/11 116/10
Hills [2] 220/6 221/1
him [22] 25/4 66/5 93/5 93/14 95/5 95/21
105/2 110/3 111/20 117/12 149/17 168/14
193/12 194/21 199/24 219/13 221/13 221/17
222/6 222/9 222/13 222/14
himself [5] 63/10 65/7 78/14 82/10 174/18
his [81] 11/10 32/17 32/21 33/3 33/4 38/12
38/13 38/13 50/5 52/10 52/24 52/25 55/2
62/18 63/13 64/24 66/6 67/1 68/23 71/12
78/15 82/3 82/8 82/23 83/9 83/12 83/16
83/19 83/23 84/13 84/18 84/18 85/8 85/20
86/3 89/23 89/23 89/24 90/1 90/2 91/2 91/2
95/4 96/1 96/3 96/3 97/7 97/13 101/25
108/11 108/12 131/9 139/13 139/21 149/17
163/21 166/2 166/3 167/4 168/14 168/19
168/22 174/18 175/13 176/3 187/24 187/25
188/8 191/2 191/8 193/13 193/13 194/10
208/5 213/19 213/20 213/25 220/8 220/10
221/15
history [1] 25/15
hit [1] 35/20
hold [5] 127/18 129/17 205/20
holder [1] 187/17
holding [2] 121/21 121/25
holds [1] 128/4

home [19] 37/5 38/7 82/22 82/24 82/25 83/7
83/13 83/21 85/24 86/4 86/7 86/7 104/9
107/19 108/20 108/21 109/1 111/20 114/8
homicide [14] 8/18 9/1 9/17 9/20 9/24 10/3
10/8 10/14 10/21 12/22 25/14 27/10 53/16
133/24
HON [1] 1/11
Honor [7] 98/17 100/3 101/15 121/12
160/13 196/21 202/1
hood [31] 34/3 34/4 68/14 68/16 77/5 77/6
77/11 77/16 77/20 77/21 77/24 78/1 147/16
147/18 148/8 148/11 148/14 149/8 149/12
149/17 149/24 150/17 150/19 152/2 202/9
204/5 210/14 210/17 211/5 211/22 215/21
hood's [1] 148/17
hope [1] 37/9
hopefully [2] 36/23 163/1
hoping [2] 36/24 204/19
hospital [1] 83/20
hour [4] 11/18 55/10 85/16 85/19
hours [5] 63/2 63/4 145/9 154/19 154/21
house [22] 40/2 69/7 69/8 83/2 83/4 84/6
89/25 108/12 108/23 108/24 115/12 116/17
118/20 124/4 131/4 131/9 141/24 141/25
185/21 186/2 216/6 216/11
how [72] 5/5 26/8 26/10 30/1 37/10 40/5
40/7 41/20 44/6 45/2 48/11 51/13 52/8 52/19
56/9 58/15 60/6 60/8 60/10 60/21 63/12 66/7
66/12 66/14 67/9 80/8 93/16 93/17 94/10
94/11 94/11 94/22 95/16 107/9 109/6 109/9
109/11 112/18 113/7 117/18 123/16 123/23
124/1 126/12 130/20 133/17 134/10 142/4
143/13 151/19 156/12 165/7 165/8 165/21
171/7 175/13 175/16 181/5 182/20 182/25
187/17 187/19 194/5 196/24 199/6 199/8
202/17 202/18 214/5 223/8 223/9 224/5
however [6] 10/10 14/18 17/23 20/23 197/6
213/13
human [21] 10/17 11/10 11/12 35/19 35/23
41/12 42/11 42/22 49/19 117/25 118/4 153/6
153/6 153/21 154/5 154/11 184/1 207/17
216/8 216/22 219/1
human's [1] 57/2
humans [1] 42/2
humor [1] 103/6
hundred [3] 25/8 84/5 84/6
hundreds [1] 49/8
husband [4] 103/21 111/19 115/20 121/23
husband's [1] 116/7
hypothesis [1] 19/19
hypothetical [2] 159/4 205/24

**I**

I'd [4] 4/14 89/11 134/2 217/7
I'll [9] 22/10 46/20 56/18 71/24 82/19 97/25
121/10 150/17 155/10
I'm [109] 4/19 23/18 25/24 25/24 28/14
28/22 32/1 47/14 47/14 47/19 56/17 61/25
63/24 66/1 70/21 75/8 98/13 98/20 105/18
106/24 107/7 108/4 110/14 110/22 110/23
112/18 113/7 117/3 118/13 119/9 121/13
123/17 125/6 128/8 128/9 129/6 130/3 132/4
133/19 133/25 137/1 139/7 139/17 139/25
141/11 141/20 142/21 143/6 143/23 146/7
147/23 148/13 150/11 151/3 151/5 153/3
153/10 155/12 156/10 157/4 157/19 158/3
158/10 158/16 158/21 159/3 160/5 160/15
163/18 165/24 166/5 167/14 168/17 169/2
171/25 172/3 172/10 172/11 172/25 173/15
178/14 181/1 182/5 185/8 185/11 189/24
196/12 199/15 199/21 200/3 202/22 203/18
205/23 208/1 209/7 209/11 211/23 214/2
214/13 215/11 217/6 218/10 220/12 220/23

220/25 221/8 223/20 224/25 225/1
I've [12] 23/17 26/16 30/19 38/8 86/9 114/3
132/2 136/18 136/24 141/7 149/24 171/19
idea [4] 27/23 27/23 40/5 41/4
iden [1] 213/3
identification [8] 34/9 41/22 103/24 110/15
119/6 155/6 192/19 192/25
identified [8] 51/6 118/6 119/21 155/2 159/9
196/10 211/21 213/5
identify [8] 75/20 103/14 110/25 116/19
121/21 173/23 206/12 208/24
identifying [1] 208/14
identity [1] 208/11
ignition [5] 40/19 40/20 51/23 51/25 90/2
image [2] 43/4 148/11
images [13] 43/10 43/18 44/11 64/24 181/4
181/5 181/9 181/11 182/11 182/13 184/8
188/12 188/13
imagination [1] 81/5
immediate [1] 210/16
immediately [2] 34/20 162/25
impaired [1] 95/12
importance [3] 6/10 26/23 133/24
important [25] 20/5 21/10 21/13 21/17
23/10 24/19 28/1 28/15 28/16 30/2 32/7
36/10 40/21 44/24 49/20 55/21 71/13 71/16
71/25 72/11 88/24 91/18 94/25 201/19
215/12
importantly [5] 28/6 34/15 40/7 61/25 78/13
impound [2] 138/6 141/22
impressed [1] 88/17
impressions [1] 211/16
improper [1] 7/3
in-laws [1] 89/10
incapable [1] 219/19
inch [1] 183/4
incident [2] 197/16 221/14
inclement [2] 151/14 151/15
include [13] 21/12 37/2 37/3 58/8 111/3
111/6 130/8 135/4 135/18 180/6 188/12
215/6 217/24
included [8] 32/20 43/14 105/22 186/17
188/25 218/6 218/9 218/15
includes [2] 45/24 186/25
including [10] 11/23 37/4 67/4 100/13 102/5
136/22 205/20 206/23 209/17 225/3
inconsistencies [4] 92/9 92/10 95/3 97/10
inconvenience [1] 21/8
incorrect [2] 208/12 214/23
independent [4] 92/3 92/4 219/25 223/8
indicate [3] 80/22 95/11 179/3
indicated [7] 26/18 55/2 100/13 197/14
199/23 200/12 222/22
indicates [2] 91/6 118/17
indicating [4] 7/10 35/21 38/17 174/19
indication [1] 208/21
individual [9] 28/8 28/11 35/22 58/19 69/10
69/10 90/19 150/8 203/9
individually [1] 193/9
individuals [3] 149/5 150/22 198/7
inept [3] 90/16 90/19 95/12
information [17] 6/4 8/16 36/6 55/19 57/17
58/7 59/19 87/17 99/5 99/18 177/23 177/23
194/6 194/9 197/16 208/10 211/1
informed [6] 98/13 111/11 117/19 117/21
117/24 134/11
initial [5] 162/16 162/25 163/2 165/13 210/8
initially [3] 194/18 195/1 200/1
innocence [4] 19/6 19/20 87/22 88/16
innocent [6] 19/8 29/12 60/11 60/18 88/11
88/20
inquired [1] 194/11
inquiry [3] 181/1 193/5 202/13

**I**

insensitively [1] 35/17
insentence [1] 35/17
inside [64] 64/7 64/18 71/7 164/7 170/8 170/16 172/8 186/7 186/15 188/16 188/18 189/1 199/1 207/12 207/16
inspect [1] 42/5
inspection [1] 201/12
instance [2] 87/10 162/23
instances [2] 92/6 220/1
instant [1] 11/23
instead [7] 82/4 82/4 82/5 82/7 82/7 82/8 82/20
instructed [5] 5/14 27/16 54/7 94/21 96/7
instruction [1] 96/9
instructions [6] 3/3 4/20 4/22 5/3 8/12 20/25
instructs [1] 87/1
insured [1] 82/4
intact [1] 156/16
intellectual [1] 93/13
intelligent [2] 90/20 95/18
intend [3] 27/5 27/13 100/13
intended [1] 21/23
intends [8] 9/11 9/19 13/21 14/3 17/1 17/9 53/12 53/13
intent [17] 10/18 11/6 11/8 11/14 11/15 11/20 11/22 12/2 12/2 12/6 12/6 12/7 14/25 15/14 15/18 15/18 15/22
intentional [12] 8/18 9/1 9/17 9/20 9/24 10/3 10/8 10/14 10/20 12/22 27/10 53/16
intentionally [19] 9/2 9/5 9/8 9/16 10/4 12/23 13/13 13/15 13/18 14/1 14/12 16/17 16/19 16/23 17/6 17/17 34/1 147/4 208/20
interaction [1] 94/16
intercour [1] 18/12
intercourse [5] 18/5 18/14 18/16 18/20 65/24
interesting [2] 63/5 63/5
interestingly [2] 56/4 78/23
interior [3] 186/4 187/8 191/11
interiors [1] 43/22
internet [1] 208/12
internship [1] 104/25
interpose [1] 208/2
interrogation [5] 59/2 59/7 61/11 62/12 97/7
interrogations [4] 57/11 57/11 57/15 58/5
interrogative [1] 57/15
interrogator [1] 94/15
intersection [3] 137/9 137/24 138/13
intersects [1] 144/2
interview [4] 99/2 101/9 193/25 195/22
interviewed [1] 49/23
interviewer [2] 93/2 94/15
interviewing [1] 56/16
interviews [4] 56/12 56/15 57/10 58/5
intricately [1] 100/15
introduce [3] 28/22 100/13 121/1
introduced [3] 6/9 8/9 20/22
introduces [1] 99/19
introducing [1] 99/7
introduction [1] 23/14
introvert [2] 90/16 93/14
inventory [1] 145/12
investigate [1] 133/23
investigation [30] 23/24 25/6 25/13 25/14 25/14 29/14 30/3 30/4 30/5 30/22 33/16 39/17 48/6 50/16 51/2 54/25 93/1 107/2 117/20 119/25 133/21 134/14 135/24 136/5 136/8 136/10 197/11 201/17 203/22 211/12
investigations [2] 134/1 136/12
investigative [1] 45/22
investigator [15] 25/2 56/13 58/20 58/23

78/14 90/22 116/24 136/9 136/9 172/15 195/21 198/20 201/15 203/23 223/7
investigators [12] 24/24 25/17 39/11 41/15 48/24 55/4 56/8 59/1 59/16 67/14 93/4 144/17
involve [1] 82/10
involved [22] 24/15 24/24 25/9 30/23 36/18 39/21 48/25 49/10 58/13 59/6 60/19 60/21 63/10 101/20 109/16 116/3 125/1 136/12 144/22 201/22 204/13 210/6
involvement [3] 81/14 89/19 211/12
involving [2] 24/20 90/5
IQ [1] 90/15
ir [1] 215/23
Ironically [1] 31/17
irons [13] 65/4 71/11 173/13 173/21 176/23 176/25 177/2 215/23 216/10 216/14 223/9 223/12 224/10
irregardless [1] 101/21
is [529]
ish [3] 84/17 155/13 156/1
isn't [9] 45/17 72/12 81/2 89/7 96/21 97/1 169/9 185/12 201/19
isolate [1] 95/21
issued [1] 145/7
it [334]
it'd [1] 207/19
it's [112] 21/8 23/16 26/5 26/5 26/5 26/24 26/25 27/23 28/16 28/19 30/10 30/10 30/11 34/19 34/19 34/25 34/25 36/9 38/24 45/2 50/13 50/22 50/22 52/19 52/20 52/22 52/22 58/16 59/10 59/22 59/25 60/9 62/24 63/1 63/7 68/4 69/11 69/25 72/7 84/13 84/16 85/21 86/1 86/13 86/13 87/2 88/20 89/1 89/14 90/11 90/12 90/15 92/17 92/19 93/1 93/22 93/25 94/10 94/23 96/21 96/22 101/6 101/16 104/1 105/20 106/23 107/1 110/17 118/16 118/19 119/12 119/15 121/15 126/10 127/5 127/11 128/24 129/19 130/1 130/2 130/6 136/19 137/18 145/5 145/7 145/8 147/14 148/2 149/1 159/13 160/20 161/16 162/1 162/17 164/2 164/10 172/5 173/1 173/18 174/17 184/4 187/17 190/17 199/8 204/9 206/10 210/14 211/22 211/24 213/22 215/12 220/2
item [4] 44/9 146/2 159/1 196/6
items [31] 44/16 44/17 79/25 84/22 84/25 85/1 145/4 145/22 151/22 151/25 169/8 170/1 172/22 173/24 173/24 180/25 181/21 181/22 192/13 200/19 201/24 205/14 205/18 217/4 217/24 218/9 218/10 218/15 218/16 219/23 220/2
its [5] 99/6 99/8 150/14 152/6 166/15
itself [9] 12/15 21/22 21/23 50/4 75/5 107/3 136/16 156/24 165/7

**J**

J. [1] 133/13
J. Fassbender [1] 133/13
jacket [3] 174/4 174/7 174/8
Janda [28] 32/18 38/12 38/12 41/6 43/21 46/15 83/17 137/19 167/23 171/2 171/14 172/19 172/21 172/23 183/9 183/15 183/22 184/4 184/11 185/23 190/9 190/13 192/1 192/3 213/10 214/12 223/10 224/1
Janda's [2] 46/19 224/4
Janda/Dassey [12] 171/2 171/14 183/9 183/15 183/22 184/4 184/11 185/23 190/13 192/1 192/3 214/12
Jason [2] 83/9 83/16
jaw [1] 76/11
Jaws [2] 207/14 208/3
Jay [1] 113/24

jean [1] 128/2
jeans [44] 78/15 79/9 79/9 79/13 79/14 79/15 79/15 79/17 79/18 125/23 126/2 126/6 126/7 126/9 126/10 126/13 126/16 126/25 127/4 127/8 127/11 127/12 127/16 127/19 127/21 127/22 127/24 128/4 128/5 128/8 161/12 161/21 174/17 174/25 175/1 175/14 175/21 176/2 176/5 194/7 194/12 218/17 219/11 219/20
Jennifer [3] 2/3 226/4 226/19
Jentzen [1] 74/10
JEROME [1] 1/11
Jerry [2] 135/17 198/21
jigsaw [1] 26/8
job [11] 63/21 63/21 68/4 68/5 68/7 76/18 77/9 86/22 93/24 93/25 118/11
Jodi [3] 69/6 69/6 80/23
JoEllen [3] 47/2 177/18 177/20
John [2] 78/7 149/10
Johnson [1] 99/15
join [1] 136/9
jot [2] 68/2 68/4
judge [43] 1/11 5/1 21/24 26/2 27/8 27/16 27/21 28/3 28/20 35/11 53/9 53/18 54/7 69/17 82/16 87/1 89/6 94/21 96/7 96/9 97/21 120/18 122/4 122/7 123/1 132/3 132/12 133/3 145/2 145/14 161/1 161/24 173/3 178/24 192/21 195/25 196/9 196/16 208/1 208/7 224/14 224/18 225/9
Judge's [1] 23/4
judges [1] 7/11
judgment [1] 19/4
judicial [2] 35/11 145/13
Julie [5] 153/11 153/14 153/16 153/21 154/3
junked [9] 30/12 32/10 37/7 37/8 37/18 40/23 49/12 77/15 143/14
junkyard [4] 30/12 116/13 143/4 211/13
juror [7] 5/4 6/7 10/10 14/18 17/23 20/24 21/1
jurors [20] 4/16 4/18 5/25 7/11 10/6 14/14 17/19 22/7 60/14 98/4 98/11 102/10 137/1 137/5 143/19 160/23 162/12 224/24 225/3 225/5
jury [77] 1/4 3/3 4/15 5/17 6/4 7/23 8/12 21/7 30/25 54/4 63/17 69/18 77/9 81/2 81/12 81/18 87/21 88/18 96/12 98/1 98/20 102/8 102/22 103/18 103/25 104/2 106/22 108/8 110/12 110/15 111/13 116/6 118/14 126/5 127/19 128/11 129/8 129/18 129/24 130/3 132/21 134/16 134/21 139/5 140/21 141/10 142/3 144/25 146/1 146/19 149/9 151/19 153/25 156/5 157/10 159/14 160/19 162/10 166/5 166/12 168/13 179/17 179/21 181/9 182/9 182/13 182/19 183/13 187/7 189/24 190/2 190/4 194/5 195/18 202/20 216/19 224/8
jury's [4] 69/12 81/11 154/10 215/13
just [120] 21/17 23/1 23/3 23/19 23/20 23/23 25/21 25/25 36/5 37/10 39/16 39/23 41/9 42/9 43/8 46/17 48/2 48/7 50/2 52/8 61/14 63/3 67/25 71/12 72/18 73/13 74/7 74/13 74/23 75/15 77/21 77/24 78/9 80/20 80/25 81/2 81/3 82/5 84/23 86/9 87/8 88/2 92/22 94/10 94/19 94/20 96/10 97/21 99/21 100/20 100/23 105/25 108/12 112/19 117/22 119/21 119/24 121/21 121/21 122/10 126/8 128/12 133/2 134/2 134/19 137/16 139/19 142/3 144/3 146/10 146/19 150/20 151/2 151/3 152/15 153/17 153/19 154/10 154/17 155/4 155/20 156/1 157/1 158/19 160/18 161/8 161/13 161/23 166/5 167/15 169/19 170/20 172/11 172/11 179/20 180/8 182/25 183/12 183/13 185/14 187/14 187/22 188/1

**J**

just... [16] 190/8 191/8 191/23 192/23 196/5
196/7 196/15 197/18 202/18 209/4 209/10
211/20 215/23 216/11 218/8 223/4
Justice [5] 4/8 24/6 25/5 133/20 135/23

**K**

K-9 [2] 35/16 153/20
K-9s [1] 42/3
KAREN [5] 3/8 102/12 102/13 102/18 108/4
KATIE [20] 3/11 79/4 79/11 103/16 107/6
107/8 107/9 107/10 107/12 121/24 123/3
123/7 123/12 123/16 124/16 125/16 126/17
128/23 130/23 132/2
Katie's [1] 79/4
keep [7] 7/22 25/25 25/25 114/20 118/21
171/15 201/15
keeping [1] 117/19
keeps [1] 69/24
Kelly [5] 103/17 107/6 107/8 107/9 121/24
Kelly's [1] 107/11
Ken [3] 4/6 23/16 73/25
KENNETH [1] 1/13
kept [5] 7/24 112/23 117/21 155/23 166/16
key [22] 40/16 40/17 40/18 40/18 49/16 50/4
50/4 52/18 52/24 52/25 68/22 78/20 78/21
90/2 128/24 129/2 130/2 130/8 130/9 130/11
130/13 130/17
keys [1] 128/25
kidded [2] 79/11 79/11
kids [4] 103/10 105/12 105/13 108/2
kill [8] 10/18 11/6 11/8 11/14 11/22 12/2
29/11 66/14
killed [5] 46/5 67/7 91/5 126/18 131/6
kind [55] 23/2 23/2 30/10 33/12 34/19 34/24
34/25 36/8 40/1 40/4 40/23 42/4 44/1 44/2
44/4 44/4 45/3 47/2 48/15 48/18 51/13 55/25
56/6 58/9 58/23 59/11 60/13 60/22 64/25
66/10 66/10 71/17 79/12 79/18 84/12 86/1
86/14 104/20 105/10 106/20 107/13 107/24
110/9 118/24 124/7 126/6 127/19 131/20
135/1 137/3 148/10 178/12 179/1 190/1
198/8 201/19 209/10 219/3 219/8
kinds [6] 51/15 52/21 63/13 68/2 124/2
124/23
knees [1] 175/4
knew [13] 28/11 30/25 62/17 80/2 102/23
112/17 112/20 112/22 112/23 113/6 117/11
118/4 220/19
knife [1] 66/20
knock [1] 64/16
knocks [2] 64/5 64/7
know [100] 9/6 14/2 17/8 21/8 22/24 24/15
26/10 26/16 28/2 30/21 30/24 31/6 34/12
38/8 42/21 50/17 50/17 56/25 57/5 59/18
59/22 59/25 60/9 60/17 60/19 60/21 61/9
69/24 69/25 70/2 72/17 78/21 81/7 81/8
81/16 84/4 94/12 101/24 104/11 104/12
105/25 108/25 109/3 109/10 110/9 110/18
113/6 113/8 114/21 115/17 116/8 116/14
117/9 117/11 118/18 119/15 120/4 120/4
124/10 126/1 126/4 126/5 126/7 128/2
128/23 129/1 129/21 129/25 130/16 130/20
131/20 131/24 135/14 142/1 143/19 148/17
151/5 153/3 154/23 156/12 172/10 176/15
176/25 182/20 182/25 189/3 195/18 199/6
199/9 199/19 203/16 203/22 204/2 207/13
208/13 210/21 212/10 215/12 215/13 215/17
knowing [2] 81/14 209/18
knowingly [3] 9/12 13/22 17/1
knowledge [16] 9/10 13/20 16/24 22/8 55/1
59/15 198/13 199/4 199/22 199/25 200/24
known [8] 61/22 61/25 62/2 78/2 134/7
135/7 144/22 161/18
knows [8] 9/15 13/25 17/4 79/7 81/15 86/4
142/3 160/19
Kohl's [4] 79/10 124/14 126/11 127/11
Kornely [1] 83/24
KRATZ [53] 1/13 3/5 3/9 3/12 3/15 3/17 4/5
4/6 4/23 4/24 20/24 21/3 23/16 53/21 54/2
86/11 87/5 88/4 91/1 97/19 97/20 102/8
102/11 120/25 121/2 121/3 121/9 121/11
121/13 122/3 123/3 132/3 132/8 133/16
160/13 161/20 161/23 162/4 162/5 162/6
173/7 176/9 176/11 178/24 179/15 192/21
193/2 193/4 195/25 216/16 223/3 223/6
224/13
Kratz's [2] 202/13 205/24
Kucharski [1] 224/9

