

2 of 2 DOCUMENTS

Copyright 2003 Journal Sentinel Inc.
Milwaukee Journal Sentinel (Wisconsin)

September 11, 2003 Thursday FINAL EDITION

**SECTION:** NEWS; Pg. 01A

**LENGTH:** 1427 words

**HEADLINE:** DNA clears prisoner 17 years into his term;
Man was convicted of 1985 sex assault; now another inmate is implicated

**BYLINE:** TOM KERTSCHER AND JESSE GARZA tkertscher@journalsentinel.com

**BODY:**

Steven A. Avery was a 23-year-old father of five, including 6-day-old twin boys, when he was arrested in July 1985 at his rural Manitowoc County home. A few hours earlier, a woman had been beaten and sexually assaulted 20 miles away near a Lake Michigan beach.

As many as 16 witnesses eventually would say that Avery, a two-time convicted burglar, could not have been on the beach at the time. But a jury found him guilty of sexual assault and attempted murder, and a judge sentenced him to 32 years in prison.

Late Wednesday, after more than 17 years behind bars, Avery was ordered freed by the same judge who sentenced him. Earlier in the day, DNA tests had exonerated Avery by determining that a pubic hair found on the victim was that of another state inmate who is serving time for a different sexual assault.

Avery, now 41, is expected to walk out of the Stanley Correctional Institution in Chippewa County today after meeting with his attorneys from the Wisconsin Innocence Project, which works to release the wrongly convicted. His wife divorced him a couple of years after Avery went to prison. His parents, who maintained their belief in his innocence, plan to be there to take him home.

Allan Avery and Dolores Avery of Two Rivers said Wednesday night that they were leaving at 5 a.m. today to meet their son when he is released. Jennifer Avery, Steven's 19-year-old daughter, will be along, Dolores Avery said.

"I knew he was innocent," Dolores Avery said. "He was here the day that they accused him of this stuff."

"It was horrible," she said of the time her son was in prison. "It put a lot on us. My husband said I used to cry at night in my sleep."

Her former daughter-in-law has remarried, she said. As for her son's accusers, "It's kind of hard to forgive somebody. It hurts a lot."

But for today, Dolores Avery plans to cook a big dinner for her son and "just sit and talk."

Page 2

DNA clears prisoner 17 years into his term;Man was convicted of 1985 sex assault; now another inmate is implicated
Milwaukee Journal Sentinel (Wisconsin) September 11, 2003 Thursday

"It's wonderful."

State 'no different'

The development "highlights the fact that Wisconsin is no different than any other jurisdiction," said one of Avery's attorneys, Wisconsin Innocence Project co-director Keith Findley. "We make mistakes just like any other jurisdiction, and we need to do something about it."

Avery is the first wrongly convicted inmate in Wisconsin to be freed by the Wisconsin Innocence Project, a 5-year-old University of Wisconsin Law School program that won its first conviction reversal, in a Texas case, in 2001.

Avery is also the first Wisconsin inmate to be freed under a 2001 state law that mandates post-conviction DNA testing under certain conditions.

The case would appear to be a tragedy on many fronts:

-- Besides the prison time he has had to serve, Avery lost his marriage and, while he has maintained some contact with his three older children, essentially doesn't know the twins, now 18, Findley said.

-- The victim in the attack, a Manitowoc business owner whom Findley described as sincere and well-respected, has had to come to grips with the fact that she identified the wrong man as her attacker.

"I have no doubt that this was absolutely an honest mistake on her part," Findley said. "She's a victim in this case. It's not her fault."

-- The prison inmate whose DNA matches the DNA on the pubic hair committed at least one sexual assault after the Manitowoc woman was attacked -- for which he is serving a 60-year sentence -- raising the possibility that the later assault could have been prevented had authorities not focused on Avery as the suspect.

Findley referred questions about that inmate to Manitowoc County prosecutors, who could not be reached for comment.

Independent probe sought

Findley, who directs the Wisconsin Innocence Project with fellow UW law professor John Pray, called for an independent probe of the investigation of the attack. All law enforcement agencies could learn from mistakes that were made and prevent them from being repeated, he said.

"We've destroyed a man's life. We've allowed the actual perpetrator to go and victimize others again," Findley said. "We've made a mistake here; it's a terrible mistake. Surely we can learn from this tragedy."

