Wed. 5/10

To: "Crime Scene & Statement Analysis" <dontlietome@msn.com>
From: Len Kachinsky <len@sissonlaw.com>
Subject: Brendan Dassey meeting on May 12th
Cc:
Bcc:
Attached:

Mike-- I will cancel my planned visit for today. I have plenty of other work to do here.

At 10:11 PM 5/9/2006, you wrote:
Len,

I am learning the Avery family history and interactions within and about each member of the Avery family.

These are criminals. There are members engaged in sexual activities with nieces, nephews, cousins, in-laws. Anyone else is fair game to these people. They have a history of stalking females who have no connection to this group.

Customers and/or their relatives unwittingly become Victims of their sexual fantasies and thus are stalked. The Victims have no idea that they are being victimized.

This is truly where the devil resides in comfort. I can find no good in any member. These people are pure evil. This is where one would eat their young to satisfy/justify a control issue where none previously existed.

A friend of mine suggested *"This is a one branch family tree. Cut this tree down. We need to end the gene pool here".*

Steve Avery needs to be removed from society. I believe that his male siblings could have a role in Teresa's crime scene.

I believe that Earl may have disposed of evidence and Chuck may have ignored Steve's physical movements during this period of time while he was transporting Teresa's car to the back of the Avery Salvage area. There is no question that Dolores is guiding and directing this behind the scenes.

I think that your visit will be counterproductive to our goals for Brendan. It could have Brendan digging his heels in further. He could become more entrenched in his illogical position and further distort the facts. He has been relying on a story that his family has told him what to say about October 31, 2005 > > thus it will take me longer to undo if I can even without your visit.

We need to separate him from fantasy and bring him to see reality from our perspective. We need to separate him from the unrealistic world that his family resides within.

Brendan needs to be alone. When he sees me this Friday I will be a source of relief. He and I can begin to bond. He needs to trust me and the direction that I steer him into. Brendan needs to provide an explanation that coincides with the facts/evidence.

Printed for Len Kachinsky <len@sissonlaw.com>                                                          1

Case 1:14-cv-01310-WED    Filed 05/04/15    Page 1 of 4    Document 19-33

I would like to obtain his confession this Friday. Brendan should provide details of the crime scene and data that has been previously undisclosed that mirrors the crime scene data.

However, I will follow your lead and adapt to your decision

It has been interesting to read Brendan's evaluations by the school psychologist. Yet, he was able to read each question, respond to, draw pictures of his recollection of the crime scene in my interview form.

Thanks, Mike

----- Original Message -----
**From:** Len Kachinsky
**To:** Crime Scene & Statement Analysis
**Sent:** Tuesday, May 09, 2006 7:20 PM
**Subject:** Brendan Dassey meeting on May 12th

Mike— I will fax the the Sheboygan County Jail on Wed. morning. It is sitting in my printer at the office. As to the items below, I would suggest calling the Cal Co DA's office and talking to Shirley. Phone: (920) 849-1438. For item 11, I do not believe it exists in any unitary form.

Unless you think it would be a bad idea, I was planning on going to Sheboygan on Wed afternoon for a general pep talk and talk to him about giving a complete statement to you on Friday.

At 06:17 PM 5/7/2006, you wrote:
Sunday May 7, 2006

Len,

Please notify the watch commander of the Sheboygan County Jail facility that I will be meeting with Brendan Dassey on Friday May 12, 2006 when he is returned from the hearing at Manitowoc County Courthouse. I would like to start my meeting with Brendan upon his arrival.

I will be bringing recording devices such as a Sony digital camera and Sony camcorder and a Dictaphone portable audio recorder. I will have accessories such as a tripod and blank recording tapes. I will also be bringing my Toshiba laptop and Canon IP 90 portable printer and paper.

*I am cc'ing Prosecutor Ken Kratz, SA Fassbender and Det. Dedering with this email as they are in possession of the Discovery that I will need in my meeting.*

I will need copies of some of the Discovery such as:

1) Black/White aerial of crime scene (National Guard)

2) Color aerial of crime scene (law enforcement)

Case 1:14-cv-01310-WED    Filed 05/04/15    Page 2 of 4    Document 19-33

3) "For Sale" sign recovered from interior area of Steve Avery mobile home (front & back)

4) Color photos (by law enforcement) of Victims car in position on day of discovery (Nov 5, 2005)

5) Color photos (by Pamela/Nicole Sturm) of Victims car in position at time/day of discovery (Dis pg 58)

6) Recorded/transcribed interviews of the following subjects:
    A) Steve Avery
    B) Earl Avery
    C) Charles Avery
    D) Dolores Avery

7) Anonymous letter (envelope and contents) (Dis pg 224)

8) Photo of Suzuki inside Steve Avery garage (Dis pg 101)

9) Photos of interior of Steve Avery mobile home

10) 8 x 10 "Missing Person - Teresa Halbach" flyer

11) Electronic copy of available Discovery (photos, documents, reports and transcripts)

Thanks, Mike

Michael J. O'Kelly
Private Investigator
Polygraph Examiner/Linguistic Analyst
1-800-366-8543   1-800-DONT-LIE
Crime Scene & Statement Analysis
Hughes, Dalton & Marcus, Inc

Truth Is But A Chameleon Within Our Words

cc: Prosecutor Ken Kratz, SA Fassbender, Det. Dedering

LEN KACHINSKY
OFFICE ADDRESS: 103 W. College Avenue #1010
Appleton, WI 54911-5782
Office: (920)993-7777
Fax:   (775) 845-7965
Car:   (920) 585-9926
Mobile after hours: (920) 841-6706
Law Office e-mail: len@sissonlaw.com

Case 1:14-cv-01310-WED    Filed 05/04/15    Page 3 of 4    Document 19-33

HOME ADDRESS:
832 Neff Court
Neenah, WI 54956-0310
Home: (920) 725-0645

"Not for the glory. Not for the rush. Sometimes you just do what you have to do."

LEN KACHINSKY

Sisson and Kachinsky Law Offices

103 W. College Avenue #1010

Appleton, WI 54911-5782

Office: (920) 993-7777

Fax: (775) 845-7965

Car: (920) 585-9926

Mobile: (920) 841-6706

"Not for the glory. Not for the rush. Sometimes you just do what you have to do."

Case 1:14-cv-01310-WED    Filed 05/04/15    Page 4 of 4    Document 19-33