PHONE CALL BRENDAN & MOM  6/13/06
TRACK #6 on CD 5-10-06
TO
5-13-06

Phone ringing

M:  Hello
B.  Hello this is a collect call from Brendan and inmate at the Sheboygan County Jail. To accept charges press 0. This call is subject to monitoring and recording. Thank you for using
B.  Hello

M:  Ya
B:  Did you talk to anybody?

M:  No
B:  Oh

M.  What do you mean? Talk to anybody?
B.  Cause Mark & Fassbender are gonna talk to you.

M.  About what?
B.  About the case

M.  When did you talk to them?
B.  Today.

M.  When are they gonna talk to me?
B.  I dunno

M.  What do you mean?
B.  Well, I guess yesterday that Mike guy came up here and talked to me about my results

M.  Ya.
B.  And

M.  Ya.
B.  What?

M.  I haven't talked to nobody. I told you nobody calls me and lets me know nothing.
B.  Ya., Do you feel bad if I say it today?

M.  You don't even have to say it Brendan
B.  Why?

1

M. Because just by the way you are acting I know what it is?
B. What

M. I don't want to say it over the phone
B. About what all happened?

M. Huh
B. About what all happened?

M. What all happened, what are you talking about?
B. About what Me & Steven did that day.

M. What about it?
B. Well, Mike & Mark & Matt came up one day and took another interview with me and said because they think I was lying but so, they said if I come out with it that I would have to go to jail for 90 years.

M. What?
B. Ya. But if I came out with it I would probably get I dunno about like 20 or less. After the interview they told me if I wanted to say something to her family and said that I was sorry for what I did.

M. Then Steven did do it.
B. Ya

M. (Mom Crying) Why didn't you tell me about this?
B. Ya, but they came out with something that was untrue with me

M. What's that
B. They said that I sold crack.

M. What
B. Ya.

M. That you what?
B. That I sold crack.

M. Really.
B. Ya, They said that they heard that from someone.

M. Who said that to you?
B. Both of them.

2

M. Really.
B. Ya.

M. I don't think so
B. No, I didn't and they asked me if I smoked a cigarette and I said I did once but I didn't like it. Then they said that Travis said that I was always talking about it over by him.

M. Really.
B. Ya. Then someone came out with me trying to commit suicide

M. Why did you even go over there Brendan?
B. I dunno, I don't even know how I am gonna do it in court though.

M. What do you mean?
B. I ain't gonna face them.

M. Face who?
B. Steven

M. You know what Brendan
B. What

M. I am gonna tell you something. He did it and you do what you gotta do. Okay.
B. What will happen if he gets pissed off.

M. What makes a difference, he ain't going no where now, is he?
B. No.

M. Okay then. Why didn't you tell me about this earlier? (Mom Crying) Huh?
B. [                    ] (Brendan's voice breaking up) *Music in background*

M. Hello, I'll talk to you later. I'm talking to Brendan. Okay, alright. Anything else?
B. What?

M. So did you talk to her family?
B. No

M. Huh
B. They just asked me if I wanted to say something to them, on the tape.

M. Did you?
B. Just that I was sorry for what I did.

3

M. Did he make you do this?
B. Ya.

M. Then why didn't you tell him that.
B. Tell him what/

M. That Steven made you do it. You know he made you do a lot of things.
B. Ya, I told them that. I even told them about Steven touching me and that.

M. What do you mean touching you?
B. He would grab me somewhere where I was uncomfortable.

M. Brendan I am your mother.
B. Ya.

M. Why didn't you come to me? Why didn't you tell me? Was this all before this happened?
B. What do you mean?

M. All before this happened, did he touch you before all this stuff happened to you.
B. Ya.

M. Why didn't you come to me, because then he would have been gone then and this wouldn't have happened.
B. Ya

M. Yes, and you would still be here with me.
B. Yes, Well you know I did it.

M. Huh
B. You know he always touched us and that.

M. I didn't think there. He used to horse around with you guys.
B. Ya, but you remember he would always do stuff to Brian and that.

M. What do you mean.
B. Well he would like fake pumping him

M. Goofing around
B. Ya but, like that one time when he was going with what's her name Jessica's sister.

M. Teresa?
B. Ya. That one day when she was over, Steven and Blaine and Brian and I was downstairs and Steven was touching her and that.

4

M. Really
B. Ya.

M. Oh, he makes me so sick (Heavy Breathing) What did they say to you?
B. What do you mean?

M. How many years are you gonna get?
B. I dunno

M. Well what did you just say to me
B. That they, Teresa's family might ask the judge to be lenient or whatever. They asked me if I wanted to be out to have a family later on.

M. I don't hate you Brendan, I hate Steven, alright.
B. Ya

M. I wish you would of told me, okay.
B. Ya

M. How did you answer the phone at 6 O'Clock when Mike called then?
B. They told me that they looked at the records and that he didn't call.

