| Detail of March 1, 2006 Confession | Did the State claim that this detail was corroborated by physical evidence? | Did the State's physical evidence actually corroborate this detail? | Source of Contamination: Police Prompting | Source of Contamination: Widespread News Reports | Source of Contamination: Brendan's Pre-Existing (Innocent) Knowledge of Crime Scene | Did Defense Counsel Raise Contamination at Trial? |
|---|---|---|---|---|---|---|
| Teresa Halbach was in Steven Avery's trailer on October 31, 2005. | Yes | No | | X | | No |
| Teresa was restrained with handcuffs. | Yes | No | | X | | No |
| Teresa was shot in Steven's garage. | Yes | Yes | X | X | | No |
| Teresa was shot ten or eleven times. | Yes | Yes | X | X | | No |
| Teresa was shot with Steven's .22-caliber rifle. | Yes | Yes | X | X | X | Partially (1) |
| Teresa was shot in the left side of the head. | Yes | Yes | X | X | | Partially (2) |
| Teresa's body was placed in the rear cargo area of her Toyota RAV4. | Yes | Yes | X | X | | No |
| Teresa's body was burned in Steven's fire pit. | Yes | Yes | X | X | | Partially (3) |
| A car seat and tire were used as fuel for the fire. | Yes | Yes | | X | X | No* |
| Teresa's RAV4 was driven to the "pit area" of the salvage yard, an area demarcated by a stand of trees. | Yes | Yes | | X | | No |
| Teresa's RAV4 was concealed with branches and a car hood. | Yes | Yes | | X | | No |
| The license plates were removed from Teresa's RAV4. | Yes | Yes | X | X | | No |
| Steven Avery went under the hood of Teresa's RAV4. | Yes | Yes | X | | | Partially (4) |
| Steven's garage floor had been cleaned with bleach. | Yes | Yes | | | X | No* |
| The key to Teresa's RAV4 was hidden in Steven's bedroom. | Yes | Yes | | X | | No |
| Teresa's clothing was burned in the fire. | Yes | Yes | X | X | | No |
| Steven Avery had a cut on his finger. | Yes | Yes | X | X | | Partially (5) |

| Detail of March 1, 2006 Confession | Did the State claim that this detail was corroborated by physical evidence? | Did the State's physical evidence actually corroborate this detail? | Source of Contamination: Police Prompting | Source of Contamination: Widespread News Reports | Source of Contamination: Brendan's Pre-Existing (Innocent) Knowledge of Crime Scene | Did Defense Counsel Raise Contamination at Trial? |
|---|---|---|---|---|---|---|
| Teresa's cellular telephone, camera, and purse were burned in a burn barrel. | Yes | Yes | X | X | | No |
| Steven's fiance, Jodi Stachowski, called him twice on October 31, 2005, including once at 5:30 PM. | Yes | Yes | | | X | No* |

(1) Trial counsel asked Mark Wiegert, "[Brendan] could have had preexisting knowledge about that gun hanging up there in the bedroom, couldn't he?" (R. 4/21/07. 57.) However, counsel never made this argument during closing arguments and never established that this information was widely disseminated in the media.

(2) Trial counsel asked Wiegert, "Isn't it true, Detective, that the first person, during the course of this exchange with Brendan on the 1st, who even mentioned her being shot in the head, was you?" (R. 4/21/07. 28.) Counsel never made this point during closing argument, nor did he ever allude to the lengths that the detectives had to go through to get Brendan to adopt their claim that Teresa was shot. Further, no mention was made of the fact that the officers were first to mention that Teresa was shot in the side of the head.

(3) Trial counsel asked Wiegert, "Isn't it true that prior to that phrase, 'a human body,' being uttered by Agent Fassbender, that Brendan Dassey never said anything about seeing a human body [in the fire]?" (R. 4/20/07. 78.) This point was not made in closing arguments and no mention was made of the fact that this piece of information was widely publicized in the media.

(4) During closing argument, trial counsel stated: "What did he do under the hood? [The interrogators were] the first ones that brought this up." (R. 4/25/07. 127.) Wiegert was never cross-examined about this fact.

(5) Trial counsel asked Wiegert, "If [Brendan] was over there tending the fire and he saw Steve had a cut finger, does that surprise you?" (R 4/21/07. 61.) Neither this argument nor the fact that the media publicized Avery's cut finger was mentioned during closing arguments.

*Brendan testified about his own innocent pre-existing knowledge of these facts at trial, but his attorneys never raised his pre-existing knowledge as a contamination argument independent of Brendan's testimony.