Kratz, Ken

From: Len Kachinsky [len@sissonlaw.com]
Sent: Friday, May 05, 2006 11:01 AM
To: Mark Wiegert
Cc: confletome@msn.com; kratz.kenneth@mail.da.state.wi.us
Subject: Avery/Dassey Investigation

Mark-- Our investigator, Mike O'Kelley, has developed some information in the course of talking to Brendan's relatives (but not Brendan) that might shed some light on the whereabouts of the Suzuki and Barb's van which may contain some evidence useful in this case. You are authorized to talk to him directly at (219) 836-5050 or by e-mail at the address above in the "cc." This appears to me to be insufficient in and of itself to establish PC for another search of the Avery salvage yard. However, it may go a long way toward getting you there.

We would prefer to stay unnamed in any affidavit for a search warrant if at all possible. Mike has not made any direct observations of the subject vehicles. The information he has may just lead you to requestion some witnesses prior to another search warrant application.

Also--Mike may want to take a look at the aerial photos of the Avery property at the Cal Co DA's office. He can call there directly at (920) 849-1438 to see them during business hours.

LEN KACHINSKY
Sisson and Kachinsky Law Offices
103 W. College Avenue #1010
Appleton, WI 54911-5782
Office: (920) 993-7777
Fax: (775) 845-7965
Car: (920) 585-9926
Mobile: (920) 841-6706

"Not for the glory. Not for the rush. Sometimes you just do what you have to do."

5/5/2006