

**STATE OF WISCONSIN
DEPARTMENT OF JUSTICE**

BRAD D. SCHIMEL
ATTORNEY GENERAL

Andrew C. Cook
Deputy Attorney General

17 W. Main Street
P.O. Box 7857
Madison, WI 53707-7857
www.doj.state.wi.us

Jacob J. Wittwer
Assistant Attorney General
wittwerjj@doj.state.wi.us
608/266-1606
FAX 608/266-9594

May 6, 2015

Jon W. Sanfilippo, Clerk of Court
U.S. District Court for the Eastern District of Wisconsin
362 United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

      Re: *Brendan R. Dassey v. Brian Foster*, 14-CV-1310
           Exhibits 43-45 of Respondent's Answer--DVDs and CD

Dear Mr. Sanfilippo:

    Respondent's Answer to Dassey's Petition for a Writ of Habeas Corpus in Case No. 14-CV-1310 filed May 4, 2015, indicated that the Respondent would send by U.S. Mail DVD and CD copies of DVD and CD recordings relevant to the state court proceedings in Dassey's case. Accordingly, this package includes the following exhibits, copies of which have been mailed to Dassey's attorneys:

- **Exhibit 43**: DVD Copy of DVD Recording of Brendan Dassey's March 1, 2006 Confession (Discs 1-3) (Trial Exhibit) (Postconviction Hearing Exhibit) (Records 79:213; 170:210).

- **Exhibit 44**: DVD Copy of DVD Recording of Defense Investigator Michael O'Kelly's May 12, 2006 Conversation with Brendan Dassey (Postconviction Hearing Exhibit) (Discs 1-3) (Record 173:95).

- **Exhibit 45**: CD Copy of CD Recording of Brendan Dassey's May 13, 2006 Phone Conversation with Brenda Janda (Postconviction Hearing Exhibit) (Disc 1 of 1) (Record 173:238).

Please do not hesitate to call if you have questions.

Sincerely,

Jacob J. Wittwer
Assistant Attorney General

JJW:ajw

Cc: Laura H. Nirider
Northwestern Law