# United States District Court
## Eastern District of Wisconsin

**JUDGMENT IN A CIVIL ACTION**

BRENDAN DASSEY,
        Petitioner,

v.                              Case No. 14-CV-1310

MICHAEL A. DITTMANN,
        Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for consideration.

    **IT IS ORDERED AND ADJUDGED** that Brendan Dassey's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **GRANTED** and that he be released from custody unless, within 90 days of the date of this decision, the State initiates proceedings to retry him.

    **IT IS FURTHER ORDERED** that in the event the respondent appeals this judgment, this judgment will be stayed pending resolution of that appeal.

Date: August 12, 2016

                                          Jon W. Sanfilippo, Clerk of Court
                                          (By) Deputy Clerk, s/ D. Olszewski
                                          Approved this 12th day of August, 2016.

                                          WILLIAM E. DUFFIN
                                          U.S. Magistrate Judge