# Northwestern
PRITZKER SCHOOL OF LAW
Bluhm Legal Clinic

Center on Wrongful Convictions

November 16, 2016

Re: Dassey v. Dittmann, Case No. 14-CV-1310

Magistrate Judge Duffin:

As counsel for Petitioner-Appellee Brendan Dassey, we write to inform the Court that we have reviewed the Respondent-Appellant's Motion to Stay the Order Granting the Motion for Release and Request to Expedite Decision dated November 15, 2016. (ECF No. 39.) Its motion recycles nothing but old arguments already presented to and ruled upon by this Court. For this reason, Petitioner Dassey does not intend to file a response but instead stands on the facts and law presented in his Motion for Release on Recognizance and his Reply in Support of Motion for Release on Recognizance. (ECF No. 29, 36.)

Petitioner Dassey will be ready to file a response in the Seventh Circuit Court of Appeals, should the Respondent file a similar stay application before that Court.

Should this Court request a response from Petitioner Dassey concerning the merits of the Respondent's pending motion, Petitioner Dassey will immediately submit a written response.

Respectfully,

s/Laura H. Nirider
*Counsel for Petitioner Brendan Dassey*

LAURA H. NIRIDER, Esq.
Bluhm Legal Clinic (IL Bar No. 15245)
Northwestern University School of Law
375 East Chicago Avenue, 8th Floor
Chicago, IL 60611
Telephone: 312-503-2204
Facsimile: 312-503-8977
E-mail: l-nirider@law.northwestern.edu

ROBERT J. DVORAK, Esq.
WI Bar No. 1017212
Halling & Cayo, S.C.
320 E. Buffalo St., Suite 700
Milwaukee, WI 53202
Telephone: 414-271-3400
Facsimile: 414-271-3841
E-mail: rjd@hallingcayo.com

CC: Jacob Wittwer, Misha Tseytlin, Wisconsin Dept. of Justice, via ECF