# United States District Court
## Eastern District of Wisconsin

**JUDGMENT IN A CIVIL ACTION**

BRENDAN DASSEY,
        Petitioner,

v.                                  Case No. 14-CV-1310

MICHAEL A. DITTMANN,
        Respondent.

This court's judgment having been reversed by the United States Court of Appeals for the Seventh Circuit, *Dassey v. Dittmann*, 877 F.3d 297 (7th Cir. 2017) (en banc), **IT IS ORDERED AND ADJUDGED** that, in accordance with the mandate of the Court of Appeals issued January 2, 2018, Brendan Dassey's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED.**

Date: January 9, 2018

                                        Stephen C. Dries, Clerk of Court
                                        (By) Deputy Clerk, s/ D. Olszewski
                                        Approved this 9th day of January, 2018.

                                        _____
                                        WILLIAM E. DUFFIN
                                        U.S. Magistrate Judge