**L**

lab [32] 31/12 31/18 36/4 38/23 39/2 39/13
41/14 44/20 51/4 73/5 74/1 78/8 149/11
149/14 151/21 154/12 154/17 200/13 201/11
201/16 201/23 203/15 203/20 214/11 214/13
214/18 215/9 217/7 218/24 219/10 219/19
219/23
Laboratory [3] 151/10 151/17 152/12
lack [5] 20/2 66/9 66/9 93/9 95/23
ladies [2] 76/18 160/18
lady [2] 79/3 102/23
Lakes [2] 152/21 153/15
land [2] 44/5 183/21
landmarks [1] 137/5
language [3] 58/22 65/10 65/13
lanyard [10] 128/23 129/3 129/9 129/11
129/17 129/21 130/6 130/13 130/17 130/21
lanyards [1] 129/16
large [16] 32/2 34/2 34/3 67/16 67/21 68/7
68/8 74/19 77/10 136/25 138/3 155/13
164/23 168/24 173/1 181/19
larger [2] 146/8 148/11
largest [3] 25/12 25/12 44/19
laser [5] 136/24 148/10 183/12 187/23
190/17
last [28] 30/5 60/24 70/14 70/22 92/9 93/8
102/17 110/24 111/24 112/1 112/14 112/21
113/4 113/5 113/6 113/13 115/14 115/14
120/12 120/12 121/3 121/3 131/20 133/12 141/7
188/12 192/20 193/4 202/24
Lastly [1] 80/21
latch [2] 77/20 77/24
late [1] 89/3
later [34] 31/21 35/8 36/11 40/18 42/20 43/2
43/17 47/20 51/6 56/19 63/2 70/6 70/9 79/19
84/10 91/8 94/22 101/2 101/4 101/13 116/15
116/17 161/10 162/13 167/7 168/24 172/17
175/7 187/19 193/16 195/19 195/22 196/11
216/13
Laude [1] 104/16
laundered [3] 219/11 219/18 219/24
laundry [1] 188/9
law [52] 1/20 1/22 5/7 5/14 11/13 19/6 25/8
27/21 27/22 27/23 27/24 35/12 36/25 37/13
44/16 48/14 49/8 62/2 77/18 78/2 87/2 90/23
99/9 114/25 116/20 117/15 117/18 127/14
135/1 135/3 135/9 135/17 138/15 140/23
142/4 142/7 144/21 145/2 146/5 146/20
146/22 146/22 162/21 169/25 177/21 180/13
197/20 198/3 202/6 204/20 208/2 224/19
lawnmower [1] 85/10
laws [1] 89/10
lawyer [1] 25/25
lawyers [9] 5/21 5/22 5/24 6/24 20/17 20/19
22/8 54/12 160/21
lay [1] 44/5
layer [1] 50/20
laying [2] 66/25 202/10
lead [10] 23/22 24/24 74/5 74/5 136/4 136/9
144/17 198/20 201/15 203/23
leadership [1] 25/19
leading [2] 57/3 211/3
lean [1] 148/14
leaned [3] 34/4 77/12 147/16
leaning [4] 148/8 148/15 149/18 149/25
leaping [1] 166/15
learn [7] 25/7 25/11 29/15 30/3 56/6 90/18
149/9
learned [1] 136/2
learning [2] 29/25 30/1
least [53] 22/2 23/7 24/14 25/13 25/22 26/19
30/4 31/1 32/4 35/17 36/14 37/12 38/1 41/16
43/13 43/16 44/2 46/12 49/1 54/18 67/4 69/7
74/11 87/24 100/14 101/12 102/2 105/22
106/11 110/1 113/15 115/21 118/10 119/14
124/16 125/25 127/22 131/14 142/1 146/25
147/2 150/8 152/17 154/8 155/23 156/16
157/15 162/10 166/20 168/2 172/12 192/24
211/9
leaves [3] 51/24 83/16 83/21
leaving [2] 82/4 94/1
led [1] 43/14
leeway [1] 101/23
left [27] 32/14 51/14 52/24 52/25 67/4 74/12
74/19 76/6 76/11 78/9 80/9 109/1 121/23
125/15 148/13 149/17 157/3 157/5 158/10
159/21 159/22 159/24 163/21 166/7 170/25
175/1 190/21
left-hand [2] 32/14 175/1
leg [16] 45/13 65/4 71/11 75/23 173/13
173/21 176/23 176/25 177/2 215/23 215/23
216/10 216/14 223/9 223/12 224/10
legal [2] 5/21 27/14
Lem [1] 117/1
LeMieux [3] 117/1 117/4 117/7
length [1] 11/16
lengthy [1] 21/25
Leslie [1] 73/17
less [2] 47/18 183/3
let [18] 5/8 21/10 22/20 22/24 24/15 36/5
43/8 56/18 63/7 67/25 117/22 142/3 170/3
178/23 199/24 200/23 207/9 215/17
let's [14] 21/2 48/6 102/7 121/7 126/8 147/8
156/24 162/6 182/19 200/23 204/8 207/9
215/19 219/18
lettering [1] 128/18
level [2] 90/15 95/6
liability [2] 27/18 28/17
license [12] 40/22 68/15 77/13 77/15 168/15
169/11 170/1 170/6 170/7 170/15 170/19
171/4
lies [1] 97/12
life [8] 11/9 20/5 29/5 29/10 82/2 103/7
207/14 208/3
lift [2] 202/25 203/2
like [42] 48/2 51/20 55/14 59/22 72/18 74/7
74/13 74/23 75/1 75/15 77/25 80/20 80/25
86/13 86/14 91/18 93/22 94/20 98/17 110/13
118/22 124/5 124/24 124/25 125/23 125/23
128/17 132/14 135/2 135/11 140/24 158/7
161/11 174/6 186/16 199/18 205/13 205/15
209/19 212/4 216/8 217/12
liked [3] 105/12 131/22 131/24
likelihood [1] 99/7
likes [1] 131/23
limited [1] 161/25
line [15] 141/4 153/9 154/1 154/6 156/18

# L

line... [10]  156/21 158/6 158/7 158/11
158/13 169/21 204/24 205/5 210/11 212/18
lined [2]  140/10 176/23
link [1]  161/17
listen [4]  21/9 23/9 66/3 82/20
listening [2]  7/18 225/1
little [44]  21/25 26/10 30/19 36/11 38/9
38/24 42/13 42/20 43/3 50/6 50/7 74/2 74/4
75/22 79/1 79/17 79/19 83/12 84/14 84/16
84/23 85/12 87/11 101/13 104/4 104/21
124/4 125/2 128/3 128/13 128/13 128/18
134/2 134/19 141/20 159/14 165/13 166/6
171/2 195/2 195/4 203/4 212/3 212/13
live [1]  104/8
lived [10]  32/22 103/19 103/20 103/22 104/3
104/6 168/10 168/11 169/6 213/15
Lives [1]  84/5
living [2]  32/18 191/4
load [1]  67/7
loaded [5]  36/1 52/12 74/16 74/24 201/7
locate [7]  112/8 159/10 206/3 207/20 209/3
209/6 209/14
located [40]  30/8 32/14 32/24 72/9 118/19
134/24 135/13 138/1 138/5 138/18 139/1
139/3 140/12 141/5 144/1 146/4 146/6 152/8
156/4 157/2 158/1 158/5 158/13 159/9
168/23 169/4 169/9 169/18 169/22 169/23
173/13 174/4 174/18 180/22 187/2 188/7
189/7 191/22 194/10 217/20
location [19]  35/6 134/7 134/10 134/13
134/17 134/18 135/12 139/16 144/8 150/14
151/8 152/6 152/8 154/14 158/4 165/2 201/2
210/18 211/5
locations [2]  39/3 208/19
locked [7]  98/7 154/23 199/2 199/6 199/8
199/8 204/10
logical [1]  92/24
long [6]  63/2 84/11 119/9 142/4 169/8
196/24
longer [1]  47/20
look [27]  12/1 15/17 32/4 32/8 38/25 46/1
48/16 70/13 70/14 75/22 79/19 91/21 91/22
111/21 114/2 126/21 130/12 146/15 168/1
180/24 198/14 199/11 209/17 215/17 215/18
217/7 223/21
looked [11]  112/20 114/24 126/24 157/11
158/7 161/11 186/16 199/18 204/20 206/16
207/1
looking [46]  34/10 36/22 37/19 58/22 112/11
112/23 119/20 141/10 142/20 142/21 143/1
143/8 146/9 147/10 147/24 150/15 157/14
158/25 159/15 163/19 165/19 167/16 170/1
171/6 173/2 173/8 183/6 184/5 184/12
184/13 185/24 185/25 186/11 186/13 187/1
187/13 190/7 191/2 191/3 191/10 198/11
204/18 207/16 208/24 209/5 215/8
looks [1]  128/17
lot [19]  22/9 33/11 36/6 57/14 59/13 61/12
63/4 65/25 107/16 107/21 112/11 131/23
188/18 188/19 201/21 209/22 215/10 218/8
218/8
lots [6]  33/9 49/8 49/8 75/2 75/2 75/2
lovely [1]  28/22
loving [1]  103/4
low [5]  90/15 93/12 93/12 93/13 95/5
low-educated [1]  93/12
lower [6]  140/13 141/12 147/18 157/24
160/2 174/24
LP [1]  164/12
lucky [3]  81/24 81/24 82/1
lunch [2]  97/24 98/7

Lur [1]  153/15
lure [1]  38/10
lures [1]  46/8

# M

machine [3]  46/19 128/10 226/10
machinery [4]  155/13 155/15 156/1 218/16
made [17]  7/7 30/15 38/10 46/23 63/9 63/12
78/3 82/3 82/3 148/17 151/7 151/9 166/17
179/1 186/12 198/23 201/1
Madison [6]  24/6 36/3 36/3 151/18 152/12
200/15
magazine [14]  29/19 29/20 29/21 30/2 46/8
47/4 71/4 105/5 105/23 105/24 112/1 118/10
178/4 178/10
mail [2]  110/3 112/25
mailboxes [1]  83/4
main [3]  115/17 186/19 190/25
mainly [1]  114/12
maintained [5]  135/9 142/12 154/16 154/16
154/19
major [2]  136/12 137/5
make [28]  20/17 21/14 25/17 35/1 38/25
45/3 57/24 60/17 65/17 88/22 93/10 95/7
96/11 96/17 96/18 97/9 99/21 103/9 111/6
130/24 139/22 146/22 156/19 158/24 201/23
210/15 216/9 217/8
Makeover [1]  108/20
makes [11]  34/25 46/18 56/1 57/5 57/6 61/23
63/18 64/16 64/19 83/13 90/25
makeup [1]  96/3
male [3]  39/3 39/9 39/13 215/4
man [14]  30/14 31/1 53/14 63/10 68/4 68/5
68/7 73/4 76/18 77/9 78/7 81/3 81/8 81/25
man's [1]  66/4
manage [2]  202/17 202/19
manipulate [1]  150/4
manipulated [4]  95/16 95/17 95/17 97/7
MANITOWOC [17]  1/1 21/7 21/20 23/20
23/21 24/17 24/22 30/9 30/10 30/11 115/13
135/18 136/2 200/1 200/9 220/18 226/2
manner [1]  206/20
manually [1]  182/22
manufacturer [1]  208/20
many [15]  6/5 30/24 37/10 41/17 44/1 59/7
95/2 143/10 143/13 163/7 182/20 217/24
223/8 223/9 224/5
map [1]  181/16
mapping [1]  181/15
Mar [1]  195/20
March [19]  62/9 62/11 62/14 62/20 63/25
70/9 71/5 71/17 72/3 89/3 172/12 172/17
189/13 193/7 193/21 195/23 219/15 223/11
223/17
March 1 [12]  62/9 62/11 62/14 62/20 63/25
70/9 71/5 72/3 189/13 193/7 193/21 219/15
mark [7]  1/19 4/11 24/25 56/13 73/22 90/22
136/9
marked [25]  3/18 103/23 105/18 106/24
110/14 110/22 118/13 119/5 125/6 129/6
139/8 143/23 148/25 149/22 150/11 155/6
158/17 163/18 167/14 171/19 172/25 173/15
178/1 192/19 192/24
Marlin [2]  37/23 67/2
maroon [2]  40/8 167/17
married [1]  109/13
massive [2]  33/7 49/10
match [8]  31/10 31/14 31/15 45/13 50/12
73/8 76/9 203/24
matched [1]  51/7
matches [5]  34/12 40/18 45/3 51/3 51/21
materials [2]  7/16 120/6
matter [8]  98/18 100/6 100/11 102/4 212/24

221/21 226/7 226/13
maximum [1]  183/3
may [62]  5/19 6/13 7/13 7/20 8/4 8/22 9/23
10/19 11/22 12/10 13/7 14/7 15/3 16/12
17/12 20/11 21/12 22/1 26/9 26/22 26/22
27/2 28/7 30/24 31/6 52/9 52/9 53/18 54/13
60/11 62/18 63/9 87/7 91/12 94/7 98/18 99/2
100/15 100/16 100/22 101/9 101/16 123/2
133/1 133/2 142/9 142/17 145/6 146/6 154/5
160/13 162/4 165/13 195/3 202/1 205/9
208/1 210/22 219/11 219/25 220/12 224/15
May 13 [4]  91/12 99/2 100/22 101/9
maybe [5]  50/21 83/15 87/14 205/12 206/17
me [60]  5/20 20/25 21/3 21/10 22/20 23/20
32/4 36/5 43/8 47/21 49/19 53/1 53/7 53/10
53/15 56/24 63/7 63/8 66/16 67/25 82/20
89/6 89/11 93/12 95/19 101/11 103/12
106/17 107/4 109/23 110/8 111/17 116/24
117/1 117/12 117/22 123/22 124/3 127/5
134/11 142/3 147/1 148/23 164/3 164/4
170/3 174/18 178/23 182/4 205/23 209/10
213/8 217/22 219/5 219/10 219/19 223/22
225/2 226/8 226/9
mean [7]  25/24 60/14 179/19 199/14 206/14
206/18 218/10
meaning [1]  22/6
means [9]  11/3 11/8 19/22 20/2 23/23 28/1
92/2 178/13 215/17
meant [5]  22/17 50/22 70/23 181/10 181/20
meantime [1]  111/19
measure [1]  181/17
measurement [2]  183/1 212/10
measurements [8]  43/17 181/18 181/21
181/23 182/20 182/22 187/9 212/9
measuring [1]  181/15
media [1]  197/18
meet [5]  83/10 83/16 90/19 93/6 93/6
meeting [1]  55/10
meets [1]  83/18
member [1]  82/8
members [9]  77/9 81/1 81/18 111/13 112/6
114/15 135/3 153/15 198/17
memory [7]  7/21 8/8 50/25 95/5 223/8
223/12 223/23
mental [1]  11/9
mention [2]  106/15 150/23
mentioned [23]  26/22 100/21 104/12 104/19
107/3 115/20 122/17 122/18 122/19 122/20
122/22 125/16 135/25 137/7 139/11 140/16
141/16 143/3 153/18 158/20 162/8 165/1
187/5
mere [1]  20/7
merely [1]  20/8
mess [2]  85/8 85/13
message [6]  38/5 38/6 38/18 84/1 110/4
110/7
messages [2]  112/20 112/25
met [2]  92/18 135/3
metal [3]  68/8 76/20 148/18
methods [1]  207/22
Michels [1]  160/10
microphone [2]  102/25 161/4
middle [5]  24/7 156/11 159/7 172/1 209/1
might [16]  28/6 44/2 44/9 55/14 109/8
157/20 160/15 188/17 196/6 200/22 208/19
209/13 209/14 209/18 212/12 218/13
Mike [12]  83/23 83/24 84/2 103/16 111/15
112/9 112/16 112/16 117/11 117/12 117/12
121/25
Mike's [1]  121/19
mile [2]  103/21 104/6
milked [2]  108/19 115/21
Milwaukee [2]  4/8 24/9

# M

**mind [3]** 12/1 15/17 64/25
**minor [1]** 100/21
**minute [7]** 11/19 25/21 48/7 53/9 53/19 71/25 160/18
**minutes [6]** 47/18 50/2 53/24 83/3 84/1 84/10
**Mishicot [1]** 191/5
**miss [1]** 209/13
**missing [11]** 29/16 30/4 48/20 79/14 109/21 111/12 113/20 114/1 114/7 134/14 204/15
**misspoke [1]** 185/8
**mistake [1]** 216/9
**misunderstood [1]** 199/16
**mode [1]** 58/19
**model [3]** 111/6 182/2 196/15
**modeling [1]** 186/5
**models [1]** 182/1
**mom [5]** 33/2 83/12 85/21 86/3 131/16
**moment [3]** 43/8 66/2 150/20
**Monday [8]** 38/23 39/16 39/22 112/22 115/15 157/16 164/3 164/8
**moral [3]** 61/4 66/10 66/10
**more [38]** 26/4 40/7 42/13 45/18 49/7 55/20 57/1 57/1 57/2 59/18 59/19 61/25 65/25 71/20 86/13 95/17 104/21 105/10 119/24 149/2 150/7 151/15 155/9 158/22 159/17 160/14 166/18 175/7 184/21 188/17 188/19 191/24 195/4 208/4 212/3 212/23 212/25 213/22
**morning [12]** 21/5 30/16 33/17 34/7 46/7 46/17 48/22 48/23 53/10 224/18 224/22 225/4
**most [17]** 20/5 21/13 22/14 26/17 41/1 57/20 58/20 71/13 72/11 78/13 87/24 88/17 119/14 124/10 126/4 178/9 211/9
**mostly [1]** 124/9
**motel [2]** 193/16 194/9
**mother [9]** 82/8 83/20 193/13 194/10 213/25 214/2 214/3 214/7 220/10
**mother's [1]** 84/18
**motion [2]** 29/10 29/11
**motive [6]** 12/7 12/8 12/9 12/10 12/13 12/15
**Motorola [4]** 80/18 110/13 110/19 111/8
**mound [8]** 185/4 185/4 185/5 185/6 185/19 191/17 191/17 191/19
**move [16]** 42/13 58/16 104/9 120/19 132/3 147/8 150/9 151/11 157/10 157/19 162/6 196/1 202/16 202/18 202/21 203/10
**moved [2]** 3/18 155/18
**movies [1]** 107/17
**moving [5]** 59/9 107/2 155/15 185/17 190/11
**Mr [6]** 54/12 80/14 80/15 174/12 177/8 179/9
**Mr. [106]** 4/23 4/25 20/24 21/17 24/3 24/5 24/9 24/10 24/12 24/25 25/1 25/3 27/8 31/6 31/7 31/15 32/16 39/12 40/2 43/15 43/19 43/25 46/14 55/11 55/19 55/20 56/3 56/19 58/11 59/3 65/6 65/7 67/1 67/11 67/14 67/20 68/22 69/24 73/6 78/11 80/7 80/16 86/11 87/5 88/4 91/1 97/19 99/3 100/1 100/1 101/6 102/8 105/17 106/16 117/14 119/9 120/25 121/7 127/3 127/17 128/9 128/10 128/17 129/5 133/17 136/24 137/20 138/10 149/10 149/13 150/21 155/5 160/24 162/4 164/15 169/20 169/20 171/22 173/23 174/4 174/17 175/6 175/8 175/21 176/10 176/18 177/1 178/11 178/21 182/21 188/2 189/14 192/8 192/17 193/6 193/10 193/22 194/6 194/10 194/11 195/22 202/13 205/24 212/1 216/16 221/22 223/20
**Mr. and [1]** 138/10

---

**Mr. Austin [4]** 43/15 43/25 182/21 192/17
**Mr. Avery [10]** 31/6 31/7 31/15 46/14 55/11 65/6 67/1 67/11 68/22 164/15
**Mr. Avery's [7]** 32/16 40/2 43/19 80/16 106/16 169/20 178/21
**Mr. Das [1]** 137/20
**Mr. Dassey [18]** 21/17 56/3 67/14 67/20 99/3 169/20 173/23 174/17 175/6 175/8 176/18 177/1 193/6 193/10 193/22 194/6 194/11 195/22
**Mr. Dassey's [7]** 27/8 59/3 171/22 174/4 189/14 192/8 194/10
**Mr. Edelstein [2]** 100/1 101/6
**Mr. Ertl [3]** 78/11 149/10 150/21
**Mr. Ertl's [1]** 149/13
**Mr. Fallon [3]** 24/3 24/5 223/20
**Mr. Fassbender [7]** 39/12 55/19 127/17 133/17 155/5 212/1 221/22
**Mr. Fremgen [3]** 4/25 100/1 160/24
**Mr. Gahn [3]** 24/9 24/10 24/12
**Mr. Kratz [11]** 4/23 20/24 86/11 87/5 88/4 91/1 97/19 102/8 120/25 162/4 216/16
**Mr. Kratz's [2]** 202/13 205/24
**Mr. Mark [1]** 24/25
**Mr. Newhouse [1]** 73/6
**Mr. Schmitz [1]** 178/11
**Mr. Stahlke [1]** 80/7
**Mr. Tom [1]** 25/3
**Mr. Tyson [1]** 188/2
**Mr. Wiegert [14]** 25/1 55/20 56/19 58/11 69/24 117/14 121/7 128/9 128/10 128/17 129/5 136/24 175/21 176/10
**Mr. Wiegert's [3]** 105/17 119/9 127/3
**Mrs [2]** 138/10 177/21
**Mrs. [11]** 102/21 106/19 109/20 111/10 113/17 117/22 118/7 119/24 120/13 176/18 177/1
**Mrs. Halbach [9]** 102/21 106/19 109/20 111/10 113/17 117/22 118/7 119/24 120/13 176/18
**Mrs. Tadych's [2]** 176/18 177/1
**Ms [17]** 28/23 29/1 29/1 29/2 29/15 30/16 31/21 34/16 45/11 47/13 53/1 116/8 116/14 116/15 177/15 178/7 215/25
**Ms. [7]** 29/25 30/6 44/15 44/23 51/4 67/7 177/24
**Ms. Culhane [3]** 44/15 44/23 51/4
**Ms. Halbach [4]** 29/25 30/6 67/7 177/24
**much [13]** 22/4 53/23 55/4 55/20 71/20 94/22 97/18 107/9 123/23 124/12 175/7 188/19 197/16
**mud [2]** 211/3 211/6
**mundane [1]** 92/14
**murder [5]** 57/21 67/21 69/11 82/11 95/25
**murderer [1]** 81/15
**murderer's [1]** 81/16
**muscle [1]** 45/9
**must [23]** 7/17 8/7 9/18 9/25 10/10 10/21 11/24 12/2 13/1 14/2 14/9 14/18 15/4 15/18 16/5 17/14 17/23 18/8 18/25 19/16 20/22 96/20
**mutilate [3]** 29/12 67/13 82/11
**mutilated [4]** 15/7 45/19 68/10 75/1
**mutilates [1]** 14/24
**mutilating [13]** 13/3 13/12 14/2 14/4 14/8 14/11 14/16 14/22 15/9 15/11 15/13 27/10 67/20
**mutilation [3]** 42/25 53/17 69/11
**my [56]** 21/22 22/10 23/3 23/16 47/14 47/14 47/19 53/22 64/14 70/22 89/10 89/10 89/10 89/11 101/6 103/2 103/2 103/21 108/10 108/11 111/19 112/16 114/18 116/7 121/23 123/20 124/4 125/2 125/12 131/9 134/11 137/1 154/8 158/20 161/1 161/1 161/5