The sexual assault victim, then 36, was attacked about 3:50 p.m. July 29, 1985, while jogging near Neshotah Beach in Manitowoc County, according to court records. Her attacker pushed her to a wooded area near the sand dunes, beat her in the face, choked her and forced her to perform a sex act, the records say.

Earlier that afternoon, Avery, then of rural Maribel, had to come to his father's house to help pour concrete for a sheep barn, according to the court records. About 2:30 or 3:30 p.m., Avery and his then-wife and five children drove to Green Bay and bought paint there shortly after 5 p.m., Findley said.

The Manitowoc County Sheriff's Department arrested Avery later that evening, after the victim picked him out of a lineup of photographs, Findley said. A couple of days later at a live lineup with about eight men, she identified Avery -- the only man who was in both lineups -- as her attacker, Findley said.

Court records quoted the victim as saying she made a special effort to look at her attacker's face. "It's as if I have a photograph in my mind," she said later, according to the records.

Janine Geske, the former state Supreme Court justice who is representing the victim, said the woman is "both shocked and deeply saddened" that she had identified the wrong man.

Geske said the inmate who was identified by the DNA had been arrested two years earlier on the same beach for a sex-related crime. But the Sheriff's Department did not identify him to the victim as a possible suspect, Geske said.

Jury rejected alibi At the trial, the jury rejected Avery's alibi, and in 1986, Manitowoc County Circuit Judge Fred Hazlewood, who ordered Avery's release Wednesday, sentenced him to the 32-year term. Hazlewood in 1996 later rejected a request by Avery's former lawyers for a new trial -- which was also based on DNA testing -- but agreed in April 2002 to the new round of DNA tests.

The main difference, Findley said, was advancement in technology. Current DNA testing can match extremely small amounts of DNA with a person, he said.

"It's a surprise," Hazlewood said in a telephone interview with The Associated Press. "We're humans. Mistakes are made. Regardless of if you're a rich man, a poor man, a good man, a bad man, you don't deserve to be in prison for something you didn't do."

STEVEN A. AVERY TIMELINE

July 29, 1985: A 36-year-old Manitowoc woman is beaten and sexually assaulted about 3:50 p.m. while jogging on the Lake Michigan shoreline on the north end of Two Rivers. That night, after she gives a description of her attacker, the Manitowoc County Sheriff's Department arrests Steven A. Avery at his rural Maribel home. The victim later identifies Avery as her assailant.

Dec. 14, 1985: Jury rejects testimony of numerous alibi witnesses, who say Avery was at his parents' home and then with his wife and five children in Green Bay on the afternoon of the attacks, and it finds him guilty of attempted murder and sexual assault.

March 10, 1986: Manitowoc County Circuit Judge Fred Hazlewood, who presided over the trial, sentences Avery to 32 years in prison.

Aug. 5, 1987: State appeals court rejects Avery's first appeal of his conviction, and later the state Supreme Court refuses to consider the appeal.

Sept. 23, 1996: Hazlewood denies Avery's request for a new trial based on new tests that show scrapings found under the victim's fingernails do not contain Avery's DNA. Judge concludes DNA could have come from people who treated the victim and tests do not show probability that Avery did not commit the crimes.

Aug. 5, 1997: State Court of Appeals upholds Hazlewood's denial of a new trial, agreeing with his conclusion on the DNA evidence.

April 3, 2002: Hazlewood grants Wisconsin Innocence Project's request for new DNA testing, given advances in testing technology.

Sept. 10, 2003: State Crime Lab tests on 13 pubic hairs recovered from the victim at the crime scene find that one of the hairs was male and did not come from Avery. The DNA from the male hair matches that of another Wisconsin inmate who is serving a prison sentence in a sexual assault committed after the Manitowoc woman was attacked. Hazlewood orders Avery to be released from the Stanley Correctional Institution in Chippewa County.

DNA clears prisoner 17 years into his term;Man was convicted of 1985 sex assault; now another inmate is implicated
Milwaukee Journal Sentinel (Wisconsin) September 11, 2003 Thursday

Source: Court records; news reports; University of Wisconsin-Madison law professor Keith Findley

**LOAD-DATE:** September 11, 2003