M. Huh
B. They said that they had the record and

M. What about when I got home at 5:00 you were here.
B. Ya

M. Ya. When did you go over there?
B. I went over there earlier and then came home before you did.

M. Why didn't you say something to me then?
B. I dunno, I was to scared.

M. You wouldn't have had to been scared because I would have called 911 and you wouldn't be going back over there. If you would have been here maybe she would have been alive yet. So in those statements you did all that to her too?
B. Some of it.

M. Did he make you do it?
B. Ya. So whose all home?

M. Just me and Blaine.

5

You have one minute left.

M. Blaine & Brad are coming up tomorrow okay.
B. Daddy

M. Huh
B. Is dad?

M. He might me ya.
B. Okay

M. I call him and ask mom, can't Mom has to take her truck in
B. So you aren't coming up

M. I can't honey I gotta take my truck in tomorrow.
B. For what?

M. It's gonna take at least 2 - 2 ½ hours and that's in the morning
B. Ya.

M. I'll be up Wednesday.
B. Okay

M. Okay, alright
B. Okay.

M. Just remember I love you okay
B. Ya.

M. And don't do nothing stupid
B. I won't

M. See if you can talk to them.
B. Ya.

M. Okay, see you still come up to see

Thank you for using evercom

M. Love you bye.
B. Bye

6

*5/13/06* Tape #3

## Brendan Dassey & Mom, Barb, phone conversation from 5/13/06 (Defense copy)

Barb: Hello

Brendan: Yeah

Barb: You heard me, huh?

Brendan: Yeah

Barb: Was your attorney there when Mark and those guys were?

Brendan: No

Barb: Don't talk to them no more

Brendan: Yeah

Barb: They are putting you in places where you're not.

Brendan: Yeah

Barb: You know the the reason they're talking to you is to get more information out of you and what your attorney should be doing is putting an order on all of them that they can not interfere with you or your family members unless your attorney is present.

Brendan: Yeah

Barb: Cause they're all investigators for the Halbach case.

Brendan: Yeah

Barb: Not the Dassey case, it's the Halbach case.

Brendan: Yeah

Barb: Cause the only thing that they're putting out there is bad stuff about you and if you weren't there at the time if you didn't slice her throat. You did not have sexual contact with her

Brendan: No

Barb: That's the reason that they're saying. Yeah, that's all in the report here that Mom's got.

Brendan: Yeah. So if I was in the garage cleaning up that stuff on the floor, how much time will I get though for that?

Barb: What was it?

Brendan: I don't know. It was this reddish-black stuff

Barb: See what they're probably going to do is turn around and have it that "Steven said this, Steven is saying you were here". If you say "Yeah" not meaning "Yeah it's true" just "Yeah", they're going to say OK, Brendan was there. Brendan did that. And then they're going by Steven and saying well Brendan said this and Brendan said that.

Brendan: But what does Steven say about it?

Barb: Steven just says that you're a "dumb shit".

Brendan: Yeah. Well last time I talked to Mark and that they said that Steven was trying pin me and Bobby for it.

Barb: Yeah, they come to our house wondering what Steven said, right over the phone, to Chuckie, mind you, that he going to set it up with his attorney that he blames it on me and Earl

Brendan: Yeah

Barb: And I looked at Mark and Tom and told them that well if he tries doing that he is going to be one sorry son-of-a-bitch.

Brendan: Yeah

Barb: I told them it is pretty pathetic he has to go "fricking" kill somebody and take an innocent kid down with him

Brendan: Yeah and plus if he didn't do it then why would was he trying to hide up north that one day

Barb: But see they got that on camera that you were sitting right across the table from Steven smiling at him.

Brendan: I had my head down

Barb: Yeah

Brendan: That's cause they said act normal.

Barb: Um-huh

Brendan: Yeah

Barb: It is normal, Brendan to sit down all the time. So did you see the body in the fire?

Brendan: No

Barb: Steven says that you seen the body in the fire

Brendan: No

Barb: You know if he killed her?

Brendan: Not that I know of

Barb: So then how do you know that there was a bullet shell outside of the garage

Brendan: Cause when Mike came up here he had pictures of it

Barb: They told everybody that you told them that there was bullet shells inside the garage

Brendan: No

Barb: That Steven shot her 10 times

Brendan: No. In the picture they had a bullet right by a crack or something cement

Barb: Uh. Don't believe those guys what they say.

Brendan: Yeah

Barb: You don't need to talk to them. It's just that on that Monday when they took you out of class at 10 o'clock. They said that they called me and asked me to talk to you. They never did.

Brendan: Yeah

Barb: They never called me on that Monday

Brendan: But I wished I had listened to someone before I went there.

Barb: Oh

Brendan: Yeah. You know who that was Mom?

Barb: Yeah

Brendan: Who?

Barb: I know who that was.

Brendan: Who?

Barb: Uh?

Brendan: Who?

Barb: Starts with a "T"

Brendan: Yeah. How do you know?

Barb: I know, you told me right.

Brendan: Yeah. Well, so who's all coming up here on Sunday Mom?

Barb: Probably me and your dad again.

Brendan: Dad said that he was going to try to get Brad though.