---

161/16 166/16 198/13 199/4 199/22 199/25 201/3 209/4 211/17 212/15 212/15 215/8 215/15 218/15 220/1 222/24 223/12 226/9 226/13
**myself [3]** 23/10 121/25 193/12

# N

**naked [1]** 182/12
**name [31]** 30/14 31/21 32/17 32/20 38/12 38/12 38/13 43/11 46/12 46/14 47/1 51/12 73/5 78/7 79/4 80/14 80/23 83/23 102/17 102/17 102/23 106/13 122/15 122/20 122/22 123/11 123/11 126/10 133/12 133/12 174/5
**name's [1]** 23/16
**named [4]** 31/20 134/24 153/11 153/11
**names [1]** 107/5
**narrative [2]** 56/24 56/24
**national [2]** 5/10 129/9
**nature [3]** 96/4 133/25 166/24
**near [7]** 23/15 51/22 55/22 101/18 155/14 156/22 166/23
**necessarily [4]** 198/4 205/4 208/14 218/2
**necessary [7]** 5/20 12/7 19/14 26/24 26/25 145/17 190/18
**necessity [1]** 179/6
**neck [2]** 128/25 129/3
**need [20]** 11/17 11/19 22/24 22/25 23/1 26/10 30/20 33/12 42/21 50/16 51/1 51/1 60/22 87/19 88/19 89/17 94/5 111/21 155/4 215/16
**needs [3]** 22/23 85/24 100/16
**neighbor [1]** 89/10
**neither [4]** 213/13 213/18 216/24 217/3
**nephew [3]** 66/7 66/11 89/14
**never [4]** 86/3 100/21 203/13 203/15
**new [2]** 55/17 93/22
**Newhouse [2]** 73/5 73/6
**news [1]** 116/16
**next [26]** 7/24 21/12 25/4 32/16 37/15 40/1 40/13 43/2 47/7 47/8 74/3 84/22 92/13 92/21 103/20 104/3 109/4 117/15 117/24 139/19 147/14 150/18 171/1 181/1 181/2 188/7
**nice [1]** 102/25
**Nick [1]** 51/12
**night [14]** 35/8 75/9 78/16 84/14 85/5 86/2 107/25 108/18 108/19 113/24 131/8 131/12 174/9 220/23
**nights [3]** 107/21 107/24 130/23
**Nikole [4]** 33/18 116/3 116/9 116/17
**nine [1]** 167/3
**no [150]** 1/5 47/20 69/16 71/23 71/23 72/6 72/8 72/11 72/12 74/5 76/5 76/10 82/5 90/6 90/6 90/6 90/7 90/7 90/7 98/1 103/24 103/24 105/18 106/24 109/5 109/14 109/19 110/15 110/23 111/16 114/5 115/7 118/14 118/17 119/6 119/10 120/17 120/24 121/6 121/10 121/13 121/19 122/7 122/16 122/23 123/1 125/7 127/2 127/10 127/18 129/7 129/10 130/4 130/7 130/12 132/17 132/25 136/13 136/20 137/4 139/8 140/1 141/8 141/9 143/24 146/8 146/25 147/8 147/23 149/22 150/12 150/21 151/1 153/10 155/3 155/6 156/25 158/17 159/12 161/5 161/12 161/20 163/18 164/9 164/21 165/3 167/2 167/14 168/1 168/17 169/2 170/3 170/14 170/22 171/19 172/3 173/1 173/7 173/20 174/2 174/15 176/21 183/5 183/19 184/3 184/10 185/17 186/10 187/13 188/5 188/21 189/3 189/5 192/19 192/25 196/2 196/17 198/25 198/25 199/2 199/4 201/1 201/9 202/3 202/5 202/22 203/3 203/12 203/14 203/24 204/2 204/3 204/3 211/1 211/16 211/18 214/8 214/25 215/1 215/2 215/8

**N**

no... [9] 215/22 219/1 219/2 219/3 219/8 219/8 223/24 225/8 225/9
nobody [5] 69/17 80/1 81/15 146/22 211/12
nobody's [1] 212/17
nodded [1] 87/24
noncrushed [1] 156/17
none [2] 98/23 98/24
Norm [1] 4/8
normally [1] 126/10
NORMAN [1] 1/17
north [18] 137/8 143/2 144/1 155/18 157/5 157/8 160/10 171/17 171/21 183/22 184/12 184/13 184/23 188/8 190/11 191/7 192/9 192/10
northeast [3] 114/11 141/15 160/9
northern [2] 30/10 187/6
northwest [4] 32/15 139/10 139/17 183/10
not [168] 5/8 5/12 5/15 5/23 5/24 6/14 7/5 7/6 7/9 7/13 7/17 8/2 8/23 10/6 11/14 11/17 11/19 12/6 12/8 12/12 12/15 12/25 13/1 13/8 14/14 16/4 16/5 16/13 17/19 18/13 18/24 18/25 19/5 19/9 19/21 20/6 20/9 20/10 20/15 20/23 21/7 21/17 21/23 22/5 22/20 23/1 25/12 25/18 26/13 26/22 32/12 37/12 40/5 42/4 43/17 43/23 43/24 44/23 50/24 52/9 56/18 57/12 58/9 60/11 61/24 62/1 62/5 62/15 63/5 63/18 63/20 66/1 66/25 69/13 69/13 69/19 70/19 71/2 73/13 75/13 76/23 78/2 81/19 82/23 87/4 88/25 89/21 90/8 90/11 91/24 92/24 93/20 93/25 94/9 96/10 96/21 96/22 97/1 97/17 98/11 98/21 99/7 99/17 99/24 100/10 100/14 102/22 109/5 110/6 112/5 112/18 113/7 115/23 120/17 127/2 130/16 131/19 136/13 141/6 143/6 158/21 167/6 179/21 180/18 182/9 182/9 182/15 184/7 188/20 188/25 190/2 190/3 193/7 196/12 199/4 199/7 199/21 200/3 201/3 201/9 201/10 202/18 202/20 202/22 203/19 204/17 204/21 206/12 208/12 209/6 210/17 210/19 211/2 214/7 214/15 214/20 215/6 215/11 215/16 217/6 217/24 218/6 218/9 218/24 219/22 220/1 220/12 220/25
note [3] 54/15 92/12 94/25
notes [16] 7/14 7/17 7/20 7/22 7/25 54/8 54/11 54/16 68/1 68/1 94/6 94/6 94/9 94/10 215/17 226/9
nothing [4] 23/22 62/11 90/7 122/24
notice [6] 22/13 24/12 33/8 33/24 142/17 155/14
noticed [2] 98/25 126/14
notified [1] 102/2
notoriety [1] 31/3
novel [4] 86/14 86/15 86/21 87/4
novels [3] 86/15 86/16 87/8
November [30] 29/16 33/17 34/7 37/16 48/8 54/23 71/18 109/22 111/10 112/13 113/17 113/18 114/9 115/10 116/1 119/13 122/14 134/4 134/6 142/6 142/11 146/17 162/8 162/14 164/8 169/17 179/17 181/13 193/8 198/2
November 12 [1] 142/11
November 15 [1] 119/13
November 3 [1] 109/22
November 5 [6] 122/14 134/4 134/6 142/6 181/13 198/2
November 6 [1] 54/23
November 7 [1] 164/8
November 8 [1] 169/17
now [82] 8/11 20/17 23/21 27/21 28/14 36/5 41/4 44/13 44/15 50/12 53/4 56/18 59/9

62/10 62/22 63/15 64/9 65/9 67/7 69/20 70/22 75/6 83/17 84/17 86/4 86/9 86/9 86/20 87/4 87/18 94/24 100/24 105/17 105/21 118/17 119/14 123/25 129/17 139/25 140/15 141/11 142/1 143/23 144/7 148/14 153/20 155/12 155/25 156/12 157/4 158/3 160/6 164/15 165/6 172/1 173/23 175/6 175/21 176/22 182/4 184/12 185/17 186/4 186/23 189/3 190/22 191/3 192/2 192/4 197/9 197/19 198/3 200/12 204/23 205/23 206/6 209/25 220/1 220/4 222/15 223/7 224/1
nowadays [1] 208/13
nowhere [2] 55/12 55/13
number [30] 10/24 11/5 15/7 15/11 18/11 18/13 18/15 34/9 34/10 38/14 38/14 54/20 54/20 61/24 62/4 62/24 88/5 88/15 92/9 94/7 97/6 100/23 114/3 127/6 170/19 175/24 212/5 212/6 212/8 217/14
numbers [1] 208/15

**O**

o'clock [5] 97/25 98/3 98/5 109/22 199/20
object [2] 7/2 145/3
objection [19] 7/7 7/9 100/19 100/24 100/25 101/1 120/20 120/24 122/6 132/13 132/17 160/25 161/2 161/6 161/7 179/8 196/4 196/17 208/2
objects [1] 148/3
obscured [1] 147/2
observation [1] 209/4
observations [4] 97/9 153/25 154/8 210/15
observed [2] 134/22 145/22
observing [2] 7/19 190/5
obtain [2] 90/23 198/14
obtained [9] 35/9 35/15 49/6 55/19 162/9 193/22 211/16 212/6 212/8
obtaining [2] 49/1 57/17
obvious [4] 39/16 41/12 41/18 87/16
obviously [8] 21/17 42/24 84/4 113/1 122/18 151/13 207/8 214/17
occasion [3] 172/7 207/14 219/23
occasions [2] 37/12 166/13
occurred [2] 210/9 220/2
occurs [1] 59/4
October [27] 46/4 46/6 65/2 79/16 80/22 82/21 84/14 86/11 106/12 108/5 108/9 108/10 109/11 109/16 111/4 112/15 120/14 120/15 127/25 131/6 131/17 173/25 174/9 177/9 178/22 194/13 219/12
October 30 [2] 108/5 111/4
October 31 [7] 80/22 82/21 86/11 108/10 174/9 194/13 219/12
odd [2] 110/7 112/22
off [20] 30/23 32/3 42/18 48/19 55/9 61/6 61/8 62/13 77/2 82/25 85/1 91/4 97/22 107/23 133/5 173/6 186/5 188/11 204/14 211/14
offense [4] 15/4 16/1 18/8 19/7
offenses [3] 8/12 26/14 27/9
offer [3] 91/8 122/4 142/7
offered [5] 6/15 21/6 91/22 99/11 99/12
offering [2] 196/12 196/13
office [4] 4/9 138/4 138/8 141/17
officer [7] 99/18 101/3 101/17 127/14 206/6 208/3 216/9
officers [35] 25/8 38/1 41/23 41/25 42/2 42/24 43/5 44/17 49/9 49/25 56/6 59/21 60/1 62/2 68/12 69/20 70/10 71/25 90/21 90/23 90/25 91/9 93/10 95/19 127/14 135/18 135/18 144/21 146/21 149/6 165/19 169/25 202/7 204/20 208/9
Official [3] 2/4 226/4 226/19
officials [1] 177/21
offset [1] 141/3

often [5] 89/5 109/6 117/18 117/21 158/20
oftentimes [5] 54/11 59/16 59/17 92/25 93/3
oh [2] 121/7 140/23
oil [1] 194/19
okay [60] 21/4 57/23 98/9 113/8 117/18 119/1 122/24 125/3 126/8 126/12 126/17 127/18 128/5 129/1 130/23 132/19 132/24 160/17 178/20 183/19 193/1 197/9 198/11 198/16 199/13 202/20 203/1 203/4 203/13 205/17 206/9 207/5 207/18 207/19 208/8 208/18 208/23 209/10 209/16 211/24 212/10 212/17 213/2 214/9 215/10 215/15 216/4 216/8 217/9 218/21 218/24 219/16 220/11 220/18 221/21 222/9 222/19 222/21 224/20
old [19] 28/24 29/12 63/14 66/23 82/12 84/20 85/13 85/14 85/15 90/12 90/13 93/12 109/11 123/16 126/15 126/16 138/7 138/25 141/22
older [3] 123/21 123/22 123/23
oldest [2] 103/2 103/15
Olson [1] 73/25
once [6] 106/9 109/8 110/1 155/4 183/25 219/12
one [102] 10/12 10/16 10/24 14/20 14/24 15/7 17/25 18/4 18/11 21/12 22/22 22/23 23/7 25/12 29/17 29/18 31/12 31/12 36/14 37/11 37/17 37/20 44/9 45/6 45/7 54/20 62/24 68/5 68/6 72/6 72/8 74/12 74/13 76/10 82/1 87/22 88/2 92/12 92/21 94/8 96/2 97/11 97/15 97/25 98/2 98/5 98/14 98/18 109/22 115/21 119/4 120/2 126/14 127/12 128/3 128/24 130/22 139/25 144/17 150/8 150/9 151/11 152/23 153/17 157/13 158/22 159/1 159/7 163/14 176/17 177/2 183/3 186/24 195/24 198/25 199/4 199/10 199/10 202/21 203/8 212/11 213/9 213/11 213/13 213/18 213/24 213/25 214/9 214/10 214/20 215/3 216/5 216/12 216/24 217/3 217/4 217/14 218/14 221/6 223/24 224/2
one-half [1] 183/3
one-man [1] 68/5
ones [3] 71/25 214/12 214/17
only [17] 5/6 6/8 25/18 37/13 40/5 43/18 50/25 75/13 76/23 81/15 94/8 97/15 99/10 112/5 167/6 182/15 200/24
Oop [1] 189/24
open [5] 114/20 160/8 160/12 188/24 209/23
opened [5] 37/18 77/16 204/17 207/6 207/7
opening [2] 3/4 7/15 20/17 20/18 20/23 21/22 22/10 23/6 23/11 26/2 27/6 53/23 54/13 60/25 64/14 70/23 86/12 91/3 98/25 100/22 172/13
opinion [7] 7/10 74/10 147/5 150/7 159/5 202/15 205/7
opponent [2] 99/12 99/24
opponents [1] 101/10
opportunity [9] 20/19 26/3 86/23 86/25 88/8 88/13 100/6 102/3 102/5
opposing [1] 98/21
opposite [2] 34/17 161/24
orange [2] 155/13 156/1
orange-ish/yellow [2] 155/13 156/1
order [2] 12/13 145/1
ordinary [1] 20/3
organized [2] 115/13 118/25
origin [1] 5/10
original [1] 144/7
Originally [1] 157/6
other [59] 7/4 7/8 23/2 24/14 30/13 37/4 37/6 37/14 40/1 52/20 52/21 55/14 55/18 58/12 61/22 62/12 73/12 79/25 85/1 92/4 92/22 97/12 103/13 103/13 111/13 112/5

# O

**other... [33]** 112/6 112/10 113/20 114/14
114/15 117/23 124/19 124/22 131/7 135/17
138/1 138/1 139/25 141/4 144/21 148/19
148/20 150/22 151/2 152/16 154/13 155/1
156/9 159/11 165/8 186/5 189/9 206/1
206/22 207/21 216/8 216/8 224/19
**others [6]** 36/18 105/11 123/25 150/4 201/22
206/17
**otherwise [2]** 7/21 203/9
**ought [2]** 63/20 63/23
**our [17]** 21/4 32/4 73/16 74/9 97/9 101/20
108/24 114/18 115/17 116/17 121/15 122/1
131/4 160/16 172/12 196/11 224/18
**out [63]** 15/18 43/24 46/9 46/15 46/20 46/20
48/17 55/11 57/4 59/7 60/13 60/15 70/1 82/6
85/20 86/12 87/6 87/12 88/4 98/4 99/4
101/13 111/20 111/21 113/7 114/19 127/11
141/20 143/8 143/19 148/17 149/2 149/24
150/17 152/6 154/3 157/4 160/23 162/24
163/16 167/19 171/18 173/19 173/22 174/12
176/25 177/2 180/24 185/5 185/11 190/20
191/19 191/21 210/7 211/10 213/10 213/11
214/9 214/12 215/25 216/5 216/10 225/5
**out-of-town [1]** 143/19
**outbuilding [1]** 33/10
**outside [6]** 6/13 39/24 80/12 113/18 132/20
185/14
**over [26]** 7/8 11/17 59/24 59/24 59/24 78/14
84/7 84/15 85/22 85/22 89/7 106/9 107/20
124/4 124/5 124/11 124/12 128/10 143/8
182/22 191/1 200/3 200/4 210/14 212/13
212/18
**overall [1]** 197/10
**overcome [1]** 19/10
**overview [5]** 26/6 41/4 136/22 159/14 196/7
**overwhelming [2]** 25/10 44/22
**own [5]** 103/21 104/7 105/2 105/3 127/16
**owned [12]** 79/8 119/3 126/3 126/6 127/13
127/24 140/7 160/4 160/7 160/10 161/19
168/10

# P

**p.m [14]** 47/10 98/11 102/10 134/19 144/15
144/20 146/16 160/23 162/2 162/3 193/17
197/25 225/5 225/10
**pack [1]** 118/24
**packet [1]** 177/22
**page [2]** 3/2 110/24
**Pagel [5]** 135/17 135/25 136/6 144/9 198/21
**pages [1]** 87/14
**Paine [2]** 170/11 170/16
**paint [6]** 68/21 78/6 78/12 85/17 85/17 195/3
**pair [15]** 79/8 126/7 127/3 127/11 173/18
173/21 174/11 174/17 176/2 213/9 216/10
216/12 223/25 224/2 224/7
**pairs [1]** 224/5
**Palm [2]** 119/15 119/19
**Pam [6]** 33/19 116/3 116/6 116/7 116/17
116/25
**panel [4]** 51/8 148/16 150/1 150/1
**pants [5]** 78/16 78/16 84/13 174/19 221/15
**paperwork [1]** 214/15
**paraded [1]** 202/5
**Pardon [1]** 219/5
**parked [3]** 167/5 190/15 191/12
**parks [1]** 124/25
**part [19]** 5/23 12/13 52/1 75/23 75/24 75/24
87/16 88/11 99/6 105/5 105/23 118/11 130/8
133/25 143/5 165/3 179/12 196/13 203/22
**part-time [2]** 105/5 105/23
**participate [2]** 22/22 22/23

**participated [3]** 54/6 91/7 101/19
**participation [1]** 95/8
**particle [1]** 147/19
**particular [27]** 11/15 31/12 42/5 42/7 42/8
52/15 66/2 66/2 73/25 74/22 75/19 76/5 76/7
76/20 129/17 130/9 140/15 143/18 150/4
152/18 152/23 165/18 171/6 181/18 205/8
207/21 217/23
**particularly [2]** 101/22 155/9
**parties [4]** 5/22 5/24 6/10 96/14
**partner [1]** 111/11
**parts [3]** 24/11 55/23 147/7
**party [19]** 8/18 8/21 9/24 13/3 13/7 14/8
16/18 16/11 17/13 27/15 27/16 28/19 99/12
99/24 99/25 101/9 103/7 108/14 131/11
**pass [1]** 87/14
**passed [1]** 88/15
**passenger [8]** 51/22 52/1 147/11 148/1 148/7
148/15 150/1 150/16
**passive [2]** 58/19 95/13
**past [1]** 153/9
**pastor [1]** 89/11
**pat [1]** 93/23
**path [2]** 40/23 211/4
**pathologist [1]** 74/9
**patio [1]** 164/18
**patrol [5]** 43/12 170/13 180/7 181/12 197/6
**patrons [1]** 144/4
**pattern [1]** 211/15
**pause [1]** 20/4
**pay [1]** 8/6
**PDA [4]** 119/2 119/8 119/12 119/14
**Pearce [3]** 104/25 109/23 111/17
**peek [2]** 87/15 207/12
**peep [1]** 32/12
**peers [1]** 95/7
**people [23]** 23/15 26/7 39/13 60/7 60/7
60/16 60/18 61/16 68/3 76/19 103/9 105/25
111/19 112/10 112/11 115/12 121/22 162/20
200/14 201/16 202/16 202/17 204/13
**people's [1]** 126/16
**Pepin [1]** 99/14
**Pepsi [1]** 131/24
**perceived [1]** 61/5
**percent [2]** 45/20 72/16
**perception [1]** 168/2
**performed [4]** 40/15 95/11 165/7 165/8
**performing [1]** 115/2
**perhaps [8]** 23/7 58/11 71/13 74/1 78/13
144/12 167/22 178/25
**period [2]** 36/9 205/10
**permission [4]** 33/19 172/18 198/14 198/16
**pers [1]** 17/10
**person [52]** 1/24 8/23 9/3 9/5 9/6 9/7 9/8
9/11 9/12 9/14 9/18 9/21 10/18 10/19 13/8
13/14 13/15 13/16 13/17 13/18 13/21 13/22
13/24 14/3 16/13 16/18 16/19 16/20 16/21
16/23 16/25 17/2 17/3 17/8 18/5 19/6 19/24
20/3 39/20 48/20 51/12 82/1 88/18 113/21
114/1 114/7 125/14 126/15 134/14 145/3
202/21 221/23
**person's [5]** 12/1 12/9 15/17 58/9 61/20
**personal [2]** 5/8 119/1
**personally [1]** 212/5
**personnel [7]** 25/9 151/21 163/13 180/5
180/13 200/2 201/11
**persons [4]** 30/5 39/20 145/16 204/15
**perspective [4]** 91/20 157/20 168/2 197/10
**perspiration [2]** 52/21 52/25
**Pethan [1]** 98/19
**Pethan [1]** 152/8
**phone [28]** 38/4 38/6 38/14 48/17 48/18 69/4
80/10 80/18 80/22 83/6 83/8 85/21 110/3