Barb: We're going to try to get your clothes --

Brendan: Yeah. Well, when I talked to that Mike and that 1 girl that comes up here to see how I'm doing, she wrote something down about Manitowoc juvenile sentencing. Yeah. I don't know if she's going to try to get me closer or what.

Barb: Who, Wendy?

Brendan: I don't know. No, I think it's Jackie.

Barb: Uh?

Brendan: Jackie

Barb: Jackie?

Brendan: Yeah. In the paper did they say anything about me losing weight and that?

Barb: Yeah along time ago

Brendan: Yeah but they think that I lost that and I was depressed because of what happened. But that ain't the reason.

Barb: Why did you lose so much weight?

Brendan: Mom Mom knows. Because I was trying to impress a girl

Barb: Oh

Brendan: But then she dumped me the day I was going to meet her, so I was depressed because I thought I wasn't going to get another one.

Barb: Oh

Brendan: But then Travis got me another one and then they arrested me like 2 weeks after she broke up with me

Barb: Well, do you blame her?

Brendan: No

Barb: This is a big stink. Nobody ever hurt your pride. Nobody. The only thing that they hear is what people print

Brendan: Yeah

Barb: And never once was it dead – they heard Brendan.

Brendan: Yeah

Barb: You go into Court, you look down at the table.

Brendan: Yeah

Barb: The Judge says something all you say is "Yeah"

Brendan: So does my Mom know if they have been selling my picture or something?

Barb: I don't' yet. Selling your picture on the Internet. 10 x 30 for $90. Who's selling that? I called down there and will file a lawsuit against them.

Brendan: Yeah

Barb: They can't sell your picture

Brendan: No. I was trying to figure out who said Mark and Thomas and me and they asked me if I ever smoked crack and that.

Barb: They said that they took a blood test from you when they hauled you in. They took a blood test from you and said you were on crack

Brendan: No. They never took my blood and that. They only thing they took was my fingerprints.

Barb: Oh yeah

Brendan: Yeah

Barb: Oh those liars. Cause they looked that up you was on crack. I said "no". I didn't know he was on crack. I didn't know he was on anything.

Brendan: I ain't

Barb: I told them that the only thing I knew you was on was an attendance freak.

Brendan: Yeah. I wonder if there is something that had to do with that 1 doctor when he gave me 1 thing in my arm

Barb: What did he do to your arm?

Brendan: Something about, I don't know.

Barb: Something for TB

Brendan: Something like that. Yeah, TB. He said that after 3 or 4 days he was going to come back up and where there was a lump he put the needle in. He check me and there was no bump there.

Barb: Yeah, there would be a bump there because of your muscle.

Brendan: Yeah

Barb: But TB. TB shots that's for tuberculosis. Didn't you get all your shots?

Brendan: Yeah

Barb: So why would they give you a TB shot?

Brendan: I don't know

Barb: You should be for tuberculosis.

Brendan: Yeah

Barb: I'll have to look it up on the Internet now. But they didn't draw no blood from you

Brendan: No

Barb: Did they take a piss urine from you?

Brendan: No. They took one of them cotton things and went on the side of my mouth

Barb: Yeah

Brendan: Yeah, that's it.

Barb: I don't know if that would show up on that in your saliva

Brendan: No

Barb: I don't know too much about it. I could look it up on the Internet though. Cause they told us that it was inside your blood

Brendan: No. Could it be in your blood if someone's around you and smoking it or something?

Barb: I don't know. I don't think so.

Brendan: Only because the 1 time when I was with Travis babysitting his dogs and that

Barb: Um-mm

Brendan: Because that 1 guy that used to live with him had that stuff and he was trying to make me do it and I said I wouldn't because this one mask thing. Yeah with these tubes on it

Barb: A bong

Brendan: I don't know it was like a mask with a tube in it

Barb: Yeah, a bong

Brendan: Yeah. Then he had this one bottle where this

Barb: Bowl

Brendan: Yeah

Barb: Was he smoking that?

Brendan: Yeah

Barb: Was it pot or was it crack?

Brendan: I don't know

Barb: That was a long time ago.

Brendan: Yeah

Barb: It wouldn't even been inside your system.

Brendan: No

Barb: Um

Brendan: But I really hate it when they put them leg cuffs on my legs because there's marks on my legs

Barb: Yeah, the shackles

Brendan: Yeah, on my right leg there was this 1 opening that was bleeding.

Barb: Tell them they're putting them on too tight or something.

Brendan: Yeah

Barb: So, see if you could put something around your legs before they put them on or something. They're going put them on yah. You do that 1 day, OK?

Brendan: Yeah

Barb: Love you. See you Sunday.

Brendan: Love you. So try to get Brad up Mom.

Barb: I will.

Brendan: I'll try to call Marie as fast as I can.

Barb: Well Marie's at work right now

Brendan: Well, I'm going to get my calling card first.

Barb: Oh.

Brendan: Goodbye

Barb: Goodye. Alright, I love you and I'll talk to you later.


END OF TAPE