110/6 110/9 110/17 110/20 110/25 111/1
111/7 111/10 112/11 112/17 113/8 178/18
178/20 178/21 197/14
**photo [8]** 32/7 42/9 47/6 80/6 121/4 140/13
140/14 168/19
**photograph [36]** 40/4 130/4 130/7 136/21
141/5 141/13 147/25 148/13 149/1 150/13
150/15 151/3 155/8 156/2 156/11 157/1
157/22 158/10 159/17 159/18 159/21 159/24
163/20 164/10 167/3 167/20 168/15 169/3
170/5 170/15 170/21 170/25 171/21 172/1
172/5 174/21
**photographed [2]** 170/8 170/10
**photographer [4]** 29/3 29/17 29/19 106/1
**photographers [1]** 29/23
**photographs [11]** 33/9 38/19 49/25 88/7
104/2 149/25 159/12 184/7 192/16 199/17
204/24
**photography [6]** 71/6 103/10 104/25 105/4
105/6 105/21
**photos [7]** 22/15 37/8 47/23 48/1 105/14
167/11 168/13
**phrase [1]** 60/8
**physical [7]** 27/1 27/3 50/1 61/21 70/7 70/24
214/20
**physically [4]** 94/16 199/15 201/7 217/25
**pick [1]** 202/25
**picked [7]** 127/11 150/3 202/23 219/13
220/11 220/19 220/21
**picking [1]** 84/20
**pickup [2]** 164/14 167/4
**picture [25]** 26/12 33/21 104/1 105/12
105/20 106/3 106/5 107/1 121/15 121/16
121/19 121/22 125/9 125/13 143/10 146/8
148/2 149/7 166/4 168/14 168/19 170/24
171/11 171/12 184/18
**pictures [12]** 29/23 40/10 47/3 52/6 67/23
105/11 105/15 106/1 106/8 106/17 118/10
206/9
**piece [15]** 26/10 31/13 32/12 73/18 73/19
73/20 73/25 77/10 130/1 147/18 150/5
155/13 155/15 156/1 181/15
**pieces [3]** 26/7 217/18 218/16
**pile [3]** 79/1 84/22 169/1
**piles [1]** 209/5
**Pilot [1]** 119/15
**ping [1]** 48/18
**pit [13]** 45/8 68/13 75/5 76/2 76/8 76/23
89/25 138/23 142/15 143/4 143/11 160/4
210/12
**place [14]** 7/24 30/6 30/7 30/8 30/9 36/14
66/24 81/20 81/22 145/3 145/15 158/22
193/15 214/10
**placed [8]** 35/5 147/21 157/8 170/15 170/20
191/13 205/19 223/16
**places [9]** 22/17 24/14 36/12 36/14 51/20
52/22 68/6 77/1 113/5
**PLAINTIFF [1]** 1/4
**plan [3]** 29/9 29/11 162/13
**planned [1]** 115/9
**plastic [2]** 129/19 129/20
**plates [13]** 40/22 49/17 68/15 77/13 77/15
169/11 169/22 170/2 170/6 170/7 170/15
170/17 171/4
**play [1]** 63/16
**played [1]** 196/9
**playing [1]** 83/22
**plays [3]** 60/21 83/11 190/1
**please [94]** 4/4 4/15 4/16 4/17 68/2 68/3
102/16 102/16 102/22 103/1 103/18 103/25
104/5 105/19 106/22 106/25 107/5 110/12
110/16 113/23 114/6 118/15 119/7 119/11
121/14 123/5 123/10 123/10 123/18 125/8

**P**

**please...** [64] 126/5 127/19 129/8 133/11 133/11 133/18 134/16 134/21 136/20 139/9 140/2 141/10 142/18 142/25 143/24 144/25 146/1 146/9 147/10 147/24 148/23 149/23 150/12 150/20 151/19 152/20 153/25 155/7 156/5 156/25 157/21 158/18 159/6 159/16 161/4 162/12 163/19 164/9 166/12 167/16 169/16 170/4 170/14 170/23 171/20 172/4 173/2 173/4 174/3 174/10 174/16 176/1 176/13 178/2 178/16 179/18 183/7 184/3 186/11 187/13 188/14 188/22 194/5 221/7
**Pliszka** [1] 47/11
**plot** [1] 86/16
**plowing** [1] 111/20
**plus** [2] 156/3 180/8
**Plymouth** [2] 167/17 186/1
**plywood** [3] 147/7 147/19 148/5
**pocket** [2] 174/24 175/1
**point** [22] 4/14 42/24 55/21 58/25 59/1 59/2 59/4 62/16 62/17 65/17 90/8 91/6 98/15 99/4 126/17 142/10 149/10 150/17 155/20 157/15 158/6 204/18
**pointed** [8] 30/22 53/6 86/12 87/5 88/4 141/2 149/24 154/2
**pointer** [6] 136/24 148/11 155/11 183/12 187/23 190/17
**pointing** [12] 139/17 141/11 148/14 155/12 155/25 156/10 157/4 158/3 158/10 160/5 171/4 171/25
**points** [5] 90/9 94/24 100/21 182/17 190/19
**police** [18] 42/2 62/17 69/20 69/23 70/6 72/3 72/16 72/19 81/7 90/20 91/12 94/13 95/19 97/12 115/1 163/25 180/15 205/11
**politely** [1] 89/12
**pond** [3] 34/19 140/11 156/10
**ponds** [2] 180/22 180/23
**pool** [2] 50/10 190/24
**porch** [1] 55/11
**portion** [5] 70/22 155/8 160/2 185/5 191/19
**portions** [3] 8/5 8/11 175/3
**portraits** [1] 105/10
**positioned** [1] 147/14
**positive** [5] 51/21 72/16 143/6 214/15 217/6
**positively** [3] 45/13 51/6 51/7
**possible** [3] 189/18 219/21 221/9
**possibly** [2] 59/8 140/5
**post** [9] 104/14 135/2 138/14 141/9 141/13 141/15 142/2 150/18 163/11
**poster** [2] 114/1 114/7
**posters** [5] 48/20 113/21 114/10 114/13 114/19
**posts** [3] 147/6 147/6 148/4
**potentially** [2] 206/13 206/15
**pours** [1] 85/12
**powerful** [2] 91/17 94/4
**PowerPoint** [1] 91/2
**PowerShot** [2] 80/19 118/17
**practic** [1] 11/11
**practical** [2] 212/24
**practically** [1] 11/11
**praises** [1] 66/6
**precise** [1] 207/23
**precisely** [1] 101/17
**precluded** [1] 101/11
**predicted** [1] 151/16
**prefer** [1] 224/17
**prejudice** [1] 5/9
**preliminary** [2] 3/3 4/20
**prepare** [2] 63/3 165/16
**prepared** [3] 181/11 205/13 226/8
**presence** [6] 132/21 135/1 135/10 138/15

142/12 219/20
**present** [19] 10/23 15/6 18/10 54/18 86/18 86/23 88/5 88/13 89/17 89/18 93/7 98/12 153/20 193/13 201/4 201/9 201/10 217/25 222/16
**presentation** [3] 24/1 54/9 91/2
**presented** [4] 5/7 5/14 70/15 213/8
**presenting** [1] 24/11
**preservation** [1] 57/23
**presses** [1] 95/19
**presume** [2] 88/10 88/20
**presumed** [1] 50/13
**presumes** [1] 19/6
**presumption** [3] 19/8 87/22 88/16
**pretty** [4] 55/4 124/3 124/12 202/13
**prevent** [1] 166/19
**previously** [3] 4/21 145/23 159/20
**primarily** [1] 8/7
**primary** [2] 163/3 164/17
**principally** [1] 161/17
**prints** [1] 211/14
**prior** [12] 102/3 122/14 127/24 146/22 151/2 152/15 154/3 177/7 197/2 197/14 198/3 200/12
**prison** [2] 31/4 31/16
**privately** [1] 140/7
**pro** [1] 92/16
**probable** [2] 145/2 145/5
**probably** [6] 25/11 50/17 77/10 154/19 209/20 213/23
**problem** [1] 161/12
**problems** [1] 95/6
**proceed** [3] 21/2 102/7 162/4
**proceedings** [2] 2/2 226/13
**process** [12] 6/11 21/11 21/11 27/7 41/14 41/15 57/15 57/16 57/17 113/23 165/10 165/16
**processed** [8] 36/2 151/7 151/22 164/6 200/21 200/22 206/2 217/7
**processing** [8] 36/4 39/2 43/15 149/16 162/10 165/21 166/21 201/24
**produce** [1] 181/25
**produced** [2] 211/12
**producing** [1] 11/4
**product** [1] 93/1
**profile** [6] 44/18 45/12 45/17 53/2 77/22 77/23
**profiles** [1] 44/25
**progresses** [1] 91/6
**progression** [6] 91/4 91/10 91/13 92/10 92/17 92/23
**proof** [4] 12/7 12/8 72/15 87/22
**properly** [5] 7/5 25/19 202/19 205/19 205/22
**properties** [5] 37/5 139/18 180/18 180/23 183/11
**property** [72] 30/17 30/18 32/8 32/12 32/16 32/17 32/23 32/25 33/4 33/7 33/20 35/3 35/13 36/24 37/6 38/11 41/6 43/19 47/10 47/15 47/19 47/23 49/2 49/11 51/5 106/16 113/15 134/8 136/16 136/23 137/6 139/25 140/16 140/17 142/5 142/8 142/12 143/3 143/14 143/16 143/18 143/20 145/4 145/4 145/22 146/4 154/2 155/24 168/21 169/8 177/8 179/19 179/23 179/24 180/1 180/2 181/4 182/17 190/3 192/7 192/8 197/20 197/21 198/4 199/11 205/6 205/9 205/11 210/13 214/17 214/21 218/16
**proposed** [2] 101/7 101/8
**proposition** [2] 99/14 99/16
**propped** [1] 210/23
**prosecution** [6] 15/1 23/14 23/25 24/21 24/23 99/11
**prosecutor** [5] 1/14 1/16 1/18 24/7 86/17

**prosecutors** [3] 4/10 24/18 24/21
**protective** [2] 162/17 162/24 210/2
**prove** [15] 9/25 10/21 12/12 14/9 15/4 17/14 18/8 19/5 27/13 53/13 76/15 79/1 81/6 92/3 97/4
**proven** [1] 18/23
**provide** [7] 7/16 8/20 13/5 58/6 69/20 88/8 95/3 120/8
**provided** [6] 81/8 118/9 120/2 148/19 148/21 175/22
**provider** [1] 110/25
**provides** [1] 16/10
**proximity** [2] 35/6 212/21
**prudence** [2] 19/4 20/3
**psychological** [2] 96/2 96/3
**psychologist** [1] 95/9
**public** [3] 61/25 81/7 208/11
**publicity** [1] 6/6
**pull** [3] 93/19 95/21 102/25
**pulling** [2] 166/15 191/23
**pumped** [1] 180/23
**puppy** [1] 93/22
**purchased** [4] 110/19 125/21 125/22 161/9
**purpose** [12] 9/21 11/9 14/5 15/16 17/11 20/18 92/25 101/24 162/1 163/3 204/12 207/15
**put** [19] 29/22 55/24 68/22 75/15 78/20 85/1 98/14 114/1 119/17 121/8 128/24 149/3 155/22 163/12 165/12 165/18 165/22 209/21 215/11
**putting** [1] 84/13
**putzy** [1] 84/12
**puzzles** [2] 26/8 26/8

**Q**

**Q-tip** [1] 77/19
**quadrant** [1] 41/5
**quarries** [2] 138/25 180/23
**quarry** [8] 138/25 140/7 140/7 140/7 160/3 160/4 160/7 160/10
**quarter** [6] 86/6 103/20 104/6 148/15 150/1 150/1
**question** [18] 34/14 45/18 62/3 71/13 120/12 120/12 131/16 131/20 151/5 156/19 177/12 199/16 202/18 205/3 211/17 214/5 222/14 222/24
**questionnaires** [2] 26/18 30/25
**questions** [20] 7/3 54/17 57/2 57/2 57/4 57/8 57/16 63/6 70/21 70/25 87/23 93/16 93/17 94/11 119/24 122/4 122/11 196/2 208/5 223/3
**quickly** [5] 38/9 42/13 49/4 50/22 183/6
**quite** [4] 28/8 32/2 99/9 141/24
**quote** [2] 197/20 205/1

**R**

**R-a-b-a-s** [1] 152/4
**Rabas** [2] 152/4 152/4
**race** [3] 5/9 83/7 83/8
**rack** [2] 38/2 187/5
**Radandt** [4] 140/7 160/4 160/7 210/12
**radar** [2] 55/12 62/16
**rags** [4] 85/13 85/15 194/23 195/7
**rains** [1] 211/10
**raise** [3] 4/17 23/3 123/5
**raised** [2] 87/24 88/19
**ramped** [1] 48/15
**rape** [4] 29/11 66/6 69/11 82/10
**raped** [1] 64/23
**rapes** [1] 65/20
**rare** [1] 57/3
**rat** [1] 118/24
**rather** [2] 68/4 71/18

# R

rational [1] 20/1
RAV [45] 106/23 117/1 117/4 141/1 141/4
146/2 146/11 147/13 147/16 147/25 148/9
148/16 149/1 149/4 149/19 150/2 150/13
152/9 152/18 153/9 153/22 154/7 154/11
158/4 198/24 199/17 199/19 199/21 200/13
200/20 201/6 201/9 201/10 202/10 203/21
204/8 204/17 204/21 210/10 210/16 210/24
211/3 211/4 212/1 212/18
ray [1] 76/6
rayed [1] 74/4
RAYMOND [2] 1/21 4/12
rays [1] 73/24
RAZR [3] 80/18 110/13 110/19
re [2] 39/8 195/22
re-interview [1] 195/22
reach [1] 141/13
reached [1] 154/7
reaching [2] 19/2 77/20
read [5] 8/5 8/11 8/13 80/13 87/10
readily [1] 95/18
reading [3] 86/14 90/15 95/6
ready [4] 9/13 13/23 17/3 28/9
real [2] 61/4 135/5
realistically [1] 212/17
reality [1] 218/2
realize [1] 215/10
realized [1] 105/2
really [13] 58/23 59/19 60/7 62/24 92/19
103/10 104/10 110/1 110/2 144/3 197/15
211/22 212/23
rear [19] 51/17 51/22 74/16 143/6 143/7
146/10 146/13 147/12 148/7 148/15 150/1
150/1 150/15 168/22 184/24 185/1 187/2
187/25 191/15
reason [11] 12/9 19/4 19/23 19/25 22/24
53/4 54/3 61/1 68/16 87/16 204/17
reasonable [25] 10/1 10/11 10/22 12/19
14/10 14/19 15/5 15/23 17/15 17/24 18/9
18/21 19/11 19/17 19/19 19/22 20/6 20/10
20/10 20/14 53/14 96/5 96/8 96/19 97/5
reasons [2] 29/18 62/23
rebuttal [1] 99/6
recall [4] 108/18 114/9 177/10 217/13
receipt [3] 110/17 110/18 119/12
receipts [2] 118/21 120/22
receive [2] 116/15 177/21
received [5] 6/15 6/22 7/8 44/16 122/8
132/20 135/5 161/8 161/14 194/6 196/18
196/19
recess [5] 5/18 53/24 53/25 98/10 162/2
recognize [3] 129/10 153/12 173/17
recollect [1] 220/3
recollection [2] 200/8 223/18
reconcile [3] 19/18 96/24 97/3
reconstructed [1] 56/7
Reconvened [4] 4/1 54/1 98/11 162/3
record [12] 4/20 97/22 98/15 100/23 102/17
123/11 133/5 133/12 173/6 192/22 211/21
225/7
recorded [1] 46/18
recording [1] 38/17
records [11] 48/17 80/22 112/17 113/9
178/14 178/16 178/18 178/20 179/5 179/7
214/16
recover [2] 41/18 42/1 43/6
recovered [18] 38/5 38/6 38/21 39/23 41/16
41/21 45/7 45/8 72/24 73/8 73/10 75/18
76/12 78/13 79/23 80/16 164/5 224/10
recovery [2] 42/15 162/11
recreational [1] 124/22

red [8] 141/3 141/19 147/13 168/5 194/18
194/22 194/24 221/19
redirect [4] 3/17 122/25 223/2 223/5
reduced [1] 219/21
reducing [1] 190/12
refer [1] 137/3
reference [1] 99/1
referred [1] 138/22
refers [1] 12/9
reflect [1] 192/22
reflected [1] 11/18
refresh [2] 7/20 223/17
refreshes [1] 223/22
regarding [1] 135/22
regardless [1] 6/19
regards [1] 22/15
regular [2] 23/2 107/25
reinterviewed [1] 55/18
Related [1] 204/5
relation [3] 44/9 156/7 170/24
relationship [4] 107/13 109/17 192/7 192/13
relationships [4] 181/22 182/14 182/14
182/16
relative [1] 211/2
relatively [2] 203/9 206/11
released [3] 31/4 31/16 31/16
religion [1] 5/10
rely [2] 7/20 8/7
remain [2] 6/11 23/8
remains [11] 35/19 42/11 49/19 74/12 76/17
117/25 118/4 153/21 154/5 154/11 207/17
remarks [2] 100/23 172/13
remember [28] 39/1 41/24 50/10 55/7 62/13
64/9 64/13 67/22 68/2 68/3 69/1 72/1 88/24
108/5 108/8 114/14 116/23 118/3 126/12
129/12 130/22 131/5 131/11 169/14 205/2
205/3 206/4 217/16
remind [2] 22/20 97/25 224/25
Reminds [1] 85/23
remnants [1] 52/7
removal [1] 51/15
remove [3] 151/8 154/21 207/12
removed [17] 35/3 68/15 77/13 141/6 151/16
151/20 152/5 154/12 154/14 154/22 170/17
188/24 188/25 205/15 205/16 205/18 217/16
render [3] 74/10 182/3 182/4
rendition [6] 183/20 184/4 185/1 185/23
189/1 192/12
rent [2] 104/7 104/10
report [3] 6/3 80/13 215/9
reported [3] 2/3 29/15 226/6
Reporter [5] 2/4 221/6 221/9 226/5 226/19
reporting [1] 146/5
reports [2] 6/1 217/8
represent [1] 89/13
represented [1] 76/1
repulsive [1] 66/9
request [1] 144/9
requested [3] 135/25 136/3 136/6
requests [2] 201/23
require [3] 11/15 68/3 82/13
required [8] 7/13 12/12 19/5 25/17 25/20
76/19 120/1 145/17
requires [6] 11/13 15/15 18/17 19/8 29/22
68/7
Rescue [2] 152/21 153/16
rescuing [1] 82/9
reserve [1] 100/5
resided [4] 137/14 137/20 139/13 139/21
residence [80] 30/17 37/22 39/24 40/25
46/24 46/25 47/18 126/21 137/13 137/16
137/17 137/17 137/19 138/9 138/18 138/19
139/20 139/21 143/7 143/8 143/13 164/11

165/7 167/23 169/5 171/1 171/2 171/9
171/10 171/14 171/14 171/22 171/24 171/25
172/8 172/19 172/21 173/10 174/5 174/12
174/18 176/3 176/18 176/20 177/1 177/3
177/18 177/19 177/20 183/9 183/10 183/15
183/16 183/22 183/23 184/5 184/11 184/14
184/16 184/22 184/24 185/3 185/24 186/13
186/15 186/15 187/3 190/7 190/10 190/13
191/2 191/25 192/2 192/4 192/4 192/5
192/14 213/11 213/11 214/12
residences [15] 32/11 33/6 36/12 37/2 37/4
40/1 136/23 137/12 138/2 139/12 139/24
145/16 163/7 169/20 177/14
resist [3] 62/5 62/6 62/6
resort [2] 193/16 220/6
resources [5] 25/13 152/16 154/20 163/13
respect [1] 202/4
respond [1] 100/18
responded [1] 103/11
response [6] 100/2 142/8 202/3 202/12
205/24 209/4
responses [1] 222/21
responsibilities [1] 162/7
responsibility [3] 20/12 24/19 59/5
rest [3] 43/6 59/7 88/12 108/16 177/12
restrained [3] 65/8 65/21 71/9
result [3] 72/3 77/18 194/8
results [3] 39/7 39/8 96/3
retention [2] 140/11 156/10
retire [1] 96/11
retrace [5] 48/11 112/13 113/9 177/6 177/11
retrieved [4] 112/24 176/15 176/16 176/17
retrieves [1] 67/1
return [6] 19/15 19/21 20/9 53/11 110/6
145/9
returning [1] 145/10
review [3] 100/6 100/10 102/5
reviewed [1] 72/21
revisit [1] 217/10
ride [1] 92/20
riding [1] 78/10
rifle [7] 37/20 37/22 37/24 37/25 67/2 72/25
73/6
rifles [2] 37/21 73/1
right [233]
right-hand [5] 140/14 141/12 147/18 157/25
174/24
rip [1] 186/5
rise [1] 4/16
rivet [2] 128/2 128/19
rivets [6] 79/17 79/20 79/23 128/5 128/14
161/17
road [21] 83/1 83/2 83/3 114/21 134/24
134/25 134/25 137/7 137/8 137/9 137/24
141/11 143/21 144/2 159/23 160/1 171/7
171/8 171/13 171/16 171/17
roadmap [1] 26/5
roads [1] 114/24
roadways [1] 115/16
role [6] 81/11 81/12 97/1 97/1 135/22 136/4
rollercoaster [2] 92/20 96/1
roof [8] 186/6 186/12 188/15 188/23 190/9
191/3 207/10 217/15
room [4] 5/17 96/13 191/4 213/20
roommate [2] 111/23 111/23
rooms [2] 186/17 186/24
row [5] 79/5 121/23 121/25 125/14 156/18
rows [1] 163/5
RPR [2] 2/3 226/19
rule [1] 99/22
rules [1] 99/22
ruling [3] 100/5 101/2 101/6
run [2] 171/16 208/14

**R**

running [1] 137/8
rural [1] 30/10
Ryan [2] 115/11 116/10

**S**

safeguards [1] 61/13
Safety [1] 113/25
said [46] 45/5 56/4 70/11 71/8 72/1 73/1
75/15 77/4 77/14 78/19 80/20 80/25 89/11
93/5 93/6 94/10 94/11 104/9 105/22 110/2
111/16 111/21 116/12 117/13 136/1 140/24
143/17 144/8 145/21 158/15 174/13 175/12
175/17 179/25 195/7 195/13 195/14 203/1
211/25 213/9 222/3 222/7 222/10 222/19
222/20 226/13
sale [13] 38/20 41/8 47/5 71/4 167/18 178/3
178/4 178/9 183/18 183/24 184/17 186/1
190/16
saliva [2] 90/6 120/9
salvage [51] 30/7 30/12 30/18 32/8 32/9
33/20 47/9 106/18 116/11 134/8 134/19
134/22 134/23 134/23 135/7 136/22 137/6
137/25 138/4 138/23 139/1 139/4 139/10
140/4 140/10 140/15 141/16 141/18 143/3
143/9 143/16 143/25 144/4 152/25 155/9
156/9 157/3 157/23 158/12 159/19 160/1
160/3 160/5 160/6 160/8 160/9 160/11 163/4
171/17 180/18 198/14
salvaged [4] 135/8 140/9 143/11 169/18
same [29] 22/7 24/21 24/21 31/23 52/19
52/22 52/23 70/9 82/25 87/7 88/9 89/11 90/5
99/25 111/4 127/23 130/1 130/6 130/12
131/16 146/15 147/25 172/5 178/11 182/5
183/20 187/14 213/9 224/3
sample [3] 45/14 120/5 120/9
samples [1] 120/1
Samurai [1] 191/12
sanctity [1] 6/10
sandwich [4] 158/24 206/1 209/2 209/8
sandwiched [1] 209/18
sandwiches [1] 159/8
satisfied [6] 12/19 12/25 15/23 16/4 18/21
18/25
satisfies [7] 10/1 10/22 14/9 15/5 17/15 18/9
19/10
satisfy [1] 19/16
Saturday [11] 33/17 36/12 41/25 115/9
116/1 116/21 116/23 142/11 157/15 165/12
198/2
save [1] 82/2
saw [13] 56/3 56/4 56/5 67/22 75/10 111/24
140/21 146/16 157/2 196/7 201/5 202/5
216/12
say [27] 21/5 34/6 42/22 59/21 75/9 79/21
89/1 94/12 96/16 101/7 104/3 109/2 112/18
128/6 128/7 175/13 197/9 205/25 206/11
207/7 207/9 211/11 213/22 219/12 219/18
221/3 225/2
saying [8] 46/20 56/8 69/25 70/8 82/5 110/4
209/12 225/2
says [36] 47/13 47/19 55/22 61/17 63/25
65/17 66/4 66/7 66/16 66/17 67/3 70/11
70/19 71/1 71/10 74/13 74/17 76/13 76/22
77/17 78/5 78/15 78/23 80/3 80/10 84/9 85/8
85/23 91/5 92/21 92/21 95/20 95/22 110/21
128/20 129/9
scale [2] 49/7 181/17
scene [39] 36/2 41/14 41/15 43/13 43/15
43/25 46/10 81/9 136/14 144/14 146/21
149/5 149/6 149/15 151/7 151/11 151/14
151/17 151/20 151/22 152/14 152/23 154/20

154/24 181/13 181/17 181/18 181/19 181/19
181/21 181/22 182/5 182/6 182/8 182/10
186/5 191/22 196/15 201/9
scenes [1] 182/4
schedule [1] 109/3
schedules [1] 119/18
Schmitz [3] 46/25 177/18 178/11
school [7] 55/9 82/22 82/23 90/13 91/11 95/4
104/14
science [2] 90/7 90/9
sciences [1] 24/13
scientific [1] 95/24
scientists [2] 151/10 152/14
Scott [1] 75/7
screaming [1] 64/6 64/6 64/17
screen [12] 32/15 55/12 61/17 62/16 136/25
142/22 155/11 157/24 164/23 173/1 174/23
190/9
screens [6] 22/14 25/23 32/2 32/5 54/2 137/2
sealed [1] 152/10
search [65] 20/15 20/16 25/9 33/20 35/9
35/10 35/10 35/13 35/14 36/18 37/1 37/11
39/20 40/14 42/4 49/1 49/10 70/11 71/12
71/15 71/20 72/5 81/17 113/19 115/15 116/4
116/13 144/23 144/25 145/1 145/3 145/10
145/14 152/17 152/21 152/22 153/7 153/16
157/12 162/9 162/13 162/15 162/16 162/18
162/20 162/25 163/2 163/12 163/12 163/14
163/15 164/4 165/6 165/14 165/23 166/19
169/7 169/8 169/25 179/18 180/2 180/8
210/2 210/7 210/8
searched [13] 36/13 36/15 37/18 49/5 49/12
115/16 153/18 153/22 167/7 179/20 179/22
180/1 180/4
searcher [1] 208/4
searchers [5] 33/18 37/14 145/24 146/3
166/25
searches [10] 33/13 48/15 49/3 115/3 115/13
160/15 163/10 180/6 180/17 189/13
searching [10] 34/11 48/25 49/2 116/9
116/11 163/16 165/9 165/11 165/14 210/11
seat [15] 67/22 67/24 68/7 76/13 76/18 76/20
76/21 84/21 86/5 172/6 185/12 185/16
185/20 191/21 191/21
seated [4] 25/4 102/16 123/10 133/11
seats [1] 52/3
second [8] 6/21 40/21 56/9 92/8 103/2 196/6
196/8 204/8
section [6] 8/19 13/4 14/23 16/9 18/3 183/21
secure [1] 7/24
secured [5] 144/20 154/13 154/15 201/5
201/6
securing [2] 144/22 199/19
see [69] 6/13 22/18 33/6 35/4 37/7 41/8
43/10 44/7 44/7 44/12 50/2 58/25 59/4 59/12
62/20 68/8 71/3 71/16 73/21 74/2 74/17
76/25 77/21 78/12 80/15 85/22 86/15 94/8
112/1 128/11 129/18 137/1 140/4 140/5
140/9 141/24 143/9 147/1 147/1 147/12
147/14 147/17 147/20 148/8 150/21 153/2
162/20 162/25 163/5 163/8 163/23 164/12
166/5 166/7 168/13 174/22 176/5 184/18
187/15 188/16 190/14 190/24 192/6 199/7
201/13 204/21 206/17 207/16 225/4
seeing [2] 128/20 214/15
seem [1] 92/14
seems [2] 89/1 101/10
seen [18] 33/22 55/2 62/18 94/7 111/24
112/14 115/14 120/15 127/8 128/19 130/5
131/17 152/7 196/14 199/17 216/7 216/12
216/14
sees [6] 55/22 55/23 65/3 65/4 75/13 75/13

seize [1] 145/4
seized [7] 37/22 145/12 151/25 176/19
176/24 182/15 188/11
seizing [1] 149/16
seizure [1] 162/11
selected [1] 6/7
selection [2] 87/21 88/18
self [1] 57/23
self-preservation [1] 57/23
sells [1] 29/21
semen [1] 52/21
semester [1] 104/24
semi [2] 37/23 67/2
semi-automatic [2] 37/23 67/2
sense [11] 19/23 34/25 57/5 57/6 57/24 61/23
63/18 96/17 96/18 103/6 156/20
sent [2] 140/22 162/24
separate [4] 27/9 72/23 180/7 207/3
separated [2] 207/4 207/7
serious [4] 57/20 58/1 63/11 63/11
serve [1] 6/7
service [4] 21/5 141/22 152/2 152/3
session [1] 7/24
set [15] 29/9 29/11 31/8 83/10 84/8 106/4
121/15 121/17 121/21 135/1 138/14 176/17
176/19 177/2 216/5
sets [13] 176/14 176/23 176/25 215/3 215/21
215/23 216/2 216/7 216/14 223/8 223/9
223/12 223/13
sev [1] 180/3
seven [7] 22/1 43/14 84/17 108/20 143/12
205/10 219/9
seven-day [1] 205/10
seven-ish [1] 84/17
several [7] 25/8 91/1 138/1 158/24 159/1
180/14 180/15
sex [3] 5/10 65/7 65/12
sexual [18] 16/7 16/16 17/7 17/10 17/13
17/17 17/21 18/2 18/4 18/11 18/14 18/15
18/20 18/23 27/11 31/4 53/17 65/23
Sh [1] 197/25
shackled [1] 65/4
shall [1] 205/25
shape [1] 215/6
share [1] 66/1
she [132] 29/3 29/3 29/4 29/4 29/17 29/18
29/19 29/19 30/1 38/17 38/18 44/25 46/23
47/3 47/3 47/4 47/5 47/7 47/16 47/16 47/19
47/25 48/1 71/14 72/2 72/20 72/24 73/19
76/6 77/22 79/7 79/11 81/24 81/25 83/21
85/21 103/2 103/4 103/5 103/5 103/6 103/8
104/7 104/8 104/10 104/13 104/15 104/15
104/23 104/24 105/1 105/1 105/2 105/2
105/3 105/3 105/4 105/6 105/10 105/12
105/13 105/13 105/15 106/4 106/7 106/9
106/9 106/15 106/17 106/17 107/9 108/15
108/21 108/23 109/8 109/9 109/17 109/24
109/25 110/1 110/13 110/19 111/12 111/22
112/14 112/17 112/20 112/21 114/21 114/22
115/14 115/17 116/12 117/8 118/23 119/4
119/12 121/16 121/16 121/17 121/19 121/21
122/19 122/20 123/22 124/15 124/24 125/2
125/9 125/11 125/13 125/14 126/2 126/7
126/14 126/15 130/19 130/21 131/5 131/22
131/22 131/23 131/24 132/1 177/7 178/8
she'd [1] 46/10
she'll [3] 45/1 75/25 75/25
she's [4] 48/2 74/24 103/3 121/17
sheds [1] 33/11
shelf [2] 188/10 188/11
shell [3] 72/23 73/9 73/11
Shepherd [1] 42/6

## S

**sheriff [10]** 134/12 135/4 135/16 135/25 136/4 136/6 144/9 144/9 198/21 198/22

**Sheriff's [7]** 25/3 112/4 135/19 135/20 136/2 136/4 188/2

**Sherry [4]** 31/20 44/13 72/13 77/22

**shift [1]** 160/14

**shifting [1]** 58/17

**ship [1]** 170/24

**shoe [1]** 211/14

**shoes [2]** 174/11 211/15

**shoot [1]** 73/3

**shoots [1]** 67/3

**shop [7]** 124/7 124/13 138/8 141/18 141/22 205/13 205/14

**shopping [5]** 107/17 124/5 124/11 125/17 127/15

**short [1]** 36/9

**shorthand [1]** 226/10

**shortly [6]** 84/3 144/15 144/16 144/20 146/16 197/25

**shot [7]** 70/12 71/14 72/2 72/17 72/20 72/24 73/15

**should [23]** 5/3 5/5 6/1 6/3 7/6 8/6 12/6 12/16 12/24 16/3 18/23 19/20 57/23 64/10 66/14 66/14 67/12 67/12 77/25 161/8 161/14 192/22 201/5

**shouldn't [3]** 89/7 96/15 101/7

**show [67]** 20/20 26/4 28/7 34/23 36/11 38/11 40/9 41/3 41/20 46/13 48/7 52/6 53/12 56/23 57/25 61/18 62/25 71/24 74/21 76/16 77/11 81/19 81/21 86/11 95/15 96/23 110/22 118/13 119/5 121/3 121/10 125/6 127/18 128/11 129/6 129/20 130/3 137/4 139/7 141/9 146/7 147/23 148/2 148/11 155/20 156/5 158/17 159/12 165/3 170/3 171/7 172/3 172/25 173/15 174/2 174/23 176/11 178/1 182/11 182/19 183/13 186/6 186/10 187/22 189/24 218/2 223/14

**showed [7]** 81/25 109/24 159/11 199/20 200/17 206/9 218/18

**showing [19]** 104/2 106/24 121/13 140/1 143/23 150/11 150/17 153/10 155/5 157/19 157/22 159/20 163/18 165/24 167/14 169/2 173/10 178/14 190/13

**shown [7]** 12/10 72/7 135/12 173/1 189/20 192/23 211/4

**shows [9]** 25/23 95/4 107/22 130/25 131/2 131/8 149/5 170/25 185/11

**shred [1]** 214/20

**shy [3]** 90/15 90/18 93/13

**sibling [1]** 124/17

**siblings [1]** 108/16

**side [25]** 7/1 32/2 32/5 67/5 74/12 76/11 84/23 85/1 86/17 88/3 143/2 147/9 147/11 148/1 148/7 148/13 155/18 156/9 158/10 159/21 159/24 160/2 170/25 171/21 184/18

**sidebar [2]** 133/3 173/4

**sides [2]** 4/21 88/1

**sign [4]** 143/25 144/3 178/5 207/17

**signed [1]** 145/1

**significance [2]** 37/24 151/1

**signs [1]** 198/11

**silver [2]** 223/25 224/2

**similar [8]** 47/2 91/21 127/12 127/24 130/12 138/25 146/15 161/9

**similarities [1]** 87/7

**Simley [1]** 76/4

**simple [2]** 89/1 92/13

**simply [8]** 92/2 93/4 161/2 161/6 207/2 209/12 216/16 222/7

**since [9]** 22/7 26/6 112/25 128/19 161/9

179/21 182/9 182/10 190/2

**single [2]** 29/1 206/23

**sir [17]** 132/25 134/9 155/3 204/6 215/22 215/24 217/21

**sister [22]** 29/4 33/3 79/6 79/11 107/16 123/20 124/4 124/19 125/12 125/17 125/25 126/6 126/18 127/16 127/24 129/2 130/14 130/16 130/23 131/7 131/18 131/21

**sister's [6]** 32/17 38/12 38/13 38/14 125/2 126/24

**sisters [5]** 79/12 107/4 107/14 107/19 123/25

**sit [1]** 21/9

**site [2]** 7/1 42/25

**sitting [3]** 23/15 63/4 79/5

**situation [1]** 97/2

**six [6]** 22/1 39/3 51/20 79/20 79/23 170/24

**Sixty [2]** 183/8 184/20

**Sixty-eight [1]** 184/20

**Sixty-three [1]** 183/8

**size [3]** 25/16 42/16 50/23

**skeleton [2]** 45/18 45/19

**sketch [1]** 182/2

**sketches [1]** 181/25

**skin [1]** 52/21

**skip [4]** 87/13 87/18 88/1 142/3

**skipped [1]** 88/14

**skipping [1]** 172/11

**skull [1]** 73/20

**slash [1]** 167/23

**sleep [2]** 61/7 124/5

**slept [1]** 213/15

**sliding [2]** 165/2 186/20

**small [3]** 35/2 42/16 85/10

**smaller [2]** 137/2 158/3

**smile [1]** 103/9

**snapped [1]** 121/20

**snarling [1]** 166/16

**sneakers [2]** 174/11 174/13

**snow [2]** 71/16 71/17

**snowmobile [1]** 191/13

**so [136]** 11/7 12/25 16/4 18/24 19/20 20/20 21/8 22/6 22/10 22/18 23/8 24/14 25/23 25/25 27/5 27/22 27/24 29/25 31/15 33/5 34/12 36/22 36/25 38/13 40/11 44/8 44/10 45/9 45/16 45/22 45/25 46/17 47/15 50/15 50/16 50/21 53/18 55/12 58/3 60/13 60/21 61/6 63/2 67/13 71/15 74/6 75/12 75/14 80/1 81/11 82/19 83/8 84/11 87/12 89/1 95/2 99/21 100/15 100/23 101/1 101/4 104/9 104/9 104/10 105/3 107/22 108/10 110/7 111/17 112/3 112/22 112/22 112/23 115/15 116/11 116/12 117/11 126/15 129/18 135/10 136/6 137/3 139/1 139/5 140/9 141/8 142/3 142/13 143/4 146/19 148/10 151/16 154/10 154/21 158/25 160/18 163/2 165/18 166/5 167/15 168/13 170/12 171/6 178/23 181/17 187/7 190/1 195/18 199/3 199/13 201/1 201/11 202/20 203/8 205/7 205/15 206/7 207/8 207/12 208/23 209/2 209/10 210/22 211/1 211/17 212/21 216/8 216/13 216/15 218/15 218/25 222/9 223/4 224/5 224/7 224/8

**socially [3]** 90/16 90/18 95/12

**soda [5]** 50/12 51/18 131/21 131/22 131/25

**sodas [1]** 131/23

**sold [1]** 79/10

**solely [1]** 6/15

**some [115]** 4/19 22/11 22/24 24/14 26/7 26/21 27/3 27/4 31/1 31/2 31/9 33/13 33/14 35/16 39/12 42/3 42/21 44/2 44/14 45/8 45/9 49/25 51/24 55/2 55/18 56/1 56/3 56/16 58/8 59/5 61/4 61/4 61/18 62/18 62/22 62/24 63/8 63/10 63/11 64/14 64/15 65/10 65/12 68/16

69/21 73/7 74/21 75/6 76/25 79/25 83/11 83/22 84/20 84/25 85/1 85/11 85/12 85/17 85/18 86/8 86/16 87/8 87/13 92/4 92/24 100/12 106/7 107/4 117/23 120/5 123/25 125/18 126/17 126/22 130/24 139/6 140/10 141/15 141/16 142/17 145/22 145/22 145/23 147/3 149/5 149/5 151/12 160/20 163/24 164/6 166/18 173/10 173/11 173/13 174/21 175/1 175/3 175/19 178/13 180/23 186/23 186/23 186/25 194/7 194/7 194/12 194/15 194/20 205/12 206/16 207/8 207/14 208/3 220/4 221/14 221/19

**somebody [16]** 27/19 28/5 58/1 60/10 60/11 61/17 81/5 96/23 106/3 199/3 199/6 199/13 207/8 207/11 209/12 209/16

**somebody's [1]** 110/7

**someone [3]** 204/18 209/5 212/6

**someplace [1]** 104/8

**something [20]** 12/10 28/19 29/20 31/8 39/17 59/14 72/16 85/10 92/2 98/14 110/13 112/23 119/2 161/9 161/11 174/6 212/4 215/16 218/13 222/12

**sometime [6]** 38/20 46/17 46/21 46/25 108/3 164/2

**sometimes [6]** 64/3 79/12 87/11 93/1 119/15 162/16

**somewhat [2]** 26/19 158/24

**somewhere [3]** 140/23 148/6 200/5

**son [1]** 112/16

**sons [3]** 32/19 32/19 113/4

**sop [1]** 85/13

**sorry [15]** 107/7 117/3 132/4 141/20 151/6 168/17 181/1 185/8 185/11 189/25 199/15 203/18 208/1 211/23 221/8

**sort [2]** 86/16 209/12

**sound [2]** 221/10 222/1

**sounds [3]** 221/11 222/2 224/23

**source [2]** 6/2 92/4

**south [31]** 137/8 137/9 137/10 138/12 138/17 138/21 140/6 142/16 143/7 152/24 153/8 153/8 154/2 155/17 156/2 156/9 157/6 158/11 159/25 160/2 160/4 169/19 184/5 184/12 184/24 185/2 185/6 187/3 191/7 191/16 210/13

**southeast [5]** 140/3 155/8 157/2 157/23 191/24

**southwest [3]** 143/2 158/2 169/4

**space [3]** 173/10 173/11 173/12

**span [1]** 203/6

**spare [1]** 191/5

**spatter [3]** 51/13 74/18 80/8

**spatters [1]** 51/14

**speak [7]** 5/23 5/25 109/6 134/2 135/10 209/2 214/2

**speaking [1]** 194/21

**special [7]** 1/14 1/16 1/18 4/9 23/23 133/19 164/1

**specialist [1]** 31/19

**specific [7]** 8/5 8/12 125/22 160/14 200/8 201/23 208/4

**specifically [4]** 172/22 173/24 177/22 179/19

**speculation [1]** 20/7

**spell [3]** 102/17 123/11 133/12

**spend [1]** 107/18

**spent [2]** 107/16 131/7

**spilled [1]** 85/11

**spine [1]** 75/25

**splashed [1]** 78/17

**spoke [2]** 193/10 193/12

**spoken [1]** 162/9

**sports [1]** 125/1

**spot [1]** 215/12

**Spots [1]** 175/5

## S

spring [1] 120/7
squashed [1] 206/24
SS [1] 226/1
stabbed [1] 56/2
stabs [1] 66/19
Stachowski [2] 69/6 80/23
stacked [1] 149/4
stage [1] 101/11
stages [1] 58/18
staging [1] 140/22
Stahlke [2] 51/12 80/7
stain [2] 78/10 78/11
staining [1] 175/2
stains [20] 50/10 74/19 74/19 174/22 174/24
175/3 175/5 175/8 175/12 175/13 176/7
194/3 194/7 194/15 194/17 194/19 194/22
194/24 195/1 221/14
stand [4] 101/3 123/4 133/7 208/25
standard [2] 45/14 51/7
standing [4] 55/22 143/5 149/13 200/9
stands [1] 225/10
start [9] 53/4 56/23 58/13 62/25 83/5 87/18
126/8 181/8 224/11
started [8] 56/8 62/13 104/24 105/3 111/18
112/10 165/15 211/10
starting [3] 36/13 141/12 204/14
startling [1] 38/25
starts [3] 40/19 55/17 91/4
state [65] 1/1 1/3 1/14 1/16 1/18 4/3 4/5 8/24
9/25 10/21 12/12 13/10 14/9 15/4 16/14
17/14 18/8 19/14 27/12 31/11 43/12 44/20
53/12 53/13 54/18 70/17 70/17 89/16 91/7
91/22 92/16 94/4 95/1 97/4 98/17 99/4 99/14
99/15 99/19 102/6 102/11 102/16 123/3
123/10 133/6 133/11 143/22 144/2 149/14
152/11 154/15 154/17 158/16 158/19 170/12
170/13 171/18 180/7 181/12 197/2 197/6
206/21 220/18 226/1 226/5
State's [5] 96/17 96/24 100/12 100/18
161/12
stated [1] 167/22
statement [35] 20/18 21/23 22/10 23/7 23/11
27/6 53/23 54/13 56/7 61/1 61/20 62/13
62/20 63/16 63/23 67/6 70/23 86/13 91/3
91/13 92/13 92/15 92/15 92/21 98/25 99/24
100/16 100/22 140/19 172/13 179/1 189/14
193/6 195/20 198/12
statements [39] 3/4 7/15 12/4 15/20 20/18
20/23 23/10 26/2 27/4 62/9 63/9 64/10 68/25
69/9 70/16 72/4 77/18 78/4 81/3 91/1 91/10
91/11 92/1 92/3 92/11 92/11 93/11 94/3
94/25 95/23 96/2 97/11 97/13 99/10 101/8
101/18 101/20 175/6 193/8
statewide [1] 133/24
station [3] 91/12 170/5 181/14
status [1] 205/8
stay [2] 220/11 220/15
stayed [3] 114/18 220/8 220/8
staying [1] 220/14
steel [4] 148/18 149/8 150/5 191/20
steering [1] 167/1
stenographic [1] 226/9
step [3] 123/2 133/1 224/16
stepfather [1] 75/7
steps [5] 48/11 112/14 113/9 177/6 188/1
sternly [1] 95/21
Steve [24] 55/3 55/22 56/1 56/2 62/19 66/16
66/20 67/3 72/4 77/1 77/12 77/17 78/1 82/6
84/8 84/10 139/11 143/8 184/16 194/14
194/14 213/25 214/7 214/21
Steve's [5] 64/5 73/2 78/18 78/22 191/24

Steven [147] 24/20 26/19 28/10 30/15 30/20
30/21 32/22 31/1 31/15 31/19 32/13 33/2
36/15 37/3 37/21 38/3 38/9 39/24 39/25 40/6
40/15 40/16 40/24 41/7 41/10 46/7 46/12
46/23 46/24 47/9 47/14 47/23 49/16 49/21
49/21 49/24 50/1 51/19 51/21 51/23 52/5
52/17 52/23 53/5 53/7 62/19 64/20 66/6
66/13 66/18 66/19 68/15 69/7 71/6 71/11
71/19 75/11 75/14 77/23 77/23 80/24 84/3
84/4 84/18 84/18 85/7 85/11 85/16 85/20
85/23 85/24 88/25 89/4 89/18 89/21 89/23
90/9 91/5 106/13 113/14 122/20 137/14
137/16 138/11 138/19 139/13 139/19 163/16
163/20 164/10 164/11 166/1 166/20 167/3
167/19 168/12 168/21 169/6 170/25 171/14
175/18 176/19 177/2 177/18 183/9 183/16
183/23 184/17 184/19 184/22 185/2 185/2
185/3 185/20 185/21 186/2 186/3 186/13
187/3 187/4 187/14 187/20 187/24 188/6
188/15 188/23 190/7 190/14 190/20 190/22
191/1 191/4 191/6 191/9 191/11 191/16
192/7 192/9 192/10 192/12 194/8 195/8
195/10 213/11 215/5 216/5 224/11
Steven's [8] 50/5 67/17 69/6 79/24 84/24
90/11 168/25 216/11
sticker [5] 117/2 117/4 117/7 127/4 127/5
still [13] 26/14 43/18 44/24 45/8 62/14 83/21
121/5 149/3 160/24 176/5 192/16 204/19
208/25
stipulate [1] 178/13
stipulated [3] 6/24 22/6 179/11
stipulation [1] 179/12
stoke [1] 55/25
stone [2] 185/5 191/17
stood [1] 28/9
stop [8] 5/18 25/24 47/7 47/8 67/25 96/20
108/2 109/8
stopped [2] 109/25 116/17
stops [5] 46/22 47/3 47/3 113/4 113/6
storage [2] 173/10 173/12
store [2] 79/10 124/13
stored [1] 155/23
stories [1] 91/19
story [10] 26/25 29/8 51/2 86/13 87/3 87/4
87/10 91/18 93/6 97/17
straight [3] 186/14 186/14 212/18
street [1] 83/1
struggled [1] 52/11
student [1] 90/13
studio [3] 105/6 105/8 109/24
stuff [2] 45/25 221/19
Sturm [6] 33/19 116/3 116/6 116/7 116/8
116/25
Sturms [2] 48/24 199/10
submission [1] 44/19
submit [1] 18/20
subsequently [1] 135/6
substance [2] 195/8 195/12
substantial [1] 11/4
substantially [1] 95/12
such [8] 5/9 20/2 20/11 99/9 133/23 152/1
170/1 194/20
Suffice [1] 34/6
suggest [3] 92/17 160/15 221/24
suggestible [3] 90/16 90/19 96/4
suggesting [1] 202/20
suggestion [3] 54/11 61/2 95/14
suggestions [4] 54/14 62/5 62/6 62/7
suggests [1] 92/5
Suma [1] 104/16
summers [2] 129/14 130/14
Sunday [11] 37/16 37/22 49/4 107/21 107/24
108/2 108/5 108/9 130/23 157/15 167/7

superior [2] 59/15 197/15
supervisor [1] 134/11
supper [1] 83/13
support [2] 70/7 99/13
supposed [1] 93/23
sure [21] 25/18 75/8 98/8 98/21 99/21
112/18 113/7 115/16 117/11 129/7 133/4
137/1 146/22 173/5 199/21 200/3 215/16
217/8 220/12 222/25 225/1
surprise [1] 203/1
surprised [1] 70/2
surrounding [3] 139/23 179/23 183/17
survey [1] 136/15
suspect [5] 55/13 61/1 62/5 62/15 70/5
suspects [4] 57/12 57/18 58/4 58/6
SUV [18] 33/23 33/25 39/11 39/4 39/6 39/15
40/19 49/17 50/9 50/11 52/1 67/9 74/16
74/25 76/22 76/24 89/24 162/11
Suzuki [1] 191/12
swab [1] 77/20
swabs [1] 77/19
swear [4] 4/15
sweat [4] 52/25 77/23 77/24 90/6
sweatshirt [2] 84/13 85/25
sweaty [1] 64/22
sweep [4] 162/17 162/19 165/23 210/2
sweeps [2] 162/24 210/7
swept [1] 167/6
switching [1] 130/22
sworn [5] 4/18 6/17 102/15 123/9 133/10
sympathy [1] 20/8
system [1] 22/21

## T

tab [1] 220/11
table [1] 32/16
Tadych [9] 75/7 83/17 83/17 137/18 167/18
173/9 192/4 214/8 224/1
Tadych's [3] 176/18 177/1 215/25
Tag [3] 223/21 223/24 224/2
tailgate [1] 51/17
take [58] 7/14 11/9 22/1 23/5 29/10 29/23
32/4 38/19 40/10 43/8 49/25 53/3 53/9 54/8
54/10 66/22 68/1 68/1 70/13 70/13 70/20
73/6 73/24 77/19 79/19 87/14 92/12 94/5
94/6 94/6 94/9 94/10 97/24 98/18 99/3 106/5
118/10 121/16 124/24 127/14 128/10 132/23
135/23 136/4 148/10 150/7 160/17 160/20
167/19 183/12 193/15 202/16 203/10 211/1
215/18 215/18 217/9 223/21
taken [20] 39/1 47/24 105/15 106/1 106/4
106/17 150/15 151/3 170/16 170/21 173/19
173/21 174/12 182/20 187/9 203/20 216/10
223/25 224/3 226/9
takes [8] 33/16 34/8 47/3 48/1 83/3 84/1
85/11 209/16
taking [11] 7/16 47/6 54/15 54/15 67/21
84/11 101/3 105/11 105/12 166/4 176/4
talk [25] 23/13 27/15 42/19 47/15 50/6 60/25
62/8 62/8 64/4 64/14 65/6 65/16 74/18 75/11
78/8 78/11 83/5 83/25 87/21 156/24 167/15
188/3 212/21 215/19 225/2
talked [20] 49/15 51/3 61/2 68/13 75/19
92/19 111/23 126/1 141/8 142/2 153/19
158/6 165/23 168/5 182/24 189/17 191/17
192/3 220/4 221/18
talking [31] 26/1 53/4 55/3 55/11 58/21 82/5
106/10 106/10 114/16 121/9 128/12 128/15
129/19 138/16 139/15 147/13 147/19 148/12
153/4 159/20 183/13 200/14 208/2 212/22
214/2 214/7 220/23 221/13 221/17 222/13
222/16
talks [3] 47/11 83/25 86/3

**T**

tampered [1] 146/23
tank [1] 164/12
tanks [2] 205/15 205/21
tape [2] 38/16 163/25
taped [1] 91/10
Target [1] 119/12
task [1] 21/15
team [11] 23/14 24/21 125/2 125/9 163/12 163/14 163/15 165/12 165/13 165/18 165/22
teamed [1] 169/24
teams [10] 162/24 163/3 165/9 165/14 169/25 180/2 180/21 209/25 210/5 210/6
tear [1] 209/8
teased [1] 127/1
tech [1] 21/4
technique [7] 56/17 56/20 59/14 60/2 60/3 61/10 61/11
techniques [4] 58/3 58/8 58/8 59/12
tedious [1] 225/1
teeth [1] 76/11
telephone [1] 100/15
television [1] 130/25
tell [112] 20/19 26/3 26/24 27/5 27/22 36/5 39/9 39/9 43/9 44/25 45/1 53/11 56/24 57/6 58/12 66/11 67/14 68/11 68/18 69/16 69/17 73/10 73/16 74/1 75/23 75/25 80/8 85/24 89/12 94/1 102/21 103/18 103/25 105/19 106/25 107/4 108/8 110/12 110/15 111/12 114/5 115/8 116/6 118/14 119/6 119/10 121/14 121/18 125/7 126/5 127/5 129/8 129/24 133/17 134/16 134/21 136/19 136/20 139/8 140/1 140/21 141/10 142/25 143/24 144/25 146/9 147/9 147/24 148/23 149/22 150/12 151/19 153/14 155/7 156/25 157/10 157/21 158/18 159/6 159/15 163/19 164/9 167/16 169/16 169/22 170/4 170/14 170/22 171/20 171/23 172/3 173/2 173/20 174/2 174/7 174/10 174/15 175/11 176/1 176/12 177/13 178/2 178/15 183/6 186/10 186/25 187/13 188/4 188/14 188/21 210/22 223/22
telling [7] 28/14 58/10 69/1 70/3 200/10 219/10 219/19
tells [5] 28/20 35/12 64/22 74/24 75/2
tempo [1] 87/17
temporarily [1] 155/23
ten [7] 45/23 47/18 67/3 72/20 85/25 86/4 109/2
tend [4] 60/17 87/13 118/21 223/17
tendencies [1] 95/13
tendering [1] 193/2
tending [2] 75/11 75/16
tends [1] 55/16
tennis [2] 174/11 211/15
tent [4] 72/6 72/8 189/5 189/9
tents [2] 71/23 189/3
Teresa [167] 10/25 11/2 11/6 15/8 15/9 15/12 18/12 18/13 18/16 18/19 21/19 28/23 33/22 33/24 34/10 34/11 35/4 35/20 36/9 36/21 36/23 37/19 38/10 38/17 39/1 40/9 40/18 43/1 45/15 45/21 46/4 46/9 46/17 47/12 47/22 48/4 48/7 48/11 48/14 50/12 50/14 51/1 52/12 52/18 55/1 55/3 55/7 55/10 55/23 56/2 56/10 64/1 65/3 65/20 66/4 66/14 66/20 66/25 70/12 71/1 71/9 72/13 72/17 73/3 73/15 73/19 74/14 74/20 76/1 76/5 78/24 79/8 79/11 79/15 80/18 80/19 81/24 91/5 95/24 102/23 103/1 103/15 103/18 104/1 104/3 104/20 105/4 105/20 106/2 106/6 106/15 106/20 107/1 107/3 107/11 107/14 107/15 107/18 107/20 108/14 108/19 108/25 109/7 109/11 109/13 109/16 109/21

109/23 110/5 110/9 111/21 111/22 112/8 112/24 113/5 113/19 114/1 115/5 115/9 115/11 118/1 118/21 119/3 120/16 121/15 122/17 122/17 123/18 123/21 124/1 124/10 124/13 124/17 124/23 125/1 125/12 125/21 126/18 127/13 129/12 129/11 129/13 130/24 131/7 131/18 131/21 134/15 142/9 146/6 153/22 156/6 156/17 156/21 157/14 159/6 161/21 163/1 167/11 167/19 169/11 177/6 178/19 180/25 198/12 204/21 210/8 215/4
Teresa's [47] 39/6 40/22 48/11 50/11 51/5 56/4 65/21 68/17 68/23 69/4 74/7 74/15 74/23 76/6 76/10 77/13 77/16 78/19 79/5 79/7 79/14 80/10 104/13 105/21 109/3 111/11 111/15 112/9 112/17 114/7 115/12 116/18 117/1 118/6 118/20 119/22 119/25 122/1 124/4 126/20 135/13 141/1 156/8 156/13 158/4 158/13 159/20
term [4] 19/22 23/23 93/9 200/22
terrible [1] 39/17
tes [1] 206/19
test [1] 73/7
testi [1] 206/14
testified [19] 102/15 123/9 133/10 197/19 198/19 199/8 200/19 202/12 204/25 205/23 206/21 207/19 209/25 212/24 213/2 216/5 217/13 217/18 218/21
testifies [1] 101/17
testify [5] 22/11 75/8 75/25 95/10 95/10
testifying [1] 206/4
testimony [23] 6/17 7/8 8/3 8/5 8/7 8/8 22/2 22/4 34/1 36/7 50/19 54/9 56/13 59/21 60/6 61/18 66/17 69/14 88/7 95/4 95/15 101/25 209/11
testing [1] 31/24
tests [2] 95/10 201/1
text [2] 22/15 25/23
than [24] 26/4 47/18 47/20 59/18 59/19 60/10 62/12 68/4 70/14 71/18 105/11 107/9 107/11 123/21 123/22 123/25 150/8 158/22 165/13 183/3 203/6 212/3 212/23 213/1
Thank [16] 21/5 53/23 82/16 82/18 97/17 122/5 123/1 132/2 132/25 161/4 162/5 179/14 196/3 196/20 211/19 224/14
thankfully [1] 67/8
that [1319]
that's [102] 32/24 46/13 46/18 50/17 52/23 54/19 63/21 65/8 66/7 66/12 68/8 71/14 74/5 74/20 77/23 86/12 86/22 89/8 89/13 89/16 90/8 90/17 96/6 96/19 96/25 101/2 101/14 101/24 103/9 104/17 115/18 115/23 115/23 115/25 117/8 122/4 128/17 132/2 136/13 138/7 139/15 140/20 141/3 143/25 144/6 144/11 145/10 145/25 147/25 157/1 157/18 157/25 158/1 158/4 159/22 159/25 165/21 166/1 167/9 167/25 169/9 170/5 170/15 171/21 173/21 174/4 174/11 178/3 179/12 182/5 185/10 186/9 186/22 186/22 186/25 187/11 189/16 189/25 190/25 192/24 193/20 197/13 197/18 198/6 200/11 200/25 201/14 201/19 208/14 210/20 211/6 212/8 213/17 214/5 214/6 218/3 220/7 222/2 222/5 223/1 224/13
their [21] 5/23 8/14 19/6 36/19 54/13 58/24 61/6 87/6 88/11 88/19 92/6 93/6 96/18 100/14 106/1 107/5 107/21 114/20 152/5 179/4 180/21
them [70] 5/23 7/22 8/13 33/7 40/2 47/4 56/5 57/6 67/23 70/3 76/9 79/17 79/21 84/22 85/15 89/12 92/19 93/20 94/5 96/14 101/12 103/14 106/4 106/5 111/17 113/13 114/24 115/15 117/10 119/4 126/4 126/14 127/4 128/6 128/10 129/20 130/22 153/5 153/12

165/15 174/22 175/17 176/4 176/5 176/7 176/16 178/9 181/23 182/24 194/18 203/16 203/18 203/19 206/25 206/25 207/1 207/2 207/3 207/4 207/6 209/8 209/9 213/5 213/18 213/23 215/19 217/3 218/18 218/22 220/15
theme [5] 86/17 86/18 87/6 91/20 93/6
themselves [6] 27/19 42/2 61/5 170/7 170/18 175/21
then [74] 9/6 13/16 16/20 39/20 47/6 48/3 49/1 49/2 50/13 53/11 55/20 56/25 58/15 59/6 60/20 66/13 81/1 86/5 86/19 88/13 91/12 96/19 99/11 99/23 103/15 103/15 103/16 105/1 105/2 106/2 106/5 107/11 108/19 111/18 111/22 112/3 115/8 117/13 121/24 121/25 130/2 130/22 138/21 139/22 141/23 147/8 149/11 152/10 153/8 154/22 157/8 158/2 159/6 159/23 162/7 164/11 170/20 171/2 171/17 184/18 184/24 185/4 188/12 189/9 195/2 195/4 195/20 196/19 200/2 210/11 211/1 212/21 216/13 222/13
theory [1] 56/21
there [151] 5/3 11/19 26/9 31/9 35/21 36/2 41/24 43/24 45/17 46/11 46/20 47/16 47/16 54/20 54/21 55/7 58/3 62/11 64/12 68/5 69/13 71/22 72/22 73/22 74/10 75/15 80/17 81/9 81/25 82/1 84/16 87/5 87/6 87/7 87/8 90/5 91/25 92/6 92/9 95/1 95/2 97/15 99/1 101/21 102/1 103/12 103/22 104/11 108/16 112/5 121/5 121/8 129/15 134/25 135/1 135/3 135/9 135/10 135/15 135/15 135/17 135/21 136/7 137/15 137/23 140/11 140/11 140/12 140/22 141/2 141/3 141/6 141/14 141/25 142/10 143/15 148/6 148/20 149/4 149/13 149/18 152/2 152/16 152/19 154/19 155/1 155/1 155/14 158/12 158/25 161/9 163/9 164/17 166/22 168/10 168/11 169/1 169/21 170/6 170/20 173/11 183/18 184/6 185/3 185/4 188/1 188/10 188/19 188/20 190/19 191/13 191/20 196/6 196/8 197/24 198/7 198/9 198/24 199/19 200/2 200/9 200/10 201/1 201/4 201/13 203/23 204/9 204/13 204/17 207/21 211/2 211/7 211/16 215/3 215/10 215/21 216/10 218/1 218/8 219/1 219/1 219/3 219/3 219/8 219/8 220/8 220/8 220/14 220/15 220/22 224/9
there'll [1] 33/25
there's [47] 33/5 33/9 33/10 33/10 33/11 35/23 43/10 57/10 59/11 61/13 69/16 85/9 86/19 91/19 92/2 98/1 103/15 107/10 121/24 137/12 137/14 137/22 138/5 138/17 141/3 141/14 147/15 148/5 157/24 160/20 161/20 162/20 163/24 166/6 175/1 179/25 188/8 190/24 191/5 191/12 204/2 205/5 207/17 208/18 211/6 215/16 218/6
thereafter [3] 68/19 144/16 226/11
these [74] 4/21 20/25 25/22 32/5 33/1 33/8 33/20 37/1 39/6 39/21 40/22 42/11 43/9 44/11 45/24 54/20 58/4 58/5 62/9 64/24 66/7 70/20 70/21 70/25 71/22 73/11 74/6 74/22 75/21 78/3 78/15 78/16 80/15 81/12 85/14 90/25 91/16 92/1 92/11 93/3 94/3 94/7 94/24 95/23 114/10 119/16 128/3 140/5 143/19 159/8 173/16 181/5 181/9 181/11 182/11 182/12 182/25 183/5 183/25 184/7 184/7 186/17 187/7 189/13 192/6 204/12 204/12 209/25 210/5 215/20 216/24 217/4 218/17 218/24
they [228]
they'd [3] 107/22 114/20 219/18
they'll [5] 58/25 88/5 94/18 196/19 224/8
they're [29] 34/10 36/22 36/23 37/19 42/22 42/23 56/11 57/12 68/25 74/4 79/9 83/5 84/19 85/6 88/8 88/11 90/22 93/14 93/14

**T**

they're... **[10]** 93/15 94/19 122/8 153/15
161/24 165/14 179/21 181/10 196/18 205/14
**thing [8]** 23/13 59/11 89/11 92/21 119/18
129/2 129/19 178/11
**things [35]** 5/9 22/18 31/1 33/12 40/12 45/3
59/21 61/18 62/18 63/13 64/11 68/3 70/20
81/6 81/7 81/14 91/16 91/21 95/20 95/20
95/22 118/21 119/16 124/2 124/5 124/7
124/23 124/25 128/14 128/24 195/24 201/16
205/20 209/19 210/1
**think [55]** 26/3 26/17 27/22 46/12 59/16
60/20 63/1 63/2 86/13 89/19 94/19 94/24
100/16 101/16 101/21 103/9 104/19 107/3
107/10 115/18 116/11 116/24 117/17 118/4
118/5 119/17 120/7 120/9 122/16 125/16
127/4 136/19 140/16 141/7 141/21 149/9
155/9 161/8 161/14 164/2 166/17 183/1
193/17 195/15 196/5 202/17 210/14 211/21
212/3 218/4 218/11 219/13 220/9 222/15
224/13
**thinking [1]** 182/5
**thinner [5]** 68/21 78/6 78/12 85/17 195/3
**third [2]** 6/23 41/1
**thirteen [1]** 132/7
**thirty [2]** 167/3 200/6
**Thirty-nine [1]** 167/3
**this [345]**
**THOMAS [7]** 1/15 3/14 80/14 80/14 80/15
133/8 133/13
**thorough [2]** 40/14 71/20
**those [99]** 10/12 14/21 18/1 22/9 22/18 29/24
33/11 35/14 37/11 37/17 40/12 42/15 45/3
49/14 49/19 50/11 50/15 51/3 51/13 58/7
58/8 61/18 63/12 63/15 65/16 68/6 69/9
69/15 72/10 74/2 74/3 79/12 79/14 79/14
79/15 79/18 79/23 80/9 99/10 120/2 125/3
126/8 126/25 127/8 127/20 127/22 128/5
128/5 128/8 128/12 128/13 128/14 128/24
131/2 131/8 142/18 153/17 155/17 157/11
157/13 161/21 163/10 164/20 169/3 169/14
169/22 170/1 173/12 174/19 175/8 175/13
175/22 176/5 176/9 176/12 176/15 176/22
176/24 178/15 180/6 180/24 181/24 186/23
189/4 192/15 192/16 194/17 204/25 209/5
209/18 213/8 214/22 215/21 215/25 219/11
219/20 220/2 222/21 223/22
**though [10]** 34/6 36/21 45/5 48/7 56/21 57/9
64/17 69/24 92/16 116/12
**thought [15]** 114/22 115/17 127/12 194/16
195/4 195/12 195/12 195/14 202/15 216/6
216/7 216/12 216/13 222/3 222/23
**thousand [1]** 180/4
**thousands [1]** 114/10
**threat [4]** 16/7 18/6 18/16 65/23
**threatened [1]** 18/18
**three [31]** 18/10 18/15 18/22 22/3 24/18
26/14 27/9 37/12 49/14 50/18 62/4 78/8
91/15 91/21 94/24 107/21 111/25 115/14
138/6 146/7 158/23 180/12 182/1 183/8
183/8 192/13 200/5 200/6 215/21 216/7
216/14
**three-dimensional [1]** 183/8
**three-thirty [1]** 200/6
**threw [2]** 67/23 195/8
**throat [1]** 66/21
**through [25]** 21/16 61/21 63/24 91/9 120/19
126/22 126/24 132/6 132/11 142/10 143/12
163/4 163/5 166/25 180/24 182/7 183/5
189/19 196/1 196/10 198/15 206/2 208/17
209/9 209/13
**throughout [7]** 85/5 91/8 92/10 92/22 93/15

94/9 114/11
**throw [5]** 62/1 76/19 84/25 85/15 218/13
**thrown [5]** 68/9 68/23 69/2 76/13 78/25
**throws [1]** 67/17
**Thursday [5]** 29/16 43/2 109/22 113/24
115/6
**tied [2]** 65/3 100/15
**tight [1]** 87/13
**Tim [7]** 43/11 43/13 103/15 111/15 112/9
121/25 181/11
**time [83]** 5/18 5/18 11/16 11/20 11/25 32/6
32/18 32/19 34/12 36/4 36/9 38/18 48/21
49/11 49/17 53/8 53/21 66/1 69/3 70/14 78/3
81/21 81/23 82/20 83/10 83/18 84/3 88/21
88/21 89/12 90/12 92/18 92/19 94/8 98/2
99/3 100/4 105/5 105/23 107/16 107/18
107/25 108/25 109/15 109/20 112/1 120/18
127/12 128/9 128/20 134/17 135/6 137/18
144/12 144/13 144/16 152/2 154/12 158/24
160/16 162/22 178/25 189/24 193/14 194/2
195/25 196/3 196/12 197/19 197/24 199/21
200/3 201/1 201/4 201/6 205/11 209/16
213/9 217/25 218/14 221/6 222/16 224/1
**timeline [4]** 45/22 46/6 47/15 55/6
**timers [1]** 121/18
**times [12]** 46/11 63/5 67/3 72/20 88/20
93/17 93/18 93/19 94/7 97/6 106/17 201/21
**tinted [1]** 147/15
**tip [1]** 77/19
**tire [1]** 191/21
**tires [4]** 84/21 168/23 169/1 169/3
**tissue [4]** 45/8 45/9 199/11 204/3
**title [1]** 158/4
**titled [1]** 157/25
**today [5]** 4/22 46/21 79/3 160/19 176/6
**together [36]** 107/16 108/1 108/11 114/1
115/12 124/2 125/19 128/4 130/25 131/3
131/8 131/8 163/13 165/12 165/19 165/22
**told [28]** 21/24 22/9 26/2 26/14 26/18 27/11
28/3 30/25 51/20 52/4 59/9 64/9 72/18 74/7
97/12 103/12 106/17 111/17 113/12 116/18
117/13 118/3 118/5 126/15 126/18 135/14
141/1 216/16
**toll [1]** 178/17
**Tom [8]** 4/7 25/3 90/21 104/25 109/22
111/17 121/24 133/6
**tomorrow [6]** 164/2 188/3 224/9 224/18
224/21 225/4
**too [7]** 38/22 61/13 110/8 111/18 148/6
157/19 159/13
**took [18]** 42/10 43/16 68/22 70/14 104/10
106/7 121/19 167/11 174/18 176/3 176/25
177/2 199/14 200/3 200/4 203/21 206/25
209/23
**tooth [4]** 76/5 76/5 76/7 76/10
**top [6]** 32/3 68/9 147/20 147/21 171/12
191/1
**topic [1]** 194/2
**topics [1]** 160/14
**tore [1]** 209/22
**torrential [1]** 211/10
**toss [1]** 85/4
**tossed [1]** 86/5
**total [1]** 181/14
**tour [7]** 44/1 44/4 44/8 182/7 190/2 190/3
196/14
**tours [1]** 44/3
**toward [8]** 143/1 148/7 156/11 159/25
159/25 189/5 190/11 191/23
**towards [8]** 27/2 30/22 65/13 65/14 111/7
171/8 186/21 187/21
**towers [1]** 48/18
**Towing [1]** 143/25

**town [2]** 30/9 143/19
**Toyota [12]** 40/17 40/18 49/16 68/22 106/23
117/1 117/4 117/7 146/11 149/1 149/18
153/9
**tractor [1]** 78/10
**trailer [51]** 32/13 32/16 32/24 32/25 33/5
34/18 36/1 36/15 37/2 40/6 40/15 41/7 41/7
43/20 64/5 64/7 65/15 71/2 71/7 71/7 137/12
137/14 137/22 139/13 152/9 152/10 163/17
163/20 163/21 164/11 164/13 164/15 164/20
165/1 165/4 165/24 166/2 168/3 168/5 168/6
186/17 187/25 188/7 190/14 190/20 190/23
191/1 191/4 191/8 192/10 201/8
**trailers [1]** 32/11
**trained [7]** 35/18 90/20 90/22 90/23 90/24
95/18 165/20
**traipsing [1]** 198/8
**transaction [4]** 47/5 48/1 71/5 178/6
**transactions [1]** 48/16
**transcribed [1]** 226/11
**transcript [4]** 2/2 8/3 226/8 226/12
**transcription [1]** 226/11
**transport [3]** 152/3 152/8 165/17
**transported [4]** 41/22 151/17 152/1 152/11
**travel [1]** 212/12
**traveling [1]** 84/19
**treat [1]** 93/24
**treating [3]** 83/7 83/10 83/17
**tree [2]** 66/15 147/6
**trial [31]** 1/4 1/5 5/2 5/6 5/19 6/3 6/9 6/16
7/14 7/25 7/25 8/3 8/9 12/20 15/24 20/22
21/21 21/22 22/2 26/11 68/2 86/14 86/20
88/25 88/25 89/4 89/13 90/11 90/11 90/17
91/8
**trial's [1]** 89/8
**trials [2]** 26/7 87/8
**trick [3]** 83/7 83/10 83/16
**tried [4]** 195/1 199/3 199/5 202/24
**tries [1]** 85/16
**trip [1]** 127/15
**trips [1]** 85/2
**trooper [10]** 170/11 170/12 170/13 170/16
186/4 186/12 187/9 189/19 197/3 212/8
**troopers [2]** 180/8 206/21
**truck [4]** 34/4 164/14 166/3 167/4
**true [7]** 6/11 89/9 92/4 208/14 213/13
213/17 226/12
**truth [6]** 20/16 58/10 81/17 91/14 92/20
221/21
**truthful [1]** 57/17 58/6
**try [12]** 25/22 36/8 50/19 50/20 57/4 61/16
92/16 112/13 113/9 199/12 199/13 201/18
**trying [4]** 56/22 112/7 113/19 215/11
**Tuck [1]** 174/6
**Tuck's [1]** 174/6
**Tues [1]** 164/3
**Tuesday [7]** 40/13 41/17 41/24 42/10 109/22
118/4 169/17
**turn [4]** 33/17 34/8 110/23 112/10
**turns [3]** 40/20 87/5 87/6
**TV [4]** 83/12 83/22 86/8 191/5
**twelve [2]** 132/7 132/19
**Twenty [4]** 109/12 148/24 197/1 219/9
**Twenty-five [1]** 109/12
**Twenty-four [1]** 148/24
**Twenty-seven [1]** 219/9
**Twenty-two [1]** 197/1
**twice [6]** 67/4 69/7 80/22 80/24 109/8 219/12
**twists [2]** 87/5 87/6
**two [83]** 10/23 11/5 15/6 15/11 18/13 23/8
24/24 25/22 26/11 33/18 37/12 37/21 46/22
50/18 50/21 50/21 54/17 54/21 59/11 61/24
67/23 68/3 68/4 68/7 71/22 72/1 72/5 72/10

**T**

two... [55] 74/11 76/18 76/19 77/9 90/19 90/25 91/18 94/17 95/19 100/20 100/23 103/16 106/17 107/11 111/15 114/18 116/2 117/24 120/22 129/14 137/12 138/1 152/13 153/18 154/19 154/21 157/12 164/15 176/14 176/23 176/23 176/25 177/14 180/7 180/12 181/25 188/12 195/22 197/1 198/13 198/13 199/20 200/5 202/6 202/16 202/17 213/8 215/23 216/13 217/18 217/19 223/12 223/13 224/7

two-and-a-half [2] 50/18 50/21
two-man [4] 68/4 68/7 76/18 77/9
two-week [1] 26/11
type [8] 104/22 119/18 204/2 204/3 204/3 204/15 205/17 211/13
Tyson [1] 188/2

**U**

uh [902]
ultimately [3] 136/8 165/22 195/5
um [341]
un [1] 209/8
un-sandwich [1] 209/8
unable [1] 202/21
unattached [10] 137/15 139/14 139/21 163/21 164/12 166/2 167/4 183/15 183/17 184/6
unattainable [1] 183/25
uncle [20] 55/2 56/1 56/1 62/18 63/14 64/4 66/11 66/20 67/3 73/1 77/1 77/11 77/16 78/1 78/17 78/21 82/4 82/5 84/5 84/18
unclothed [2] 66/23 67/15
uncorroborated [4] 92/1 92/7 95/2 95/25
uncrush [1] 207/2
uncrushed [2] 206/25 207/7
under [4] 12/17 78/1 101/10 115/17
underneath [3] 68/16 77/20 189/11
understand [13] 5/4 20/21 28/16 30/2 60/1 60/22 177/12 193/9 199/4 209/11 212/15 216/15 219/22
understandably [1] 48/10
understanding [15] 101/6 114/18 139/6 158/20 159/14 161/16 164/16 178/6 189/15 192/17 197/22 204/10 209/7 212/15
understands [3] 187/7 195/18 224/8
understood [3] 198/23 214/5 214/8
unfolded [1] 170/18
unfortunately [2] 48/3 74/22
unidentifiable [1] 35/2
unique [1] 62/11
units [1] 35/16
unless [2] 19/9 99/19
unlike [1] 87/4
unnatural [3] 57/22 59/10 60/3
unnecessary [1] 92/14
unsure [1] 213/9
until [14] 5/13 15/16 7/24 32/4 42/10 55/9 88/20 94/1 99/19 101/2 154/20 160/19 201/6 211/9
unusual [5] 82/23 110/5 125/18 136/11 136/13
up [103] 21/4 34/4 43/14 48/7 48/15 50/12 55/25 57/7 65/3 69/15 75/9 77/16 77/20 78/24 81/25 83/10 83/19 84/20 84/22 85/6 85/7 85/13 85/14 85/18 87/2 87/14 92/20 93/18 94/23 96/23 98/18 104/8 104/10 106/4 109/24 112/23 119/9 121/5 121/8 121/16 121/17 121/21 127/18 129/18 132/23 134/2 135/1 138/15 139/22 140/5 140/10 142/22 143/5 147/16 148/8 148/15 149/4 149/18 149/25 150/3 155/1 156/8 159/7 161/17

163/3 169/24 175/18 184/21 185/4 188/9 188/18 191/1 191/17 194/3 194/5 194/14 194/17 194/24 194/25 195/8 199/20 200/17 201/7 201/15 202/10 202/23 202/25 205/25 207/6 207/7 210/23 211/3 216/7 216/12 216/13 218/4 219/13 220/5 220/11 220/19 220/22 221/9 222/4
upon [16] 11/18 12/5 15/21 19/14 19/18 19/23 20/4 55/18 101/17 134/22 145/21 151/13 160/21 191/2 194/21 212/11
upper [2] 159/22 174/25
ups [1] 74/21
us [90] 30/25 88/12 94/1 100/6 103/1 103/20 103/21 104/6 104/10 105/19 106/10 106/25 113/23 113/24 113/25 114/5 115/8 116/18 117/21 119/6 119/10 121/14 121/22 123/18 124/24 125/7 133/17 135/14 136/19 136/20 139/8 140/1 142/18 142/25 143/24 146/9 147/9 147/24 149/22 150/12 152/20 153/14 155/7 155/20 156/25 157/20 157/21 158/18 159/6 159/15 163/19 164/9 167/16 169/16 169/22 170/3 170/4 170/14 170/22 171/7 171/20 171/23 172/4 173/2 173/20 174/2 174/10 174/15 174/23 176/1 176/3 176/4 176/12 177/13 178/2 178/15 183/6 186/10 187/1 187/13 187/22 188/4 188/14 188/16 188/21 200/10 206/9 210/22 215/17 217/10
use [17] 8/4 16/7 18/6 18/16 18/18 54/16 65/11 65/12 65/23 83/6 85/12 99/5 155/10 161/12 175/19 190/17 221/24
used [23] 18/18 20/11 38/11 46/14 73/3 83/24 124/2 127/16 130/16 131/21 138/24 148/3 151/23 153/2 161/7 161/17 168/24 194/25 195/3 195/5 195/7 199/11 200/21
uses [2] 63/20 181/14
using [6] 38/13 38/13 113/8 136/25 194/23 207/13
usually [2] 131/2 160/19
utilized [7] 152/21 152/24 153/7 163/7 163/14 175/19 180/22
UW [1] 104/15
UW-GB [1] 104/15

**V**

V3 [1] 80/18 110/13 111/8
value [1] 151/24
van [17] 38/20 40/8 40/9 41/7 48/2 84/21 86/5 167/11 167/17 167/17 183/18 184/17 185/12 190/15 190/15 190/19 190/20
various [2] 97/11 160/22
vehicle [118] 34/3 34/9 34/13 34/13 34/16 34/17 35/5 35/20 36/1 36/21 40/23 48/23 50/13 51/21 52/13 52/14 68/12 68/17 77/2 77/15 106/5 106/20 107/1 115/5 116/18 116/20 117/5 135/12 135/13 141/1 141/3 142/9 146/6 146/10 146/12 146/13 146/14 146/20 146/23 146/25 147/9 147/11 147/12 147/13 147/15 147/20 147/22 147/25 148/4 148/8 148/11 148/14 148/17 149/8 149/12 149/17 149/24 150/16 150/17 150/18 150/19 151/6 151/8 151/11 151/16 151/19 151/23 152/1 152/1 152/6 152/7 152/15 154/9 154/13 154/14 154/18 154/18 154/21 154/23 155/16 156/6 156/8 156/12 156/13 156/18 156/21 157/25 158/1 158/5 158/13 158/22 159/7 167/21 169/18 170/5 170/8 170/16 171/4 180/3 183/23 185/12 185/25 199/1 199/2 201/6 204/10 204/22 205/16 205/25 206/4 206/12 206/23 207/1 207/10 207/23 208/21 209/1 209/19
vehicles [43] 35/1 37/6 49/12 106/1 135/8 139/3 140/10 140/10 140/24 141/4 141/15 142/17 142/18 143/9 143/11 143/14 143/15

155/17 155/21 155/22 156/3 156/16 156/17 156/18 156/22 158/23 158/25 159/1 163/5 180/4 194/20 204/25 205/5 205/8 205/12 206/1 206/10 206/16 206/24 208/11 209/8 209/17 209/23
verbal [1] 202/3
verdict [5] 6/8 19/2 19/15 19/21 20/9
verified [1] 61/20
verify [5] 61/16 70/6 70/16 70/18 80/4
verifying [1] 71/8
version [11] 55/2 56/16 58/24 63/25 64/1 65/1 119/14 184/21 188/18 189/21 218/5
very [51] 21/9 23/9 31/23 32/6 32/7 34/2 34/8 35/2 35/2 39/15 42/16 42/16 42/17 49/4 51/14 53/23 58/1 58/1 58/19 60/8 63/5 63/10 63/11 63/11 65/10 65/12 65/12 67/21 70/2 70/2 72/24 72/25 87/15 89/1 91/17 91/17 94/3 97/18 100/8 103/3 103/3 104/7 107/15 110/5 110/7 117/21 156/22 159/10 166/14 183/6 215/12
vicious [1] 42/7
victim [2] 66/19 161/19
victim's [1] 50/8
video [3] 83/11 83/22 93/9
videos [4] 93/3 94/7 94/18 95/15
videotaped [2] 91/11 91/13
videotapes [4] 22/16 91/16 91/17 91/18
view [7] 72/9 184/11 186/7 187/12 189/21 190/6 191/24
viewpoint [1] 166/1
views [1] 183/25
VIN [1] 34/9
VINs [1] 208/24
violated [1] 14/24
violence [1] 65/22
violent [1] 51/14
Virginia [1] 80/15
virtual [5] 44/3 44/8 182/7 190/2 196/14
visible [1] 199/15
visit [2] 43/25 83/19
visiting [1] 182/10
visual [3] 200/23 201/12 209/4
visuals [1] 82/19
vital [1] 6/10
voice [3] 38/16 110/3 112/25
volleyball [2] 125/2 125/9
volume [1] 95/25
volunteer [2] 37/13 169/24 180/11
volunteers [2] 49/9 206/22
Voyager [1] 167/18
vulnerable [1] 95/14

**W**

wagon [1] 170/6
wait [1] 56/9
waiting [3] 158/8 205/1 205/4
waits [1] 66/24
walk [6] 83/2 96/12 171/7 182/7 209/13 212/25
walk-through [2] 182/7 209/13
walked [1] 68/19
walking [2] 83/5 209/5
walks [2] 65/20 124/25
wall [6] 38/1 38/3 73/2 187/5 187/6 187/18
want [36] 23/13 27/15 32/7 36/19 57/6 60/25 65/11 65/18 66/3 75/8 86/18 87/11 87/13 87/25 89/19 91/15 91/20 91/22 91/24 93/7 93/8 93/19 93/21 94/1 94/2 94/22 95/20 95/22 106/3 132/20 159/12 160/24 165/15 197/6 207/6 207/7
wanted [12] 21/4 22/18 24/14 94/13 99/3 99/21 104/8 105/2 105/15 107/15 108/21 115/15

# W

**wants [4]** 65/7 84/7 85/7 89/17
**warn [1]** 63/7
**warrant [11]** 70/11 71/15 72/5 144/23
144/25 145/1 145/10 162/9 162/16 162/18
210/2
**warrants [5]** 35/9 35/10 35/10 35/14 49/1
**was [441]**
**washed [1]** 219/6
**wasn't [11]** 36/2 45/10 45/10 55/5 58/13
60/21 62/15 110/1 125/18 218/8 222/3
**watch [14]** 62/23 84/7 86/4 92/11 93/2 93/8
93/16 93/17 94/5 94/7 107/22 108/21 125/3
131/2
**watched [1]** 131/8
**watches [2]** 83/11 86/7
**watching [7]** 22/16 63/4 83/22 91/16 93/3
107/17 130/24
**watery [1]** 212/13
**way [27]** 22/22 24/16 40/24 47/14 47/14
47/20 56/9 67/25 71/23 74/21 75/5 82/25
92/22 111/3 124/22 137/11 138/13 142/19
146/19 151/4 158/20 182/19 192/21 193/19
198/24 215/6 216/11
**ways [3]** 10/13 14/21 18/1
**we [163]** 4/20 5/18 21/20 22/1 23/21 24/16
26/3 27/5 27/13 29/15 32/4 32/5 44/10 45/25
47/15 48/12 49/15 51/3 53/6 53/11 53/18
59/22 59/25 60/9 60/16 60/19 61/2 61/14
62/8 63/15 63/16 65/6 65/16 67/12 68/13
69/25 70/12 70/13 70/14 71/2 74/15 76/14
76/15 76/15 76/16 77/14 77/21 79/2 80/3
80/6 80/7 86/10 86/18 86/18 87/18 87/21
88/8 88/19 91/15 91/17 91/20 91/24 93/8
94/2 95/3 96/4 97/6 97/14 97/20 98/25 99/3
99/21 100/7 100/10 100/17 100/21 101/3
101/22 102/2 104/7 104/11 108/12 108/19
109/9 111/21 112/9 112/10 112/22 112/23
113/22 114/12 114/12 115/25 118/4 118/5
121/9 124/3 124/3 124/5 124/24 124/25
125/24 126/1 128/11 128/20 131/1 131/9
132/22 133/2 133/25 136/7 142/11 143/1
146/25 147/1 149/20 150/21 151/10 152/7
152/21 154/1 154/20 157/1 157/7 157/10
157/14 157/19 162/15 162/16 162/23 162/23
162/25 163/2 163/10 163/11 163/13 163/14
165/15 165/18 166/3 166/22 167/15 168/1
168/5 172/12 173/8 173/12 174/4 176/25
177/1 177/11 185/6 191/25 196/7 205/25
208/17 209/21 210/11 212/21 215/12 217/9
217/11 223/14
**we'd [2]** 104/9 173/21
**we'll [34]** 23/4 36/11 42/13 42/19 50/6 53/24
62/8 74/21 75/11 76/17 77/9 87/7 87/18 95/3
95/15 97/8 97/8 97/25 101/12 101/13 102/8
102/8 104/2 117/22 136/25 160/17 160/19
175/6 193/2 195/19 215/18 215/18 217/10
225/3
**we're [56]** 24/15 24/16 25/22 36/8 50/19
53/4 54/3 62/25 64/14 70/19 81/5 82/5 94/1
96/20 97/24 99/22 114/16 115/25 119/20
128/11 129/6 141/10 142/4 143/1 143/5
146/9 147/9 147/24 148/12 155/5 159/15
163/19 164/1 165/11 165/19 167/16 173/2
176/11 183/5 183/6 183/13 185/17 186/10
187/1 187/13 187/19 190/11 190/22 191/3
193/7 200/14 214/7 222/13 222/16 223/4
224/24
**we've [8]** 75/18 94/6 149/21 159/19 166/17
179/10 196/14 199/17
**weapon [5]** 16/8 18/6 18/17 18/19 65/23
**weapons [1]** 49/22

**wear [1]** 128/25
**wearing [7]** 78/16 79/15 79/18 126/14
126/16 174/14 194/12
**weather [2]** 151/14 151/15
**weddings [1]** 105/13
**Wednesday [3]** 42/21 109/25 118/5
**week [15]** 11/18 26/11 42/15 63/2 109/6
142/13 169/8 169/12 175/7 178/25 179/16
187/19 195/19 196/11 202/24
**week-long [1]** 169/8
**weeks [3]** 21/12 22/2 50/18
**weigh [3]** 203/15 203/16 203/19
**weighed [1]** 203/13
**weight [4]** 7/12 12/16 96/14 96/15
**well [83]** 9/7 13/17 16/21 22/11 22/12 22/19
23/1 24/2 27/1 32/23 33/16 47/8 54/14 56/6
56/8 61/13 70/11 71/3 73/9 74/17 77/17
83/24 85/18 87/9 89/12 89/17 89/20 93/2
96/10 96/16 96/17 100/20 103/14 104/3
104/6 105/12 108/16 117/21 118/25 124/3
135/16 137/2 138/1 142/6 149/7 151/21
152/3 153/6 154/1 159/10 161/16 164/24
165/4 166/25 171/11 175/4 178/9 179/24
181/25 183/1 186/20 187/10 190/6 193/3
194/6 197/11 199/24 200/23 201/19 206/14
206/19 206/21 207/2 207/25 208/13 211/7
212/17 214/14 216/10 217/9 218/8 220/13
222/15
**well-informed [1]** 117/21
**went [20]** 68/16 78/1 104/15 104/20 111/20
111/22 111/23 114/22 127/17 135/6 145/18
194/9 198/13 199/11 210/6 214/11 214/13
214/18 218/24 220/22
**were [217]** 6/6 10/23 11/4 15/6 18/10 20/24
24/20 24/24 25/8 25/10 26/19 32/19 33/1
35/14 39/6 39/21 41/13 41/21 41/21 42/4
42/16 42/17 42/17 42/18 42/21 61/24 62/1
62/2 68/15 68/23 69/2 69/4 70/2 71/11 72/22
72/23 73/10 77/13 78/15 78/25 78/25 79/14
79/15 79/23 80/1 80/4 80/11 80/16 81/8 82/6
99/23 103/12 105/23 106/7 106/19 107/9
107/15 107/22 107/24 108/16 108/17 109/9
112/5 112/7 112/12 113/3 113/3 113/6 113/8
113/11 113/12 114/25 115/1 116/1 116/9
116/12 116/19 117/9 117/24 117/25 118/3
118/4 118/5 118/6 118/7 119/1 120/2 120/6
121/9 124/1 124/3 124/16 126/2 126/20
126/25 127/12 127/23 128/14 129/15 131/9
134/3 134/6 135/8 136/7 136/14 143/14
143/15 147/21 148/3 148/20 151/21 151/23
151/25 152/14 152/16 152/16 153/20 154/1
154/6 155/18 155/22 155/22 156/4 157/6
157/8 157/14 158/16 163/6 163/10 164/4
165/9 166/9 166/9 166/17 167/10 168/5
168/22 168/23 168/24 169/9 169/11 169/14
169/17 169/22 169/23 170/6 170/7 170/9
170/10 170/17 170/20 171/4 172/17 173/18
175/9 175/12 176/15 176/24 177/6 177/11
177/13 180/1 180/4 180/5 180/8 180/11
180/14 180/16 180/17 180/21 180/22 180/23
181/5 181/11 182/20 187/8 189/13 191/22
192/5 193/21 194/10 194/19 194/23 197/2
198/7 198/7 198/8 198/11 200/15 200/21
201/1 201/4 204/25 205/4 205/12 207/13
207/20 210/9 211/2 211/7 211/16 212/25
213/8 213/8 213/23 215/10 216/6 216/11
216/13 217/7 217/19 217/24 218/8 218/9
220/13 223/16 224/9
**weren't [4]** 41/25 60/18 166/23 201/12
**west [10]** 23/20 103/21 104/6 137/10 142/16
146/4 171/3 185/25 190/8 190/23
**what [235]**
**what's [30]** 39/5 56/17 61/21 76/8 79/8

84/11 86/25 103/23 105/17 106/24 110/22
117/15 118/13 119/5 142/22 143/23 144/22
148/25 149/21 150/11 151/1 155/5 158/17
163/18 167/14 171/19 171/23 172/25 178/1
181/14
**whatever [4]** 96/14 96/15 178/8 205/16
**when [104]** 5/20 9/9 13/20 16/24 20/4 20/25
27/18 27/19 29/9 29/15 31/3 31/3 32/5 33/18
33/19 34/10 34/10 38/1 38/9 39/13 47/15
47/15 47/16 52/11 52/12 52/23 53/8 53/22
55/16 56/22 59/21 60/6 61/9 62/8 65/6
65/16 68/19 69/14 71/1 72/21 74/4 76/6 80/3
84/16 87/10 87/21 88/7 89/3 92/11 93/2
93/20 93/22 93/25 94/17 95/20 95/21 104/3
106/3 109/20 110/19 112/1 112/14 112/21
112/21 118/3 120/4 126/24 128/17 129/13
134/23 135/15 138/12 140/16 146/15 153/20
154/7 155/16 157/7 158/21 162/18 165/11
165/18 166/22 175/17 177/9 194/13 194/16
194/25 195/11 195/14 198/23 199/18 199/20
200/2 200/9 204/9 206/9 206/16 210/9
212/21 214/2 217/11 217/25 220/22
**where [90]** 21/20 23/21 24/12 33/14 34/16
44/9 44/17 47/23 48/11 51/23 53/6 58/18
59/2 59/4 68/4 71/14 71/19 72/6 72/8 72/10
74/23 76/23 76/24 77/1 84/24 89/8 91/4 91/6
92/6 96/22 103/18 106/7 112/12 112/21
113/6 115/14 116/8 117/8 118/18 124/10
129/12 129/12 131/2 135/8 135/12 137/14
137/25 138/4 138/14 139/2 139/21 140/25
141/13 142/4 144/2 150/14 152/7 155/21
155/22 156/3 156/5 158/1 158/3 158/4
160/21 169/14 169/16 171/25 176/15 176/16
176/24 177/7 186/12 188/9 189/6 189/10
189/10 190/15 193/15 194/9 205/14 210/9
210/22 211/5 212/12 212/18 213/7 213/15
215/20 221/14
**whether [26]** 10/7 11/6 14/15 17/20 26/13
27/22 28/17 52/19 52/20 54/5 61/6 63/18
63/20 63/22 69/12 69/13 69/18 69/23 81/13
102/22 115/22 130/16 151/24 200/8 210/16
211/2
**which [67]** 6/23 6/24 7/5 8/13 10/1 10/21
14/9 15/5 17/14 18/9 19/10 19/24 19/25 20/6
20/8 22/14 23/19 24/20 26/14 29/21 30/17
32/13 32/15 37/2 37/3 48/17 49/18 54/16
71/24 71/24 78/10 80/7 80/16 82/6 100/12
100/14 130/4 134/7 134/14 134/18 138/18
138/19 139/22 140/12 140/13 141/14 152/22
157/2 157/4 158/11 162/16 171/15 178/13
185/6 185/14 186/24 188/7 191/19 191/21
195/15 196/14 198/24 200/20 207/9 207/22
216/19 223/15
**whichever [2]** 214/9 214/10
**while [10]** 11/13 12/7 12/10 20/13 65/21
69/7 91/16 106/9 111/25 155/4
**white [6]** 74/2 74/4 172/6 174/24 175/2
175/5
**who [75]** 6/19 9/3 9/7 9/12 9/14 10/16 13/14
13/17 13/23 13/24 14/24 16/18 16/21 17/2
17/3 18/4 24/3 25/1 25/4 28/5 28/11 31/19
45/18 55/14 60/7 60/11 60/18 60/19 62/2
63/10 65/14 66/25 73/17 73/18 74/18 76/4
78/8 81/8 81/25 83/6 87/12 88/24 95/19 97/2
103/1 116/6 123/18 125/11 134/11 135/14
146/21 153/14 165/8 168/6 168/9 168/10
168/10 168/11 169/22 169/23 169/24 170/10
177/17 181/12 193/13 198/7 198/8 198/19
199/18 199/21 200/9 204/18 210/5 220/11
222/3
**who's [5]** 60/11 67/7 69/10 83/20 197/10
**whoever [4]** 13/5 16/10 54/13 206/23
**whoever's [1]** 8/20

**W**

**whole [5]** 26/24 29/4 51/2 108/11 209/24
**whose [1]** 68/9
**why [15]** 24/15 35/4 35/4 42/10 53/12 95/1 95/2 103/10 104/9 140/21 157/10 157/12 161/3 161/3 204/17
**Wiegert [23]** 24/25 25/1 55/20 56/14 56/19 58/11 69/24 90/22 116/24 116/24 117/14 121/7 128/9 128/10 128/17 129/5 136/9 136/24 172/15 175/21 176/10 195/21 197/12
**Wiegert's [3]** 105/17 119/9 127/3
**Wild [1]** 131/24
**will [124]** 4/2 5/18 5/24 7/16 7/22 7/25 8/2 8/11 8/13 20/17 20/20 21/25 22/5 22/13 23/11 23/25 24/7 24/11 24/17 26/8 27/3 27/21 30/3 31/17 33/2 34/23 34/23 38/11 40/9 40/17 41/2 41/20 42/15 44/5 44/24 46/2 47/25 48/3 52/6 53/11 53/22 55/25 56/6 56/12 56/16 56/23 58/12 58/15 58/19 58/20 58/25 59/1 59/3 60/1 60/15 60/17 60/20 61/3 61/3 61/18 63/22 64/4 66/16 67/14 68/18 69/18 69/20 70/15 70/16 70/17 70/18 70/18 73/6 73/7 73/7 73/10 73/16 73/18 73/19 74/1 74/10 74/18 75/7 75/9 75/14 75/20 76/16 77/7 78/8 78/11 80/8 80/22 81/11 81/12 86/10 90/19 91/7 92/16 95/3 95/9 96/4 96/9 98/6 98/9 101/5 123/3 129/7 136/15 149/9 153/5 162/18 166/18 179/1 179/21 182/9 182/13 186/6 188/3 190/2 190/3 190/4 196/1 196/10 208/10
**William [1]** 169/23
**willing [4]** 9/13 13/23 17/3 28/9
**willingness [4]** 9/15 13/25 17/4 28/12
**win [1]** 96/23
**windows [2]** 147/15 204/21
**wing [1]** 203/4
**Winnebago [1]** 180/20
**wins [2]** 83/8 97/2
**wiped [1]** 211/10
**Wis [2]** 99/15 99/16
**WISCONSIN [27]** 1/1 1/3 1/14 1/16 1/18 4/3 8/19 10/16 13/5 14/24 16/9 18/4 25/15 43/12 44/20 114/11 133/19 135/22 149/14 152/11 152/12 170/12 170/13 180/7 181/12 226/1 226/6
**wish [2]** 91/16 98/22
**within [7]** 41/12 50/9 105/7 117/24 142/15 182/17 217/20
**without [6]** 18/5 65/24 179/6 179/7 214/15 215/8
**witness [18]** 6/20 55/14 55/14 55/21 55/21 62/14 69/17 96/15 102/9 102/14 122/5 123/8 123/12 133/9 193/25 196/2 224/14 224/15
**witness' [1]** 62/13
**witnesses [23]** 3/7 5/22 5/24 6/18 7/4 7/12 7/19 22/11 56/14 56/15 56/21 57/4 57/12 58/12 75/6 86/16 86/24 88/6 88/13 97/8 160/22 224/16 224/19
**woman [18]** 28/23 29/13 31/20 47/1 47/11 64/18 64/23 65/8 65/13 65/14 65/24 66/23 67/16 68/9 80/23 103/4 116/2 153/10
**woman's [1]** 29/10
**women [1]** 116/3
**won't [4]** 75/8 90/4 90/6 95/1
**Wood [1]** 84/20
**word [4]** 65/11 70/20 182/3 221/24
**words [11]** 12/3 15/19 59/23 61/8 63/19 79/21 113/20 151/2 154/13 165/8 186/5
**wore [1]** 174/19
**work [13]** 44/14 44/21 48/8 83/24 104/20 109/3 113/18 113/20 141/19 141/21 207/14 209/21 219/9

**worked [6]** 29/19 29/20 30/1 105/4 195/2 195/4
**worker [1]** 103/5
**working [3]** 105/1 105/22 191/7
**works [4]** 24/5 25/4 80/14 113/24
**workshop [1]** 138/5
**workup [1]** 31/24
**world [1]** 73/1
**worn [2]** 173/25 174/9
**worried [4]** 110/2 110/7 111/18 113/1
**worth [2]** 22/4 36/7
**would [125]** 4/16 20/3 32/15 38/19 55/10 80/20 89/5 89/6 94/8 96/18 97/15 97/17 98/17 99/7 99/12 99/14 99/17 99/24 99/25 100/5 101/1 101/9 102/1 102/11 105/15 105/25 106/2 106/2 106/3 106/4 106/6 106/9 107/20 108/2 109/2 109/6 114/19 120/7 120/19 124/3 124/4 124/5 124/7 124/22 124/24 124/24 124/25 125/3 125/24 131/2 132/3 132/14 133/6 134/16 135/2 135/23 138/14 138/19 139/10 139/22 140/3 140/13 142/16 148/10 150/7 151/11 153/2 153/4 154/4 156/8 158/22 159/7 159/8 159/10 163/8 164/19 166/4 167/21 171/7 171/15 171/16 173/13 178/8 179/2 182/7 182/9 183/3 185/24 187/12 190/6 190/9 191/7 191/25 193/24 195/15 199/6 199/7 202/15 202/16 202/21 203/1 203/11 205/19 206/3 206/11 206/12 207/16 209/2 209/6 209/15 210/5 211/4 211/17 212/19 212/25 213/19 215/25 217/22 219/19 220/14 223/14 223/17 223/19 224/17 224/19
**wouldn't [5]** 203/3 203/10 209/20 217/10 220/15
**wound [2]** 73/23 74/3
**wounds [2]** 74/6 74/11
**wrap [1]** 64/25
**wraparound [1]** 190/24
**wrecker [1]** 152/2
**wreckers [1]** 152/5
**write [1]** 97/16
**written [2]** 8/2 86/21
**wrong [5]** 81/20 81/21 189/25 205/23 209/11

**X**

**x-ray [1]** 76/6
**x-rayed [1]** 74/4
**x-rays [1]** 73/24

**Y**

**Y.E.S [1]** 113/25
**yard [43]** 30/7 32/9 84/19 85/3 85/6 106/18 116/11 134/19 134/22 134/23 134/24 135/8 136/22 138/23 139/1 139/4 139/11 140/4 141/16 141/18 143/9 143/16 152/25 152/25 155/9 156/9 157/3 157/23 158/12 159/19 160/1 160/3 160/5 160/7 160/8 160/9 160/11 163/4 169/5 171/17 180/19 184/12 198/14
**yards [3]** 84/6 139/23 183/17
**yeah [11]** 98/9 101/5 106/9 107/20 115/25 117/6 118/2 131/13 131/15 195/13 221/4
**year [8]** 29/12 63/14 66/23 82/12 90/12 90/13 93/12 103/22
**years [9]** 28/24 104/15 107/10 107/11 123/24 197/1 197/5 206/6 219/9
**yellow [3]** 155/13 156/1 163/25
**Yep [5]** 89/8 118/23 124/21 125/14 125/20
**yes [166]** 4/24 5/1 21/1 65/18 66/17 84/9 85/8 88/19 98/16 102/24 106/14 106/21 108/7 108/15 108/17 110/11 110/21 111/2 111/5 111/9 112/16 113/11 113/16 113/22 114/12 115/4 116/5 116/22 117/13 118/12 119/4 119/23 120/3 124/15 125/2 126/19

**126/23 127/9 127/17 128/16 128/22 129/11 130/6 133/19 134/5 134/9 135/25 136/17 142/14 142/24 143/15 143/22 144/11 144/19 144/24 145/20 146/18 146/24 148/22 150/6 150/10 150/25 152/19 153/13 153/24 154/22 154/25 163/24 164/8 164/17 164/22 164/25 165/5 166/8 166/11 166/22 167/13 168/4 168/8 168/16 168/20 169/1 169/4 169/13 169/15 170/9 170/13 172/9 172/20 172/24 173/18 174/1 174/24 175/5 175/10 175/15 175/23 176/8 177/11 177/16 177/25 178/11 178/23 181/7 182/18 184/2 186/18 189/5 189/23 194/1 194/4 194/12 196/15 197/5 197/23 198/10 198/13 198/15 198/18 199/12 199/14 200/16 201/18 201/20 202/8 202/11 202/14 203/5 203/7 203/21 204/6 204/11 204/16 205/22 206/5 206/13 206/25 208/17 208/22 209/15 210/4 213/4 213/6 214/1 214/4 214/19 215/24 216/3 216/18 216/20 217/17 217/21 218/6 218/16 218/20 218/25 220/10 220/21 221/20 222/2 222/8 222/10 222/12 222/18 223/19 224/12**
**yet [7]** 36/22 39/8 61/24 62/1 66/25 155/2 157/16
**you [851]**
**you'd [4]** 137/3 189/25 217/9 217/12
**you'll [66]** 22/16 23/7 24/11 31/6 33/8 33/24 34/8 34/15 35/4 35/4 35/8 35/9 36/17 37/7 37/9 37/24 37/25 38/16 38/22 39/11 40/11 41/8 44/5 44/12 48/19 48/22 49/2 49/5 49/12 49/23 50/2 56/13 58/21 59/12 59/13 60/6 60/14 60/22 60/24 61/6 61/7 61/7 61/9 61/11 66/17 68/8 69/23 73/16 73/21 73/21 74/17 74/17 75/5 75/17 76/3 76/9 76/23 76/25 78/12 86/15 89/22 90/1 90/3 90/18 93/3 155/14
**you're [117]** 12/19 21/7 21/13 22/25 23/8 23/9 25/7 25/11 28/25 29/6 31/20 32/3 35/15 35/25 36/25 37/17 37/20 38/4 38/7 38/15 39/22 40/14 41/11 41/13 41/23 43/10 43/16 43/23 43/24 44/3 44/7 44/7 44/15 44/18 45/6 45/25 46/5 46/6 46/10 46/16 46/22 47/10 47/12 47/17 51/5 51/9 51/11 51/25 52/16 52/18 53/5 54/7 54/16 55/8 56/22 57/7 57/9 57/13 57/14 57/19 58/7 58/18 59/20 59/20 59/24 60/20 61/14 62/10 62/19 63/3 63/12 63/17 64/20 64/21 65/19 65/25 66/22 67/19 68/11 69/14 70/1 70/9 71/3 71/10 71/16 72/20 73/4 78/6 79/3 79/9 79/13 79/22 80/12 91/16 93/2 94/21 96/16 101/14 129/18 133/17 137/10 142/19 158/25 171/6 190/7 196/13 200/10 202/20 204/18 204/19 209/12 212/22 215/16 216/15 216/21 219/22 221/13
**you've [11]** 6/5 21/11 33/22 88/14 88/15 88/16 104/19 119/21 128/19 206/6 219/22
**young [18]** 28/23 29/10 29/12 63/10 64/17 65/14 66/3 67/16 67/17 68/9 79/3 81/3 81/8 81/25 82/10 102/23 103/4 116/2
**younger [8]** 103/16 107/4 107/9 107/11 107/14 114/19 123/21 124/19
**your [125]** 4/17 5/4 5/6 5/10 5/12 5/16 6/8 7/20 7/21 7/22 8/4 8/8 19/2 19/9 20/13 23/3 26/18 30/24 52/19 53/10 54/17 61/8 61/15 63/21 63/21 64/25 69/12 71/17 81/12 86/22 87/24 88/21 88/22 96/11 97/1 97/1 98/17 100/3 101/15 102/9 102/17 102/17 103/13 107/19 108/4 108/23 109/1 109/7 113/4 115/20 118/1 118/8 119/17 119/17 120/9 120/16 121/4 121/9 121/11 122/17 123/5 123/11 123/11 124/19 125/17 126/6 126/18 126/24 127/16 127/24 128/25 128/25 129/1 130/14 130/16 130/23 131/7 131/16 131/18 131/21 133/12 133/12 133/22 134/22 135/21**

# Y

your... [40] 136/14 137/10 143/12 144/7
145/21 146/22 147/5 150/7 153/25 160/13
164/16 166/21 172/10 178/6 183/12 187/23
189/14 190/17 192/17 196/20 197/15 197/15
197/22 198/24 200/14 200/15 200/24 202/1
202/15 203/3 203/22 204/9 204/23 208/25
209/11 210/20 211/11 215/17 223/17 223/22
yourself [6] 5/5 69/23 76/10 150/21 197/11
221/25
yourselves [3] 5/15 60/14 63/3
Youth [1] 113/25

# Z

zipper [1] 79/25
Zipperer [4] 47/17 177/18 177/20 177/22
Zipperer's [1] 47/2
Zire [1] 119/19
zoom [2] 141/20 166/5
zooms [2] 128/17 128/18